**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **FLYING J INC., et al.** | ) | **Chapter 11** |
| | ) | **Bk. No. 08-13384 (MFW)** |
| **Debtors.** | ) | **(Joint Administration Requested)** |

**ENTRY OF APPEARANCE, REQUEST FOR**
**A MATRIX ENTRY AND REQUEST FOR**
**SERVICE OF NOTICES AND DOCUMENTS**

*PLEASE TAKE NOTICE* that the undersigned hereby enters its appearance on behalf of The United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers")*,* a creditor of the Debtors and a party in interest in this case.

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that it be added to the matrix maintained by the Clerk and that all notices, given or required to be given, and all documents, served or required to be served, in this case be given to or served upon the following:

> David R. Jury, Esquire
> Assistant General Counsel
> United Steelworkers
> Five Gateway Center, Room 807
> Pittsburgh, PA 15222
> (412) 562-2545 (phone)
> (412) 562-2429 (fax)
> djury@usw.org

> -And-

> Susan E. Kaufman, Esquire
> Cooch and Taylor, P.A.
> 1000 West Street, 10th Floor
> P.O. Box 1680
> The Brandywine Building
> Wilmington, DE 19899
> (302) 984-3820 (phone) / (302) 984-3939 Fax
> skaufman@coochtaylor.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b) the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile, or otherwise, which affect or seek to affect in any way the rights or interests of the United Steelworkers.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), the United Steelworkers requests that its attorneys be provided with copies of any disclosure statements and plans of reorganization.

COOCH AND TAYLOR, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB#3381)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19899
(302) 984-3893 / (302) 984-3939 Fax

Dated:  December 22, 2008        skaufman@coochtaylor.com