## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., *et. al.*, | ) | Case No. 08-13384-MFW |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Occidental Energy Marketing, Inc. under section 1109(b) of the Bankruptcy Code, 11 U.S.C. §1109(b), and pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that an entry be made on the Clerk's Matrix in this case, and that all notices given or required to be given and all papers served or required to be served, in this case, be given to and served on:

> **Katharine L. Mayer, Esquire**
> **Daniel M. Silver, Esquire**
> McCarter & English, LLP
> Renaissance Centre, 8th Floor
> 405 North King Street
> Wilmington, DE  19801
> (302) 984-6300
> (302) 984-6399 (fax)
> kmayer@mccarter.com
> dsilver@mccarter.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or

ME1 7987635v.1

otherwise that, among other things (1) affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the Debtors, (b) property of the debtors' estates, or proceeds thereof, in which any of the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by the undersigned.

          **MCCARTER & ENGLISH, LLP**

/s/ Katharine L. Mayer
Katharine L. Mayer (#3758)
Daniel M. Silver (#4758)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
(302) 984.6300 telephone
(302) 984.6399 facsimile
kmayer@mccarter.com
dsilver@mccarter.com

Dated:  December 23, 2008

ME1 7987635v.1