IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| FLYING J INC. et al.,[1] | Case No. 08-13384 (MFW) |
| Debtors. | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Wilmington Trust FSB ("Wilmington Trust"), as successor Administrative Agent and Collateral Agent, a creditor and party-in-interest, hereby appears in the above-captioned cases through its co-counsel, Brown Rudnick LLP and Ashby & Geddes, PA, and such counsel hereby request, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

Howard L. Siegel, Esquire
BROWN RUDNICK LLP
City Place 1
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 509-6519
Facsimile: (860) 509-6501
HSiegel@brownrudnick.com

Robert J. Stark, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4862
Facsimile: (212) 938-2862
RStark@brownrudnick.com

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Longhorn Partners Pipeline, L.P. (0554); Big West Oil, LLC (6982); Big West of California, LLC (1608); Longhorn Pipeline Inc. (0654); Big West Transportation, LLC (1056); Longhorn Pipeline Holdings, LLC (0226). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

{00261688;v1}

>William P. Bowden, Esquire
>Don A. Beskrone, Esquire
>ASHBY & GEDDES, P.A.
>500 Delaware Avenue, 8th Floor
>P.O. Box 1150
>Wilmington, DE 19899
>Telephone: (302) 654-1888
>Facsimile: (302) 654-2067
>wbowden@ashby-geddes.com
>dbeskrone@ashby-geddes.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether informal or formal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceedings related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Wilmington Trust is or may be entitled.

Dated: December 23, 2008

ASHBY & GEDDES, P.A.

/s/ DAB

William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
wbowden@ashby-geddes.com
dbeskrone@ashby-geddes.com

-and-

BROWN RUDNICK LLP
Howard J. Siegel
City Place 1
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 509-6519
Facsimile: (860) 509-6501
HSiegel@brownrudnick.com

BROWN RUDNICK LLP
Robert J. Stark
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4862
Facsimile: (212) 938-2862
RStark@brownrudnick.com

*Counsel to Wilmington Trust FSB as successor Administrative Agent and Collateral Agent*