IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., et al.,[1] | ) | Case No. 08-13384 (MFW) |
| | ) | |
|          Debtors. | ) | Joint Administration Requested |

**NOTICE OF APPEARANCE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel to Bank of America, pursuant to, *inter alia*, Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Rules"), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

Stuart M. Brown
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302.777.7770
Facsimile: 307.777.7263
Email: sbrown@eapdlaw.com

and

James R. Langdon
Alan W. Pope
Moore & VanAllen
Suite 4700
100 North Tryon Street
Charlotte, NC 28202-4003
Telephone: 704-331-3705
Facsimile: 704-339-5855
Email: jimlangdon@mvalaw.com
Email: alanpope@mvalaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Flying J Inc. (3458); Big West of California, LLC (1608), Big West Oil, LLC (6982); Big West Transportation, LLC (1056); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226); Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

WLM 515889.1

PLEASE TAKE FURTHER NOTICE that this request is not only for the notices and other documents referred to in the Rules specified above, but includes, without limitation, all orders, notices, applications, motions, petitions, schedules of assets and liabilities, statement of financial affairs, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, email or otherwise. The undersigned further requests that these persons be added to the Matrix System and to any mailing list maintained by the bankruptcy clerk.

PLEASE TAKE FURTHER NOTICE that Bank of America does not intend for this Notice of Appearance and Request for Special Notice, nor any subsequent appearance, pleading or claim to waive any rights to which Bank of America is entitled, including but not limited to: (i) Bank of America's right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) Bank of America's right to trial by jury, and (iii) Bank of America's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which Bank of America is or may be entitled to under agreements or in law or in equity, all of which are expressly reserved.

Dated: December 23, 2008     By:  /s/ Stuart M. Brown
                                  Stuart M. Brown (No. 4050)
                                  Edwards Angell Palmer & Dodge LLP
                                  919 N. Market Street, Suite 1500
                                  Wilmington, DE 19801
                                  Telephone: 302.777.7770
                                  Facsimile: 307.777.7263
                                  Email: sbrown@eapdlaw.com

                                  Attorney for Bank of America.