## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------

In re:                                    )    Chapter 11
                                          )
FLYING J INC., *et al.*,                  )    Case No. 08-13384 (MFW)
                                          )
                                          )    Joint Administration Requested
                        Debtor.           )
------------------------------------------

### NOTICE OF APPEARANCE
### AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the following attorneys hereby enter their appearance

in the above-captioned bankruptcy proceeding, on behalf of Chevron Natural Gas, a division of

Chevron U.S.A., Inc., and pursuant to Sections 342(a) and 1109(b) of the Bankruptcy Code, 11

U.S.C. §§ 342(a) and 1109(b), and Federal Rules of Bankruptcy Procedure 2002 and 9010,

requests that all notices and all papers served in this case be given to and served upon:

Norman M. Monhait, Esq.
ROSENTHAL, MONHAIT & GODDESS, PA
Citizens Bank Center, Suite 1401
919 Market Street, PO Box 1070
Wilmington, DE 19899
Telephone: 302.656.4433
Facsimile: 302.658.7567
E-mail: nmonhait@rmgglaw.com

and

Richard L. Epling, Esq.
Karen B. Dine, Esq.
Margot P. Erlich, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
Telephone: 212.858.1000
Facsimile: 212.858.1500
E-mail: richard.epling@pillsburylaw.com
karen.dine@pillsburylaw.com
margot.erlich@pillsburylaw.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers specifically referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any and all notices, motions, applications, orders, petitions, pleadings, requests, complaints, demands, statements, certificates, affidavits, exhibits, reports, or schedules, whether formal or informal, and whether transmitted or conveyed by mail, courier, hand-delivery, telephone, facsimile, electronic mail, or otherwise.

Dated: December 23, 2008                          Respectfully submitted,

/s/ Norman M. Monhait
Norman M. Monhait, Esq. (DE 1040)
ROSENTHAL, MONHAIT & GODDESS, PA
Citizens Bank Center, Suite 1401
919 Market Street, PO Box 1070
Wilmington, DE 19899
Telephone: 302.656.4433
Facsimile: 302.658.7567
E-mail: nmonhait@rmgglaw.com

and

Richard L. Epling, Esq.
Karen B. Dine, Esq.
Margot P. Erlich, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
Telephone: 212.858.1000
Facsimile: 212.858.1500
E-mail: richard.epling@pillsburylaw.com
          karen.dine@pillsburylaw.com
          margot.erlich@pillsburylaw.com

*Attorneys for Chevron Natural Gas, a division
of Chevron U.S.A., Inc.*