IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FLYING J INC., et al., | : | Case Nos.  08-13384 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
PURSUANT TO § 1109(B) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 2002(G) AND 9010 BY LION OIL COMPANY**

NOTICE IS HEREBY GIVEN pursuant to §§ 102(i), 342, 1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rules 2002(g) and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Local Bankruptcy Rule 2002-1(d) that Rawle & Henderson, LLP appear for and on behalf of Lion Oil Company ("Lion"), a creditor and party in interest, in these bankruptcy cases.

NOTICE IS FURTHER GIVEN that Lion requests that all notices given or required to be given in these above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

Gary Seitz
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19899-0588
Telephone: (302) 778-1200
Facsimile: (302) 778-1400
Email: gseitz@rawle.com

2490295-1

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or Debtor-in-Possession or the property of such Debtors or Debtors' estates.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Lion's right to have final orders in noncore matters entered only after de novo review by a district court judge (ii) the right to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) the right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which Lion is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 24, 2008                              RAWLE & HENDERSON LLP

                                                By:   /s/ Gary F. Seitz
                                                      _____
                                                      Gary F. Seitz (No. 4457)
                                                      300 Delaware Avenue, Suite 1015
                                                      Wilmington, Delaware 19899-0588
                                                      (302) 778-1200 (telephone)
                                                      (302) 778-1400 (facsimile)
                                                      gseitz@rawle.com

                                                      Counsel for Lion Oil Company

2490295-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FLYING J INC., et al., | : | Case Nos. 08-13384 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

### CERTIFICATION OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Entry of Appearance was served electronically per court records on this 24th day of December, 2008, to the following:

Debtor's Counsel
Office of the Untied States Trustee
Counsel of record for all interested parties

Dated: December 24, 2008              RAWLE & HENDERSON LLP

                                                        /s/ Gary F. Seitz
                                     By: _____
                                          Gary F. Seitz (No. 4457)
                                          300 Delaware Avenue, Suite 1015
                                          Wilmington, Delaware 19899-0588
                                          (302) 778-1200 (telephone)
                                          (302) 778-1400 (facsimile)
                                          gseitz@rawle.com

                                          Counsel for Lion Oil Company

2490295-1