IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., et al., | ) | Case No. 08-13384 |
| | ) | |
| Debtors. | ) | Jointly Administered Requested |
| | ) | |

## NOTICE OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Union Tank Car Company by Clinton Hansen of Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber, as a creditor ("Creditor") hereby appears in the above-captioned case by its counsel, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), demands that all notices and pleadings given or filed in this case be given and served upon:

Clinton Hansen, Esq. (chansen@tcfhlaw.com)
THOMPSON COBURN LLP d/b/a THOMPSON COBURN FAGEL HABER
55 East Monroe
Chicago, Illinois 60603
Phone: (312) 580-2226
Fax: (312) 580-2201
efiledocketgroup@fagelhaber.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights of Creditor (1)

to have final orders in non-core matters entered only after *de vovo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

DATED:    Chicago, Illinois
December 24, 2008

UNION TANK CAR COMPANY

By:  /s/ Clinton Hansen
One of its Attorneys

Clinton Hansen, Esq. (Illinois Bar #6275079)
Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber
55 East Monroe
Chicago, Illinois 60603
Phone: (312) 346-7500
Fax: (312) 580-2201
chansen@tcfhlaw.com