**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., *et al.* | ) | Bankruptcy No. 08-13384-MFW |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**TO ALL PARTIES, PLEASE TAKE NOTICE:**

The undersigned, David W. Lampl, Esquire, Richard J. Cromer, Esquire, and LEECH TISHMAN FUSCALDO & LAMPL, LLC appear as counsel on behalf of Barjan, LLC, an interested party in the above-referenced case, and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorney at the following address:

David W. Lampl, Esquire
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, Pennsylvania 15219
(412) 261-1600
E-mail: bankruptcy@leechtishman.com

Richard J. Cromer, Esquire
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, Pennsylvania 15219
(412) 261-1600
E-mail: rcromer@leechtishman.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, this request includes notices of papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

Movant additionally requests that the Debtor, the U.S. Trustee, the Chapter 11 Trustee, any formal or informal Committee, and the Clerk of the Court place Movant's name and address on any mailing matrix or list to be prepared or existing in the above-referenced bankruptcy proceedings.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Barjan, LLC's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Barjan, LLC is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

                          Respectfully submitted,

                          LEECH TISHMAN FUSCALDO & LAMPL, LLC

Date: <u>December 29, 2008</u>      By:   <u>/s/ Richard J. Cromer</u>
                                            Richard J. Cromer, Esquire
                                            PA I.D. No. 79214
                                            David W. Lampl, Esquire
                                            PA I.D. No. 28900
                                            525 William Penn Place, 30th Floor
                                            Pittsburgh, Pennsylvania 15219
                                            (412) 261-1600