IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- X
                                    :   Chapter 11

Flying J Inc., et al.[1]

                                    :   Case No. 08-13384 (MFW)

       Debtor,

                                    :   Jointly Administered

                                    :

------------------------------------- X

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance on behalf of New West Petroleum, a creditor in the above-captioned bankruptcy proceeding, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and 11 U.S.C. §§ 342 and 1109(b) of the Bankruptcy Code, and hereby requests that all notices and all papers served in this case be given to and served upon:

R. Dale Ginter
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
rginter@downeybrand.com
sheaton@downeybrand.com

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608); Big West Oil, LLC (6982); Big West Transportation, LLC (1056); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226); Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

975562.1

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitation, any and all notices, motions, applications, orders, petitions, pleadings, requests, complaints, demands, statements, certificates, affidavits, exhibits, reports, or schedules, whether formal or informal, and whether transmitted or conveyed by mail, courier, hand-delivery, telephone, facsimile, electronic mail, or otherwise.

DATED: December 30, 2008                    DOWNEY BRAND LLP

By: _____
R. DALE GINTER
Attorney for Creditor
New West Petroleum

## CERTIFICATE OF SERVICE

I, R. Dale Ginter, hereby certify that on this ___ day of December, 2008, I caused a true and correct copy of the **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** to be served by United States first class mail, postage prepaid, upon the parties listed below.

Flying J Inc.
1104 Country Hills Drive
Ogden, UT 84403
***Debtor***

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
***Attorneys for Debtor***

*See attached Notice of Appearance/Request for Service List*

DATED: December 30, 2008

DOWNEY BRAND LLP

By: _____
R. DALE GINTER
Attorney for Creditor
New West Petroleum

975562.1

*In re: Flying J; Case #08-13384*
*Request for Special Notice List*

United Steelworkers
c/o Susan Kaufman, Esq.
Cooch & Taylor PA
P.O. Box 1680
Wilmington, DE  19899

Wilmington Trust
c/o Robert J. Stark, Esq.
Brown Rudnick
Seven Times Square
New York, NY  10036

Sysco Corp.
c/o L. Silverstein
Potter Anderson & Corroon
P.O. Box 951
Wilmington, DE  19899

Chevron Natural Gas
c/o R. Epling/K. Dine/M. Erlich
Pillsbury Winthrop Shaw Pittman
1540 Broadway
New York, NY  10036

BP Products North America
c/o James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Occidental Energy Marketing, Inc.
c/o K. Mayer/D. Silver, Esqs.
McCarter & English LLP
405 N. King Street
Wilmington, DE  19801

Bank of America
c/o Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market St., #1500
Wilmington, DE  19801

Sysco Corp.
c/o Trey A. Monsour
Haynes & Boone LLP
2323 Victory Ave., #700
Dallas, TX  75219

Chevron Natural Gas
c/o H. Ray/B. Umari
Andrews Kurth LLP
600 Travis, #4200
Houston, TX  77002

United Steelworkers
c/o D. Jury, Asst Gen. Counsel
Five Gateway Cntr, Rm 807
Pittsburgh, PA  15222

Wilmington Trust
c/o Howard Siegel
Brown Rudnick
185 Asylum St; City Place 1
Hartford, CT  06103

Bank of America
c/o J. Langdon/A. Pope
Moore & VanAllen
100 N. Tryon St., #4700
Charlotte, NC  28202-4003

Chevron Natural Gas
c/o N. Monhait, Esq.
Rosenthal Monhait & Goddess
P.O. Box 1070
Wilmington, DE  19899

Chevron Natural Gas
c/o Rachel Mersky, Esq.
Monzack Mersky McLaughlin
1201 N. Orange St., #400
Wilmington, DE  19801