**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **FLYING J INC, *et al.*,**[1] | ) | Case No. 08-13384 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Bottling Group, LLC d/b/a The Pepsi Bottling Group ("PBG") and PepsiAmericas, Inc. ("PAS") (collectively, the "Represented Parties") hereby appear by their counsel, Joseph D. Frank and Frank/Gecker LLP; such counsel hereby enters his appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following person at the following address, telephone number, facsimile number and email address:

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
jfrank@fgllp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608); Big West Oil, LLC (6982); Big West Transportation, LLC (1056); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226); Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceeding therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the right of any of the Represented Parties (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over any of the Represented Parties; or (v) of any other rights, claims, actions, setoffs, or recoupments to which any of the Represented Parties may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments each of the Represented Parties expressly reserves.

Dated: December 30, 2008

BOTTLING GROUP, LLC d/b/a THE PEPSI BOTTLING GROUP

PEPSIAMERICAS, INC.

By: */s/ Joseph D. Frank*

Joseph D. Frank (IL No. 6216085)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:    (312) 276-1400
Facsimile:     (312) 276-0035
jfrank@fgllp.com

## CERTIFICATE OF SERVICE

The undersigned attorney states that on **December 30, 2008**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed electronically. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List, a copy of which is attached hereto, by operation of the Court's CM/ECF system. In addition, copies were served via first class mail, postage prepaid, upon the parties listed below:

| *Counsel for the Debtors* | *Counsel for the Debtors* |
|---|---|
| Pauline K. Morgan | David L. Eaton |
| Young, Conaway, Stargatt & Taylor LLP | Kirkland & Ellis LLP |
| 1000 West Street, 17th Floor | 200 East Randolph Drive |
| Wilmington, Delaware  19801 | Chicago, Illinois  60601-6636 |
| | |
| *Counsel for the Debtors* | *United States Trustee* |
| Craig A. Bruens | Office of the United States Trustee |
| Kirkland & Ellis LLP | Region 3 |
| Citigroup Center | 844 King Street, Room 2207 |
| 153 East 53rd Street | Lock Box #35 |
| New York, New York  10022-4611 | Wilmington, Delaware  19899-0035 |

By: */s/ Joseph D. Frank*

# Mailing Information for Case 08-13384-MFW

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Don A. Beskrone    dbeskrone@ashby-geddes.com
- Donald J. Bowman    bankfilings@ycst.com
- Stuart M. Brown    sbrown@eapdlaw.com, DEbankruptcy@eapdlaw.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Richard J. Cromer    rcromer@leechtishman.com, bankruptcy@leechtishman.com
- Tobey M. Daluz    daluzt@ballardspahr.com
- Robert Dale Ginter    dginter@downeybrand.com
- Clinton P Hansen    chansen@fagelhaber.com
- Susan E. Kaufman    skaufman@coochtaylor.com
- Katharine L. Mayer    kmayer@mccarter.com
- Rachel B. Mersky    rmersky@monlaw.com
- Norman M. Monhait    nmonhait@rmgglaw.com
- Pauline K. Morgan    bankfilings@ycst.com
- Edmon L. Morton    bankfilings@ycst.com
- Gary F. Seitz    gseitz@rawle.com, DE11@ecfcbis.com
- Laurie Selber Silverstein    bankruptcy@potteranderson.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV