IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FLYING J INC., et al., | ) | |
| | ) | Case No. 08-13384 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| ------------------------------------------------ x | | |

## NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY, AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** Alliance Process Partners, LLC d/b/a International Alliance Group a/k/a IAG (the "Company") as creditor and party in interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Strasburger & Price, LLP, and Morris James LLP, and such counsel hereby enter their appearance pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), and such counsel hereby request, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, and facsimile and telephone numbers:

| | |
|---|---|
| Stephen M. Miller (DE Bar No. 2610) | Stephen A. Roberts Esquire |
| Thomas M. Horan (DE Bar No. 4641) | Duane J. Brescia, Esquire |
| Morris James LLP | Strasburger & Price, LLP |
| 500 Delaware Avenue, Suite 1500 | 600 Congress Avenue, Suite 1600 |
| P.O. Box 2306 | Austin, Texas 78701-2974 |
| Wilmington, Delaware 19899-2306 | Telephone: (512) 499-3600 |
| Telephone: (302) 888-6800 | Facsimile: (512) 499-3660 |
| Facsimile: (302) 571-1750 | E-mail: stephen.roberts@strasburger.com |
| E-mail: smiller@morrisjames.com | E-mail: duane.brescia@strasburger.com |
| E-mail: thoran@morrisjames.com | |

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) the Company's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) the Company's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the Company's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Company may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Company expressly reserves.

Dated: December 31, 2008        **MORRIS JAMES LLP**

                                _____
                                Stephen M. Miller (DE Bar No. 2610)
                                Thomas M. Horan (DE Bar. No. 4641)
                                500 Delaware Avenue, Suite 1500
                                P.O. Box 2306
                                Wilmington, Delaware 19899-2306
                                Telephone: (302) 888-6800
                                Facsimile: (302) 571-1750
                                E-mail: smiller@morrisjames.com
                                E-mail: thoran@morrisjames.com

                                            and

Stephen A. Roberts Esquire
Duane J. Brescia, Esquire
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin, TX 78701-2974
Telephone: (512) 499-3600
Facsimile: (512) 499-3660
E-mail: stephen.roberts@strasburger.com
E-mail: duane.brescia@strasburger.com

Attorneys for Alliance Process Partners, LLC d/b/a
International Alliance Group a/k/a IAG

2061628/1