IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FLYING J, INC., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13384 (MFW) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
### FOR TRANSPORTATION ALLIANCE BANK and TRANSPORTATION ALLIANCE LEASING

**PLEASE TAKE NOTICE THAT** Transportation Alliance Bank and Transportation Alliance Leasing hereby appears in the above-captioned case by its local counsel, Elliott Greenleaf, and its lead counsel, Jones Waldo Holbrook & McDonough, PC, and such counsel hereby enters their appearance pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

William M. Kelleher (DE Bar No. 3961)
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, Delaware 19899
Telephone: (302) 384-9400
Facsimile: (302) 656-3714
Email: wmk@elliottgreenleaf.com

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, #1500
Salt Lake City, Utah 84101

Telephone: (801) 534- 7242
Facsimile: (801)328.0537
Email: jshields@joneswaldo.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced case and proceedings herein.

Dated: January 2, 2009

ELLIOTT GREENLEAF

William M. Kelleher (DE Bar No. 3961)
1000 West Street, Suite 1440
Wilmington, Delaware 19899
Telephone: (302) 384-9400
Facsimile: (302) 656-3714
Email: wmk@elliottgreenleaf.com

*Local Counsel for Transportation Alliance Bank
and Transportation Alliance Leasing*