## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., *et al.*,[1] | ) | Case No. 08-13384 (MFW) |
| Debtors. | ) | |
| | ) | Jointly Administered |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that **Duane Morris LLP** hereby appears in the above-referenced Chapter 11 cases as attorneys for **American Refining Group, Inc.** and, pursuant to Bankruptcy Rule 2002 and 9010(b) and § 1109(b) of the Bankruptcy Code, requests that copies of all notices and pleadings given or filed in these cases be given and served upon the following at the below address and facsimile number:

> Lawrence J. Kotler, Esquire
> **Duane Morris LLP**
> 1100 North Market Street, Suite 1200
> Wilmington, DE 19801
> Telephone: (302) 657-4900
> Facsimile: (302) 657-4901
> E-mail: LJKotler@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Longhorn Partners Pipeline, L.P. (0554); Big West Oil, LLC (6982); Big West of California, LLC (1608); Longhorn Pipeline Inc. (0654); Big West Transportation, LLC (1056); Longhorn Pipeline Holdings, LLC (0226). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden UT 84403.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive **American Refining Group, Inc.'s** (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which **American Refining Group, Inc.** is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: January 5, 2009  
Wilmington, Delaware

/s/ Lawrence J. Kotler  
Lawrence J. Kotler (DE 4181)  
**Duane Morris LLP**  
1100 North Market Street, Suite 1200  
Wilmington, DE 19801

and

30 South 17th Street  
Philadelphia, PA 19103-4196

*Counsel for American Refining Group, Inc.*

DM3\885241.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., *et al.*,[1] | ) | Case No. 08-13384 (MFW) |
| Debtors. | ) | |
| | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Appearance and Request For Service of Notices And Papers to be made upon the parties set forth on the attached service list by first class mail, postage prepaid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 5, 2009
Wilmington, Delaware

*/s/ Lawrence J. Kotler*
Lawrence J. Kotler (DE 4181)
**Duane Morris LLP**
1100 North Market Street, Suite 1200
Wilmington, DE 19801

and

30 South 17th Street
Philadelphia, PA 19103-4196

*Counsel for American Refining Group, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Longhorn Partners Pipeline, L.P. (0554); Big West Oil, LLC (6982); Big West of California, LLC (1608); Longhorn Pipeline Inc. (0654); Big West Transportation, LLC (1056); Longhorn Pipeline Holdings, LLC (0226). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden UT 84403.

DM3\885241.1

## SERVICE LIST

**Counsel for Debtor:**

**Pauline K. Morgan, Esq.**
**Edmon L. Morton, Esq.**
**Donald J. Bowman, Jr., Esq.**
**Ryan M. Bartley, Esq.**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

**David L. Eaton, Esq,**
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

**Craig A. Bruens, Esq.**
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

**United States Trustee:**

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

2

DM3\885241.1