UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2009 JAN -2 AM 9:

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., *et al.* | ) | Case No 08-13384 (MFW) |
| | ) | |
| DEBTORS | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of HATHAWAY LLC, creditor, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

Richard J. Reynolds
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, California 92618
Tel:    949 474-6900
Fax:   949 474-6907
E-mail: rreynolds@trlawyers.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive HATHAWAY LLC's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which HATHAWAY, LLC is

or may be entitled under agreements, at law, or in equity, all of which rights actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  December 31, 2008            **TURNER, REYNOLDS, GRECO & O'HARA**

By: _/s/ Richard J. Reynolds_
Richard J. Reynolds, Attorneys for E&B
Resources Management Corporation
16485 Laguna Canyon Road, Suite 250
Irvine, California 92618
Tel:      949 474-6900
Fax:     949 474-6907

Attorneys for HATHAWAY, LLC


# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 16485 Laguna Canyon Road, Suite 250, Irvine, California 92618.

On December 31, 2008, I served the foregoing document entitled **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST** upon the interested parties in this action addressed as follows:

| | |
|---|---|
| Pauline Morgan<br>Young, Conoway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899 | Attorneys for Debtor<br>Tel:   302 571-6600<br>Fax:  302-571-1253<br>E-mail: bankfilings@ycst.com |
| Paul M. Basta<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 | Attorneys for Debtor<br>Tel:   212 446-4800<br>Fax:  212 446-4900 |
| David L. Eaton<br>KIRKLAND & ELLIS LLP<br>Aon Center<br>200 East Randolph Drive<br>Chicago, IL 60601 | Attorneys for Debtor<br>Tel:   312 861-2000<br>Fax:  312 861-2200 |
| United States Trustee<br>844 King Street<br>Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Tel:   302 573-6491 |

in the following manner:

[✓]   (BY U.S. MAIL) I placed a true and correct copy of said document in a sealed envelope with postage thereon fully prepaid, to be deposited in the U.S. Mail at Irvine, California. I am "readily familiar" with my firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]   (BY OVERNIGHT MAIL) I placed such envelope(s) addressed as shown above for collection and delivery by overnight courier with delivery fees paid or provided for in accordance with this firm's practice. I am readily familiar with this firm's practice for processing correspondence for delivery the following day by overnight courier.

[ ]   (BY FACSIMILE) I caused such document to be telefaxed to the addressee(s) and number(s) shown above, wherein such telefax is transmitted that same day in the ordinary course of business.

[ ]   (BY ELECTRONIC MEANS) as noted

854192.001

00237923.WPD; 1

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the addressee(s) shown above. A proof of service signed by the authorized courier will be filed forthwith.

[✓]   (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on December 31, 2008, at Irvine, California.

*Gail M. Latimer*
**GAIL M. LATIMER**