IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Flying J Inc., *et al.*, | ) |
| | ) Case No. 08-13384 (MFW) |
| Debtor. | ) |
| | ) (Jointly Administered) |
| | ) |

## ENTRY OF APPEARANCE, REQUEST FOR MATRIX ENTRY, AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** Airgas, Inc. and its related entities ("Airgas"), a party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Smith, Katzenstein & Furlow LLP, and such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address and telecopy and telephone number:

| | |
|---|---|
| Kathleen M. Miller | Mr. David Boyle |
| Smith, Katzenstein & Furlow | Airgas, Inc. |
| 800 Delaware Avenue, 7th Floor | 259 Radnor-Chester Road, Suite 100 |
| P.O. Box 410 | P.O. Box 6675 |
| Wilmington, DE 19899 | Radnor, PA 19087-8675 |
| Courier: 19801 | Telephone No.: 610-902-6028 |
| Telephone: 302-652-8400 | Telecopy: 610-687-3187 |
| Telecopy: 302-652-8405 | Email: David.boyle@airgas.com |
| E-mail: Kmiller@skfdelaware.com | |

02160|PLDG|10060079.WPD

Dated: January 6, 2009  SMITH, KATZENSTEIN & FURLOW LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)
Etta R. Wolfe (I.D. No. 4164)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: 302-652-8400
Telecopy: 302-652-8405
E-mail: Kmiller@skfdelaware.com

Attorneys for Airgas, Inc. and related entities

## CERTIFICATE OF SERVICE

I hearby certify that on this 6th day of **January, 2009** a copy of the foregoing **Notice of Appearance, Request For Matrix Entry, and Request for Service of Notices and Documents** was served on following parties by first class mail:

Pauline K. Morgan, Esq.
Edmon L. Morton, Esquire
Donal J. Bowman, Jr., Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
PO Box 391
Wilmington, DE 19899
*Counsel for Debtors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. 2898)