UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 08-13384-MFW-11 |
| | § | Chapter 11 |
| FLYING J INC., *et al.*, | § | |
| | § | Jointly Administered |
| Debtors | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives

notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the

undersigned counsel:

Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its said counsel that it be served with copies

of all notices and other documents issued by the Clerk of the Court and all other pleadings and

notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties

in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules

2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO

Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jay W. Hurst*
JAY W. HURST
Assistant Attorney General
Texas State Bar No. 10315620
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4861
Facsimile:  (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

### CERTIFICATE OF SERVICE

I certify that on January 6, 2009, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

Flying J Inc.
1104 Country Hills Drive
Ogden, UT 84403

By Electronic Means as listed on the Court's ECF Noticing System:

Don A. Beskrone dbeskrone@ashby-geddes.com
Donald J. Bowman bankfilings@ycst.com
Stuart M. Brown sbrown@eapdlaw.com, DEbankruptcy@eapdlaw.com
James S. Carr KDWBankruptcyDepartment@kelleydrye.com
Richard J. Cromer rcromer@leechtishman.com, bankruptcy@leechtishman.com
Tobey M. Daluz daluzt@ballardspahr.com
Joseph D. Frank jfrank@fgllp.com,
ccarpenter@fgllp.com;Larry.Thomas@westernunion.com;rheiligman@fgllp.com
Robert Dale Ginter dginter@downeybrand.com
Clinton P Hansen chansen@fagelhaber.com
James E. Huggett jhuggett@margolisedelstein.com
Susan E. Kaufman skaufman@coochtaylor.com
William M. Kelleher kelleherw@ballardspahr.com
Lawrence Joel Kotler ljkotler@duanemorris.com

Katharine L. Mayer kmayer@mccarter.com
Rachel B. Mersky rmersky@monlaw.com
Stephen M. Miller smiller@morrisjames.com, wweller@morrisjames.com
Norman M. Monhait nmonhait@rmgglaw.com
Pauline K. Morgan bankfilings@ycst.com
Edmon L. Morton bankfilings@ycst.com
Patricia Williams Prewitt pprewitt@lockelord.com
David P. Primack david.primack@dbr.com, amy.kinslow@dbr.com
Richard J. Reynolds rreynolds@trlawyers.com, glatimer@trlawyers.com
Todd C. Ringstad becky@ringstadlaw.com, becky@ringstadlaw.com
Gary F. Seitz gseitz@rawle.com, DE11@ecfcbis.com
Laurie Selber Silverstein bankruptcy@potteranderson.com
United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV
Helen Elizabeth Weller dallas.bankruptcy@publicans.com
Jeffrey C. Wisler jwisler@cblh.com


_/s/ Jay W. Hurst_
JAY W. HURST