IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., et al., | ) | Case No. 08-13384 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned appears in the above-captioned matter on behalf of Cadre Services, Inc. f/k/a Tanner Companies, Inc. ("Cadre"), and requests pursuant to 11 U.S.C. §1109(b) that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax, telegraph, telex or otherwise, which affect the Debtors or the property of the Debtors, be served upon the following:

> Carmella P. Keener, Esquire
> Edward B. Rosenthal, Esquire
> Rosenthal, Monhait & Goddess, P.A.
> 919 Market Street, Suite 1401, P.O. Box 1070
> Wilmington, Delaware 19899-1070
> Telephone: (302) 656-4433
> Fax: (302) 658-7567
> ckeener@rmgglaw.com
>
> Walter J. Cicack, Esquire
> Seyfarth Shaw LLP
> 700 Louisiana Street
> Suite 3700
> Houston, TX 77002-2797
> Telephone: (713) 225-2300
> Fax: (713) 225-2340
> wcicack@seyfarth.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, any notice, application, proposed order, complaint, hearing, motion, petition, pleading, claim objection or request, whether formal or informal, whether oral or written, and whether

transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed, which may affect or seek to affect any rights or interests of the above-captioned debtor, or any property or proceeds in which the above-captioned debtor may hold an interest.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Papers* nor any later appearance, pleading, claim or suit shall constitute a waiver of Cadre's: (1) right to have final orders entered in non-core matters only after *de novo* review by a United States District Court Judge; (2) right to trial by jury in any proceeding so triable in this case, or in any controversy or proceeding related to this case or these Debtors or any of them; (3) right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Cadre Services, Inc. is or may be entitled to exercise, all of which rights, claims, actions, defenses, setoffs and recoupments Cadre Services, Inc. expressly reserves.

Dated: January 7, 2009

        ROSENTHAL, MONHAIT & GODDESS P.A.

        By:   */s/ Carmella P. Keener*
        Carmella P. Keener (Bar ID No. 2810)
        Edward B. Rosenthal (Bar ID No. 3131)
        919 Market Street, Suite 1401, P.O. Box 1070
        Wilmington, Delaware 19899-1070
        Telephone: (302) 656-4433
        Fax: (302) 658-7567
        ckeener@rmgglaw.com

        and

        Walter J. Cicack, Esquire
        Seyfarth Shaw LLP
        700 Louisiana Street
        Suite 3700
        Houston, TX 77002-2797
        Telephone: (713) 225-2300
        Fax: (713) 225-2340

        **Attorneys for Cadre Services, Inc.**
        **f/k/a Tanner Companies, Inc.**