Michael Reed
MCCREARY, VESELKA, BRAGG, AND ALLEN, P.C.
P. O. Box 1269
Round Rock, Texas 78680
512-323-3200
Attorneys for County of Bastrop, Waco City/ISD, Taylor CAD

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE
WILMINGTON DIVISION

IN THE MATTER OF:            CASE NO. 08-13384

FLYING J INC. ET AL

  DEBTOR                     CHAPTER 11

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

   Notice is hereby given that Michael Reed, of McCreary, Veselka, Bragg & Allen, P.C., P.O.Box 1269, Round Rock, Texas 78680, will appear as counsel for County of Bastrop, Waco City/ISD, Taylor CAD, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.
Dated :  January 7, 2009

                                                                  Respectfully submitted,

                                                                  McCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                                  Attorneys for Claimants, County of Bastrop, Waco City/ISD, Taylor CAD
                                                                  P. O. Box 1269
                                                                  Round Rock, Texas 78680
                                                                  (512) 323-3200
                                                                  /s/ Michael Reed
                                                                  Michael Reed
                                                                  State Bar Number 16685400

CERTIFICATE OF SERVICE

   I hereby certify that I have placed a copy of the above Notice of Appearance and Request for Service of Notices and Other Documents to Donald J. Bowman, Jr., Attorney for Debtor, YOUNG, CONAWAY, STARGATT & TAYLOR, 1000 West Street 17th Floor, Wilmington, DE 19801, on January 7, 2009, by by Electronic Notification.

/s/ Michael Reed
Michael Reed