IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., et al.,[1] | ) | Case No. 08-13384 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel hereby moves the admission *pro hac vice* of Walter J. Cicack, to represent Cadre Services, Inc. f/k/a Tanner Companies, Inc. in the above-captioned matter.

/s/ Carmella P. Keener
Carmella P. Keener (DE Bar No. 2810)
Edward B. Rosenthal (DE Bar No. 3131)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 North Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567

**Attorneys for Cadre Services, Inc.
f/k/a Tanner Companies, Inc.**

Dated: January 7, 2009

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608), Big West Oil, LLC (6982); Big West Transportation, LLC (1056); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226), Longhorn Pipeline Inc. (0654).

## **CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*Walter J. Cicack*
Walter J. Cicack (Texas State Bar No. 04250535)
Seyfarth Shaw LLP
700 Louisiana Street
Suite 3700
Houston, TX 77002-2797
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

Dated: January 7, 2009

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED: Counsel's motion for admission *pro hac vice* of Walter J. Cicack is granted.

Dated: _____

                                            The Honorable Mary F. Walrath
                                            United States Bankruptcy Court
                                            Judge