## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE:                                          CASE NO.  08-13384-MFW

    FLYING J INC.,

       Debtor.

_____/

---

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, FLORIDA SELF-INSURERS GUARANTY ASSOCIATION, INC., hereby files its Notice of Appearance in the above-captioned case.  The undersigned attorney for FLORIDA SELF-INSURERS GUARANTY ASSOCIATION, INC., requests that all notices of the matters arising herein be duly served on him at the address hereinunder noted.

Dated this 7th day of January, 2009.

                                /s/  JAMES E. SORENSON
                                JAMES E. SORENSON (FL Bar #0086525),
                                D. TYLER VAN LEUVEN (FL Bar #0178705),
                                CHAD D. HECKMAN (FL Bar #0526029),
                                JARED S. GARDNER (FL Bar #0041042), and
                                MARY LINZEE VAN LEUVEN (FL Bar #0029766), of
                                Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
                                Post Office Box 4128
                                Tallahassee, Florida 32315-4128
                                Telephone (850) 386-3300
                                Facsimile (850) 205-4755
                                *Attorneys for Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been furnished to Donald J. Bowman, Jr., Esquire, 1000 West Street, 17th Floor, Wilmington, DE 19801, Attorney for Debtor, (usual place of business), FLYING J INC., 1104 Country Hills Drive, Ogden, UT 84403, Debtor, (usual place of abode), and United States Trustee, 844 King Street, Room 2207, Lockbox #35, Wilmington, DE  19899-0035, Trustee, (usual place of business), by electronic means or U.S. Mail on this 7th day of January, 2009.


/s/  JAMES E. SORENSON
Attorney