IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FLYING J INC., et. al., | : | Case No. 08-13384 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that San Joaquin Refining Co., Inc. and Tricor Energy, LLC (together, the "Creditor") hereby enter their appearance through counsel and, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 2002, requests that copies of all notices and pleadings given or filed in these cases be given to and served upon the undersigned at the following addresses:

Fred Sainick, Esquire
Sainick & Whitney
190 Newport Center Drive, 2nd Floor
Newport Beach, CA 92660
Telephone: (949) 644-9400
E-mail: Fsainick@aol.com

Frederick B. Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
E-mail: fbrosner@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any order, application, motion, petition, pleading, request, complaint or demand, or any notice thereof, whether formal or informal, whether written or oral, and whether conveyed or transmitted by mail, delivery, telephone, telegraph, facsimile or otherwise, made by the Debtors, the trustee, or any other party in the above-captioned cases. Please add the attorneys of record to any mailing matrix as may be used in these cases.

DM3\891583.1

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notice and Papers, nor any subsequent appearance, pleading, proof of claim, other writing or conduct shall constitute a waiver of Creditor's (a) right to have final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) right to trial by jury in any proceeding as to any and all matters so triable; (c) right to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity, under any agreement. All such rights are hereby reserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these cases.

Dated: January 7, 2009
      Wilmington, Delaware

                                  **DUANE MORRIS LLP**

                                  /s/ Frederick B. Rosner
                                  Frederick B. Rosner (DE 3995)
                                  1100 North Market Street, Suite 1200
                                  Wilmington, DE  19801
                                  Telephone:    (302) 657-4900

                                  Counsel for San Joaquin Refining Co., Inc. and
                                  Tricor Energy, LLC

DM3\891583.1