IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FLYING J INC., *et al.*, | ) | Case No. 08-13384-MFW |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

**AMENDED NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Berry Petroleum Company ("Berry"), creditor, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

> Todd C. Ringstad, Esq.
> RINGSTAD & SANDERS LLP
> 2030 Main Street, Suite 1200
> Irvine, CA 92614
> Telephone: 949 851-7450
> Facsimile: 949 851-6926
> Email: todd@ringstadlaw.com
>
> Laura K. McAvoy, Esq.
> MUSICK PEELER & GARRETT LLP
> 2801 Townsgate Road, Suite 200
> Westlake Village, Ca 91361
> Telephone: 808 418-3115
> Facsimile: 808 418-3101
> Email: l.mcavoy@mpglaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-

mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Berry's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto: (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Berry is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: January 7, 2009

                                       RINGSTAD & SANDERS LLP

                                       By: _____
                                           Todd C. Ringstad (Cal Bar 97345)
                                      2030 Main Street, Suite 1200
                                      Irvine, CA 92614
                                      Telephone: 949 851-7450
                                      Facsimile: 949 851-6926

                                      Attorneys for Berry Petroleum Company