UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.    08-13384-11 |
| FLYING J INC., ET AL | § | |
| DEBTOR(S), | § | CHAPTER    11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CITY OF Edinburg**
**McLennan County**
**South Texas College**

**Llano County**
**Edinburg CISD**
**South Texas ISD**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA DR, STE 400
P.O. BOX 17428
AUSTIN, TX 78760-7428
Telephone:    (512)447-6675
Facsimile:    (512)443-5114
Email:    austin.bankruptcy@publicans.com

By:/s/ *Diane W. Sanders*
       Diane W. Sanders         State Bar No.    16415500

Certificate of Service
I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

DONAL J. BOWMAN, JR
YOUNG, CONAWAY, STARGATT & TAYLOR
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DE 19801

US TRUSTEE (DELAWARE)
844 KING STREET, RM 2207
LOCK BOX #35
WILMINGTON, DE 19899-0035

Dated this   7th   day of January, 2009.

/s/ *Diane W. Sanders*
Diane W. Sanders