IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------X
In re:                                     :    Chapter 11
                                           :
FLYING J INC., et al.,                     :    Case No. 08-13384 (MFW)
                                           :
        Debtors.                           :    (Jointly Administered)
-------------------------------------------------------------X
```

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS,
AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that MC Oil & Gas, LLC ("MC") ("Creditor") appears through its counsel, Holme Roberts & Owen LLP, and requests, pursuant to Section 342 of the Bankruptcy Code, and Bankruptcy Rules 2002, 9007, and 9010, that all notices given or required to be given in these cases and all papers and pleadings served or required to be served be given and served upon:

>   Lawrence Bass, Esq.
>   Holme Roberts & Owen LLP
>   1700 Lincoln Street, Suite 4100
>   Denver, CO 80203
>   Phone: (303) 861-7000
>   Fax: (303) 866-0200
>   Email: lawrence.bass@hro.com

This entry of appearance is not intended as, nor is it, a consent to jurisdiction of the Bankruptcy Court over Creditor, nor is it intended to waive: (i) Creditor's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) Creditor's right to trial by jury in any proceedings that are triable herein, or in any case, controversy or proceeding related thereto; (iii) Creditor's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Creditor is or may be entitled under agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

DATED this 7th day of January, 2009.

         Respectfully submitted,

       By: */s/Lawrence Bass*
          Lawrence Bass, No. 29702
          Holme Roberts & Owen, LLP
          1700 Lincoln Street, Suite 4100
          Denver, CO 80203
          Tele:  (303) 861-7000
          Fax:  (303) 866-0200
          Email:  lawrence.bass@hro.com

          Attorneys for MC Oil & Gas, LLC

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January 2009, a true and correct copy of the foregoing document, **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, AND RESERVATION OF RIGHTS,** was deposited in the United States Mail, postage pre-paid, first class, addressed to the following:

| | |
|---|---|
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Donald J. Bowman, Jr.<br>Edmon L. Morton<br>Pauline K. Morgan<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801 |
| Paul M. Basta<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022 | Adam C. Paul<br>David J. Zott<br>Barack S. Echols<br>Christa C. Cottrell<br>Jennifer W. Cowen<br>Kirkland & Ellis LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601 |

                                                                        */s/Kristine Lundstrom*