**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
Steven J. Reisman (SR 4906)
Timothy A. Barnes (TB 0409)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                                                :
In re:                                                          :   Chapter 11
                                                                :
FLYING J INC, INC, et al.,[1]                                   :   Case No. 08-13384 (MFW)
                                                                :
                                                                :   Jointly Administered
                          Debtors.                              :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, the law firm set forth below appears as counsel to P.M.I. Services North America, Inc. ("P.M.I."), and pursuant to Section 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that the following names and address be added to the mailing list maintained by the Clerk of the Court in these cases and further demands that all notices given or required to be given in these cases and all papers served or required to be served in these cases by all counsel, parties-in-interest, and this Court be given to and served upon the following:

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Longhorn Partners Pipeline, L.P. (0554); Big West Oil, LLC (6982); Big West of California, LLC (1608); Longhorn Pipeline Inc. (0654); Big West Transportation, LLC (1056); Longhorn Pipeline Holdings, LLC (0226). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

5391282

>   **Steven J. Reisman, Esq.**
>   **CURTIS, MALLET-PREVOST,**
>     **COLT & MOSLE LLP**
>   **101 Park Avenue**
>   **New York, New York  10178-0061**
>   **Telephone:  (212) 696-6000**
>   **Facsimile:  (212) 697-1559**
>   **E-Mail:  sreisman@curtis.com**
>
>   -and-
>
>   **Timothy A. Barnes, Esq.**
>   **CURTIS, MALLET-PREVOST,**
>     **COLT & MOSLE LLP**
>   **101 Park Avenue**
>   **New York, New York  10178-0061**
>   **Telephone:  (212) 696-6000**
>   **Facsimile:  (212) 697-1559**
>   **E-Mail:  tbarnes@curtis.com**

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of, <u>any</u> application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that P.M.I. does not intend that this Notice of Appearance and Demand for Notices and Service of Papers, or any later appearance or pleading, be deemed or construed to be a waiver of P.M.I.'s right: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference of these cases from this Court in any matter subject to mandatory or discretionary withdrawal; (iv) to require that notice be served

upon any other person, firm or governmental agency; and (v) to any other rights, claims, actions or defenses to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, or defenses P.M.I. expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Service of Papers shall not be construed as an appointment of: (i) Steven J. Reisman; (ii) Timothy A. Barnes; or (iii) Curtis, Mallet-Prevost, Colt & Mosle LLP as an authorized agent of P.M.I., either expressly or impliedly, for purposes of receiving service of process pursuant to Bankruptcy Rule 7004 or Rule 4 of the Federal Rules of Civil Procedure.

Dated:  January 8, 2008
       New York, New York

                                      **CURTIS, MALLET-PREVOST,**
                                         **COLT & MOSLE LLP**

                               By:  /s/ Steven J. Reisman
                                  Steven J. Reisman (SR 4906)
                                  Timothy A. Barnes (TB 0409)
                                  101 Park Avenue
                                  New York, New York  10178-0061
                                  Telephone:  (212) 696-6000
                                  Facsimile:  (212) 697-1559

                               *Attorneys for P.M.I. Services North America, Inc.*