IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
FLYING J INC., et al.,                              :    Case No. 08-13384 (MFW)
                                                    :
        Debtors.                                    :    (Jointly Administered)
------------------------------------------------------------X

## ENTRY OF APPEARANCE, REQUEST FOR NOTICES & RESERVATION OF RIGHTS

Pursuant to Rules 9010 and 2002(g), Fed. R. Bankr. P., the undersigned hereby enters their appearance on behalf of **ORCHARD PETROLEUM, INC.** (the "Creditor"), creditor and party-in-interest herein, and requests that copies of all notices, pleadings, motions, applications, responses, objections, financial reports, plans of reorganization, schedules, statements of affairs and other documents filed and/or served in this case be sent to or served upon:

Bradford E. Dempsey, Esq.
Holme Roberts & Owen LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Fax: (303) 866-0200
E-Mail: brad.dempsey@hro.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive any rights including: (i) the Creditor's right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the Creditor's right to a jury trial in any proceeding; (iii) the Creditor's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention; or (iv) any other rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which the Creditor is or may be entitled under any agreements, in law or in equity, all of which rights claims, actions, defenses, reclamations, setoffs, and recoupments these creditors expressly reserves. The Creditor does not, by this Entry of Appearance, Request for Notice and Reservation of Rights, submit to the jurisdiction of this Court, or any other Court, in this case.

#1380952 v1 den

Dated this 8th day of January, 2009.

                                                By: /s/ Bradford E. Dempsey
                                                   Bradford E. Dempsey, Esq. (#30160)
                                                   HOLME ROBERTS & OWEN LLP
                                                   1700 Lincoln, Suite 4100
                                                   Denver, Colorado 80203
                                                   Telephone: (303) 861-7000
                                                   Fax: (303) 866-0200
                                                   E-Mail: brad.dempsey@hro.com

                                                 *Attorneys for Orchard Petroleum, Inc.*

#1380952 v1 den

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2009, a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS** was served via CM/ECF and by U.S. Mail, postage prepaid and addressed to the following:

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Donald J. Bowman, Jr.
Edmon L. Morton
Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

Paul M. Basta
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

Adam C. Paul
David J. Zott
Barack S. Echols
Christa C. Cottrell
Jennifer W. Cowen
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601

/s/ Tammy Morin

#1380952 v1 den