UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____

In re                                                                :        Chapter 11
                                                                         :        Case No. 08-13384 (MFW)
FLYING J INC., et al[1]                                       :
                                                                         :        Jointly Administered
                    Debtors.                                   :

## REQUEST FOR NOTICE

Pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that a true, complete and accurate copy of each and every notice required to be given in this case, as well as all copies of pleadings and other papers filed in the above matter, be directed to counsel for FEDERAL EXPRESS CORPORATION at:

> Charles J. Filardi, Jr.
> Filardi Law Offices LLC
> 65 Trumbull Street, Second Floor
> New Haven, CT 06510
> (203) 562-8588
> (866) 890-3061 Facsimile
> E-mail: charles@filardi-law.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with respect to the above-captioned debtor, the bankruptcy estate, or any related entity, or property or proceeds in which the debtor or its trustee may claim an interest.

Dated: January 8, 2009            By:      /s// Charles J. Filardi, Jr., Esq.
                                                         Charles J. Filardi, Jr.
                                                         Filardi Law Offices LLC
                                                         65 Trumbull Street, Second Floor
                                                         New Haven, CT 06510
                                                         (203) 562-8388  Telephone
                                                         (866) 890-3061 Facsimile

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Longhorn Partners Pipeline, L.P. (0554); Big West Oil, LLC (6982); Big West of California, LLC (1608); Longhorn Pipeline Inc. (0654); Big West Transportation, LLC (1056); Longhorn Pipeline Holdings, LLC (0226). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

1

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Request for Notice was served via electronic mail to those parties participating in the Court's electronic notification system this 8th day of January, 2009.

                              /s/Charles J. Filard, Jr., Esq.