Gregory G. Hesse, Esq.
State Bar No. 09549419
HUNTON & WILLIAMS LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
Telephone: (214) 468-3500
Telecopy:   (214) 468-3599
**ATTORNEYS FOR MCLANE COMPANY, INC.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FLYING J INC., et al., | § | CASE NO. 08-13384 (MFW) |
| | § | |
| DEBTORS. | § | (Jointly Administered) |
| | § | |
| | § | |

## NOTICE OF APPEARANCE

COMES NOW, Hunton & Williams, LLP ("Movant") and files this its Notice of Appearance as counsel for McLane Company, Inc., a party-in-interest in the above-styled case, and pursuant to applicable law and Bankruptcy Rule 9010 respectfully requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, including service of process, be served upon the undersigned at the office, postal address and telephone number listed as follows:

Gregory G. Hesse
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
(214) 468-3300 Telephone
(214) 468-3599 Telecopy
ghesse@hunton.com

**NOTICE OF APPEARANCE** – PAGE 1

PLEASE TAKE FURTHER NOTICE that, pursuant to applicable law, the foregoing request includes notices and papers referred to in the Bankruptcy Rules including service of process and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Movant additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

        Respectfully submitted,

        HUNTON & WILLIAMS, LLP

        By:    */s/ Gregory G. Hesse*
                  Gregory G. Hesse
                  State Bar No. 09549419

        1445 Ross Avenue, Suite 3700
        Dallas, Texas 75202-2799
        Telephone: (214) 468-3300
        Telecopy: (214) 468-3599

        **ATTORNEYS FOR**
        **McLANE COMPANY, INC.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Appearance was served by electronic mail to those parties participating in the Court's electronic notification system, and to the parties on the attached service list by United States first class mail, postage prepaid, on this the 9th day of January, 2009.

        */s/ Gregory G. Hesse*
        Gregory G. Hesse

| | | |
|---|---|---|
| Service List<br>Flying J Inc., et al.<br>Case No. 08-13384<br>c/m<br>GGH | Flying J Inc., et al.,<br>1104 Country Hills Drive<br>Ogden, UT 84403 | MIchael C Aufdenspring<br>G. P. & W. Inc<br>600 Mason Ridge Center Dr<br>St Louis, MO 63141 |
| BNSF Railway<br>2400 Western Center Blvd<br>Fort Worth, TX 76131 | John T Banks<br>Perdue Brandon Fielder Collins & Mott LL<br>3301 Northland Dr., Suite 505<br>Austin, TX 78731 | J Scott Douglass<br>909 Fannin Ste 1800<br>Houston, TX 77010 |
| Scott Friedberg<br>The Seaport Group<br>360 Madison Ave 22 Fl<br>New York, NY 10017 | Dennis Quaid<br>Fagelhaber LLC<br>55 E. Monroe St., 40th Fl.<br>Chicago, IL 60603 | Zion Bank<br>Retail Loan Center<br>2460 South 3270 West<br>West Valley, UT 84119 |
| Cononco Phillips Company<br>600 N. Dairy Ashford Rd.<br>Houston, TX 77079 | Berry Petroleum Company<br>1999 Broadway, Suite 3700<br>Denver, CO 80202 | Houston Refining, L.P.<br>1200 Lawnsdale Street<br>Houston, TX 77017 |
| BP & Oil Co.<br>P.O. Box 101998<br>Atlanta, GA 30392 | Shell Trading (US) Company<br>910 Louisiana Street<br>One Shell Plaza<br>Houston, TX 77252-2463 | Plains Marketing, L.P.<br>333 Clay Street, Suite 1600<br>Houston, TX 77002 |
| Valero Marketing & Supply<br>One Valero Way<br>San Antonio, TX 78249-1112 | Marathon Oil Company<br>555 San Felipe Road<br>Houston, TX 77056-2723 | Koch Refining<br>9011 Johnny Morris Road<br>Austin, TX 78724 |
| Occidental Energy Marketing<br>5 Greenway Plaza, Suite 2400<br>Houston, TX 77017 | Motiva Enterprises, LLC<br>700 Milam Street<br>Houston, TX 77002 | Encana Marketing (USA)<br>370 17th Street, Suite 1700<br>Denver, CO 80202 |
| ExxonMobil Fuels Marketing<br>5959 Las Colinas Blvd.<br>Irving, TX 75039-2298 | Brad Hall & Associates<br>2840 Sunnybrook Lane<br>Idaho Falls, ID 83404-7475 | PG & E<br>One Market Spear Tower<br>Suite 2400<br>San Francisco, CA 94105-1126 |
| Sun Company, Inc.<br>Department 78096<br>P.O. Box 77000<br>Detroit, MI 48278-0096 | Equillon Enterprises<br>910 Louisiana Street<br>Houston, TX 77002-4916 | Buena Vista Hills, LLC<br>1410-17th Street<br>Denver, CO 80202 |
| E&B Resources Management Corp.<br>34740 Merced Avenue<br>Bakersfield, CA 93308 | Seneca Resources Corporation<br>1201 Louisiana Street, Suite 400<br>Houston, TX 77002 | Frontier Oil & Refining<br>1000 Memorial Drive, Suite 600<br>Houston, TX 77024-3411 |

| | | |
|---|---|---|
| Tesoro Petroleum Corporation<br>300 Concord Plaza Drive<br>San Antonio, TX  78216 | San Joaquin Refining Co.<br>3129 Standard Street<br>Bakersfield, CA  90084-0761 | Center Marketing Company<br>600 Mason Ridge Center Drive<br>St. Louis, MO  63141--8557 |
| Mobil Oil Corporation<br>5959 Las Colinas Blvd.<br>Irving, TX  75039-2298 | Equistar Chemicals, L.P.<br>1221 McKinney Street<br>Houston, TX  77010 | Kinergy Marketing<br>1260 Lake Boulevard, Suite 225<br>Davis, CA  95616 |