UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| FLYING J, INC., et al. ) | Case No. 08-13384 (MFW) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF APPEARANCE OF COUNSEL AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that the undersigned firms of Sullivan Hazeltine Allinson LLC and Nossaman LLP, hereby enter their appearance as counsel to Southern California Gas Company ("SoCalGas") in the above-captioned cases, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

| | |
|---|---|
| William D. Sullivan, Esq.<br>SULLIVAN · HAZELTINE · ALLINSON LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Fax: (302) 428-8195<br>E-mail: bsullivan@sha-llc.com | Allan H. Ickowitz, Esq.<br>John W. Kim, Esq.<br>NOSSAMAN LLP<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, California 90071<br>Tel: (213) 612-7800<br>Fax: (213) 612-7801<br>aickowitz@nossaman.com |

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal,

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) SoCalGas's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which SoCalGas is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments SoCalGas expressly reserves.

Dated: January 9, 2009
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William D. Sullivan
William A. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191 (Tel)
(302) 428-8195 (Fax)
E-mail: bsullivan@sha-llc.com

and

Allan H. Ickowitz, Esq.
John W. Kim, Esq.
NOSSAMAN LLP
445 South Figueroa Street, 31st Floor
Los Angeles, California 90071
Tel: (213) 612-7800
Fax: (213) 612-7801
aickowitz@nossaman.com

*Counsel for Southern California Gas Company*