UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FLYING J INC., *et al.* | § | Case No. 08-13384-MFW |
| CORPORATION, | § | |
| | § | |
| Debtor | § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PAPERS

TO ALL PARTIES IN INTEREST AND THIS HONORABLE COURT:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Michael J. McGinnis hereby makes appearance for El Paso Production Oil and Gas Gathering and El Paso E&P Company, L.P., creditors of the above-named debtor, and that pursuant to §1109 of the Bankruptcy Code and Rule 2002 of the Rules of Bankruptcy Procedure, respectfully requests that all notices which are required to be given in this case, be given to and served upon the undersigned attorney at the following address:

**Michael J. McGinnis**
Senior Attorney
EL PASO CORPORATION
1001 Louisiana, Suite E1943A
Houston, TX 77002
Telephone: (713) 420-3972
Facsimile: (713) 420-7011
Email: Michael.J.McGinnis@ElPaso.com

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, copies of any proposed disclosure statement or plan of reorganization, as required by Bankruptcy Rule 3017(a), as well as notice of any application, complaint, demand, hearing, motion, petition,

1

pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affects or seeks to affect in any way, any of the rights or interests of El Paso Production Oil and Gas Gathering and El Paso E&P Company, L.P. or (2) which seeks to require any act, payment, release or other action or forbearance by El Paso Production Oil and Gas Gathering and El Paso E&P Company, L.P.

Dated: January 6, 2009

                                      Respectfully submitted,

                                      Michael J. McGinnis
                                      Texas Bar No. 13631800
                                      1001 Louisiana, Suite E1943A
                                      Houston, TX 77002
                                      Telephone: (713) 420-3972
                                      Facsimile: (713) 420-7011
                                      Email: Michael.J.McGinnis@ElPaso.com

## CERTIFICATE OF SERVICE

I certify that on January 6, 2009, a true and correct photocopy of the foregoing Notice of Appearance and Request for Service of all Papers was served on each of the following persons by first class mail, postage prepaid.

Pauline K. Morgan
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington DE 19801

U. S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington DE 19899-0035

_____
Michael J. McGinnis