UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FLYING J INC., et al., | : | Case No. 08-13384 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bank. P. 2002 and 9010, the

undersigned hereby appear in the above case on behalf of **DELL MARKETING, L.P.**, and demand

that notice of all matters herein be duly served upon:

| | |
|---|---|
| Sabrina L. Streusand, Esq. | Patricia P. McGonigle, Esq. |
| G. James Landon, Esq. | SEITZ, VANOGTROP & GREEN, P.A. |
| STREUSAND & LANDON, LLP | 222 Delaware Avenue, Suite 1500 |
| 816 Congress, Suite 1600 | P. O. Box 68 |
| Austin, TX 78701 | Wilmington, DE 19899 |
| Telephone: (512) 236-9900 | Telephone: (302) 888-7605 |
| Facsimile: (512) 236-9904 | Facsimile: (302) 888-0606 |
| Email: sstreusand@streusandlandon.com | Email: pmcgonigle@svglaw.com |
| Email: jlandon@streusandlandon.com | |

**PLEASE TAKE FURTHER NOTICE** that demand is also hereby made for service of

copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans

and answering or reply papers in this case and in all contested matters.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the names

and address set forth above be added to any short list in this case.

Dated: January 9, 2009

68572 v1

SEITZ VAN OGTROP & GREEN, PA

/s/ *Patricia P. McGonigle*

PATRICIA P. MCGONIGLE (DE 3126)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899 (Courier 19801)
(302) 888-7605
(302) 888-0606 (fax)

and


Sabrina Streusand
Texas State Bar No. 11701700
G. James Landon
Texas State Bar No. 24002445
Streusand & Landon, LLP
816 Congress, Suite 1600
Austin, Texas 78701
Telephone: (512) 236-9900
Facsimile: (512) 236-9904

**ATTORNEYS FOR DELL MARKETING, L.P.**

68572 v1

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 9th day of January 2009, a true and correct copy of the foregoing *Notice of Appearance and Demand for Service of Papers* was served upon the counsel listed below, and via CM/ECF Noticing to all parties appearing thereon:

By U.S. Mail

Pauline K. Morgan, Esquire
Edmon L. Morton, Esquire
Donald J. Bowman, Jr., Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

/s/ *Patricia P. McGonigle*

Patricia Pyles McGonigle
Bar No. 3126

68575 v1