### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FLYING J INC., <u>et al</u>.,[1] | ) | Case No. 08-13384 (MFW) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Rules 9010(b) and 2002(g), F.R.B.P., Holland & Hart LLP enters its appearance on behalf of Questar Energy Trading Company, a creditor and party in interest herein, and requests that all notices, pleadings, and other documents filed or served in this case (including all notices described in Rule 2002, all plans of reorganization, and all disclosure statements) be sent to it at the address below.

DATED: January 9, 2009.

Respectfully submitted,

*/s/ Risa Lynn Wolf-Smith*
Risa Lynn Wolf-Smith, #15835
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
P. O. Box 8749
Denver, Colorado 80201
Telephone: 303-295-8000
Facsimile: 303-295-8261
E-mail: rwolf@hollandhart.com

ATTORNEYS FOR QUESTAR ENERGY
TRADING COMPANY

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608); Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226); Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

**CERTIFICATE OF SERVICE**

    I certify that on January 9, 2009, I served a copy of the foregoing Entry of Appearance and Request for Notice to the following by:

☒      U.S. Mail, postage prepaid
☐      Hand Delivery
☐      Fax
☐      CM/ECF Electronic Mail System

| | |
|---|---|
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Pauline K. Morgan<br>Edmon L. Morton<br>Donald J. Bowman, Jr.<br>Ryan M. Bartley<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |
| David L. Eaton<br>Adam J. Paul<br>KIRKLAND & ELLIS LLP<br>Aon Center<br>200 East Randolph Drive<br>Chicago, IL 60601 | Paul M. Basta<br>Craig A. Bruens<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 |
| James E. O'Neill<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | |

                                          /s/ Christina M. Kontz

4422081_1.DOC