IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FLYING J INC., *et al.*, ) | |
| ) | Case No. 08-13384 (MFW) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that Merrill Lynch Capital Corporation ("MLC"), as Administrative Agent, and Merrill Lynch Bank, USA, as Lender (together with MLC, "ML"), Under That Certain Revolving Credit Agreement Dated as of December 19, 2007, hereby appear in the above-captioned cases pursuant to 11 U.S.C. § 1109(b) and request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the persons listed below at the following addresses:

Robert J. Dehney
Gregory W. Werkheiser
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
      gwerkheiser@mnat.com

Dennis F. Dunne Esq.
Michael E. Comerford Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
      mcomerford@milbank.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of ML or any other party in interest in these cases, including (a) the debtors in the above-captioned cases (the "Debtors"), (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in these cases or (e) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by ML or any other party in interest.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents is not intended, and shall not be deemed or construed, to be a consent or waiver by ML: (1) to the personal jurisdiction of the Bankruptcy Court; (2) of the right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) of the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims,

actions, defenses, setoffs, or recoupments to which ML is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments ML expressly reserves.

Dated: January 9, 2009  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/*

Robert J. Dehney (No. 3578)  
Gregory W. Werkheiser (No. 3553)  
1201 North Market Street, 18th Floor  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

-and-

MILBANK TWEED HADLEY & McCLOY LLP  
Dennis F. Dunne  
Michael E. Comerford  
1 Chase Manhattan Plaza  
New York, NY 10005-1413  
Telephone: (212) 530-5000  
Facsimile: (212) 530-5219

*Attorneys for Merrill Lynch Capital Corporation, as Administrative Agent, and Merrill Lynch Bank, USA, as Lender, Under That Certain Revolving Credit Agreement Dated as of December 19, 2007*

2645418.2