UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-13384 (MFW) |
| FLYING J INC., et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | Chapter 11 |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Columbus Bank and Trust Company, creditor in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

> John H. Maddock III
> McGUIREWOODS LLP
> One James Center
> 901 East Cary Street
> Richmond, Virginia 23219
> Telephone: (804) 775-1000
> Facsimile: (804) 698-2186
> E-Mail: jmaddock@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: Richmond, Virginia
January 6, 2009

McGUIREWOODS LLP

By: /s/ John H. Maddock III
John H. Maddock III (JM9924)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

COUNSEL FOR COLUMBUS BANK AND TRUST COMPANY

## CERTIFICATE OF SERVICE

I, John H. Maddock III, an attorney at McGuireWoods LLP, hereby certify that on January 6, 2009, a true and correct copy of this Notice of Appearance was served by first class mail to the following:

**Donald J. Bowman, Jr.**
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801
302-571-6600
Email: bankfilings@ycst.com

*U.S. Trustee*
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491

/s/ John H. Maddock III
John H. Maddock III (JM9924)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

COUNSEL FOR COLUMBUS BANK AND
TRUST COMPANY

\6912519.1