UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** ) | **Bankruptcy Case No. 08-13384-MFW** |
| ) | |
| **FLYING J, INC, et al.,** ) | **Chapter 11** |
| ) | |
| ) | **NOTICE OF APPEARANCE AND** |
| **Debtors.** ) | **REQUEST FOR NOTICE OF ALL** |
| ) | **PLEADINGS AND HEARINGS** |

NOTICE IS HEREBY GIVEN that the undersigned, on behalf of County of Kern, a creditor and interested party in the above captioned bankruptcy case, hereby files a notice of appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and requests that the Office of Kern County Counsel be added to the master mailing list. Pursuant to the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, including without limitation 11 U.S.C. section 1109(b) and Rules 2002, 3017, 4001, 7004, 9007, 9013 and 9022, the undersigned hereby requests that special notice of all matters which may come before the Court be made as follows:

> B.C. BARMANN, SR., COUNTY COUNSEL
> ATTN: JERRI S. BRADLEY, DEPUTY
> 1115 TRUXTUN AVENUE, FOURTH FLOOR
> BAKERSFIELD, CALIFORNIA 93301

The foregoing request includes all mailing lists, matrices, notices and papers referred to in Rule 2002, 3017, 4001, 7004, and 9007, and any other documents brought before the Court in this case, including, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, plans, disclosure statements.

This Notice of Appearance and Request for Notice is submitted for the limited purpose of

1

---

Notice of Appearance and Request for Notice

ORIGINAL

receiving copies of notices, pleadings, judgments and orders in this case. By submitting this notice of appearance and request for notice, the County of Kern is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and the County of Kern expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which the County of Kern may be a party. This notice shall not be deemed or construed to be a waiver of rights to any action, defense, setoff or recoupment that may be available in law or in equity and any such rights are expressly reserved.

Dated: January 8, 2009

Respectfully submitted,

B.C. BARMANN, SR., COUNTY COUNSEL

By _____
Jerri S. Bradley, Deputy (SBN 180341)
Office of the County Counsel
County of Kern
1115 Truxtun Ave., 4th Floor
Bakersfield, CA 93301
Phone (661) 868-3819
Fax (661) 868-3805
jbradley@co.kern.ca.us

2

# PROOF OF SERVICE

In re *Flying J*, Debtors
USBC(Delaware) No. 08-13384-MFW

I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, Fourth Floor, Bakersfield, CA 93301.

On the date last written below, I served **Notice of Appearance and Request for Notice of All Pleadings and Hearings** on the party(ies) listed below, through their attorneys of record, if any, by facsimile transmission, by personal delivery or by placing true copies/originals thereof in sealed envelope(s) addressed/designated as shown below:

A. BY MAIL - I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

B. BY OVERNIGHT SERVICE - I caused each such envelope to be delivered by overnight service to the addressee(s) noted below.

C. BY FACSIMILE SERVICE - I placed such document in a facsimile machine (pursuant to *California Rules of Court*, Rule 2003(3)) with the fax number of (661) 868-3805. Upon facsimile transmission of the document, I obtained a report from the transmitting facsimile machine stating that the facsimile transmission was complete and without error. A copy of the transmission report is attached to this Proof of Service pursuant to *California Rules of Court*, Rule 2008(e).

D. BY PERSONAL SERVICE - I caused such envelope(s) to be delivered by hand to the addressee(s) listed below.

| TYPE OF SERVICE | ADDRESSEE | FAX NO. |
|---|---|---|
| A | SEE ATTACHED SERVICE LIST | |

(STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X  (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **January 8, 2009**, at Bakersfield, California.

_____
Jeri Elliott

**SERVICE LIST**

| | |
|---|---|
| OFFICE OF THE CLERK<br>US BANKRUPTCY COURT<br>DISTRICT OF DELAWARE<br>824 NORTH MARKET STREET 3RD FLOOR<br>WILMINGTON, DE  19801 | Original + 2 Copies |
| **DEBTOR:**<br><br>FLYING J INC., ET AL.,<br>1104 COUNTRY HILLS DRIVE<br>OGDEN, UT 84403 | 1 Copy |
| **ATTORNEY FOR DEBTOR:**<br><br>DONALD J. BOWMAN, JR.<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>1000 WEST STREET<br>17TH FLOOR<br>WILMINGTON, DE 19801 | 1 Copy |
| **ATTORNEY FOR DEBTOR:**<br><br>EDMON L. MORTON<br>PAULINE K. MORGAN<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>THE BRANDYWINE BLDG.<br>1000 WEST STREET, 17TH FLOOR<br>P.O. BOX 391<br>WILMINGTON, DE 19899 | 1 Copy |
| **U.S. TRUSTEE**<br><br>UNITED STATES TRUSTEE<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19899-0035 | 1 Copy |

#168548