Bart M. Davis
*Attorney at Law*
P.O. Box 50660
Idaho Falls, ID 83405-0660
(208) 522-8100
Fax (208) 522-1334
ISB No. 2696

*Attorney for Brad Hall & Associates, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>FLYING J INC., *et al.*<br><br><br>Debtors. | BK Case No. 08-13384-MFW<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Pursuant to the Federal Rules of Bankruptcy Procedure, Brad Hall & Associates, Inc., a Creditor in the above-entitled Bankruptcy Case hereby requests that all matters which must be noticed to Creditors, Creditor's Committees, and other parties in the interest set by the Court, the Debtor, or other party in interest, be sent or delivered to the undersigned; and pursuant to Rule 2002-1(d), the following be added to the Court's master mailing list:

>Bart M. Davis
>Attorney at Law
>P.O. Box 50660
>Idaho Falls, ID 83405-0660
>
>1075 S. Utah, Suite 322
>Idaho Falls, ID 83402
>
>(208) 522-8100
>(208) 522-1334 (Fax)
>bmdavis@bmdlaw.net
>
>Party Represented: Brad Hall & Associates, Inc.

Such notices shall include notices by CM/ECF, email, mail, telex, telephone, or other means of transmission, and notices requested shall include, but be limited, to all notices relating to matters set forth in the local rules; matters relating to any motion for the appointment of a Trustee, or conversion or dismissal of a case; matters relating to the proposing of confirmation of a plan or reorganization; matters relating to the use of cash collateral under Section 363 of the Bankruptcy Code, sales of property under Section 364, and assumption and rejection of executory contracts under Section 365.

DATED:   January 6, 2009

_____
BART M. DAVIS, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2009, I mailed by first class mail, postage prepaid, a true and correct copy of the foregoing instrument to the designated parties as follows:

**PARTIES SERVED:**

*Debtor's Attorney*
Donald J. Bowman, Jr., Esq.
1000 West Street, 17th Floor
Wilmington, DE  19801

United States Trustee
844 King Street, Rm 2207
Lockbox #5
Wilmington, DE  19899-0035

_____
THERESA G. CARSON
LEGAL SECRETARY

Page No. 3