IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FLYING J INC., *et al.*, | ) | Case No. 08-13384-MFW |
| | ) | Chapter 11 |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that L. E. Bell Construction Company, Inc., ("Bell"), hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

Jeremy L. Retherford
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
E-mail: jretherford@balch.com

or

*Street Address*

1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203

Please take further notice that this request includes not only the notices and papers to which the Federal Rules of Bankruptcy Procedure refer, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case including Bell with respect to: (a) the debtors; (b) property of the estate or proceeds thereof in which the debtors may claim an interest; or (c) property or proceeds thereof

1013370.1

in the possession, custody, or control of others that the debtors may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment or other conduct by Bell.

Please take further notice that this notice is not a submission by Bell to the jurisdiction of this Court and that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) Bell's rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) Bell's rights to a trial by jury in any proceeding so triable in this case or any case; (3) Bell's rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Bell is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Bell expressly reserves.

Dated: January 12, 2009.

/s/ Jeremy L. Retherford
Jeremy L. Retherford
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

*Attorney for L.E. Bell Construction Company*

**CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing has been filed and delivered via filing on the Court's CM/ECF system on the 12th day of January, 2009, to the parties receiving electronic notices in this bankruptcy case.

            /s/ Jeremy L. Retherford
            OF COUNSEL