**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) |
| | )   **CHAPTER 11** |
| **FLYING J INC. et al[1]** | ) |
| | )   **CASE NO. 08-13384 (MFW)** |
| **DEBTORS.** | ) |
| | )   **Jointly Administered** |
| | )§ |
| | ) |
| | ) |

**REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND PAPERS**
**PURSUANT TO BANKRUPTCY RULES 2002 AND 9007**

Alliance Process Partners, LLC, d/b/a International Alliance Group ("IAG"), and

Flowserve Corporation ("Flowserve") creditors and parties-in-interest in this bankruptcy

case, request that all notices and pleadings given or required be given to and served

upon their attorneys of record at the following address:

> Stephen A. Roberts
> Duane J. Brescia
> Strasburger & Price, LLP
> 600 Congress Ave., Suite 1600
> Austin TX 78701
> (512) 499-3600
> (512) 499-3660 (fax)
> stephen.roberts@strasburger.com
> duane.brescia@strasburger.com

> and

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608), Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226), Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403

Robert P. Franke
State Bar No. 17371200
STRASBURGER & PRICE L.L.P.
901 Main St., Suite 4400
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (Fax)
robert.franke@strasburger.com

IAG and Flowserve also request service to their attorneys of record all papers referred to in Bankruptcy Rules 2002, 3017, 4004, 4007, and 9007, including, without limitation, notices, orders, motions, demands, complaints, petitions, schedules, statement of affairs, operating reports, pleadings and requests, as well as all applications and any other document brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, delivery, telephone, e-mail, telegraph, telecopy or telex.

IAG and Flowserve intend that neither this request, nor later appearance, pleading, claim or suit, shall waive (a) the rights of IAG and Flowserve to have final orders in non-core matters entered only after *de novo* review by a District Judge, (b) the rights of IAG and Flowserve to trial by jury in any proceeding so triable in any case, controversy or proceeding related to this case, (c) the rights of IAG and Flowserve to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which IAG and Flowserve may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments, IAG and Flowserve expressly reserve.

Respectfully submitted,

  _/s/ Stephen A. Roberts_
Stephen A. Roberts, (TXSBN 17019200)
Duane J. Brescia (TXSBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600
(512) 499-3660
stephen.roberts@strasburger.com

**COUNSEL FOR ALLIANCE PROCESS
PARTNERS, LLC, d/b/a INTERNATIONAL
ALLIANCE GROUP AND FLOWSERVE
CORPORATION**