**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Flying J Inc., *et al*., | : | Case No. 08-13384 (MFW) |
| | : | Jointly Administered |
| Debtors. | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL PAPERS**

PLEASE TAKE NOTICE that Merit Energy Company, LLC ("Merit"), by and through its undersigned counsel, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in these cases and all papers served in these cases be given to and served upon the undersigned at the offices set forth below:

| | |
|---|---|
| Daniel K. Astin, Esquire | Chris Hagge, Esquire |
| Anthony M. Saccullo, Esquire | Merit Energy Company, LLC |
| Mary E. Augustine, Esquire | 13727 Noel Road, Ste. 500 |
| Ciardi Ciardi & Astin | Dallas, TX 75240 |
| Citizens Bank Center | Tel. (972)-628-1648 |
| 919 North Market Street, Suite 700 | Fax. (972)-628-1948 |
| Wilmington,  DE 19801 | Chris.Hagge@meritenergy.com |
| Tel.  (302) 658-1100 | |
| Fax  (302) 658-1300 | |
| dastin@ciardilaw.com.com | |
| asaccullo@ciardilaw.com | |
| maugustine@ciardilaw.com | |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, or otherwise which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that Merit does not intend this Notice of Appearance or any later appearance, pleading or claim to waive: (1) its right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: January 30, 2009                    CIARDI CIARDI & ASTIN
       Wilmington, Delaware

                By:     */s/ Mary E. Augustine*
                          Daniel K. Astin (No. 4068)
                          Anthony M. Saccullo (No. 4141)
                          Mary E. Augustine (No. 4477)
                          919 N. Market Street, Suite 700
                          Wilmington, Delaware 19801
                          Tel:  (302) 658-1100
                          Fax:  (302) 658-1300
                          dastin@ciardilaw.com
                          asaccullo@ciardilaw.com
                          maugustine@ciardilaw.com

                          *Counsel to* Merit Energy Company, LLC