**ORIGINAL FILED**

2009 JAN 30 PM 2: 01

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re | ) Case No. 08-13384 (MFW) |
| | ) |
| | ) Chapter 11 |
| FLYING J INC., et al, | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) Honorable Mary F. Walrath |
| | ) |

**TO THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that GREENBAUM LAW GROUP LLP, attorneys for Claimant and party in interest, LEIGHTON AND ASSOCIATES, INC., request notice, pursuant to Fed. R. Bankr. P. §2002, of all hearings, petitions, schedules, disclosure statements, pleadings and any other papers and documents filed in the above-entitled bankruptcy or any adversary proceedings be given to and served upon GREENBAUM LAW GROUP at the following address, facsimile and telephone numbers:

MARTIN B. GREENBAUM - CSB No. 45268
GREENBAUM LAW GROUP, LLC
840 Newport Center Drive, Suite 720
Newport Beach, CA 92660
Email: mgreembaum@collectionlaw.com
Phone: (800) 519-0562 / (949) 760-1400
Fax:    (949) 760-1300

Dated this 26th day of January, 2009

By: _____
MARTIN B. GREENBAUM - CSB No. 45268
GREENBAUM LAW GROUP, LLC
840 Newport Center Drive, Suite 720
Newport Beach, CA 92660
Email: mgreembaum@collectionlaw.com
Phone: (800) 519-0562 / (949) 760-1400
Fax:    (949) 760-1300

## CERTIFICATE OF SERVICE

(Cal. Code Civ. Proc. §§1013a (3), 2015.5)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 840 Newport Center Drive, Suite 720, Newport Beach, California.

On January 26, 2009, I served on the interested parties in this action as follows the foregoing documents described as:

## REQUEST FOR SPECIAL NOTICE

[xx ]   By placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

[ xx]   BY FIRST CLASS MAIL: I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under practice, said correspondence is deposited with the United States postal Service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on January 26, 2009, in Newport Beach, California.

[xx]   (State): I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 26, 2009, in Newport Beach, California.


_Penelope Cadigan_
Penelope Cadigan

## SERVICE LIST

The Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035

Pauline K. Morgan
Donald J. Bowman, Jr.
Edmon L. Morton
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899
[Counsel for the Debtors and Debtors-in-Possession]

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
[Counsel for Creditor Committee-Unsecured]