UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| FLYING J, INC., *et al.* | : | Chapter 11 |
| Tax ID# 94-1663458, | : | |
| | : | Case No. 08-13384 (MFW) |
| | : | |
| | : | |
| Debtors. | : | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears for the **Georgia Department of Natural Resources, Environmental Protection Division**, a party in interest herein, pursuant to Bankruptcy Rules 2002 and 9010 (b) and Section 1109 (b) of the Bankruptcy Code, and demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the post office address and telephone number set forth below:

> Robin J. Leigh
> Assistant Attorney General
> 40 Capitol Square, S.W.
> Atlanta, GA  30334
> Telephone No. (404) 463-6425
> Fax No. (404) 657-3239

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes the notices and all other papers mentioned or described in Bankruptcy Rule 2002, and also includes without limiting the generality of the foregoing request, all plans of reorganization and disclosure statements and objections relating thereto, orders, pleadings, motions, applications, complaints, demands, hearings, request for hearings, petitions, answers, replies, responses, memoranda and briefs in support of any of the

2

foregoing and any other paper document brought before filed with the Court with respect to this case, whether formal or informal and whether filed transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise.

Dated: February 3, 2009

                                              Respectfully submitted,

THURBERT E. BAKER    033887
Attorney General

R. O. LERER    446962
Deputy Attorney General

W. WRIGHT BANKS, JR.    036156
Senior Assistant Attorney General

/s/ Robin J. Leigh_____
ROBIN J. LEIGH    445845
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

ROBIN J. LEIGH
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 463-6425

CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS upon:

>Donald J. Bowman, Jr.
>Edmon L. Morton
>Pauline K. Morgan
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>Post Office Box 391
>Wilmington, Delaware 19899-0391

>Flying J, Inc., et al.
>Debtors
>1104 Country Hills Drive
>Ogden, Utah 84403

>Office of the United States Trustee
>844 King Street
>Room 2207
>Lockbox #35
>Wilmington, Delaware 19899-0035

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This 3rd day of February, 2009.

/s/ Robin J. Leigh_____
ROBIN J. LEIGH
Assistant Attorney General