| | |
|---|---|
| ZACHARY MOSNER, WSBA# 9566<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington  98104-3188<br>(206) 389-2198 | Judge Mary F Walrath<br>Chapter 11 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>    FLYING J, INC., ET AL.,<br><br>                                                    Debtor. | NO. 08-13384<br><br>NOTICE OF APPEARANCE OF<br>STATE OF WASHINGTON AND<br>REQUEST FOR SPECIAL NOTICE |

TO:    Clerk of the above-entitled court
       U.S. Trustee's Office
       Pauline K. Morgan
       All Other Parties of Interest

Pursuant to Bankruptcy Rule 2002, the State of Washington, Departments of Revenue and Labor & Industries, appears in this action by Zachary Mosner, Assistant Attorney General and requests notice of all matters for which notice is given to creditors, any creditor's committee, or any other party in interest herein including all schedules, amended schedules, motions, applications, plans of reorganization, disclosure statements, orders, and other documents and pleadings, including those in adversary proceedings.  Notice of all such documents and pleadings should also be made to each agency of the State of Washington which files a proof of claim herein.

**The State of Washington further requests that the following address be added to the court's master mailing matrix:**    Zachary Mosner, Assistant Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, Washington, 98104-3188.

\\\

\\\

| | | |
|---|---|---|
| NOTICE OF APPEARANCE | 1 | OFFICE OF THE ATTORNEY GENERAL<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104-3188<br>(206) 389-2187 phone – (206) 587-5150 fax |

| | |
|---|---|
| 1 | This request shall be deemed a limited appearance and does not constitute acceptance of service of process in any manner inconsistent with pertinent rules and statutes. |
| 2 | |
| 3 | DATED this __12th__ day of February, 2009. |

                                                 ROBERT M. MCKENNA
                                               Attorney General

                                               /s/ Zachary Mosner

                                             ZACHARY MOSNER, WSBA No. 9566
                                             Assistant Attorney General
                                             Bankruptcy & Collections Unit

I, __Glenn Ashmun__, submitted the attached document through Electronic Case Filing on February 12, 2009. By filing electronically, it was served on all parties registered with ECF in this case. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2009.

                                             /s/ Glenn Ashmun
                                             _____
                                             Legal Assistant