IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) ) ) Chapter 11 ) ) CASE NO. 08-13384 (MFW) ) ) Jointly Administered ) ) ) ) |
| FLYING J INC., et al., | |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b) Lane Powell PC and Malcolm C. Lindquist hereby enters his appearance in the above bankruptcy proceedings on behalf of U.S. Oil Trading LLC ("U.S. Oil").

PLEASE TAKE FURTHER NOTICE that U.S. Oil requests that copies of any Plans of Reorganization, Disclosure Statements, pleadings and notices hereinafter filed in the above-referenced case, except proofs of claim, be served upon:

>   Malcolm C. Lindquist
>   (e-mail: lindquistm@lanepowell.com)
>   Lane Powell PC
>   1420 Fifth Avenue, Suite 4100
>   Seattle, WA 98101-2338

//

//

//

in addition to any other addresses listed for U.S. Oil.

DATED this 11th day of February 2009.

LANE POWELL PC

By /s/ Malcolm C. Lindquist
Malcolm C. Lindquist, WSBA No. 9330
Attorneys for U.S. Oil Trading LLC

## CERTIFICATE OF SERVICE

  I hereby certify that on February 19, 2009, I caused to be served a true and correct copy of the foregoing document upon the interested parties in this action (listed in the Service List attached hereto) as indicated below:

| | |
|---|---|
| X  U.S. mail | ☐ Overnight mail |
| ☐  Hand Delivered | ☐ Facsimile |

LANE POWELL PC

By: /s/ Kate Iiams
   Kate Iiams, Paralegal

SERVICE LIST

AGE Refining, Inc.
c/o **Mary E. Augustine**
Ciardi Ciardi & Astin, P.C.
919 N. Market Street
Suite 700
Wilmington, DE 19801
**David L. Finger**
Finger & Slanina, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
**Airgas, Inc.**
c/o **Kathleen M. Miller**
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
**Richard J. Reynolds**
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road
Suite 250
Irvine, CA 92618

**Alabama Power Company**
c/o Eric T. Ray
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 2600
Birmingham, AL 35203
**EFS NATIONAL BANK**
c/o **Michael G. Menkowitz**
Fox, Rothschild, O'Brien & Frankel
2000 Market Street
10th Floor
Philadelphia, PA 19103


**Alliance Process Partners, LLC d/b/a International Alliance Group a/k/a IAG**
c/o **Stephen M. Miller**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
**Economy Controls Corporation**
**Michael C Seamands**
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO 63101

**Stephen Anthony Roberts**
Strasburger & Price LLP
600 Congress Ave
Suite 1600

**DELTA TRADING, LP**
c/o **Ian Connor Bifferato**
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

**LMJ Construction Co., LLC**
c/o Clyde A. Pine, Jr.
P.O. Box 1977
100 N. Stanton, Suite 1700
El Paso, TX 79950-1977

**Justin D. LaCasse**
c/o Jerry C. Oldshue, Jr.
2117 Jack Warner Parkway
P.O. Box 2727
Tuscaloosa, AL 35403-2727

**Dansk Investments, Inc**
c/o **Eugene K. Yamamoto**
Law Offices of Eugene K. Yamamoto
Lakeside Regency Plaza
1555 Lakeside Drive, Suite 64
Oakland, CA 94612

**Leighton and Associates**
c/o **Martin B Greenbaum**
Greenbaum Law Group
840 Newport Center Dr
Suite 720
Newport Beach, CA 92660
**J Scott Douglass**
909 Fannin Ste 1800
Houston, TX 77010

**Edmon L. Morton**
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**Levelland Hockley County Ethanol, LLC**
c/o **Christopher A. Ward**
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

**Llano County**
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LP
PO BOX 17428

117665.0005/1674163.1

Austin, TX 78701-3248

**Edinburg CISD**
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, Tx 78760

**AmeriGas Propane, L.P.**
c/o **Seth A. Niederman**
Fox Rothschild LLP
919 North Market Street
Suite 1300, PO Box 2323
Wilmington, DE 19899

**El Paso Corporation**
c/o **Michael J. McGinnis**
1001 Louisiana
Suite N1823A
Houston, Tx 77002

**John D. Demmy, Esq**
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**Equistar Chemicals, LP**
c/o **Bonnie Glantz Fatell**
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**American Refining Group, Inc.**
c/o **Lawrence Joel Kotler**
Duane Morris LLP
4200 One Liberty Place
Philadelphia, PA 19103

