IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FLYING J INC., et al.** | § | **Case No. 08-13384-MFW** |
| | § | |
| **Debtors.** | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF DOCUMENTS**

*To the Clerk of the Bankruptcy Court:*

PLEASE TAKE NOTICE that Truckload Management, Inc. ("TMI"), by and through its counsel, Singer & Levick, P.C., files this, its Notice of Appearance.

Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342 and 1109(b), of the Bankruptcy Code, TMI respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon counsel at the offices, postal addresses and telephone numbers listed below.

Larry A. Levick, Esq.
Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas  75001
(972) 380-5533
(972) 380-5748 – facsimile
levick@singerlevick.com
mshriro@singerlevick.com

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any

application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to: (1) TMI's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit TMI to the jurisdiction of the Court.

DATED this 19th day of February, 2009.

Respectfully submitted,

SINGER & LEVICK, P.C.

By:    /s/Michelle E. Shriro
   Larry A. Levick
   Texas Bar No. 12252600
   Michelle E. Shriro
   Delaware Bar No. 3219

16200 Addison Road, Suite 140
Addison, Texas  75001
Tel. (972) 380-5533
Fax (972) 380-5748
Levick@singerlevick.com
mshriro@singerlevick.com

ATTORNEYS FOR
TRUCKLOAD MANAGEMENT, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that Notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on this 19th day of February 2009.

                                                          /s/Michelle E. Shriro
                                                          Michelle E. Shriro