## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FLYING J, INC., et al., | ) |
| | ) Case No. 08-13384 (MFW) |
| Debtors. | ) |
| | ) |

### NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND SERVICE OF ALL DOCUMENTS, REQUEST FOR MATRIX ENTRY AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and section 1109(b) of Title 11 (the "Bankruptcy Code") of the United States Code, the undersigned hereby appears as counsel for Tyco Valves and Controls, LP and Sensormatic Electronics Corporation (the "Tyco Entities") in the above captioned bankruptcy case (the "Bankruptcy Case").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9001 and 9010 and sections 342 and 1109(b) of the Bankruptcy Code, the Tyco Entities hereby request that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Bankruptcy Case be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in the Bankruptcy Case:

Sally E. Edison
Nicholas E. Meriwether
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050
sedison@mcguirewoods.com
nmeriwether@mcguirewoods.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise that: (a) affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case, including the Tyco Entities, with respect to, without limitation, (i) the Debtor, (ii) property of the estate or proceeds thereof, in which the Debtor may claim an interest, or (iii) property or proceeds thereof, in the possession, custody or control of others, that the Debtor may seek to use; or (b) require or seek to require any act, delivery or any property, payment or other conduct by the Tyco Entities.

**PLEASE TAKE FURTHER NOTICE** that the Tyco Entities intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (a) the right of the Tyco Entities to have final orders and non-core matters entered only after de novo review by a District Court Judge; (b) the right of the Tyco Entities to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (c) the right of the Tyco Entities to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which the Tyco Entities are or may be entitled.

Dated: February 16, 2009                           **MCGUIREWOODS LLP**

                                              By:    /s/ Sally E. Edison
                                                     Sally E. Edison
                                                     Pa. I.D. No. 78678
                                                     Nicholas E. Meriwether
                                                     Pa. I.D. No. 200433
                                                     625 Liberty Avenue, 23rd Floor
                                                     Pittsburgh, PA 15222
                                                     Telephone: (412) 667-6000
                                                     Facsimile: (412) 667-6050
                                                     sedison@mcguirewoods.com
                                                     nmeriwether@mcguirewoods.com

                                                     *Attorneys for Tyco Valves and Controls, LP and Sensormatic Electronics Corporation*

7670268