**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Flying J Inc, et al., | : | Case No. 08-13384 (MFW) |
| | : | |
| Debtor(s). | : | Jointly Administered |
| | : | |

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**
<u>**(Filed on Behalf of Transportation Alliance Bank and Transportation Alliance Leasing)**</u>

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), Jeffrey W. Shields of Jones Waldo Holbrook & McDonough PC hereby appears as counsel of record in these cases for Transportation Alliance Bank and Transportation Alliance Leasing.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § § 342 and 1109(b) and Fed. R. Bankr. P. 2002, 3017 and 9007, the undersigned hereby requests that copies of all notices given or required to be given in these bankruptcy cases by any party or their counsel of record, whether in writing or by telephone, fax or any other form of transmission, and all papers served or required to be served in these cases by any party or their counsel of record (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in these cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them), be given and served upon the parties listed below at the following addresses:

877063.1

Jeffrey Weston Shields, Esq.
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise filed or made with regard to these bankruptcy cases or proceedings herein.

DATED this 20th day of February, 2009.

                                        JONES WALDO HOLBROOK & McDONOUGH PC


                                By:/s/ Jeffrey W. Shields
                                    Jeffrey W. Shields, Esq
                                    Attorneys for Transportation Alliance Bank and
                                    Transportation Alliance Leasing

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of February, 2009, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**, to be mailed, postage prepaid, to the following and via email upon all those parties who receive electronic notice in the case pursuant to the Courts ECF filing system:

J. Scott Douglass
909 Fannin Ste 1800
Houston, TX 77010

Scott Friedberg
The Seaport Group
360 Madison Ave 22 FL
New York, NY 10017

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street, Suite 4100
Denver, CO 80203

IBM Corporation and IBM Credit Corporation
13800 Diplomat
Dallas, TX 75234

IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

InStel Steel Distributors
11310 W. Little York
Houston, TX 77041

John H. Maddock
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Marathon Petroleum Company LLC
539 South Main Street
Findlay, OH 45840

Scott Mayeda
Sinclair Oil & Gas Co.
550 East South Temple
Salt Lake City, UT 84102

Michael J. McGinnis
1001 Louisiana
Suite N1823A
Houston, TX 77002

Michelin North America, Inc.
One Parkway South
PO Box 19001
Greenville, SC 29602-9001

Mississippi State Tax Commission
POB 23338
Jackson, MS 39225-3338

Amy M. Paul
Baker Corp.
3020 Old Ranch Pkwy Ste 220
Steal Beach, CA 90740

877063.1

| | |
|---|---|
| Dennis Quaid | US Department of Labor |
| Fagelhaber LLC | Office of Solicitor |
| 55 E. Monroe St. | Suite 1600 |
| 40th Floor | 1999 Broadway |
| Chicago, IL 60603 | Denver, CO 80002-5710 |

                                                                 /s/ Jeffrey W. Shields

877063.1