UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FLYING J, INC., et al.,<br><br><br><br>Debtors. | Bankruptcy Case No.: 08-13384-MFW<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS |

NOTICE IS HEREBY GIVEN that the undersigned, on behalf of State of California, a creditor and interested party in the above captioned bankruptcy case, hereby files a notice of appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and requests that the State of California Counsel be added to the master mailing list. Pursuant to the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, including without limitation 11 U.S.C. section 1109(b) and Rules 2002, 3017, 4001, 7004, 9007, 9013 and 9022, the undersigned hereby requests that special notice of all matters which may come before the Court be made as follows:

        RONALD W. BEALS, CHIEF COUNSEL
        ATTN: ROGER A. FORMANEK
        1120 N STREET, M.S. 57
        SACRAMENTO, CA  95812-1438

The foregoing request includes all mailing lists, matrices, notices and papers referred to in Rule 2002, 3017, 4001, 7004, and 9007, and any other documents brought before the Court in this case, including, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, plans, disclosure statements.

By submitting this notice of appearance and request for notice, the State of California is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and the State of California expressly reserves the right to contest to the jurisdiction of the Bankruptcy court and/or to demand a jury trial in any matter or proceeding to which the State of California may be a party. This notice shall not be deemed or construed to the waiver of rights to any action, defense, setoff or recoupment that may be available in law or in equity and any such rights are expressly reserved.

DATED:  February 23, 2009

By_____
ROGER A. FORMANEK, California Bar No. 199726
State of California
Department of Transportation
1120 N Street, M.S. 57
Sacramento, CA. 95812-1438
Phone (916) 654-2630
Fax (916) 654-6128
roger_formanek@dot.ca.gov

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the
Appellate CM/ECF System

I hereby certify that on (date) **2/24/09**, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature *Brend McCutch*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the
Appellate CM/ECF System

I hereby certify that on (date) _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature