**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FLYING J INC., et al.,[1] | ) ) ) | Case No. 08-13384 (MFW) |
| Debtors. | ) ) ) ) ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as special litigation counsel for the Debtors and such counsel hereby request, pursuant to rules 2020, 3017 and 9007 of the Bankruptcy Rules and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and serve upon the undersigned at the following address and telephone/facsimile numbers:

> Ronald Katz
> MANATT, PHELPS & PHILLIPS, LLP
> 1001 Page Mill Road, Building 2
> Palo Alto, California 94304
> Telephone:  650-812-1346
> email:  rkatz@manatt.com
>
> Jack S. Yeh
> MANATT, PHELPS & PHILLIPS, LLP
> 11355 West Olympic Boulevard
> Los Angeles, California 90064
> Telephone: 310-312-4000
> email:  jyeh@manatt.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Flying J. Inc. (3458); Big West of California, LLC (1608); Big West Oil, LLC (6982); Big West Transportation, LLC (1056); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226); Longhorn Pipeline Inc. (0654).  The location of the Debtors' corporate headquarters and the service address for all Debtors is:  1104 Country Hills Drive, Ogden, UT  84403.

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

| | |
|---|---|
| Dated:  February 25, 2009<br>Los Angeles, California | Manatt, Phelps & Phillips, LLP<br><br>         /s/ Ivan L. Kallick         <br><br>Ivan L. Kallick<br>[CA Bar No. 097649]<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, California 90064<br>Telephone: 310-312-4000<br>Facsimile: 310-312-4224<br>Special Litigation Counsel for the Debtors<br>and Debtors in Possession |

PROOF OF SERVICE

I, Rea Luster, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On **February 25, 2009**, I served a copy of the within document(s):

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

- ☐ by sending an electronic message with attached PDF to the email address set forth below.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed *Federal Express* envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a *Federal Express* agent for delivery.

- ☐ by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

*See Attached Service List*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on *February 25, 2009*, at Los Angeles, California.

_____/s/ Rea Luster_____

*Service List*

*Case No. 08-13384 MFW)*

*Debtors*
Flying J Inc., et al.,
1104 County Hills Drive
Ogden, UT 84403

*Counsel to Debtors*
Donald J. Bowman, Jr.
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801


United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035


*Office of the United States Trustee*
T. Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

*Counsel to the Committee*
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

41368237.1