IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J, INC., et al.,[1] | ) | Case No. 08-13384 (MFW) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for Baldwin Filters, Inc. ("Baldwin").  Pursuant to Sections 102 and 342 of the Bankruptcy Code, Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, request is hereby made that all papers, pleadings, motions, and applications served or required to be served in this case be given to and served upon:

>Robert A. Guy, Jr., Esquire
>Jason J. Shields, Esquire
>Waller Lansden Dortch & Davis, LLP
>511 Union Street, Suite 2700
>Nashville, Tennessee 37219
>Telephone: (615) 244-6380
>Facsimile: (615) 244-6804
>bobby.guy@wallerlaw.com
>jason.shields@wallerlaw.com

Attorneys for Baldwin Filters, Inc.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified Sections of the Bankruptcy Code, but also includes without limitation any notice, application, complaint,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Longhorn Partners Pipeline, L.P. (0554); Big West Oil, LLC (6982); Big West of California, LLC (1608); Longhorn Pipeline Inc. (0654); Big West Transportation, LLC (1056); Longhorn Pipeline Holdings, LLC (0226). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

2682071.1

demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This is Notice of Appearance and Request for Service of Papers is without prejudice to Baldwin's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the court, and shall not be deemed or construed to submit Baldwin to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation Baldwin's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a change of venue, or (v) any other rights, claims, actions, setoffs or recoupments to which Baldwin is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Baldwin expressly reserves.

Dated: February 27, 2009      Respectfully submitted,

/s/ Robert A. Guy, Jr.
Robert A. Guy, Jr., Esq. (TN SBN #16715)
Jason J. Shields, Esq. (TN SBN #025688)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
(615) 244-6804 (fax)
Robert.Guy@wallerlaw.com
Jason.Shields@wallerlaw.com

*Attorneys for Baldwin Filters, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF system on this the 27th day of February, 2009.

                                                    /s/ Robert A. Guy, Jr.