UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| FLYING J, INC., et al. ) | Chapter 11 |
| ) | Case No. 08-13384-MFW |
| Debtor. ) | |
| ) | |

NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES,
AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 1109(b) and to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorneys hereby enter an appearance on behalf of Wachovia Financial Services, Inc. f/k/a First Union Commercial Corporation ("Wachovia"). The undersigned attorneys and law firm hereby request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 3017(a). All such notices should be addressed as follows:

> Lawrence E. Behning
> K&L GATES LLP
> Hearst Tower
> 214 North Tryon Street, 47th Floor
> Charlotte, North Carolina  28202
> Direct Dial: 704.331.7492
> Direct Fax: 704.353.3192
> Larry.Behning@klgates.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and provisions specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, order, hearing, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or fax or otherwise, filed with regard to the above case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right: (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance, Request for All Notices, and Demand for Service of All Pleadings and Filings is without prejudice to: (1) the rights, remedies, claims, actions, defenses, setoffs, or recoupments of Wachovia, in law or in equity, against the Debtors and any other entities either in these cases or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved; and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit Wachovia to the jurisdiction of the Court.

The undersigned additionally requests that the Debtors and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of parties-in-interest to be prepared or existing in the above-numbered cause.

This the 5th day of March, 2009.

By :   *Lawrence E. Behning*
       Lawrence E. Behning
       N.C. State Bar No. 23763
       K&L Gates LLP
       The Hearst Tower
       214 N. Tryon Street, Suite 4700
       Charlotte, North Carolina 28202

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| **FLYING J, INC., et al.**, | ) Chapter 11 |
| | ) Case No. 08-13384-MFW |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2009, I served a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** by mailing copies via First Class United States mail in envelopes with sufficient postage attached and addressed to each such party in interest or their counsel as follows:

| | |
|---|---|
| Donald J. Bowman, Jr.<br>Edmon L. Morton<br>Pauline K. Morgan<br>Ryan M. Bartley<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | COUNSEL FOR DEBTORS |
| Ivan Lerer Kallick<br>Manatt Phelps & Phillips, LLP<br>11344 West Olympic Boulevard<br>Los Angeles, CA 90064 | COUNSEL FOR DEBTORS |
| John F. Yaninek<br>Mette Evans & Woodside<br>3401 North Front Street<br>Post Office Box 5950<br>Harrisburg, PA 17110-0950 | COUNSEL FOR DEBTORS |
| United States Trustee<br>844 King Street<br>Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | U.S. TRUSTEE |

4852-3493-2227.01

- 2 -

| | |
|---|---|
| James E. O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Post Office Box 8705<br>Wilmington, DE 19899-4400 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br><br><br>            *Lawrence E. Behning*            |