# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13384 (MFW) |
| FLYING J INC., *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

### NOTICE OF APPEARANCE, REQUST FOR SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

PLEASE TAKE NOTICE that Cross & Simon, LLC and Freeborn & Peters LLP, hereby enter their appearance as bankruptcy counsel to Carrols Corporation and request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the addresses listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Christopher P. Simon, Esq.
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (Facsimile)
E-mail: csimon@crosslaw.com

Thomas R. Fawkes, Esq.
Jeffrey J. Mayer, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
(312) 360-6000
(312) 360-6520 (Facsimile)
E-mail: tfawkes@freebornpeters.com
         jmayer@freebornpeters.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions,

petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by Carrols Corporation to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: March 9, 2009  
Wilmington, Delaware

CROSS & SIMON, LLC

By: _____  
Christopher P. Simon (No. 3697)  
913 N. Market Street, 11th Floor  
P.O. Box 1380  
Wilmington, DE 19899-1380  
(302) 777-4200  
(302) 777-4224 (Facsimile)  
csimon@crosslaw.com

-and-

Thomas R. Fawkes, Esq. (No. 6277451)  
Jeffrey J. Mayer (No. 6194013)  
FREEBORN & PETERS LLP  
311 South Wacker Drive, Suite 3000  
Chicago, Illinois 60606-6677  
(312) 360-6000  
(312) 360-6520 (Facsimile)

*Counsel to Carrols Corporation*