# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FLYING J INC.,** *et al.,* | § | **Case No. 08-13384** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Shell Trading (US) Company and Shell Energy North America (US), L.P. hereby appear and demand, pursuant to rules 2002(g) and (i) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the case and all papers served or required to be served in the case be given to and served upon the undersigned counsel, at the addresses set forth below.

| **Sutherland Asbill & Brennan LLP**<br>**Attn: Paul B. Turner**<br>**Two Houston Center**<br>**919 Fannin, Suite 2200**<br>**Houston, Texas 77010**<br>**Telephone: (713) 470-6100**<br>**Facsimile: (713) 654-1301**<br>**paul.turner@sutherland.com** | **Sutherland Asbill & Brennan LLP**<br>**Attn: Mark D. Sherrill**<br>**1275 Pennsylvania Avenue, NW**<br>**Washington, DC 20004**<br>**Telephone: (202) 383-0100**<br>**Facsimile: (202) 637-3593**<br>**mark.sherrill@sutherland.com** |
|---|---|

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referenced in the Bankruptcy Rules and provisions specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect in any way the debtors or property or proceeds in which the debtors may claim an interest.

8268288.1

Dated: March 3, 2009
       Houston, Texas

                SUTHERLAND ASBILL & BRENNAN LLP

                /s/ Paul B. Turner
                Paul B. Turner
                Two Houston Center
                909 Fannin, Suite 2200
                Houston, Texas  77010
                (713) 470-6100

                Mark D. Sherrill
                1275 Pennsylvania Avenue, NW
                Washington, DC  20004
                (202) 383-0100

                *Counsel for Shell Trading (US) Company & Shell Energy North America (US), L.P.*