1  Robert F. Kidd, Esq. (State Bar No. 77000)
   DONAHUE GALLAGHER WOODS LLP
2  Attorneys at Law
   300 Lakeside Drive, Suite 1900
3  Oakland, California 94612-3570
   P.O. Box 12979
4  Oakland, California 94604-2979
   Telephone:    (510) 451-0544
5  Facsimile:    (510) 832-1486

6  Attorneys for Kennedy-Jenks Consultants

7

8                    UNITED STATES BANKRUPTCY COURT

9                          DISTRICT OF DELAWARE

10 In re:                                  Chapter 11

11 FLYING J. INC., et al.,                 Case No. 08-13384 (MFW)

12         Debtors.                        Jointly Administered

13

14

15                   **NOTICE OF APPEARANCE AND**
                    **DEMAND FOR NOTICES AND PAPERS**
16

17      PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R.

18 Bankr. P. 2002, 3017 and 9007, Kennedy-Jenks Consultants hereby requests that copies of all

19 notices given or required to be given in these bankruptcy cases by any party or their counsel of

20 record, whether in writing or by telephone, fax or any other form of transmission, and all papers

21 served or required to be served in these cases by any party or their counsel of record (including,

22 but not limited to, all papers filed and served in all adversary proceedings, contested matters and

23 other proceedings in these cases, and all notices mailed only to statutory committees or their

24 authorized agents and to creditors and equity security holders who file with the Court a request

25 that all notices be mailed to them), be given and served upon the party listed below at the

26

27 following address:

28

                                       -1-

F:\G - L\Kennedy-Jenks\Pleadings\Notice of Appearance and Demand for Notices and Papers 4-6-09.doc

Robert F. Kidd, Esq.
DONAHUE GALLAGHER WOODS LLP
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
(510) 451-0544
(510) 832-1486 (facsimile)
robert@donahue.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted, telegraph, telex or otherwise filed or made with regard to these bankruptcy cases or proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Notices and Papers is not intended to be, and shall not constitute, a consent by Kennedy-Jenks Consultants to the Court's subject matter jurisdiction, personal jurisdiction, venue or core proceeding therein, and shall not be deemed or construed to be a waiver of, and Kennedy-Jenks Consulting hereby reserves rights (i) to have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, defenses, setoffs or recoupments to which Kennedy-Jenks Consultants may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are reserved and preserved unto Kennedy-Jenks Consultants, without exception.

\\\

\\\

\\\

-2-

1  Dated:  April 6, 2009                    DONAHUE GALLAGHER WOODS LLP

2

3                                           By: */s/ Robert F. Kidd*
                                               Robert F. Kidd
4                                              DONAHUE GALLAGHER WOODS LLP
                                               Attorneys at Law
5                                              300 Lakeside Drive, Suite 1900
                                               Oakland, California  94612-3570
6                                              P.O. Box 12979
                                               Oakland, California  94604-2979
7                                              Telephone:(510) 451-0544
                                               Facsimile: (510) 832-1486
8                                              Robert@Donahue.com
                                               Attorneys for Kennedy-Jenks Consultants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-