IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED 2009 APR 28 AM 10: 16
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| FLYING J INC., et al ) | Chapter 11 |
| ) | Case No. 08-13384 (MFW) |
| Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

Please take notice that MassMutual Asset Finance LLC ("MMAF"), a creditor in the above-captioned case, hereby appears by its counsel, in the above-captioned case pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses indicated:

Thomas O. Bean
Peter M. Acton, Jr.
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109
Telephone: (617) 535-4000
Facsimile (617) 535-3800
Email: tbean@mwe.com
pacton@mwe.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice shall not be deemed or construed to be a waiver of MMAF's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves.

                MASSMUTUAL ASSET FINANCE LLC

                By its attorneys,

Dated: April 27, 2009

/s/ Peter M. Acton, Jr.
Thomas O. Bean (MA BBO # 548072)
Peter M. Acton, Jr. (MA BBO # 654641)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109
Telephone: (617) 535-4000

## **CERTIFICATE OF SERVICE**

I, Peter M. Acton, Jr. hereby certify that on this date, I caused a true copy of the above document to be served upon the persons listed below by first class mail, postage prepaid.

Pauline K. Morgan, Esq.
Edmon L. Morton, Esq.
Donald J. Bowman, Jr., Esq.
Ryan M. Bartley, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

James E. O'Neill, Esq.
Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19801

Robert Feinstein, Esq.
Ilan D. Scharf, Esq.
David A. Abadir, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017-2024

Debra Grassgreen, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500

Joseph J. McMahon, Jr.
The Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801

David L. Eaton, Esq.
Adam C. Paul, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL  60601

Paul M. Basta, Esq.
Craig A. Bruens, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

April 27, 2009

/s/ Peter M. Acton, Jr.
Peter M. Acton, Jr.