UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| FLYING J Inc., et al., | : Case No. 08-13384 (MFW) |
| | : (Jointly Administered) |
| Debtors. | : |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Creditor MC Oil & Gas, LLC ("MC") hereby submits this Notice of Substitution of Counsel. MC has been represented in this case by Lawrence Bass who was previously with the law firm of Holme Roberts & Owen LLP. Mr. Bass has recently joined the law firm of Faegre & Benson LLP. MC has retained Faegre & Benson LLP to continue with its representation in this case. Accordingly, MC hereby provides notice of the substitution of Faegre & Benson LLP for Holme Roberts & Owen LLP as its counsel in this case and requests that all future notices, correspondence, and other filings be addressed to Mr. Bass as follows:

Lawrence Bass
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Phone: 303.607.3678
lbass@faegre.com

Dated: April 29, 2009               FAEGRE & BENSON LLP

*/s/ Lawrence Bass*

Lawrence Bass
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Phone: 303.607.3675
Fax: 303.607.3678
lbass@faegre.com

*Counsel for MC Oil & Gas, LLC*

2

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of April, 2009, a true and correct copy of this Notice of Substitution of Counsel was served via ECF electronic filing to the following

Donald J. Bowman, Jr.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

*Counsel for Debtor*

Thomas P. Tinker
Office of the US Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

James E. O'Neill
Pachulski, Stang, Ziehl & Jones
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

*Counsel for Creditors' Committee*

/s/ Carole L. Wilds