TERRY GODDARD
Attorney General
CHRISTINA M. HARPER, No. 020485
ROBERT R. HALL, No. 012163
Assistant Attorneys General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8365 / (602) 542-7774
Fax: (602) 542-1726
Email: christina.harper@azag.gov
       robert.hall@azag.gov
Attorneys for the State of Arizona

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISCTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FLYING J INC., *et al.*,<br><br>                Debtor(s). | In Proceedings Under<br>Chapter 11<br>Jointly Administered<br><br>Case No. 08-13384-MFW<br><br>**NOTICE OF APPEARANCE**<br>**AND REQUEST FOR NOTICE** |

      ROBERT R. HALL and CHRISTINA M. HARPER, Assistant Attorneys General, Arizona Attorney General's Office, Bankruptcy & Collection Enforcement Section, hereby enter their appearances as attorneys for the State of Arizona and hereby request notice in this case.

      All pleadings, notices and documents should preferably be served by email at robert.hall@azag.gov and christina.harper@azag.gov or by mail at the following address: Arizona Attorney General, Bankruptcy & Collection Enforcement Section, 1275 West Washington, Phoenix, Arizona 85007.

DATED this 1st day of May, 2009.

        TERRY GODDARD
Arizona Attorney General

 /s/ CMH No. 020485
CHRISTINA M. HARPER
ROBERT R. HALL
Assistant Attorneys General
Attorneys for the State of Arizona

ORIGINAL of the foregoing
filed electronically
this 1st day of May, 2009, with:

United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE  19801-3024

COPY of the foregoing sent for mailing
this 1st day of May, 2009, to:

Donald J. Bowman, Jr. / Pauline K. Morgan
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801
Attorneys for Debtor(s)

Thomas Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Attorneys for the Official Committee
 of Unsecured Creditors

/s/Lilian P. Stewart
420514/BCE09-00017/BCE09-00360