IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FLYING J INC., ET AL. | § | CASE NO. 08-13384 |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## ALDINE INDEPENDENT SCHOOL DISTRICT'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

ALDINE INDEPENDENT SCHOOL DISTRICT, hereby gives notice of its appearance in this case by and through the undersigned counsel.

ALDINE INDEPENDENT SCHOOL DISTRICT respectfully requests that it be served with copies of all notices to parties-in-interest filed by Debtor(s), the Trustee, or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Further, ALDINE INDEPENDENT SCHOOL DISTRICT, requests that Debtor(s) forward to it, through its counsel of record, copies of all applications, motions, complaints, and any other pleadings filed by Debtor(s) in the above referenced case.

Respectfully submitted,

ALDINE INDEPENDENT SCHOOL DISTRICT

/s/ Susan R. Fuertes
Susan R. Fuertes
Texas State Bar No. 00790895
Admissions No. 18051
14910 Aldine-Westfield Road
Houston, Texas 77032
(281) 985-6319; FAX (281) 985-6321
Attorneys for Aldine
Independent School District