UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:  Case No. 08-13384-MFW

FLYING J INC.,  Chapter 11

   Debtor(s).  Honorable Mary F Walrath

_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO: Clerk of the Court  Pauline K Morgan
    US Bankruptcy Court  1000 West St. 17th Floor
    824 N. Market St.  PO Box 391
    Wilmington, DE 19801  Wilmington DE 19899

,

   PLEASE ENTER THE APPEARANCE of MICHAEL A. COX, Attorney General, and Julius O Curling, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

   Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                            MICHAEL A. COX
                            Attorney General

                            /s/ Julius O Curling
                            Julius O Curling (P58248)
                            Assistant Attorney General
                            Cadillac Place, Ste. 10-200
                            3030 W. Grand Blvd.
                            Detroit, MI 48202
                            Telephone: (313) 456-0140
                            E-Mail: CurlingJ@michigan.gov

Dated: May 01, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:  Case No. 08-13384-MFW

FLYING J INC.,  Chapter 11

        Debtor(s).  Honorable Mary F Walrath
_____/

## PROOF OF SERVICE

    The undersigned certifies that on May 01, 2009, a copy of the Notice of Appearance, Priority, Unsecured and Administrative Expense Proofs of Claim, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Pauline K Morgan
1000 West St. 17th Floor
PO Box 391
Wilmington DE  19899

                              */s/ Starkema T Jackson*
                              Starkema T Jackson
                              Legal Secretary
                              Julius O. Curling (P58248)
                              Cadillac Place, Ste. 10-200
                              3030 W. Grand Blvd.
                              Detroit, MI  48202
                              Telephone:  (313) 456-0140
                              E-mail:  CurlingJ@michigan.gov

Dated:  May 01, 2009