IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | Chapter 11 |
| FLYING J. INC <u>et al.</u> | ) | |
| | ) | Case No. 08-13384 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that AMRESCO Commercial Finance, LLC, as Servicer for Delaware Trust Company, N.A as Owner Trustee and Wells Fargo Bank, N.A., as Indenture Trustee of the ACLC Franchise Loan Receivables Trust 1997-B ("Claimant"), a creditor and party-in-interest, hereby appears in the above-captioned cases, and files this Notice of Appearance and Request for Notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and 11 U.S.C. § 1109(b) and requests that all notices given or required to be given and all documents served or required to be served in this case be given to and served as follows:

> D. Craig Christensen
> General Counsel
> AMRESCO Commercial Finance, LLC
> 412 E. Parkcenter Blvd. Ste 300
> Boise, ID  83706
> Telephone Number 208-333-2000
> Facsimile Number 208-333-2050
> E-Mail: dchristensen@amresco.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above and any other applicable provision, but also includes, without limitation, orders and notices of all filings with respect to any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which affects or seeks to affect in any way, any rights or interests of the Debtors or any creditor, equity holder, party in interest, and/or any other person or entity.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceedings related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert or exercise any other rights, claims actions, setoff, or recoupments to which Claimant is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 28, 2009.

_____
D. Craig Christensen
General Counsel
AMRESCO Commercial Finance, LLC
as Servicer for Delaware Trust Company,
N.A as Owner Trustee and Wells Fargo
Bank, N.A., as Indenture Trustee of the
ACLC Franchise Loan Receivables Trust
1997-B

## CERTIFICATE OF SERVICE

      I hereby certify that on the May 27, 2009, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served by mailing a copy thereof by United States first-class mail (unless otherwise indicated) to the following:

Flying J Inc.
1104 Country Hills Drive
Ogden, UT 84403
(Debtor)

Donald J. Bowman, Jr., Esq.
Edmon L. Morton, Esq.
Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801
(Debtor Counsel)

David L. Eaton
Kirkland & Ellis LLP
AON Center
200 East Randolph Drive
Chicago, IL 60601
(Debtor Counsel)

United States Trustee
Thomas Patrick Tinker
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
(U.S. Trustee)

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Attorney for Official Committee of Unsecured Creditors)

Paul M. Basta
Craig A. Bruens
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(Debtor Counsel)

This the 27th day of May, 2009.

_D. Craig Christensen (signature)_

D. Craig Christensen
General Counsel
AMRESCO Commercial Finance, LLC
as Servicer for Delaware Trust Company,
N.A as Owner Trustee and Wells Fargo
Bank, N.A., as Indenture Trustee of the
ACLC Franchise Loan Receivables Trust
1997-B



**AMRESCO Commercial Finance, LLC.**

Cori Neser, Paralegal
Direct dial: (208) 333-2074
cneser@amresco.com

May 28, 2009

**_Via U. S. Postal Service_**
Clerk of The Bankruptcy Court
United States Bankruptcy Court for the Division of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

    Re: Flying J, Inc. / Case No. 08-13384

To Whom It May Concern:

    Enclosed please find an original executed Notice of Appearance and Request for Notices in the above-referenced matter.

    After the Notice of Appearance and Request for Notices has been filed, please return a conformed copy to my attention. I have enclosed a self-addressed stamped envelope and a copy of the Notice of Appearance and Request for Notices for this purpose.

    If you have any questions, please call Tom Gratton at (208) 333-2024.

Sincerely,

Cori Neser
Paralegal

Enclosures

cc:
Thomas F. Gratton, Esq. (via hand delivery)
Flying J Inc., 1104 Country Hills Drive, Ogden, UT 84402
United States Trustee, Thomas Patrick Tinker, 844 King Street, Room 2207, Lockbox #35,
    Wilmington, DE 19899
Donald J. Bowman, Jr., Esq., Edmon L. Morton, Esq., Pauline K. Morgan, Esq. of Young,
    Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, Wilmington, DE 19801
James E. O'Neill of Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th
    Floor, P.O. Box 8705, Wilmington, DE 19899-8705
David L. Eaton of Kirkland & Ellis LLP, AON Center, 200 East Randolph Drive, Chicago, IL
    60601
Paul M. Basta, Craig A. Bruens of Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street,
    New York, NY 10022