IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FLYING J INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13384 (MFW)<br>Jointly Administered<br><br>**Objection Deadline: July 1, 2009 at 12:00 p.m.**<br>**Hearing Date: July 6, 2009 at 11:30 a.m.**<br>**Related to Document Nos. 1399 and 1400** |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CADRE SERVICES, INC. F/K/A TANNER COMPANIES, INC. TO THE MOTION OF THE DEBTORS FOR ENTRY OF (A) AN ORDER APPROVING BIDDING AND NOTICE PROCEDURES AND BREAK-UP FEE IN CONNECTION WITH THE SALE OF (I) SUBSTANTIALLY ALL OF THE ASSETS OF LONGHORN PARTNERS PIPELINE, L.P. AND (II) PETROLEUM PRODUCTION BELONGING TO CERTAIN OF THE DEBTORS, AND (B) AN ORDER (I) APPROVING THE PURCHASE AGREEMENTS BETWEEN THE DEBTORS AND THE PURCHASER, OR SUCH OTHER PURCHASE AGREEMENTS BETWEEN THE DEBTORS AND THE SUCCESSFUL BIDDER; (II) AUTHORIZING THE SALE OF ALL OR SUBSTANTIALLY ALL OF LONGHORN PARTNERS PIPELINE, L.P.'S ASSETS AND PETROLEUM PRODUCTS BELONGING TO CERTAIN OF THE DEBTORS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH; AND (IV) GRANTING RELATED RELIEF**

Cadre Services, Inc. f/k/a/ Tanner Companies, Inc. ("Tanner") hereby submits this limited objection and reservation of rights to the Motion of the Debtors for Entry of (A) an Order Approving Bidding and Notice Procedures and Break-Up Fee in Connection with the Sale of (i) Substantially all of the Assets of Longhorn Partners Pipeline, L.P. and (ii) Petroleum Production Belonging to Certain of the Debtors, and (B) an Order (i) Approving the Purchase Agreements between the Debtors and the Purchaser, or Such other Purchase Agreements between the Debtors and the Successful Bidder; (ii) Authorizing the Sale of All or Substantially All of Longhorn Partners Pipeline, L.P.'s Assets and Petroleum Products Belonging to Certain of the Debtors Free

and Clear of all Liens, Claims, Encumbrances and other Interests; (iii) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (iv) Granting Related Relief (the "Motion"). In support of this limited objection, Tanner respectfully states as follows:

**Background**

1. Tanner entered into various agreements in late 2007 and early 2008 with Longhorn Partners Pipeline, L.P. concerning Tanner's construction of a 40 mile replacement section of Longhorn's pipeline in Texas. During April, 2008, various disputes arose and Tanner sued Longhorn in District Court of Harris County, Texas, 215th Judicial District Court, Case No. 2008-33503.

2. Tanner filed a mineral lien under applicable Texas law against the pipeline and right of way across the part of the pipeline on which Tanner performed services. Tanner has claimed damages of about $4.9 million for work performed under the original agreement and about $5 million for extra contractual change order work. In addition, Tanner has asserted damages for business disparagement. Tanner's total claim is about $12 million.

**Limited Objection to the Motion**

3. Tanner objects to the relief requested in the Motion because it does not provide an explanation of all potential secured claims to be satisfied from the sales proceeds. Accordingly, it is impossible for creditors to determine the ultimate benefit to the bankruptcy estate resulting from this proposed sale.

4. In addition, the proposed order to the Motion allows the Debtor to pay secured creditors, at Debtor's discretion, which could have a detrimental effect on disputed secured claims. Tanner respectfully requests that the Order be modified so that the Debtor could not pay

secured claims from the sales proceeds outside of a confirmed plan of reorganization without notice to all potentially effected creditors and an opportunity to object and have a hearing before the Bankruptcy Court.

WHEREFORE, for the foregoing reasons, Tanner respectfully requests that the Court grant Tanner such relief as the Court may deem proper.

Dated: June 23, 2009

ROSENTHAL, MONHAIT & GODDESS P.A.

By: *__/s/ Carmella P. Keener__*

Carmella P. Keener (Bar ID No. 2810)
Edward B. Rosenthal (Bar ID No. 3131)
919 Market Street, Suite 1401, P.O. Box 1070
Wilmington, Delaware 19899-1070
Telephone: (302) 656-4433
Fax: (302) 658-7567
ckeener@rmgglaw.com

and

Walter J. Cicack, Esquire
SEYFARTH SHAW LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 225-2300
Fax: (713) 225-2340

**Attorneys for Cadre Services, Inc.**
**f/k/a Tanner Companies, Inc.**