**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>FLYING J INC., et al.,<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 08-13384 (MFW)<br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that on this 20th day of July, 2009, true and correct copies of LIMITED OBJECTION OF LONGHORN PIPELINE INVESTORS, LLC AND PIPELINE INVESTORS CAPITAL, LLC TO THE MOTION OF THE DEBTORS FOR ENTRY OF (A) AN ORDER APPROVING BIDDING AND NOTICE PROCEDURES AND BREAK-UP FEE IN CONNECTION WITH THE SALE OF (I) SUBSTANTIALLY ALL OF THE ASSETS OF LONGHORN PARTNERS PIPELINE, L.P. AND (II) PETROLEUM PRODUCTS BELONGING TO CERTAIN OF THE DEBTORS, AND (B) AN ORDER (I) APPROVING THE PURCHASE AGREEMENTS BETWEEN THE DEBTORS AND THE SUCCESSFUL BIDDER; (II) AUTHORIZING THE SALE OF ALL OR SUBSTANTIALLY ALL OF LONGHORN PARTNERS PIPELINE, L.P.'S ASSETS AND PETROLEUM PRODUCTS BELONGING TO CERTAIN OF THE DEBTORS FREE AND CLEAR OF ALL LIENS, ENCUMBRANCES AND OTHER INTERESTS; (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH; AND (IV) GRANTING RELATED RELIEF were served on the parties on the attached service list by electronic mail.

*/s/ John D. Demmy.*
John D. Demmy

w

# SERVICE LIST

| | |
|---|---|
| Dennis F. Dunne, Esquire | ddunne@milbank.com |
| Michael E. Comerford, Esquire | mcomerford@milbank.com |
| David R. Gelfand, Esquire | dgelfand@milbank.com |
| Aaron Renenger, Esquire | arenenger@milbank.com |
| Gregory W. Werkheiser, Esquire | GWerkheiser@mnat.com |
| Robert J. Dehney, Esquire | rdehney@mnat.com |
| Pauline K. Morgan, Esquire | pmorgan@ycst.com |
| Edmon L. Morton, Esquire | emorton@ycst.com |
| Donald J. Bowman, Jr. , Esquire | dbowman@ycst.com |
| James E. O'Neill, Esquire | joneill@pszyjw.com |
| Robert J. Feinstein, Esquire | rfeinstein@pszjlaw.com |
| Ran D. Scharf, Esquire | rscharf@pszjlaw.com |
| David A. Abidir, Esquire | dabadir@pszjlaw.com |
| Debra Grassgreen, Esquire | dgrassgreen@pszjlaw.com |
| David L. Eaton, Esquire | deaton@kirkland.com |
| Adam Paul, Esquire | apaul@kirkland.com |
| Paul M. Basta, Esquire | pbasta@kirkland.com |
| Craig A. Bruens, Esquire | cbruens@kirkland.com |
| United States Trustee | ustpregion03.wl.ecf@usdoj.gov |

'