IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FLYING J INC., et al.,[1] | ) Case No. 08-13384 (MFW) |
| Debtors. | ) Jointly Administered |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 28, 2009 AT 10:30 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1. Cindy Kane's Motion for Relief from the Automatic Stay [D.I. 1357, 6/12/09]

    Objection Deadline: July 1, 2009 at 4:00 p.m., extended for the Debtors to September 22, 2009 at 4:00 p.m.

    Objections Filed: None

    Status: This matter will be adjourned by agreement to September 29, 2009 at 10:30 a.m.

2. Motion of Western Energetix LLC for Allowance of Administrative Claim Pursuant to § 503(b)(9) [D.I. 1390, 6/19/09]

    Objection Deadline: July 17, 2009 at 4:00 p.m.

    Objections Filed:

    a) Omnibus Objection of the Debtors to the Motions for Allowance of Administrative Claims Pursuant to Section 503(b)(9) Claims Filed by (I) Tricor Energy, LLC, (II) Nella Oil Company, (III) San Joaquin Refining Co., Inc. and (IV) Western Energetic LLC [D.I. 1518, 7/17/09]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608), Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226), Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

[2] **Amendments appear in bold.**

Related Documents:

    b)    Reply of (I) Tricor Energy, LLC, (II) Nella Oil Company, LLC (III) San Joaquin Refining Co., Inc., and (IV) Western Energetic LLC to Omnibus Objection of the Debtor to the Motions for Allowance of Administrative Claims Pursuant to Section 503(b)(9) Claims [D.I. 1549, 7/23/09]

    c)    Declaration of John Boken in Support of the Motions and Applications Scheduled to be Heard Before the Court on July 27, 2009 [D.I. 1551, 7/23/09]

    d)    Certification of Counsel [D.I. 1795, 8/21/09]

    e)    Order Approving Stipulation to Allow Administrative Expense Claim [D.I. 1812, 8/24/09]

Status: An Order has been entered. No hearing is required.

3. Motion of San Joaquin Refining Co., Inc. for Allowance of Administrative Claim Pursuant to § 503(b)(9) [D.I. 1391, 6/19/09]

Objection Deadline:   July 17, 2009 at 4:00 p.m.

Objections Filed:

    a)    Omnibus Objection of the Debtors to the Motions for Allowance of Administrative Claims Pursuant to Section 503(b)(9) Claims Filed by (I) Tricor Energy, LLC, (II) Nella Oil Company, (III) San Joaquin Refining Co., Inc. and (IV) Western Energetic LLC [D.I. 1518, 7/17/09]

Related Documents:

    b)    Reply of (I) Tricor Energy, LLC, (II) Nella Oil Company, LLC (III) San Joaquin Refining Co., Inc., and (IV) Western Energetic LLC to Omnibus Objection of the Debtor to the Motions for Allowance of Administrative Claims Pursuant to Section 503(b)(9) Claims [D.I. 1549, 7/23/09]

    c)    Declaration of John Boken in Support of the Motions and Applications Scheduled to be Heard Before the Court on July 27, 2009 [D.I. 1551, 7/23/09]

    d)    Certification of Counsel [D.I. 1796, 8/21/09]

    e)    Order Approving Stipulation to Allow Administrative Expense Claim [D.I. 1814, 8/24/09]

Status: An Order has been entered. No hearing is required.

4.  Motion of Nella Oil Company for Allowance of Administrative Claim Pursuant to § 503(b)(9) [D.I., 1392, 6/19/09]

    Objection Deadline: July 17, 2009 at 4:00 p.m.

    Objections Filed:

    a)  Omnibus Objection of the Debtors to the Motions for Allowance of Administrative Claims Pursuant to Section 503(b)(9) Claims Filed by (I) Tricor Energy, LLC, (II) Nella Oil Company, (III) San Joaquin Refining Co., Inc. and (IV) Western Energetic LLC [D.I. 1518, 7/17/09]

    Related Documents:

    b)  Reply of (I) Tricor Energy, LLC, (II) Nella Oil Company, LLC (III) San Joaquin Refining Co., Inc., and (IV) Western Energetic LLC to Omnibus Objection of the Debtor to the Motions for Allowance of Administrative Claims Pursuant to Section 503(b)(9) Claims [D.I. 1549, 7/23/09]

    c)  Declaration of John Boken in Support of the Motions and Applications Scheduled to be Heard Before the Court on July 27, 2009 [D.I. 1551, 7/23/09]

    d)  Certification of Counsel [D.I. 1794, 8/21/09]

    e)  Order Approving Stipulation to Allow Administrative Expense Claim [D.I. 1813, 8/24/09]

    Status: An Order has been entered. No hearing is required.

