# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Flying J Inc., et al., | | |
| **Case Number:** | 08-13384-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 28, 2009 10:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | ANISSA COTHRAN | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

### Matter:

Omnibus

**R / M #:**   0 /  0

### Appearances:

Please See attached sign-in sheet

### Proceedings:

Hearing Held

Orders Entered