# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FLYING J INC., et al.,[1] | Case No. 08-13384 (MFW) |
| Debtors. | Jointly Administered |
| | **Docket Ref. No.: 2004** |

## ORDER APPROVING ENGAGEMENT LETTERS BETWEEN BIG WEST OIL LLC, BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC, IN CONNECTION WITH BIG WEST OIL LLC'S EXIT FINANCING PROCESS

Upon the motion, dated September 28, 2009 (the "Motion"), of Flying J Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for the entry of an order (the "Order") approving (a) the engagement letter (the "Term Engagement Letter") between Big West Oil, LLC ("Big West") and Banc of America Securities LLC ("BAS") and (b) the engagement letter (the "ABL Engagement Letter," and, collectively with the Term Engagement Letter, the "Engagement Letters") between Big West and Bank of America, N.A. ("BofA," and, collectively with BAS, the "Arrangers"), in connection with Big West's and the Debtors' exploration of certain exit financing options; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608), Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226), Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Debtors having provided appropriate notice under the circumstances of the Motion and the opportunity for a hearing on the Motion, and that no other or further notice is required; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Engagement Letters are approved in all respects, as attached hereto as **Exhibit 1** and **Exhibit 2**.

3. The Debtors are authorized to perform all of their obligations under the Engagement Letters, including but not limited to providing the indemnification thereunder and paying any fees, expense reimbursements or indemnification claims, subject to the terms thereof.

4. The Debtors and the Arrangers are authorized to make non-material modifications to the Engagement Letters, without further order of this Court.

5. All time periods set forth in this Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7. Notwithstanding the possible applicability of Rules 6004(h), 7062, 9014 of the Federal Rules of Bankruptcy Procedure or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: October 15, 2009
Wilmington, Delaware

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

DB02:8779696.2

067990.1001