# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Flying J Inc., et al., | | |
| **Case Number:** | 08-13384-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 22, 2009 10:30 AM  CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## Matter:

Omnibus

**R / M #:** 2,408 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
- Items 1 through 3 - Continued
- Item 4 - Order entered under CNO
- Item 5 - Order entered
- Item 6 - Matter taken under advisement
- Item 7 - Revised Declaration to be filed
- Item 8 - Order due under Certification of Counsel