# **EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., et al.,[1] | ) | Case No. 08-13384 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## ORDER DISALLOWING CERTAIN (A) DUPLICATE CLAIMS, (B) AMENDED AND SUPERSEDED CLAIMS AND (C) WRONG CASE CLAIMS AS SET FORTH IN THE DEBTORS' NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE)

Upon the objection, dated December 23, 2009 (the "Objection"), of Flying J Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for the entry of an order (the "Order") disallowing certain (a) Duplicate Claims, (b) Amended and Superseded Claims and (c) Wrong Case Claims;[2] and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these chapter 11 cases and the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Debtors having provided appropriate notice under the circumstances of the Objection and the opportunity for a hearing on the Objection, and that no other or further notice is required; and the Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608), Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226), Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

[2] Capitalized terms used herein and not otherwise defined shall have those meanings ascribed to them in the Objection.

having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, the Court finds that:[3]

A.     The Objection is a core proceeding under 28 U.S.C. § 157(b)(2).

B.     Each holder of a claim (as to each, a "Claim") listed on **Exhibits A-1** through **C-3** attached hereto was properly and timely served with a copy of the Objection, this Order and the accompanying exhibits.

C.     Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or to be heard regarding, the relief requested in the Objection.

D.     The Duplicate Claims listed on **Exhibits A-1** through **A-3** hereto are Claims that duplicate other Claims set forth in Proofs of Claim constituting the Duplicate Remaining Claims, which were filed:  (a) on the same basis; (b) against the same Debtor; (c) for the same amount; and (d) in the same priority as the Duplicate Claims.

E.     The Amended and Superseded Claims listed on **Exhibits B-1** through **B-3** hereto are Claims that have been amended and superseded by other Claims set forth in Proofs of Claim constituting the Superseding Remaining Claims.

F.     The Wrong Case Claims listed on **Exhibits C-1** through **C-3** hereto are Claims: (a) filed against a Debtor that has no liability for the Claims asserted, according to the Debtors' Books and Records; and (b) are properly asserted against a different Debtor.

---

[3]  Findings of fact shall be construed as conclusions of law, and conclusions of law shall be construed as findings of fact, pursuant to Bankruptcy Rule 7052.

G. The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; therefore, it is HEREBY ORDERED:

1. The Objection is sustained in its entirety.

2. The Duplicate Claims listed on **Exhibits A-1** through **A-3** hereto under the heading labeled "Duplicate Claim to be Disallowed" be, and hereby are, disallowed in their entirety.

3. The Claims the claim numbers of which are set forth on **Exhibits A-1** through **A-3** under the headings labeled "Remaining Claim" shall remain in the Claims Register in these chapter 11 cases, and, unless such Duplicate Remaining Claims are both otherwise amended or Replaced by a Proof of Claim later filed by a Claimant, or subject to an objection set forth herein or subsequently filed by the Debtors or any other party in interest, such Duplicate Remaining Claims shall be deemed asserted against the Debtor in the case in which each such Duplicate Remaining Claim was filed.

4. The Amended and Superseded Claims listed on **Exhibits B-1** through **B-3** under the heading labeled "Amended Claim to be Disallowed" be, and hereby are, disallowed in their entirety.

5. The Claims whose claim numbers are set forth on **Exhibits B-1** through **B-3** under the headings labeled "Remaining Claim" shall remain in the Claims Register in these chapter 11 cases, and unless such Superseding Remaining Claims are both otherwise amended or superseded by a Proof of Claim later filed by a creditor, or subject to an objection set forth herein or subsequently filed by the Debtors or any other party in interest, such Superseding Remaining Claims shall be deemed asserted against the Debtor in the case in which each such Superseding Remaining Claim was filed.

3

6.     The Wrong Case Claims listed on **Exhibits C-1** through **C-3** are hereby transferred from the "Current Case" to the "Correct Case" on **Exhibits C-1** through **C-3**.

7.     The Debtors' rights to amend, modify or supplement the Objection, to file additional objections to the Disallowed Claims or any other claims (filed or not) which may be asserted against the Debtors and to seek further reduction of any Disallowed Claim to the extent such Disallowed Claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Debtors' rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these chapter 11 cases are fully preserved.

8.     Each Disallowed Claim and the objections by the Debtors to such Disallowed Claim, as addressed in the Objection and as set forth on **Exhibits A-1** through **C-3** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate order with respect to each Disallowed Claim. Any stay of this Order granted pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

9.     All time periods set forth in this Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure.

10.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

11.     Notwithstanding the possible applicability of Rules 6004(h), 7062, 9014 of the Federal Rules of Bankruptcy Procedure or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

DB02:9069703.1     067990.1001

12.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2009
        Wilmington, Delaware