**Equitable Oil Purchasing, CO**
c/o **Raymond Howard Lemisch**
Benesch Friedlander Coplan & Aronoff, LL
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

**BNSF Railway**
2400 Western Center Blvd
Fort Worth, TX 76131

**Ergon - West Virginia Inc.**
c/o **Gary F. Seitz**
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015, P.O. Box 588
Wilmington, DE 19899-0588

**BP Products North America Inc.**

Austin, TX 78760

**Longhorn Pipeline Investors, LLC**
c/o **John D. Demmy, Esq**
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**MC Oil & Gas, LLC**
**Lawrence Bass**
Holme Roberts & Owen LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203-4541

**Magellan Midstream Partners, L.P.**
c/o **Jeffrey M. Schlerf**
Fox Rothschild LLP
Ctizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323

**Magellan Pipeline Company, L.P.**
**Jeffrey M. Schlerf**
Fox Rothschild LLP
Ctizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323

**Marathon Petroleum Company LLC**
539 South Main St
Findlay, OH 45840
*Added: 01/15/2009*

**McLane Company, Inc.**
c/o **Ian Connor Bifferato**
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

**Gregory G. Hesse**
Hunton & Williams, LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2799

**Garvan F. McDaniel**
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

**Merit Energy Company LLC**
c/o **Mary E. Augustine**
Ciardi Ciardi & Astin, P.C.

- 5 -


c/o **James S. Carr**
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178

**Francis J. Lawall**
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

**James S. Carr**
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178
212-808-7800

**FEDERAL EXPRESS**
c/o **Charles J. Filardi, Jr.**
Filardi Law Office
65 Trumbull St 2 Fl
New Haven, CT 06510
P.O. Box 1140
Memphis, TN 38101-1140

**Amy M Paul**
Baker Corp
3020 Old Ranch Pkwy Ste 220
Seal Beach, CA 90740

**Bank Of America, N.A.**
c/o **Stuart M. Brown**
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

**Flint Hills Resources, LP**
c/o **Mark T Hurford**
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE 19801

**William E. Chipman, Jr.**
Edwards Angell Palmer & Dodge
919 North Market Street
Suite 1500
Wilmington, DE 19801

**Florida Self-Insurers Guaranty Association, Inc.**
c/o **James E. Sorenson**
Williams, Gautier, Gwynn DeLoach & Soren
PO Box 4128
Tallahassee, FL 32315-4128
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL 32315-4128

919 N. Market Street
Suite 700
Wilmington, DE 19801
**Merrill Lynch Bank, USA**
c/o **Gregory W. Werkheiser**
Morris, Nichols, Arsht & Tunnell
1201 N. Market St., P.O. Box 1347
Wilmington, DE 19899

**Merrill Lynch Capital Corporation**
c/o **Gregory W. Werkheiser**
Morris, Nichols, Arsht & Tunnell
1201 N. Market St.,
P.O. Box 1347
Wilmington, DE 19899

**Michelin North America, Inc.**
One Parkway South
POB 19001
Greenville, SC 29602-9001

**Mississippi State Tax Commission**
POB 23338
Jackson, MS 39225-3338

**Missouri Department of Revenue**
Sheryl L. Moreau
PO Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105

**Susan J. Rebeck**
Montana Dept of Transporation Legal
P.O. Box 21001
Helena, MT 59620-1001

**Murex N.A. LTD**
c/o **Duane David Werb**
Werb & Sullivan
300 Delaware Avenue
10th Floor
Wilmington, DE 19801

**Murphy Oil USA, Inc.**
c/o **Kevin J Mangan**
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

**Musket Corporation**
c/o **Andrew R. Turner**
Conner & Winter, LLP
4000 One Williams Center
Tulsa, OK 74172

**NCR Corporation**

117665.0005/1674163.1

**Barjan, LLC**
c/o **Richard J. Cromer**
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place
30th Floor
Pittsburg, PA 15219

**Theodore J. Tacconelli**
Ferry, Joseph & Pearce, P. A.
824 Market Street
Suite 904
Wilmington, DE 19801

**Bastrop County et al**
c/o **Michael Reed**
McCreary, Veselka, Bragg & Allen P.C.
P.O. Box 1269
Round Rock, TX 78680

**Flowserve Corporation**
c/o **Bob Franke**
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, TX 75202-3794

**Berry Petroleum Company**
c/o **Todd C. Ringstad**
Ringstad & Sanders LLP
2030 Main St Ste 1200
Irvine, CA 92614

**Stephen Anthony Roberts**
Strasburger & Price LLP
600 Congress Ave
Suite 1600
Austin, TX 78701-3248

**Bexar County**
c/o **David G. Aelvoet**
Linebarger Goggan Blair & Sampson LLP
711 Navarro, Suite 300
San Antonio, TX 78205