5.  Motion of Tricor Energy, LLC for Allowance of Administrative Claim Pursuant to § 503(b)(9) [D.I., 1393, 6/19/09]

    Objection Deadline: July 17, 2009 at 4:00 p.m.

    Objections Filed:

    a)  Omnibus Objection of the Debtors to the Motions for Allowance of Administrative Claims Pursuant to Section 503(b)(9) Claims Filed by (I) Tricor Energy, LLC, (II) Nella Oil Company, (III) San Joaquin Refining Co., Inc. and (IV) Western Energetic LLC [D.I. 1518, 7/17/09]

    Related Documents:

    b)  Reply of (I) Tricor Energy, LLC, (II) Nella Oil Company, LLC (III) San Joaquin Refining Co., Inc., and (IV) Western Energetic LLC to Omnibus Objection of the Debtor to the Motions for Allowance of Administrative Claims Pursuant to Section 503(b)(9) Claims [D.I. 1549, 7/23/09]

      c)      Declaration of John Boken in Support of the Motions and Applications Scheduled to be Heard Before the Court on July 27, 2009 [D.I. 1551, 7/23/09]

      d)      Certification of Counsel [D.I. 1793, 8/21/09]

      e)      Order Approving Stipulation to Allow Administrative Expense Claim [D.I. 1808, 8/24/09]

Status: An Order has been entered. No hearing is required.

6. Motion of Pacific Pipeline, LLC for Relief from the Stay Under Section 362 of the Bankruptcy Code [D.I. 1441, 6/29/09]

Objection Deadline: July 20, 2009 at 4:00 p.m.

Objections Filed:

      a)      Objection of the Debtors to the Motion of Pacific Pipeline for Relief from the Automatic Stay to Foreclose on Certain Crude Oil [D.I. 1528, 7/20/09]

      b)      Exhibits A and B to Objection of the Debtors to the Motion of Pacific Pipeline for Relief from the Automatic Stay to Foreclose on Certain Crude Oil [D.I. 1643, 8/3/09]

Related Documents:

      c)      Scheduling Order [D.I. 1582, 7/27/09]

      d)      Brief in Support of Pacific Pipeline LLC's Motion for Relief from the Automatic Stay [D.I. 1691, 8/7/09]

      e)      Sur-Reply of the Debtors [D.I. 1766, 8/19/09]

Status: This matter will be adjourned by agreement to **October 27, 2009 at 11:30 a.m.**

7. Motion of Tricor Refining, LLC for Allowance of Administrative Claim Pursuant to § 503(b)(9) [D.I., 1536, 7/21/09]

Objection Deadline: August 21, 2009 at 4:00 p.m.

Related Document:

      a)      Certification of Counsel [D.I. 1792, 8/21/09]

      b)      Order Approving Stipulation to Allow Administrative Expense Claim [D.I. 1809, 8/24/09]

Objections Filed: None

Status: An Order has been entered. No hearing is required.

8. Motion of the United States for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 1561, 7/23/09]

   Objection Deadline: August 17, 2009 at 4:00 p.m., extended for the Debtors to September 22, 2009 at 4:00 p.m.

   Objections Filed:

   Status: This matter will be adjourned by agreement to September 29, 2009 at 10:30 a.m.

9. Motion of Montana Refining Company, Inc. for Allowance of Administrative Expense Claim [D.I. 1570, 7/24/09]

   Objection Deadline: August 21, 2009 at 4:00 p.m.

   Related Document:

   a) Certification of Counsel [D.I. 1790, 8/21/09]

   b) Order Approving Stipulation to Allow Administrative Expense Claim [D.I. 1811, 8/24/09]

   Objections Filed: None

   Status: A Certification of Counsel has been filed. No hearing is required.

10. Motion of United Refining Company for Leave of Court to File Tardy Section 503(b)(9) Administrative Expenses Claim [D.I. 1657, 8/4/09]

    Objection Deadline: August 21, 2009 at 4:00 p.m.