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

# EXHIBIT A1

# Flying J Inc.
## Exhibit A-1
## Duplicate Claims

| Name and Address of Claimant | Duplicate Claim to be Expunged | | | | Remaining Claim | | | | Proposed Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed/ Case Number | | Amount | Claim Number | Date Filed/ Case Number | Amount | | |
| AL MARINO, INC. PO BOX 209 CHARLESTON, WV 25321 | 624 | 3/26/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 9,758.22 | 900 | 5/7/2009 08-13384 | $ - $ - $ - $ - $ 9,758.22 | Secured 20 Day Admin Admin Priority Unsecured | Duplicate of Claim 900 |
| ARS/RESCUE ROOTER LLC MBIA K. EASTON PO BOX 27446 SALT LAKE CITY, UT 84127 | 56 | 1/16/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ 2,257.50 $ - | 114 | 1/26/2009 08-13384 | $ - $ - $ - $ 2,257.50 $ - | Secured 20 Day Admin Admin Priority Unsecured | Duplicate of Claim 114 |
| DAYTON POWER AND LIGHT COMPANY 1065 WOODMAN DRIVE DAYTON, OH 45432 | 878 | 4/21/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 14,348.00 | 1032 | 4/21/2009 08-13384 | $ - $ - $ - $ - $ 14,348.00 | Secured 20 Day Admin Admin Priority Unsecured | Duplicate of Claim 1032 |
| ELECTRICAL SYSTEMS & INSTRUMENTATION INC LINDBORG & DRILL LLP 550 N. BRAND BLVD., STE. 1830 GLENDALE, CA 91206 | 825 | 4/20/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 80,899.50 | 978 | 4/29/2009 08-13384 | $ - $ - $ - $ - $ 80,899.50 | Secured 20 Day Admin Admin Priority Unsecured | Duplicate of Claim 978 |
| ELECTRICAL SYSTEMS & INSTRUMENTATION INC LINDBORG & DRILL LLP 550 N. BRAND BLVD., STE. 1830 GLENDALE, CA 91206 | 874 | 4/15/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 80,899.50 | 978 | 4/29/2009 08-13384 | $ - $ - $ - $ - $ 80,899.50 | Secured 20 Day Admin Admin Priority Unsecured | Duplicate of Claim 978 |
| ELECTRICAL SYSTEMS & INSTRUMENTATION INC LINDBORG & DRILL LLP 550 N. BRAND BLVD., STE. 1830 GLENDALE, CA 91206 | 976 | 4/29/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 80,899.50 | 978 | 4/29/2009 08-13384 | $ - $ - $ - $ - $ 80,899.50 | Secured 20 Day Admin Admin Priority Unsecured | Duplicate of Claim 978 |
| EVERGREEN PLANT DESIGN 3161 NORTH 800 EAST OGDEN, UT 84414-7380 | 2681 | 6/8/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ 2,245.20 $ - $ - | 3632 | 6/29/2009 08-13384 | $ - $ - $ 2,245.20 $ - $ - | Secured 20 Day Admin Admin Priority Unsecured | Duplicate of Claim 3632 |
| G&J PEPSI COLA BOTTLER INC P.O. BOX 643383 CINCINNATI, OH 45264-3383 | 1072 | 5/4/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 6,375.09 | 1211 | 5/5/2009 08-13384 | $ - $ - $ - $ - $ 6,375.09 | Secured 20 Day Admin Admin Priority Unsecured | Duplicate of Claim 1211 |
| HARNER ENVIRONMENTAL MANAGEMENT INC. ATTN: WILLIAM BOND, PRESIDENT 5721 S. SPOTSWOOD ST. | 370 | 3/2/2009 08-13384 | Secured 20 Day Admin Admin | $ - $ - $ - | 1104 | 5/6/2009 08-13384 | $ - $ - $ - | Secured 20 Day Admin Admin | Duplicate of Claim 1104 |

9th Omnibus

| Claimant / Address | Claim # | Date Filed | Case No. | Claim Type | Amount | | Claim # | Date Filed | Case No. | Claim Type | Amount | Duplicate of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LITTLETON, CO 80120 | | | | Priority | $ - | | | | | Priority | $ - | |
| | | | | Unsecured | $ 33,844.93 | | | | | Unsecured | $ 33,844.93 | |
| HASH, JOEL | 1753 | 5/21/2009 | 08-13384 | Secured | $ - | | 4133 | 7/13/2009 | 08-13384 | Secured | $ - | Duplicate of Claim 4133 |
| 550 UMBERGER ST. | | | | 20 Day Admin | $ - | | | | | 20 Day Admin | $ - | |
| WYTHEVILLE, VA 24382 | | | | Admin | $ - | | | | | Admin | $ - | |
| | | | | Priority | $ - | | | | | Priority | $ - | |
| | | | | Unsecured | $ 202.50 | | | | | Unsecured | $ 202.50 | |
| JOHN CRANE INC. #28709 | 643 | 4/6/2009 | 08-13384 | Secured | $ - | | 2063 | 5/26/2009 | 08-13384 | Secured | $ - | Duplicate of Claim 2063 |
| 6400 OAKTON STREET | | | | 20 Day Admin | $ - | | | | | 20 Day Admin | $ - | |
| MORTON GROVE, IL 60053 | | | | Admin | $ - | | | | | Admin | $ - | |
| | | | | Priority | $ - | | | | | Priority | $ - | |
| | | | | Unsecured | $ 11,905.92 | | | | | Unsecured | $ 11,905.92 | |
| IWC ENVIRONMENTAL | 204 | 1/30/2009 | 08-13384 | Secured | $ - | | 1018 | 5/4/2009 | 08-13384 | Secured | $ - | Duplicate of Claim 1018 |
| 290 PAULARINO | | | | 20 Day Admin | $ - | | | | | 20 Day Admin | $ - | |
| COSTA MESA, CA 92626 | | | | Admin | $ - | | | | | Admin | $ - | |
| | | | | Priority | $ - | | | | | Priority | $ - | |
| | | | | Unsecured | $ 49,292.26 | | | | | Unsecured | $ 49,292.26 | |