**Helen Elizabeth Weller**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

**Flying J Inc., et al.,**
c/o **Donald J. Bowman, Jr.**
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

c/o **Ashley M. Chan**
Hangley Aronchick Segal et al
27 Fl
One Logan Sq
Philadelphia, PA 19103

**New West Petroleum**
c/o **Robert Dale Ginter**
Downey Brand
555 Capitol Mall
10th Floor
Sacramento, CA 95814

**Rachel B. Mersky**
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street
Suite 400
Wilmington, DE 19801

**Newfield Exploration Company**
c/o **Stephen M. Miller**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

**Occidental Energy Marketing, Inc.**
c/o **Katharine L. Mayer**
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

**Orchard Petroleum, Inc.**
c/o **Bradford E. Dempsey**
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

**P.M.I. Services North America, Inc.**
c/o **Steven J. Reisman**
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

**PA Department of Revenue**
c/o **Chris Momjian**
PA Office of Attorney General
21 S 12th Street
Philadelphia, PA 19107

**PENSION BENEFIT GUARANTY CORPORATION**
c/o **John H. Ginsberg**
Pension Benefit Guaranty Corporation
1200 K St., N.W., Suite 340
Washington, DC 20005-4026

117665.0005/1674163.1

**Pauline K. Morgan**
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

**Joseph D. Frank**
Frank / Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654

**Frontier Oil and Refining Company**
c/o **Rachel B. Mersky**
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street
Suite 400
Wilmington, DE 19801

**G.P. & W. Inc dba Center Marketing Co**
c/o **Michael C Aufdenspring**
G. P. & W. Inc
600 Mason Ridge Center Dr
St Louis, MO 63141

**GE Commercial Finance Business Property Corporation**
c/o **Kurt F. Gwynne**
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801

**Brad Hall & Associates**
c/o **Bart M Davis**
POB 50660
Idaho Falls, ID 83405-0660

**Gary-Williams Energy Corporation**
C/O Paul B. Rosswork, Esq.
370 17th Street, Suite 5300
Denver, CO 80202

**Brea Oil Company, Inc.**
c/o **Richard J. Reynolds**
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road
Suite 250
Irvine, CA 92618

**John D. Mashburn**
Garvin Agree Carlton & Mashburn, P.C.
13800 Benson Road
Sutie 105
Edmond, OK 73013

**CITGO PETROLEUM CORPORATION**
c/o **Thomas Joseph Francella, Jr.**

**Pacific Gas & Electric Company**
c/o **Karen C Bifferato**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**Pacific Pipeline System LLC**
c/o **Jeffrey C. Wisler**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

**Pacific Terminals LLC**
c/o **Jeffrey C. Wisler**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

**PepsiAmericas, Inc.**
c/o **Joseph D. Frank**
Frank / Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654

**Tobey M. Daluz**
Ballard Spahr Andrews & Ingersoll LLP
919 Market Street
12th Floor
Wilmington, DE 19801

**Placid Refining Company, LLC**
c/o **James E. Huggett**
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE 19801

**Plains Marketing, L.P.**
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

**Jeffrey C. Wisler**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207

Whiteford Taylor Preston LLC
1220 North Market Street
Suite 608
Wilmington, DE 19801
**Georgia Department of Natural Resources**
c/o **Robin J. Leigh**
40 Capitol Square, SW
Atlanta, GA 30334

**Carmella P. Keener**
Rosenthal, Monhait, Gross & Goddess, PA
919 N. Market Street
Suite 1401
PO Box 1070
Wilmington, DE 19899

**Caljet of America, LLC**
c/o **Tobey M. Daluz**
Ballard Spahr Andrews & Ingersoll LLP
919 Market Street
12th Floor
Wilmington, DE 19801

**Great American Insurance Company**
c/o **Kevin J Mangan**
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

**Tobey M. Daluz**
Ballard Spahr Andrews & Ingersoll LLP
919 Market Street
12th Floor
Wilmington, DE 19801
**Stephen Anthony Roberts**
Strasburger & Price LLP
600 Congress Ave
Suite 1600
Austin, TX 78701-3248