    Related Document:

    a) Certification of Counsel [D.I. 1802, 8/24/09]

    b) Order Granting Motion for Leave of Court to File Tardy Section 503(b)(9) Administrative Claim [D.I. 1819, 8/25/09]

    Objections Filed: None

    Status: An Order has been entered. No hearing is required.

11. Motion of Kinergy Marketing LLC for Entry of an Order Extending Time Within Which to File a Proof of Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) and/or Deeming Its Claim Timely Filed [D.I. 1682, 8/7/09]

   Objection Deadline: August 21, 2009 at 4:00 p.m.

   Related Documents:

   a) Declaration of Greg DiBiase in Support of Kinergy Marketing LLC's Motion for Entry of an Order Extending Time Within Which to File a Proof of Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) and/or Deeming Its Claim Timely Filed [D.I. 1683, 8/7/09]

   b) Certification of Counsel [D.I. 1791, 8/21/09]

   c) Order Approving Stipulation Extending Time Within Which to File a Proof of Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) and/or Deeming Such Claim Timely Filed [D.I. 1810, 8/24/09]

   Objections Filed: None

   Status: An Order has been entered. No hearing is required.

12. Motion of Equilon Enterprises LLC d/b/a Shell Oil Products US for Relief from the Automatic Stay to Permit Setoff of Prepetition Mutual Obligations [D.I. 1703, 8/10/09]

   Objection Deadline: August 21, 2009 at 4:00 p.m., extended for the Debtors to September 22, 2009 at 4:00 p.m.

   Objections Filed: None

   Status: This matter will be adjourned by agreement to September 29, 2009 at 10:30 a.m.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

13. Motion of the Debtors for Entry of an Order Authorizing the Debtors to (A) Assume Certain Prepetition Insurance Policies and Related Contracts, (B) Extend the Duration of Coverage of Such Policies, (C) Issue Additional Collateral, and (D) Grant Administrative Priority to Certain Claims Arising Postpetition but Prior to Confirmation of the a Plan of Reorganization [D.I. 1686, 8/7/09]

   Objection Deadline: August 21, 2009 at 4:00 p.m.

   Related Documents:

   a) Certificate of No Objection [D.I. 1815, 8/25/09]'

        b)       **Order Authorizing the Debtors to (A) Assume Certain Prepetition Insurance Policies and Related Contracts, (B) Extend the Duration of Coverage of Such Policies, (C) Issue Additional Collateral, and (D) Grant Administrative Priority for Claims Arising Postpetition but Prior to Confirmation of a Plan of Reorganization [D.I. 1832, 8/27/09]**

Objections Filed:    None

Status: **An Order has been entered.** No hearing is required.

14. Debtors' Third Motion for Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 1702, 8/10/09]

    Objection Deadline:    August 21, 2009 at 4:00 p.m.

    Related Documents:

        a)    Certificate of No Objection [D.I. 1816, 8/25/09]

        b)    **Order Further Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 1831, 8/27/09]**

    Objections Filed:    None

    Status: **An Order has been entered.** No hearing is required.

15. Motion of the Debtors for Entry of an Order Further Amending the Retention Order Authorizing the Debtors to Retain Blackstone Advisory Services L.P., as Investment Banker and Financial Advisor to Include Additional Necessary Financial Advisory and Investment Banking Services [D.I. 1725, 8/12/09]

    Objection Deadline:    August 21, 2009 at 4:00 p.m.

    Related Documents:

        a)    Certificate of No Objection [D.I. 1817, 8/25/09]

        b)    **Order Further Amending the Retention Order Authorizing the Debtors to Retain Blackstone Advisory Services L.P. [D.I. 1830, 8/27/09]**

    Objections Filed:    None

    Status: **An Order has been entered.** No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

16. Motion of the Debtors for Entry of a Protective Order Authorizing the Debtors to File Under Seal Certain Financial Information Required Pursuant to Federal Rule of Bankruptcy 2015.3(a) [D.I. 1472, 7/9/09]

    Objection Deadline: July 20, 2009 at 4:00 p.m., extended for the U.S. Trustee to August 25, 2009 at 12:00 p.m.

    Objections Filed: None

    Status: The Debtors and the U.S. Trustee are in discussions in an effort to resolve the informal concerns of the U.S. Trustee. To the extent the U.S. Trustee's concerns are resolved, the Debtors will present a revised order at the hearing. To the extent the concerns are not resolved prior to the hearing, the matter will be adjourned to September 29, 2009 at 10:30 a.m.