# EXHIBIT A2

Big West of California, LLC
Exhibit A-2
Duplicate Claims

| Name and Address of Claimant | Duplicate Claim to be Expunged | | | | Remaining Claim | | | | Proposed Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed/ Case Number | Amount | | Claim Number | Date Filed/ Case Number | Amount | | |
| ELECTRICAL SYSTEMS & INSTRUMENTATION INC | 948 | 5/1/2009 | $ - | Secured | 947 | 5/1/2009 | $ - | Secured | Duplicate of Claim 947 |
| LINDBORG & DRILL LLP | | 08-13383 | | 20 day Admin | | 08-13383 | | 20 day Admin | |
| 550 N. BRAND BLVD., STE. 1830 | | | $ - | Admin | | | $ - | Admin | |
| | | | $ - | Priority | | | $ - | Priority | |
| | | | $ 80,899.50 | Unsecured | | | $ 80,899.50 | Unsecured | |
| HALDOR TOPSOE, INC. | 426 | 3/9/2009 | $ - | Secured | 2984 | 6/15/2009 | $ - | Secured | Duplicate of Claim 2984 |
| 17629 EL CAMINO REAL, 3RD FLOOR | | 08-13383 | | 20 day Admin | | 08-13383 | | 20 day Admin | |
| HOUSTON, TX 77058 | | | $ 461,443.12 | Admin | | | $ 461,443.12 | Admin | |
| | | | $ - | Priority | | | $ - | Priority | |
| | | | $ - | Unsecured | | | $ - | Unsecured | |

# EXHIBIT A3

# Longhorn Partners Pipeline, L.P.
## Exhibit A-3
## Duplicate Claims

| Name and Address of Claimant | Duplicate Claim to be Expunged | | | | Remaining Claim | | | | Proposed Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed/ Case Number | Category | Amount | Claim Number | Date Filed/ Case Number | Category | Amount | |
| CORRIE C. CRAIG RANCH P.O. BOX 483 JOHNSON CITY, TX 78636 | 377 | 3/2/2009 08-13380 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 850.00 | 2076 | 5/26/2009 08-13380 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 850.00 | Duplicate of Claim 2076. |
| FAIR HARBOR CAPITAL, LLC TRANSFEROR: SPX FLOW CONTROL ANSONIA FINANCE STATION PO BOX 237037 NEW YORK, NY 10023 | 4260 | 9/22/2009 08-13380 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 51,518.00 | 4259 | 9/22/2009 08-13380 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 51,518.00 | Duplicate of Claim 4259. |
| TDW SERVICES, INC PO BOX 972118 DALLAS, TX 75397-2118 | 4281 | 10/9/2009 08-13380 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ 62,777.12 $ - $ - | 1440 | 5/18/2009 08-13380 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ 62,777.12 $ - $ - | Duplicate of Claim 1440. |
| UNITED STATES DEBT RECOVERY LLC TRANSFEROR: FLINT ENERGY SERVICES INC 940 SOUTHWOOD BL. SUITE 101 INCLINE VILLAGE, NV 89451 | 2117 | 5/28/2009 08-13380 | Secured 20 Day Admin Admin Priority Unsecured | $ 146,699.41 $ - $ - $ - $ - | 2118 | 5/28/2009 08-13380 | Secured 20 Day Admin Admin Priority Unsecured | $ 146,699.41 $ - $ - $ - $ - | Duplicate of Claim 2118. |

# EXHIBIT B1

9th Omnibus

## Flying J Inc.
## Exhibit B-1
## Amended and Superseded Claims

| Name and Address of Claimant | Amended Claim to be Expunged | | | | Remaining Claim | | | | Proposed Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed/ Case Number | | Amount | Claim Number | Date Filed/ Case Number | | Amount | |
| ARSI 41 SUNSET RDM CODY, WY 82414 | 535 | 3/27/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 18,429.50 $ - $ - $ - | 3357 | 6/24/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 18,737.00 | Amended and superseded by claim 3357 |
| ARSI 41 SUNSET RDM CODY, WY 82414 | 881 | 4/24/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 475.00 $ - $ - $ - | 3358 | 6/24/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ 307.50 $ - | Amended and superseded by claim 3358 |
| CENTRAL CALIFORNIA FLUID SYS TECHNOLOGIES, INC. 325 BALBOA CIRCLE CAMARILLO, CA 93012 | 11 | 1/9/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ 24,281.96 $ - | 951 | 5/1/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ 24,281.96 $ - $ - $ - $ - | Amended and superseded by claim 951 |
| CLYDE UNION INC. F/K/A UNION PI C/O JANAE THAYER 4680 WEST DICKMAN ROAD BATTLE CREEK, MI 49037 | 435 | 3/10/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 21,816.43 | 1720 | 5/21/2009 08-13381 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 20,831.87 | Amended and superseded by claim 1720 |
| CLYDE UNION INC. F/K/A UNION PI C/O JANAE THAYER 4680 WEST DICKMAN ROAD BATTLE CREEK, MI 49037 | 435 | 3/10/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 21,816.43 | 1721 | 5/21/2009 08-13383 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ 984.56 $ - | Amended and superseded by claim 1721 |
| FRITO-LAY, INC. TONI MAYER 7701 LEGACY DR. PLANO, TX 75024 | 811 | 4/20/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 63,479.31 | 3882 | 6/30/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 63,479.31 $ - $ - $ 57,238.95 | Amended and superseded by claim 3882 |
| GAUGING SYSTEMS INC. ATTN: LINDA HOBEN PO BOX 680 SUGAR LAND, TX 77487 | 61 | 1/19/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 19,394.98 | 4037 | 7/6/2009 08-13383 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 1,974.00 | Amended and superseded by claim 4037 |
| GAUGING SYSTEMS INC. ATTN: LINDA HOBEN PO BOX 680 SUGAR LAND, TX 77487 | 61 | 1/19/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 19,394.98 | 4038 | 7/6/2009 08-13380 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ 17,420.58 $ - | Amended and superseded by claim 4037 |
| HARNER ENVIRONMENTAL MANA ATTN: BILL BOND - PRESIDENT 5721 SOUTH SPOTSWOOD ST. LITTLETON, CO 80126-2020 | 8 | 1/7/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 66,882.13 | 1104 | 5/6/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 33,844.93 | Amended and superseded by claim 1104 |