**Calumet Shreveport Fuels, LLC**
c/o **Karen C Bifferato**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**Duke Energy Kentucky, Inc. (DEK)**
c/o **John D. Demmy, Esq**
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**John D. Demmy, Esq**
Stevens & Lee, P.C.
Wilmington, DE 19899-2207

**Polsinelli Shughart PC**
c/o **Justin K. Edelson**
Polsinelli Shughart PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

**Publishers Book Services, Inc.**
c/o **Marc Stephen Casarino**
White and Williams LLP
824 Market Street
Suite 902
Wilmington, DE 19899

**Questar Energy Trading Company**
c/o **Risa Lynn Wolf-Smith**
Holland & Hart LLP
555 Seventeenth Street
Suite 3200
Denver, CO 80201

**Quinex Energy Corporation**
c/o **Rachel B. Mersky**
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street
Suite 400
Wilmington, DE 19801

**Rocky Mountain Pipeline System LLC**
c/o **Jeffrey C. Wisler**
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

**Rocky Mountain Power**
c/o **Karen V. Sullivan**
WolfBlock LLP
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

**Sue Ellen Runde**
**William W. Erhart**
William W. Erhart, P.A.
800 King Street
Suite 302
Wilmington, DE 19801

**San Joaquin Refining Co., Inc. and Tricor Energy, LLC**
c/o **Frederick Brian Rosner**
Duane Morris LLP
1100 North Market Street
Wilmington, DE 19801

117665.0005/1674163.1

1105 North Market Street, 7th Floor
Wilmington, DE 19801

**Hanford LP**
c/o Ori Katz, Esq.
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4190

**Richard G. Placey**
Montgomery,McCracken,Walker & Rhoads LLP
1105 N. Market Street
15th Floor
Wilmington, DE 19801-6600

**Norman M. Monhait**
Rosenthal Monhait & Goddess, P.A
919 Market Street
Suite 1401
Citizens Bank Center
Wilmington, DE 19801

**John P. Dillman**
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

**Ciardi Ciardi & Astin**
c/o **Mary E. Augustine**
Ciardi Ciardi & Astin, P.C.
919 N. Market Street
Suite 700
Wilmington, DE 19801

Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760

**Heller Financial, Inc.**
**Kurt F. Gwynne**
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801

**City of El Paso**
c/o **David G. Aelvoet**
Linebarger Goggan Blair & Sampson LLP
711 Navarro, Suite 300
San Antonio, TX 78205

**David P. Primack**
Drinker, Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254

**Sensormatic Electronics Corporation**
c/o **Brett Fallon**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

**Sinclair Oil Corp.**
c/o **Scott Mayeda**
Sinclair Oil & Gas Co
550 E South Temple
Salt Lake City, UT 84102

**South Texas College**
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760

**South Texas ISD**
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760

**Southern California Gas Company**
c/o **Elihu Ezekiel Allinson, III**
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801

**William David Sullivan**
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Suburban Propane, L.P.**
**David M. Bass**
Cole, Schotz, Meisel, Forman & Leonard
Court Plaza North
25 Main Street
Hackensack, NJ 07601

**Patrick J. Reilley**
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street
Suite 1200
Wilmington, DE 19801

**Sunoco, Inc. (R&M)**
c/o **Richard W. Riley**
Duane Morris LLP
1100 North Market Street
Suite 1200

117665.0005/1674163.1

Coca-Cola Enterprises Inc.
Miller & Martin PLLC
c/o Shelley Rucker
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402

Hidalgo County and Hidalgo County Drainage District #1
c/o John T Banks
3301 Northland Drive
Suite 505
Austin, TX 78731

Coda Technologies, Inc.
c/o **Etta Rena Wolfe**
Smith Katzenstein & Furlow LLP
P.O. Box 410
Wilmington, DE 19899

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Columbus Bank & Trust
c/o **John H. Maddock, III**
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

IBM Corporation and IBM Credit Corporation
13800 Diplomat
Dallas, TX 75234

IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

Constellation NewEnergy
c/o **Heather Marie Fossen Forrest**
Jackson Walker L.L.P.
901 Main Street
Suite 6000
Dallas, TX 75202

Idaho Power Company
c/o **Elihu Ezekiel Allinson, III**
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801

Constellation NewEnergy, Inc.
c/o **Joseph Grey**
Wilmington, DE 19801

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza
6th Floor
Wilmington, DE 19801

Teppco Crude Oil, LLC
c/o **Rachel B. Mersky**
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street
Suite 400
Wilmington, DE 19801