17. Interim Fee Requests, see attached Schedule 1

    Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

18. Debtors' First Omnibus Objection to Classification of Certain Claims (Non-Substantive) [D.I. 1617, 7/29/09]

    Response Deadline: August 21, 2009 at 4:00 p.m., extended for Cadre Services, Inc. f/k/a Tanner Companies, Inc. to August 23, 2009 at 4:00 p.m.

    Responses Filed:

    a) Response of Cadre Services, Inc. f/k/a Tanner Companies, Inc. [D.I. 1801, 8/22/09]

    Status: The parties have agreed to adjourn this matter to September 14, 2009 at 4:00 p.m. with respect to the Response of Cadre Services, Inc. f/k/a Tanner Companies, Inc. The remainder of this matter will be going forward.

19. Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Pay (A) Amounts Due Under the Special Bonus Plan and (B) Approving of and Authorizing the Debtors to Pay Amounts Under the Corporate Incentive Plan for Fiscal Year 2010 [D.I. 1661, 8/4/09]

    Objection Deadline: August 21, 2009 at 4:00 p.m., extended for the U.S. Trustee to August 26, 2009 at 12:00 p.m.

    Related Document:

      a)      Declaration of John Boken in Support of the Motions and Applications Scheduled to be Heard Before the Court on August 28, 2009 [D.I. 1820, 8/26/09]

Objections Filed:

      b)      Objection of the United States Trustee [D.I. 1821, 8/26/09]

Status: This matter will be going forward.

20. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases in Connection with the Sale of the Longhorn Pipeline [D.I. 1701, 8/10/09]

Objection Deadline: August 21, 2009 at 4:00 p.m.

Related Document:

      a)      Amended Exhibit B [D.I. 1736, 8/13/09]

Objections Filed:

      b)      A&B Valve and Piping Systems, L.L.C., f/k/a A&B Valve and Piping Systems, L.P.'s Objection, or Alternatively a Reservation of Rights [D.I. 1777, 8/20/09]

      c)      Ferguson Construction Co.'s Objection [D.I. 1804, 8/24/09]

Status: As a result of subsequent discussions items (b) and (c) have been resolved. The Debtors will submit a revised form of order at the hearing which reflects the resolution. This matter is going forward.

21. Objection of AEP Texas North America d/b/a American Electric Power to Notice of Cure Amount [D.I. 1709, 8/11/09]

Related Documents:

      a)      Notice of (A) Bid Deadline, Auction and Sale Hearing in Connection with the Sale of (I) Substantially All of the Assets of Longhorn Partners Pipeline, L.P. and (II) Petroleum Products Belonging to Certain of the Debtors, and (B) the Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and Real Estate Easements in Connection with the Proposed Sale [D.I. 1485, 7/6/09]

      b)      Declaration of John Boken in Support of the Motions and Applications Scheduled to be Heard Before the Court on August 28, 2009 [D.I. 1820, 8/26/09]

9

Responses Filed:

    c)    Debtors' Reply to AEP's Objection to the Debtors' Notice of Cure Amounts [D.I. 1805, 8/24/09]

**Additional Related Document:**

    d)    **Notice of Withdrawal of Objection of AEP Texas North Company to Notice of Cure Amount [D.I. 1824, 8/26/09]**

Status: **This matter has been withdrawn.**

Dated: August 27, 2009  
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Donald J. Bowman, Jr.
Pauline K. Morgan (Bar No. 3650)
Edmon L. Morton (Bar No. 3856)
Donald J. Bowman, Jr. (Bar No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone:   (302) 571-6637
Facsimile:   (302) 576-3320

- and -

**KIRKLAND & ELLIS LLP**
David L. Eaton (admitted *pro hac vice*)
Adam C. Paul (admitted *pro hac vice*)
Jeffrey W. Gettleman (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

Counsel for the Debtors and Debtors in Possession

10

DB02:8591750.1                      067990.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FLYING J INC., et al., | ) Case No. 08-13384 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

SCHEDULE 1

INTERIM FEE APPLICATION INDEX

A.  Second Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, counsel for Debtors and Debtors in Possession [D.I. 1632, 7/30/09]