| Creditor | Claim # | Date | Case No. | Class | Amount | | Claim # | Date | Case No. | Class | Amount | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEATH OIL, INC.<br>P.O. BOX 1128<br>OIL CITY, PA 16301 | 511 | 3/25/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 81,138.15 | | 4173 | 7/23/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ 81,138.15<br>$ -<br>$ -<br>$ - | Amended and superseded by claim 4173 |
| IBM CORPORATION<br>BANKRUPTCY COORDINATOR<br>13800 DIPLOMAT DR.<br>DALLAS, TX 75234 | 260 | 1/27/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 23,650.59 | | 343 | 2/17/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 25,576.25 | Amended and superseded by claim 343 |
| JOHNSTON LEIGH, INC.<br>6205 VIEW DRIVE<br>PARK CITY, UT 84098 | 456 | 3/16/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 60,586.84 | | 1114 | 6/18/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ 2,612.39<br>$ -<br>$ -<br>$ 57,387.61 | Amended and superseded by claim 1114 |
| MAYFIELD DAIRY FARMS, LLC<br>C/O MARK H. RALSTON, ESQ.<br>2603 OAK LAWN AVE., STE. 200 | 852 | 4/20/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ 7,515.00<br>$ -<br>$ -<br>$ 12,738.51 | | 3889 | 6/30/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 18,780.02 | Amended and superseded by claim 3889 |
| PALLESEN CONSTRUCTION INC<br>PO BOX 275<br>MANILA, UT 84046 | 39 | 1/13/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 12,738.51 | | 2478 | 6/2/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 8,768.51 | Amended and superseded by claim 2478 |

# EXHIBIT B2

**Big West Oil, LLC**
**Exhibit B-2**
**Amended and Superseded Claims**

| Name and Address of Claimant | | Amended Claim to be Expunged | | | | | Remaining Claim | | | | | Proposed Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed/ Case Number | Amount | | | Claim Number | Date Filed/ Case Number | Amount | | | |
| SOLVAY FLUORIDES | 1905 | 5/26/2009 | | | Secured | 2540 | 6/4/2009 | | | Secured | Amended and superseded by claim 2540 |
| SOLVAY CHEMICALS, INC. | | 08-13381 | - | | 20 day Admin | | 08-13381 | - | | 20 day Admin | |
| 3333 RICHMOND AVE. | | | - | | Admin | | | - | | Admin | |
| P.O. BOX 27328 | | | - | | Priority | | | - | | Priority | |
| HOUSTON, TX 77098 | | | 85,084.92 | | Unsecured | | | 85,084.92 | | Unsecured | |

# EXHIBIT B3

# Big West of California, LLC
## Exhibit B-3
## Amended and Superseded Claims

| Name and Address of Claimant | Amended Claim to be Expunged | | | Remaining Claim | | | Proposed Reason For Disallowance |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed/ Case Number | Amount | Claim Number | Date Filed/ Case Number | Amount | |
| DELTA TRADING, LP C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. 990 STEWART AVENUE, P.O. BOX 9194 ATTN: HOWARD B. KLEINBERG, ESQ. GARDEN CITY, NY 11530 | 2803 | 6/9/2009 08-13393 | $ 114,977.00 Secured $ - 20 day Admin $ - Admin $ - Priority $ - Unsecured | 2804 | 6/9/2009 08-13393 | $ - Secured $ - 20 day Admin $ - Admin $ - Priority $ 114,977.00 Unsecured | Amended and superseded by claim 2804 |
| LEIGHTON CONSULTING, INC. C/O MARTIN B. GREENBAUM NEWPORT BEACH, CA 92660, | 336 | 2/13/2009 08-13393 | $ 443,700.40 Secured $ - 20 Day Admin $ - Admin $ - Priority $ - Unsecured | 3584 | 6/29/2009 08-13393 | $ 443,700.40 Secured $ - 20 Day Admin $ - Admin $ - Priority $ - Unsecured | Amended and superseded by claim 3584 |