Tesoro Refining and Marketing Company
c/o **Stephen M. Miller**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Texas Comptroller of Public Accounts
c/o **Jay Walton Hurst**
Office of the Texas Attorney General
300 W. 15th Street
8th Floor
Austin, TX 78701

The CIT Group/Equipment Financing, Inc.
c/o **Michael Schein**
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019

The Official Committee of Unsecured Creditors
c/o **James E. O'Neill**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

The Seaport Group LLC
c/o **Scott Friedberg**
The Seaport Group
360 Madison Ave 22 Fl
New York, NY 10017

Susan E. Kaufman
Cooch and Taylor, P.A.
1000 West Street
10th Floor
Wilmington, DE 19801

Thomas Patrick Tinker

- 11 -

117665.0005/1674163.1

Stevens & Lee
1105 North Market Street
Seventh Floor
Wilmington, DE 19801

**Instel Steel Distributors**
11310 W Little York
Houston, TX 77041

**County of Kern, State of California**
c/o **Jerri Sue Bradley**
Office of the County Counsel
1115 Truxtun Avenue
Fourth Floor
Bakersfield, CA 93301

**Kennedy-Jenks Consluting**
c/o **Robert F. Kidd**
Stein Rudser Cohen & Magid LLP
825 Washington Street
2nd Floor
Oakland, CA 94607

**Crimson Resource Management Corporation**
c/o **Garvan F. McDaniel**
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801
**Kern Oil & Refining Co.**
c/o **Daniel A. O'Brien**
Bayard, P.A.
222 Delaware Ave.
Suite 900
Wilmington, DE 19801

**Cypress - Fairbanks ISD, Harris County**
c/o **John P. Dillman**
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

**Kinder Morgan Liquids Partners GP, L.L.C.**
c/o **Patricia Williams Prewitt**
Locke Lord Bissell & Liddell LLP
3400 Chase Tower
600 Travis
Houston, TX 77002

**L.E. Bell Construction COmpany, Inc.**
c/o Jeremy L. Retherford
P.O. Box 306
Birmingham, AL 35203

**DELL MARKETING L.P.**
c/o **Patricia P. McGonigle**
Seitz, Van Ogtrop & Green P.A.

Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

**Total-Western, Inc.**
c/o **Elihu Ezekiel Allinson, III**
Sullivan Hazeltine Allinson LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801

**Christine E. Devine**
Mirick, O'Connell, DeMallie & Louge
100 Front Street
Worcester, MA 01608-1477

**Transportation Alliance Bank**
c/o **William M. Kelleher**
Elliott Greenleaf
1105 North Market Street
Suite 1700
Wilmington, DE 19801

**Transportation Alliance Leasing**
c/o **William M. Kelleher**
Elliott Greenleaf
1105 North Market Street
Suite 1700
Wilmington, DE 19801

**Tricor Energy, LLC**
c/o **Frederick Brian Rosner**
Duane Morris LLP
1100 North Market Street
Wilmington, DE 19801

**Tyco Valves and Controls LP**
c/o **Brett Fallon**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

**U. S. Department Of Labor**
Office of the Solicitor
Suite 1600
1999 Broadway
Denver, CO 8002-5710

**Union Tank Car Company**
c/o **Clinton P Hansen**
55 East Monroe
40th Floor
Chicago, IL 60603

**Dennis Quaid**
Fagelhaber LLC

117665.0005/1674163.1

222 Delaware Avenue
Suite 1500
Wilmington, DE 19899
**LION OIL COMPANY**
c/o **Gary F. Seitz**
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015, P.O. Box 588
Wilmington, DE 19899-0588

**William F. Taylor, Jr.**
McCarter & English LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801

**Wesco Distribution, Inc.**
c/o **Mark Minuti**
Saul Ewing LLP
222 Delaware Ave, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**Zions First National Bank**
Attn: James Elkins
Credit Management Group
10 East South Temple, 5th Flr.
Salt Lake City, UT 84133

55 E. Monroe St.
40th Fl.
Chicago, IL 60603

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Valero Marketing & Supply Company**
c/o **Stephen M. Miller**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

**Wilmington Trust FSB**
c/o**Don A. Beskrone**
Ashby & Geddes
222 Delaware Avenue
PO Box 1150
Wilmington, DE 19899

**Jeffrey L. Shields**
Callister Nebeker & McCullough
10 Easet South Temple
Suite 900
P.O. Box 959
Salt Lake City, UT 84110-0959

117665.0005/1674163.1