    1.  Fifth Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 1271, 6/2/09]

    2.  Certificate of No Objection [D.I. 1396, 6/16/09]

    3.  Sixth Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 1409, 6/22/09]

    4.  Certificate of No Objection [D.I. 1480, 7/10/09]

    5.  Seventh Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 1595, 7/28/09]

    6.  Certificate of No Objection [D.I. 1739, 8/14/09]

B.  Second Interim Fee Request of Kirkland & Ellis LLP, counsel for Debtors and Debtors in Possession [D.I. 1632, 7/30/09]

   1. Fourth Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 1252, 5/27/09]

   2. Certificate of No Objection [D.I. 1374, 6/16/09]

   3. Fifth Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 1451, 7/1/09]

   4. Certificate of No Objection [D.I. 1542, 7/21/09]

   5. Sixth Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 1622, 7/30/09]

   6. Certificate of No Objection [D.I. 1759, 8/18/09]

C.  Second Interim Fee Request of Jones, Walker, Waecheter, Poitevent, Carrere & Denegre, LLP [D.I. 1632, 7/30/09]

   1. Fourth Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 1240, 5/22/09]

   2. Certification of Counsel [D.I. 1359, 6/12/09]

   3. Fifth Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 1411, 6/22/09]

   4. Certificate of No Objection [D.I. 1481, 7/10/09]

   5. Sixth Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 1587, 7/27/09]

   6. Certificate of No Objection [D.I. 1740, 8/14/09]

D.     Second Interim Fee Request of Ray Quinney & Nebeker P.C. [D.I. 1632, 7/30/09]

    1.     Fourth Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 1222, 5/20/09]

    2.     Certificate of No Objection [D.I. 1325, 6/17/09]

    3.     Fifth Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 1410, 6/22/09]

    4.     Certificate of No Objection [D.I. 1479, 7/10/09]

    5.     Sixth Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 1534, 7/20/09]

    6.     Certificate of No Objection [D.I. 1685, 8/7/09]

E.     Second Interim Fee Request of Gibson Dunn & Crutcher LLP [D.I. 1632, 7/30/09]

    1.     Fourth Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 1247, 5/26/09]

    2.     Certificate of No Objection [D.I. 1375, 6/16/09]

    3.     Fifth Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 1447, 6/30/09]

    4.     Certificate of No Objection [D.I. 1523, 7/17/09]

    5.     Sixth Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 1588, 7/27/09]

    6.     Certificate of No Objection [D.I. 1741, 8/14/09]

F.  Second Interim Fee Request of Manatt, Phelps & Phillips, LLP [D.I. 1632, 7/30/09]

   1.  Fourth Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 1223, 5/20/09]

   2.  Certificate of No Objection [D.I. 1324, 6/8/09]

   3.  Fifth Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 1412, 6/22/09]

   4.  Certificate of No Objection [D.I. 1478, 7/10/09]

   5.  Sixth Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 1533, 7/20/09]

   6.  Certificate of No Objection [D.I. 1684, 8/7/09]

G.  Second Interim Fee Request of KPMG LLP [D.I. 1632, 7/30/09]

   1.  Third Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 1264, 5/29/09]

   2.  Certificate of No Objection [D.I. 1378, 6/17/09]

   3.  Fourth Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 1448, 6/30/09]

   4.  Certificate of No Objection [D.I. 1524, 7/17/09]

   5.  Fifth Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 1589, 7/27/09]

   6.  Certificate of No Objection [D.I. 1742, 8/14/09]

H.  First Interim Fee Request of Blackstone Advisory Services L.P. [D.I. 1632, 7/30/09]

   1.  First Fee Application for the Period December 22, 2008 through March 31, 2009 [D.I. 1117, 5/1/09]

   2.  Certificate of No Objection [D.I. 1245, 5/26/09]

   3.  Second Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 1330, 6/9/09]

   4.  Certificate of No Objection [D.I. 1440, 6/16/09]

   5.  Third Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 1471, 7/9/09]

   6.  Certificate of No Objection [D.I. 1644, 8/3/09]

I.  First Interim Fee Request of Sonnenschein Nath & Rosenthal LLP, [D.I. 1632, 7/30/09]

   1.  First Fee Application for the Period April 1, 2009 through April 30, 2009 [D.I. 1571, 7/24/09]

   2.  Certificate of No Objection [D.I. 1722, 8/12/09]

   3.  Second Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 1572, 7/24/09]

   4.  Certificate of No Objection [D.I. 1723. 8/12/09]

   5.  Third Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 1573, 7/24/09]

   6.  Certificate of No Objection [D.I. 1724, 8/12/09]

DB02:8591750.1                                                                              067990.1001