# EXHIBIT C1

Exhibit C-1
Flying J Inc.
Wrong Case Claims

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Current Case | Correct Case | Reason For Transfer |
|---|---|---|---|---|---|---|---|
| CALSCIENCE ENVIRONMENTAL LABORATORIES, INC.<br>7440 LINCOLN WAY<br>GARDEN GROVE, CA 92841-1427 | 222 | 2/6/2009<br>08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ -<br>Unsecured $ 62,734.15 | | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| CLEANHARBORS ENVIRONMENTAL SERVICES, INC<br>ATTN: CREDIT DEPARTMENT<br>42 LONGWATER DRIVE<br>NORWELL, MA 02061-9149 | 701 | 4/13/2009<br>08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ -<br>Unsecured $ 25,312.39 | | Flying J Inc. | Big West Oil, LLC<br>Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity. Debtor seeks to transfer $18,040.43 to Big West of California, LLC [Case No. 08-13383] and $7,271.96 to Big West Oil, LLC [Case No. 08-13381]. |
| COMPUTER PROTECTION TECHNOLOGY, INC.<br>1537 SIMPSON WAY<br>ESCONDIDO, CA 92025 | 501 | 3/23/2009<br>08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ -<br>Unsecured $ 5,700.00 | | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| CONTROL EQUIPMENT COMPANY<br>174 WEST ANGELO AVENUE<br>SALT LAKE CITY, UT 84115 | 468 | 3/17/2009<br>08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ -<br>Unsecured $ 2,086.40 | | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| CRESTON RESOURCES LTD.<br>PO BOX 1776<br>ROOSEVELT, UT 84066 | 3365 | 6/24/2009<br>08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ -<br>Unsecured $ 44,941.09 | | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| CRESTON RESOURCES LTD.<br>PO BOX 1776<br>ROOSEVELT, UT 84066 | 3363 | 6/24/2009<br>08-13384 | Secured $ -<br>20 Day Admin $ 20,379.89<br>Admin $ -<br>Priority $ -<br>Unsecured $ - | | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| DON E KEITH TRANSPORTATION, LL<br>3012 BUCK OWENS BLVD<br>BAKERSFIELD, CA 93308 | 2116 | 5/27/2009<br>08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ -<br>Unsecured $ 20,537.40 | | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| EASTSIDE PETROLEUM AND PRODUCTION, LLC<br>DAVID L. FINGER<br>FINGER, SLANINA & LIEBESMAN, LLC<br>1201 N. ORANGE STREET, 7TH FLOOR<br>WILMINGTON, DE 19801-1165 | 835 | 4/20/2009<br>08-13384 | Secured $ -<br>20 Day Admin $ 202,565.61<br>Admin $ -<br>Priority $ -<br>Unsecured $ - | | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| ELECTRICAL SYSTEMS & INSTRUMENTATION INC<br>LINDBURG & DRILL LLP<br>550 N. BRAND BLVD., STE. 1830<br>GLENDALE, CA 91206 | 978 | 4/29/2009<br>08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ -<br>Unsecured $ 80,899.50 | | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| ENVIROTECH CONSULTANTS, INC.<br>5400 ROSEDALE HIGHWAY<br>BAKERSFIELD, CA 93308 | 1035 | 5/4/2009<br>08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ 630.00<br>Unsecured $ - | | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |

| Creditor | Claim No. | Date Filed | Case No. | Secured | 20 Day Admin | Admin | Priority | Unsecured | Debtor | Correct Entity | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FAYETTE ELECTRIC COOPERATIVE, INC. GARY NIETSCHE, GENERAL MANAGER P.O. BOX 400 LA GRANGE, TX 78945-0400 | 254 | 2/11/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 411.71 | Flying J Inc. | Longhorn Partners Pipeline, L.P. | Claim is Filed Against Incorrect Debtor Entity |
| FISHER SCIENTIFIC GARY BARNES REGIONAL CREDIT MANAGER 2000 PARK LANE PITTSBURGH, PA 15275 | 559 | 3/20/2009 | 08-13384 | $ - | $ - | $ 282.41 | $ - | $ - | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| FRIEDMAN RECYCLING 3640 W LINCOLN ST PHOENIX, AZ 85009 | 896 | 5/7/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 97.20 | Flying J Inc. | Longhorn Partners Pipeline, L.P. | Claim is Filed Against Incorrect Debtor Entity |
| FURMANITE AMERICA, INC. 2435 N. CENTRAL EXPRESSWAY #700 RICHARDSON, TX 75080 | 969 | 4/27/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 5,363.84 | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| GREAT PACIFIC EQUIPMENT, INC 4500 STATE ROAD BAKERSFIELD, CA 93308 | 149 | 1/20/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 2,101.05 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| GREAT PACIFIC EQUIPMENT, INC 4500 STATE ROAD BAKERSFIELD, CA 93308 | 933 | 5/1/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 1,072.62 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| H&S HOSE & SUPPLY, INC. PO BOX 40308 BAKERSFIELD, CA 93384 | 203 | 1/29/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 9,085.18 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| HACH CO PO BOX 389 LOVELAND, CO 80539 | 1634 | 5/18/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 11,255.60 | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| HAGEMEYER NA 11680 GREAT OAKS WAY ALPHARETTA, GA 30022 | 941 | 5/1/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 21,390.00 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| HOLLY REFINING & MARKETING COMPANY - WOODS CROSS JOHN HARRISON 100 CRESCENT COURT, SUITE 1600 DALLAS, TX 75201 | 726 | 4/4/2009 | 08-13384 | $ 198,661.60 | $ - | $ - | $ - | $ - | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| HOMELAND GAS & OIL LTD PO BOX 1776 ROOSEVELT, UT 84066 | 3364 | 6/24/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 68,620.16 | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| HOMELAND GAS & OIL LTD PO BOX 1776 ROOSEVELT, UT 84066 | 3366 | 6/24/2009 | 08-13384 | $ 13,773.05 | $ - | | | | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |

| Creditor | Claim # | Date | Case # | Secured | 20 Day Admin | Admin | Priority | Unsecured | Debtor | Reclassify To | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HONEYWELL<br>ATTN: ERIN PINTER 14M<br>2500 UNION HILLS<br>PHOENIX, AZ 85027 | 64 | 1/20/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 75,893.21 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| HYTORC OF CALIFORNIA<br>ATTN: ALTON BRUCE CARMICHAEL<br>8210 LANKERSHIM BLVD - UNIT 9<br>NORTH HOLLYWOOD, CA 91605 | 380 | 3/2/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 4,797.48 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| IKON OFFICE SOLUTIONS<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN: BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | 549 | 3/13/2009 | 08-13384 | $ - | $ 4,900.48 | $ - | $ - | $ - | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| INSTRUMENT & VALVE SERVICES CO<br>EMERSON PROCESS MANAGEMENT, LLLP<br>12001 TECHNOLOGY DRIVE MS AB03<br>EDEN PRAIRIE, MN 55344 | 3416 | 6/25/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 5,886.00 | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| INTEGRITY TESTING & INSPECTION<br>710 EAST 18TH STREET<br>OWENSBORO, KY 42303 | 915 | 4/30/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 25,586.05 | Flying J Inc. | Longhorn Partners Pipeline, L.P. | Claim is Filed Against Incorrect Debtor Entity |
| INTERSTATE BATTERIES OF KERN CO.<br>1210 CALIFORNIA AVENUE<br>BAKERSFIELD, CA 93304-1405 | 584 | 3/30/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 537.79 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| JACO OIL<br>PO BOX 81687<br>BAKERSFIELD, CA 93380-1687 | 38 | 1/13/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 81,352.24 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| KENDRICK ELECTRIC CORP.<br>5257 GUNTER AVE.<br>EL PASO, TX 79904 | 164 | 2/2/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 19,406.55 | Flying J Inc. | Longhorn Partners Pipeline, L.P. | Claim is Filed Against Incorrect Debtor Entity |
| KLEIN, DENATALE, GOLDNER,<br>COOPER, ROSENLIEB & KIMBALL,<br>ATTN: SCOTT BELDEN<br>4550 CALIFORNIA AVENUE, 2ND FLOOR<br>BAKERSFIELD, CA 93309 | 634 | 4/6/2009 | 08-13384 | $ - | $ - | $ - | $ 740.00 | $ - | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| KNIGHTS PUMPING & PORTABKEE SERVICES, INC<br>PO BOX 41657<br>BAKERSFIELD, CA 93384 | 1068 | 5/4/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 9,722.29 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| LAB SAFETY SUPPLY<br>401 S WRIGHT RD<br>JANESVILLE, WI 53546 | 389 | 3/6/2009 | 08-13384 | $ - | $ - | $ - | $ - | $ 3,203.33 | Flying J Inc. | Longhorn Partners Pipeline, L.P. | Claim is Filed Against Incorrect Debtor Entity |

| Creditor | Claim | Date | Case No. | Type | Amount | Debtor | Correct Entity | Reason |
|---|---|---|---|---|---|---|---|---|
| MANGAN, INC<br>1901 WEST CARSON STREET, SUITE 100<br>LONG BEACH, CA 90810 | 231 | 2/9/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ --<br>$ --<br>$ --<br>$ --<br>$ 37,537.00 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| MERRION OIL & GAS<br>610 REILLY AVE<br>FARMINGTON, NM 87401 | 463 | 3/16/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ --<br>$ --<br>$ 1,528.04<br>$ --<br>$ 11,112.21 | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| METRO READY MIX, LP<br>P.O. BOX 80487<br>BAKERSFIELD, CA 93380 | 1044 | 5/4/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ --<br>$ --<br>$ --<br>$ --<br>$ 7,025.49 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| MH WOLFE AND ASSOCIATES ENVIRONMENTAL CONSULTING INC.<br>P.O. BOX 10254<br>BAKERSFIELD, CA 93389 | 258 | 2/12/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ --<br>$ --<br>$ --<br>$ --<br>$ 6,474.53 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| MP ENVIRONMENTAL SERVICES INC.<br>C/O MICHAEL S ABRIL<br>KUHS & PARKER<br>PO BOX 2205<br>BAKERSFIELD, CA 93303-2205 | 3951 | 6/30/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ --<br>$ --<br>$ --<br>$ --<br>$ 66,478.02 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| NATIONAL ELECTRIC MOTOR & SUPPLY CO, INC<br>11048 CLOVERLAND<br>BATON ROUGE, LA 70809 | 1365 | 5/14/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ --<br>$ --<br>$ --<br>$ --<br>$ 5,871.54 | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| ORCHARD PETROLEUM, INC.<br>M.K. (VAL) LERMA, P.E.<br>GENERAL MANAGER<br>3585 MAPLE ST., STE. 284<br>VENTURA, CA 93003 | 814 | 4/20/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ 143,469.54<br>$ --<br>$ --<br>$ --<br>$ -- | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| PACIFIC MECHANICAL SUPPLY<br>13705 MILROY PLACE<br>SANTA FE SPRINGS, CA 90670-5131 | 894 | 4/27/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ --<br>$ --<br>$ --<br>$ --<br>$ 7,125.39 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| PAS, INC.<br>16055 SPACE CENTER BLVD, STE 600<br>HOUSTON, TX 77062 | 63 | 1/20/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ --<br>$ --<br>$ --<br>$ --<br>$ 10,044.36 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| PROCESSES UNLIMITED INTERNATIONAL, INC.<br>5500 MING AVENUE, SUITE 400<br>BAKERSFIELD, CA 93309 | 736 | 4/15/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ --<br>$ 32,546.00<br>$ --<br>$ --<br>$ -- | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| PROGRESSIVE SUPPLY INC.<br>P.O. BOX 470748<br>TULSA, OK 74147-0748 | 936 | 5/1/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ --<br>$ --<br>$ --<br>$ --<br>$ 32,050.00 | Flying J Inc. | Longhorn Partners Pipeline, L.P. | Claim is Filed Against Incorrect Debtor Entity |
| QUALITY INTEGRATED SERVICES INC.<br>PO BOX 1950<br>GUYMON, OK 73942 | 169 | 2/4/2009 | 08-13384 | Secured<br>20 Day Admin<br>Admin | $ 10,950.00<br>$ --<br>$ -- | Flying J Inc. | Longhorn Partners Pipeline, L.P. | Claim is Filed Against Incorrect Debtor Entity |

| Claim No. | Creditor | Date Filed / Case No. | Secured | 20 Day Admin | Admin | Priority | Unsecured | Debtor | Incorrect Entity | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 770 | QUESTAR GAS MANAGEMENT CO. / ATTN: JERRY HAMILTON, OM COMMERCIAL OPS / 180 EAST 100 SOUTH / SALT LAKE CITY, UT 874145 | 4/17/2009 / 08-13384 | | | | $ - | $ 50,041.85 | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| 3887 | QUINEX ENERGY CORP. / C/O RACHEL B. MERSKY, ESQUIRE / MONZACK MERSKY MCLAUGHLIN AND BROWDER,PA / 1201 N. ORANGE STREET, SUITE 400 / WILMINGTON, DE 19801 | 6/2/2009 / 08-13384 | $ - | $ 89,237.71 | $ - | $ - | $ 197,553.37 | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| 387 | R&R MACHINE INC. / 625 N. 400 W. / NORTH SALT LAKE, UT 84054 | 3/5/2009 / 08-13384 | $ - | $ - | $ - | $ - | $ 15,495.26 | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| 301 | SAN BERNARD ELECTRIC COOPERATIVE / PO BOX 1208 / BELLVILLE, TX 77418 | 2/17/2009 / 08-13384 | $ - | $ - | $ - | $ - | $ 1,046.50 | Flying J Inc. | Longham Partners Pipeline, L.P. | Claim is Filed Against Incorrect Debtor Entity |
| 912 | SAN JOAQUIN FENCE & SUPPLY / 1933 EAST CALIFORNIA AVENUE / BAKERSFIELD, CA | 4/29/2009 / 08-13384 | $ - | $ - | $ - | $ - | $ 595.00 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| 256 | SCIENTIFIC INTERNATIONAL INC. / 228-230 MONTGOMERY STREET / BLOOMFIELD, NJ 7003 | 2/11/2009 / 08-13384 | $ - | $ - | $ - | $ - | $ 146,640.14 | Flying J Inc. | Longham Partners Pipeline, L.P. | Claim is Filed Against Incorrect Debtor Entity |
| 556 | SIEMENS ENERGY & AUTOMATION, INC. / ATTN: LEIGH-ANNE BEST / 1345 RIDGELAND PKWY., STE. 116 / ALPHARETTA, GA 30004 | 3/17/2009 / 08-13384 | $ - | $ - | $ - | $ - | $ 868.73 | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| 3104 | SQUARE ONE PRINTING INC. / 630 WEST 200 NORTH / LOGAN, UT 84321 | 6/18/2009 / 08-13384 | $ - | $ - | $ - | $ - | $ 4,136.25 | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |
| 944 | STEWART ELECTRIC SUPPLY, INC. / PO BOX 1905 / BAKERSFIELD, CA 93303 | 5/1/2009 / 08-13384 | $ - | $ - | $ - | $ - | $ 163.95 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| 3950 | SUNRAY PETROLEUM, INC. / C/O MICHAEL S. ABRIL / KUHS & PARKER / PO BOX 2205 / BAKERSFIELD, CA 93303-2205 | 6/30/2009 / 08-13384 | $ - | $ - | $ - | $ - | $ 101,701.42 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |
| 772 | T.J. CROSS ENGINEERS, INC. / 200 NEW STINE ROAD, SUITE 270 / BAKERSFIELD, CA 93309 | 4/17/2009 / 08-13384 | $ - | $ - | $ - | $ - | $ 112,845.41 | Flying J Inc. | Big West of California, LLC | Claim is Filed Against Incorrect Debtor Entity |

9th Omnibus

| Name/Address | Claim # | Date / Case No. | Secured | 20 Day Admin | Admin | Priority | Unsecured | Debtor | | Creditor Entity |
|---|---|---|---|---|---|---|---|---|---|---|
| THYSSEN KRUPP SAFWAY, INC.<br>N19 W24200 RIVERWOOD DRIVE<br>WAUKESHA, WI 53188 | 942 | 5/1/2009<br>08-13384 | $ - | $ - | $ - | $ - | $ 879.19 | Flying J Inc. | Claim is Filed Against Incorrect Debtor Entity | Big West Oil, LLC |
| TXU ENERGY RETAIL COMPANY LLC<br>C/O BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS, TX 75265-0393 | 566 | 3/23/2009<br>08-13384 | $ - | $ - | $ - | $ - | $ 525.56 | Flying J Inc. | Claim is Filed Against Incorrect Debtor Entity | Longhorn Partners Pipeline, L.P. |
| U.S. EQUIPMENT CO., INC.<br>8311 SORENSEN AVE<br>SANTA FE SPRINGS, CA 90670 | 1268 | 5/11/2009<br>08-13384 | $ - | $ - | $ - | $ - | $ 1,619.69 | Flying J Inc. | Claim is Filed Against Incorrect Debtor Entity | Big West of California, LLC |
| WESCO DISTRIBUTION, INC.<br>SAUL EWING LLP<br>MARK MINUTI & LUCIAN B. MURLEY<br>222 DELAWARE AVE, STE 1200, PO BOX 1266<br>WILMINGTON, DE 19899 | 781 | 4/17/2009<br>08-13384 | $ - | $ 234,838.27 | $ - | $ - | $ - | Flying J Inc. | Claim is Filed Against Incorrect Debtor Entity | Big West of California, LLC |
| ZVIRBLIS, GARY F.<br>DBA ZEE CONSULTING & ASSOCIATES<br>P.O. BOX 2165<br>BAKERSFIELD, CA 93303 | 397 | 3/6/2009<br>08-13384 | $ - | $ - | $ - | $ - | $ 2,610.00 | Flying J Inc. | Claim is Filed Against Incorrect Debtor Entity | Big West of California, LLC |

# EXHIBIT C2

## Big West of California, LLC
### Exhibit C-2
### Wrong Debtor Claims

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Current Debtor | New Debtor | Reason For Transfer |
|---|---|---|---|---|---|---|---|
| MUREX N.A. LTD. H. JOSEPH ACOSTA, ESQ. DALLAS, TX 75201 | 3840 | 6/30/2009 08-13383 | $ - $ 932,992.31 $ - $ 1,400,105.36 | Secured 20 Day Admin Admin Priority Unsecured | Big West of California LLC | Big West Oil, LLC | The Debtors seek to transfer only $103,929.03 of Claim 3840 that was filed against the wrong Debtor entity. |
| The Debtors seek to transfer only $103,929.03 of Claim 3840. | | | | | | | |
| PARAMOUNT PETROLEUM CORP ATTN: HARLIN R DEAN, VP AND GEN COUNSEL DALLAS, TX 75251, | 3194 | 6/22/2009 08-13383 | $ - $ 1,082,744.12 $ - | Secured 20 Day Admin Priority Unsecured | Big West of California LLC | Flying J Inc. | The Debtors seek to transfer only $333,549.79 of Claim 3194 that was filed against the wrong Debtor entity. |
| The Debtors seek to transfer only $333,549.79 of Claim 3194, | | | | | | | |
| SOLVAY AMERICA, INC EULER HERMES ACI OWINGS MILLS, MD 21117 | 589 | 3/24/2009 08-13383 | $ - $ - $ - $ 85,084.92 | Secured 20 Day Admin Admin Priority Unsecured | Big West of California LLC | Big West Oil, LLC | Claim is filed against incorrect Debtor entity |
| TOPTECH SYSTEMS, INC. 280 HUNT PARK COVE LONGWOOD, FL 32750 | 674 | 4/10/2009 08-13383 | $ - $ - $ 10,894.96 $ - | Secured 20 Day Admin Admin Priority Unsecured | Big West of California LLC | Big West Oil, LLC | Claim is filed against incorrect Debtor entity |
| TOPTECH SYSTEMS, INC. 280 HUNT PARK COVE LONGWOOD, FL 32750, | 675 | 4/10/2009 08-13383 | $ 1,267.35 $ - $ - $ - | Secured 20 Day Admin Admin Priority Unsecured | Big West of California LLC | Flying J Inc. | Claim is filed against incorrect Debtor entity |

# EXHIBIT C3

Big West Transportation, LLC
Exhibit C-3
Wrong Case Claims

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Current Case | Correct Case | Reason For Transfer |
|---|---|---|---|---|---|---|---|
| AUSTIN COUNTY APPRAISAL DISTRICT MICHAEL J. DARLOW PERDUE BRANDON FIELDER COLLINS MOTT, LLP 1235 NORTH LOOP WEST, SUITE 600 HOUSTON, TX 77008 | 1693 | 5/20/2009 08-13385 | $ 16,258.13 $ - $ - $ - $ - | Secured 20 Day Admin Admin Priority Unsecured | Big West Transportation, LLC | Longhorn Partners Pipeline, L.P. | Claim is filed against incorrect Debtor entity |
| GALENA PARK INDEPENDENT SCHOOL DISTRICT OWEN M. SONIK PERDUE BRANDON FIELDER COLLINS MOTT, LLP 1235 NORTH LOOP WEST, SUITE 600 HOUSTON, TX 77008 | 1692 | 5/20/2009 08-13385 | $ - $ - $ - $ 39,709.82 $ - | Secured 20 Day Admin Admin Priority Unsecured | Big West Transportation, LLC | Longhorn Partners Pipeline, L.P. | Claim is filed against incorrect Debtor entity |