# **EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., et al.,[1] | ) | Case No. 08-13384 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## ORDER ADJUSTING, RECLASSIFYING OR DISALLOWING CERTAIN CLAIMS AS SET FORTH IN THE DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION (SUBSTANTIVE)

Upon the objection, dated January 22, 2010 (the "Objection"),[2] of Flying J Inc. and

certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for the

entry of an order (the "Order"): (a) adjusting the claims listed on **Exhibits A-1** through **A-4**

hereto; (b) reclassifying the claims listed on **Exhibits B-1** through **B-2** hereto; and

(c) disallowing the claims listed on **Exhibits C-1** through **C-4** hereto; and the Court having

found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and

the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the

Court having found that venue in these cases and the Objection in this District is proper pursuant

to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the

Objection is in the best interests of the Debtors' estates, their creditors and other parties in

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Flying J Inc. (3458); Big West of California, LLC (1608); Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226); and Longhorn Pipeline Inc. (0654).  The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

[2]  Capitalized terms used herein and not otherwise defined shall have those meanings ascribed to them in the Objection.

interest; and the Debtors having provided appropriate notice under the circumstances of the Objection and the opportunity for a hearing on the Objection, and that no other or further notice is required; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, the Court finds that:

A.     The Objection is a core proceeding under 28 U.S.C. § 157(b)(2).

B.     Each holder of a claim (as to each, a "Claim") listed on **Exhibits A-1** through **C-4** attached hereto was properly and timely served with a copy of the Objection, this Order and the accompanying exhibits.

C.     Any entity known to have an interest in the Claims subject to the Objection has been afforded a reasonable opportunity to respond to, or to be heard regarding, the relief requested in the Objection.

D.     The Claims To Be Adjusted listed on **Exhibit A-1** through **A-4** hereto are Claims that are filed for amounts that differ from and are greater than the amounts reflected in the Debtors' Books and Records.

E.     The Claims To Be Reclassified listed on **Exhibits B-1** through **B-2** hereto are Claims that are improperly or incorrectly classified as having secured, priority or administrative expense status.

DB02:9183358.1

067990.1001

F.    The No Liability Claims listed on **Exhibits C-1** through **C-4** hereto are Claims that are unenforceable against the Debtors and property of the Debtors under any agreement or applicable law for a reason other than because such claim is contingent or unmatured.

G.    The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; therefore, it is HEREBY ORDERED:

1.    The Objection is sustained in its entirety.

2.    The Claims To Be Adjusted listed on **Exhibits A-1** through **A-4** hereto be, and hereby are, adjusted as set forth on **Exhibits A-1** through **A-4** hereto under the heading labeled "Modified Claim Amount."

3.    The secured, priority or administrative expense status alleged for each of the Claims To Be Reclassified listed on **Exhibits B-1** through **B-2** hereto is denied, and such Claims To Be Reclassified are determined to be, and are hereby reclassified as set forth in **Exhibits B-1** through **B-2** hereto under the heading labeled "Proposed Reclassification."

4.    Each of the No Liability Claims Listed on **Exhibits C-1** through **C-4** hereto be, and hereby is, disallowed and expunged in its entirety.

5.    The Debtors' rights to amend, modify or supplement the Objection, to file additional objections to the Disallowed Claims or any other claims (filed or not) which may be asserted against the Debtors and to seek further reduction of any Disallowed Claim to the extent such Disallowed Claim has been paid, are preserved.  Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Debtors' rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these chapter 11 cases are further preserved.

DB02:9183358.1

067990.1001

6.     Each Disallowed Claim and the objections by the Debtors to such Disallowed Claim, as addressed in the Objection and as set forth on **Exhibits A-1** through **C-4** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1.  This Order shall be deemed a separate Order with respect to each Disallowed Claim. Any stay of this Order pending appeal by any Claimants whose Disallowed Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7.     All time periods set forth in this Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure.

8.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9.     Notwithstanding the possible applicability of Rules 6004(h), 7062 and 9014 of the Federal Rules of Bankruptcy Procedure or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2010
      Wilmington, Delaware

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

DB02:9183358.1

067990.1001

**Exhibit A-1**

## Flying J Inc.
### Exhibit A-1
### Claims to be Adjusted

| Claim Number | Name and Address of Claimant | Date Filed / Case Number | Claim Amount | | Modified Claim Amount | | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1883 | A&F GIFT AND SOUVENIR CO. LTD. PO BOX 298, 3960 SAWMILL ROAD, ST JACOBS ONTARIO, N0B 2N0 CANADA | 5/26/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ 1,966.50 $ - $ 2,726.50 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ 1,942.25 $ - $ 2,726.50 | Claim 1883 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the reduction of Claim 1883 by such overcharges. |
| 2830 | ASTROCARD INC. 10535-A DANNHAUS RD, NEEDVILLE, TX 77461 | 6/10/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 2,181.75 $ - $ - $ 4,678.52 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 2,175.00 $ - $ - $ 1,811.58 | Claim 2830 includes amounts arising prepetition prior to the filing of these chapter 11 cases (check #205665, paid on 4/29/09) and check 2051816, paid on 10/14/08). Moreover, Claim 2830 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the reduction of Claim 2830 by such previously-paid amounts and overcharges. |
| 3092 | BNSF RAILWAY ATTN: QUINCY CHUMLEY, 2601 LOU MENK DR, FORT WORTH, TX 76131 | 6/16/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ 5,499.34 $ - $ - $ - $ 412,278.73 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 412,278.73 | Prior to the Petition Date, the Debtors' and claimant's accounting departments agreed to set off, in the ordinary course of business, certain amount included in Claim 3092 with amounts owed to Debtor Flying J Inc. The "Modified Claim Amount" reflects the reduction of Claim 3092 by such setoff amounts. |
| 1120 | BUFFALO ROCK CO., LEGAL DEPT. 103 OXMOOR ROAD, BIRMINGHAM, AL 35209 | 5/7/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 9,594.95 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 8,989.44 | Claim 1120 includes amounts arising prepetition prior to the filing of these chapter 11 cases (check # 7861157, paid on 11/28/08). Moreover, Claim 1120 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the reduction of Claim 1120 by such previously-paid amounts and overcharges. |
| 2402 | CAPTIVATING HEADGEAR, P.O. BOX 721110, 3001 36 AVE NW, NORMAN, OK 73070 | 6/1/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 820.80 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 672.00 | Claim 2402 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the reduction of Claim 2402 by such overcharges. |
| 2832 | CAPTURE DATE SOLUTIONS, 1351 144TH ST, NEW RICHMOND, WI 54017 | 6/10/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 8,569.00 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 8,019.00 | Claim 2832 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the reduction of Claim 2832 by such overcharges. |
| 15 | CENTRAL PETROLEUM EQ. CO. 109 TERRACE DRIVE, PO BOX 188, BLUE GRASS, IA 52726 | 1/9/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 5,207.92 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 1,687.05 | The Debtors seek to adjust Claim 15 because such Claim: (a) includes amounts arising prepetition that were paid in the ordinary course of business prior to the filing of these chapter 11 cases (wire ID 26406, paid on 11/16/08); (b) includes amounts arising postpetition that have been paid by the Debtors; and (c) attaches documentation that supports a lesser amount than the face amount of the Claim. |
| 410 | CONSUMERS ENERGY COMPANY, ATTN: MICHAEL G. WILSON (P31265), ONE ENERGY PLAZA, JACKSON, MI 49201 | 3/5/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 30,476.05 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 11,764.13 | Claim 410 includes certain amounts that arose postpetition and have been paid by the Debtors in the ordinary course of business. The "Modified Claim Amount" reflects the reduction of Claim 410 by such amounts arising postpetition. |
| 1032 | DAYTON POWER AND LIGHT COMPANY 1065 WOODMAN DRIVE, DAYTON, OH 45432 | 4/21/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 14,348.00 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 10,696.34 | Claim 1032 includes amounts on account of: (a) postpetition interest that is not allowable against the Debtors' estates (See 11 U.S.C. §502(b)(2)); and (b) certain penalties arising postpetition that are not allowable against the Debtors' estates. |
| 3895 | DEAN MILK COMPANY, LLC, C/O MARK H. RALSTON, RALSTON LAW FIRM, 2603 OAK LAWN AVE., STE. 200, DALLAS, TX 75219 | 6/30/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 2,316.93 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 1,056.25 | CFJ Properties, a non-Debtor in these chapter 11 cases, is exclusively liable for certain amounts included within Claim 3895. The "Modified Claim Amount" reflects the reduction of Claim 3895 by such amounts. |
| 930 | EAST PENN MANUFACTURING COMPANY INC. ATTN: BOB BASHORE, PO BOX 147 DEKA ROAD, LYON STATION, PA 19536-0147 | 4/30/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 1,573.20 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 1,545.20 | Claim 930 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the reduction of Claim 930 by the amount of such overcharges. |

Flying J Inc.
Exhibit A-1
Claims to be Adjusted

| Name and Address of Claimant | Claim Number | Date Filed / Case Number | Category | Claim Amount | Modified Claim Amount | Reason For Modification |
|---|---|---|---|---|---|---|
| ECOLAB INC. C/O KOHNER, MANN & KAILAS, S.C. 4650 NORTH PORT WASHINGTON ROAD MILWAUKEE, WI 53212 | 3489 | 6/26/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 4,589.47 $ - $ - $ 11,284.72 | $ - $ 1,731.44 $ - $ - $ 7,183.38 | The Debtors seek to adjust Claim 3489 because such Claim includes: (a) certain amounts arising postpetition and that have been paid by the Debtors in the ordinary course of business; and (b) overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the reduction of Claim 3489 by such previously-paid amounts and overcharges. |
| FEDERAL HEATH SIGN COMPANY LLC 2360 N. HWY 121 EULESS, TX 76039 | 163 | 7/2/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 158,796.67 | $ - $ - $ - $ - $ 41,994.95 | CFJ Properties, a non-Debtor in these chapter 11 cases, is exclusively liable for certain amounts included within Claim 163. The "Modified Claim Amount" reflects the reduction of Claim 163 by such amounts. |
| FRIESE ORNAMENTAL NURSERY INC 3108 N 18TH QUINCY, IL 62305 | 480 | 3/19/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 984.35 | $ - $ - $ - $ - $ 687.05 | Claim 480 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the reduction of Claim 480 by the amount of such overcharges. |
| GEORGIA POWER COMPANY FLETCHER, DAUNDRA / BIN 80003 2500 PATRICK HENRY PKWY MCDONOUGH, GA 30253 | 1420 | 5/11/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 20,003.75 | $ - $ - $ - $ - $ 55.79 | Claim 1420 includes certain amounts that arose postpetition and have been paid by the Debtors in the ordinary course of business. The "Modified Claim Amount" reflects the reduction of Claim 1420 by such amounts arising postpetition. |
| GROWMARK, INC. C/O DENBRANDHOFF, ASST GENERAL COUNSEL 1701 TOWANDA AVE BLOOMINGTON, IL 61701 | 1386 | 5/15/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 44,717.55 | $ - $ - $ - $ - $ 7,229.24 | Claim 1386 includes certain taxes and fees that have since been refunded to claimant and are included within proofs of claim filed by taxing authorities in these chapter 11 cases. The Debtors seek to reduce Claim 1386 by such refunded amounts. |
| HARRINGTON BOTTLING CO. P.O. BOX 3178 BUTTE, MT 59702-3178 | 3756 | 6/26/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 15,721.60 | $ - $ - $ - $ - $ 9,227.50 | The Debtor seek to adjust Claim 3756 because such Claim: (a) attaches documentation that supports a lesser amount than the face amount of such Claim; and (b) includes certain overcharges that the Debtors' books and records indicate are not legitimate. |
| JWC ENVIRONMENTAL 290 PAULARINO COSTA MESA, CA 92626 | 1018 | 5/4/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 49,292.26 | $ - $ - $ - $ - $ 26,575.26 | Claim 1018 includes amounts arising prepetition that were paid in the ordinary course of business prior to the filing of these chapter 11 cases (with ID #1116715; paid on 12/17/08). The "Modified Claim Amount" reflects the adjustment of Claim 1018 by such previously-paid amounts. |
| KISH AND RAUER PLUMBING & HTG CO, INC. 2237 MAIN ST. HIGHLAND, IN 46322 | 2190 | 5/29/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 8,443.09 | $ - $ - $ - $ - $ 8,250.95 | Claim 2190 includes amounts on account of: (a) postpetition interest that is not allowable against the Debtors' estates (See 11 U.S.C. §502(b)(2)); and (b) certain penalties arising prepetition that are not allowable against the Debtors estates. |
| LIGHTHOUSE BAKERY & DELI LLC ZOLTON LAW OFFICES 6420 NORMANDY DRIVE SAGINAW, MI 48638 | 2572 | 6/4/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 2,592.50 | $ - $ - $ - $ - $ 2,256.50 | The documentation attached to Claim 2572 supports a lesser amount than the face amount of such Claim. The "Modified Claim Amount" reflects the adjustment of Claim 2572 to the amount reflected in the documentation attached to such Claim. |
| MARKEY UTILITY OPERATIONS INC. POB 928 HAMLIN, PA 18427 | 1121 | 5/7/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 1,299.05 | $ - $ - $ - $ - $ 1,223.95 | Claim 1121 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 1121 by the amount of such overcharges. |
| MATADOR DISTRIBUTING 2600 BERING ST STE 400 HOUSTON, TX 77057 | 177 | 2/5/2009 08-13384 | Secured 20 Day Admin Admin Priority | $ - $ - $ - $ - | $ - $ - $ - $ - | Claim 177 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 177 by the amount of such overcharges. |

12th Omnibus

**Flying J Inc.**
**Exhibit A-1**
**Claims to be Adjusted**

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | | | | Modified Claim Amount | | | | | Reason For Modification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | 20 Day Admin | Admin | Priority | Unsecured | Secured | 20 Day Admin | Admin | Priority | Unsecured | |
| MFA OIL COMPANY, PO BOX 519, COLUMBIA, MO 65205 | 3574 | 6/25/2009 08-13384 | $ 1,494.50 | $ - | $ - | $ - | $ 3,504.11 | $ 1,473.00 | $ - | $ - | $ - | $ 2,770.46 | Claim 3574 includes amounts arising prepetition that were paid in the ordinary course of business prior to the filing of these chapter 11 cases (check #6465011, paid on 3/3/08). Moreover, Claim 3574 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 3574 by such previously-paid amounts and overcharges. |
| MID-CONTINENTAL CHEMICAL CO. INC, 1802 E. 123RD TERRACE, OLATHE, KS 99991 | 1081 | 5/5/2009 08-13384 | $ - | $ - | $ - | $ - | $ 90,661.49 | $ - | $ - | $ - | $ - | $ 85,123.13 | Claim 1081 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the reduction of Claim 1081 by the amount of such overcharges. |
| MIDWEST CABINET CO., INC., 1674 INDUSTRIAL AVE., OTTAWA, KS 66067 | 3505 | 6/26/2009 08-13384 | $ - | $ - | $ - | $ - | $ 1,343.00 | $ - | $ - | $ - | $ - | $ 1,319.00 | Claim 3505 includes amounts arising prepetition that were paid in the ordinary course of business prior to the filing of these chapter 11 cases (paid on 6/13/08; wire ID 2040600). The "Modified Claim Amount" reflects the adjustment of Claim 3505 by such previously-paid amounts. |
| MUSKET CORPORATION, GARY W. MORGAN, PO BOX 20210, OKLAHOMA CITY, OK 73120 | 482 | 3/20/2009 08-13384 | $ 189,522.68 | $ - | $ - | $ - | $ 102,653.98 | $ 95,328.63 | $ - | $ - | $ - | $ 64,465.04 | The Debtors seek to adjust Claim 482 because such Claim: (a) does not reflect a setoff owed to prepetition in the ordinary course of business between the Debtors and claimant; and (b) includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 482 by such setoff amounts and overcharges. |
| NAVISTAR, INC., ATTN: STACEY L. PRANGE, GENERAL ATTORNEY, LEGAL DEPARTMENT, 4201 WINFIELD ROAD, WARRENVILLE, IL 60555 | 3460 | 6/26/2009 08-13384 | $ - | $ - | $ - | $ - | $ 10,745.91 | $ - | $ - | $ - | $ - | $ 628.43 | Claim 3460 includes amounts arising prepetition that were paid in the ordinary course of business prior to the filing of these chapter 11 cases (paid on 9/18/08; wire ID #2049753). Moreover, Claim 3460 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 3460 by such previously-paid amounts and overcharges. |
| NORTHWESTERN ENERGY, 40 E BROADWAY, BUTTE, MT 59707 | 4012 | 7/2/2009 08-13384 | $ - | $ - | $ - | $ - | $ 5,772.48 | $ - | $ - | $ - | $ - | $ 22.35 | The documentation attached to Claim 4012 supports a lesser amount than the face amount of such Claim. The "Modified Claim Amount" reflects the adjustment of Claim 4012 to that amount reflected in the documentation attached to such Claim. |
| OPTIC FUEL CLEAN OF CALIFORNIA, 14995 COUNTY 18, PARK RAPIDS, MN 56470 | 1205 | 5/6/2009 08-13384 | $ - | $ - | $ - | $ - | $ 15,400.00 | $ - | $ - | $ - | $ - | $ 14,700.00 | Claim 1205 includes certain overcharges that the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the reduction of Claim 1205 by the amount of such overcharges. |
| PILOT FREIGHT SERVICES, A/K/A PILOT AIR FRT, 314 N. MIDDLETOWN RD, PO BOX 97, LIMA, PA 19037-0097 | 1171 | 5/6/2009 08-13384 | $ - | $ - | $ - | $ - | $ 3,237.57 | $ - | $ - | $ - | $ - | $ 2,943.82 | The documentation attached to Claim 1171 supports a lesser amount than the face amount of such Claim. The "Modified Claim Amount" adjusts the amount of Claim 1171 to that amount supported by the documentation attached thereto. |
| PRAIRIE FARMS DAIRY INC., 1100 BROADWAY, CARLINVILLE, IL 62626 | 3544 | 6/19/2009 08-13384 | $ - | $ - | $ - | $ - | $ 3,968.04 | $ - | $ - | $ - | $ - | $ 3,939.16 | Claim 3544 includes certain overcharges which the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 3544 by the amount of such overcharges. |
| REDDY ICE CORPORATION, ATTN: DEBBIE MURPHY, 8750 N CENTRAL EXPRESSWAY STE 1800, DALLAS, TX 75231 | 3875 | 6/30/2009 08-13384 | $ 2,647.81 | $ - | $ - | $ - | $ - | $ 528.93 | $ - | $ - | $ - | $ 755.62 | The Debtors seek to adjust Claim 3875 because such Claim: (a) attaches documentation supporting a lesser amount than the face amount of such Claim; (b) includes amounts on account of postpetition interest not allowable against the Debtors' estates (See 11 U.S.C. §502(b)(2)); and (c) includes amounts on account of penalties not allowable against the Debtors' estates. |
| RHINEHART OIL CO., ATTN: DAVE JARDINE | 886 | 4/23/2009 08-13384 | $ - | $ - | | | | $ - | $ - | | | | Claim 886 includes: (a) amounts on account of postpetition interest not allowable against the Debtors' estates (See 11 U.S.C. §502(b)(2)); and (b) amounts on account of penalties not allowable against the |

1/22/2010

Flying J Inc.
Exhibit A-1
Claims to be Adjusted

11th Omnibus

| Name and Address of Claimant | Claim Number | Date Filed/Case Number | Category | Claim Amount | Modified Claim Amount | Reason For Modification |
|---|---|---|---|---|---|---|
| PO BOX 418<br>AMERICAN FORK, UT | | | Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ 12,047.61 | $ -<br>$ -<br>$ 11,400.00 | Debtors' estates. The "Modified Claim Amount" reflects the adjustment of Claim 886 by the amount of such interest and penalties. |
| ROAD EQUIPMENT PARTS CENTER<br>PO BOX 9425<br>GRAND RAPIDS, MI 49509 | 585 | 3/30/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ 1,924.41<br>$ -<br>$ -<br>$ 558.90 | $ -<br>$ 1,838.46<br>$ -<br>$ -<br>$ 448.74 | The documentation attached to Claim 585 supports a lesser amount than the face amount of such Claim. The "Modified Claim Amount" adjusts the amount of Claim 585 to that amount supported by the documentation attached thereto. |
| SHV CONSULTING ENGINEERS & GEOLOGISTS<br>812 W. WABASH AVE.<br>EUREKA, CA 95501-2138 | 789 | 4/17/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 14,116.32 | $ -<br>$ -<br>$ -<br>$ -<br>$ 13,431.13 | Claim 789 includes certain amounts that arose postpetition and have been paid by the Debtors in the ordinary course of business. The "Modified Claim Amount" reflects the reduction of Claim 789 by such amounts arising postpetition. |
| SIMPLEX GRINNELL<br>50 TAEHNOLOGY DRIVE<br>WESTMINSTER, MA 1441 | 290 | 2/17/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 25,259.68 | $ -<br>$ -<br>$ -<br>$ -<br>$ 9,514.63 | CFI Properties, a non-Debtor in these chapter 11 cases, is exclusively liable for certain amounts included within Claim 290. The "Modified Claim Amount" reflects the reduction of Claim 290 by such amounts. |
| SGS PUMPING SERVICES<br>P.O. BOX 416<br>LEHI, UT 84043-0416 | 2546 | 6/4/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 5,440.00 | $ -<br>$ -<br>$ -<br>$ -<br>$ 4,639.40 | Claim 2546 includes certain amounts arising prepetition that were paid in the ordinary course of business prior to the filing of these chapter 11 cases (wire ID #3068446, paid on 6/5/08; wire ID #3078878, paid on 11/19/08). The "Modified Claim Amount" reflects the adjustment of Claim 2546 by such adjusted amounts. |
| SOUTHERN FOODS GROUP, LLC (DBA MEADOW<br>(DBA) MEADOW GOLD DAIRIES)<br>C/O MARK H. RALSTON - RALSTON LAW FIRM<br>2603 OAK LAWN AVE., STE. 200<br>DALLAS, TX 75319 | 3890 | 6/30/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 63,796.59 | $ -<br>$ -<br>$ -<br>$ -<br>$ 26,908.20 | The Debtors seek to adjust Claim 3890 because such Claim: (a) attaches documentation supporting a lesser amount than the face amount of such Claim; (b) includes certain overcharges that the Debtors' books and records indicate are not legitimate; (c) includes amounts for which CFI Properties, a non-Debtor, is exclusively liable; and (d) includes certain amounts arising postpetition that the Debtors have paid in the ordinary course of business. |
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | 458 | 3/16/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 190,974.72 | $ -<br>$ -<br>$ -<br>$ -<br>$ 22,498.98 | The Debtors seek to adjust Claim 458 because such Claim (a) includes amounts for which TON Services, Inc., a non-Debtor, is exclusively liable; and (b) attached documentation supporting a lesser amount than the face amount of such Claim. |
| STANLEY STEEMER LASALLE<br>1021 FOSSE RD UNIT A<br>OTTAWA, IL 61350 | 714 | 4/13/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 936.00 | $ -<br>$ -<br>$ -<br>$ -<br>$ 604.00 | Claim 714 includes certain overcharges which the Debtors' books and records are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 714 by the amount of such overcharges. |
| SUNRISE ENGINEERING, INC.<br>12217 S. BUSINESS PARK DR., SUITE 220<br>DRAPER, UT 84020 | 87 | 1/23/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 16,290.00 | $ -<br>$ -<br>$ -<br>$ -<br>$ 1,320.00 | Claim 87 includes certain amounts that arose postpetition and have been paid by the Debtors in the ordinary course of business. The "Modified Claim Amount" reflects the reduction of Claim 87 by such amounts arising postpetition. |
| SWANK UNIFORM RENTAL INC.<br>PO BOX 1955<br>SOUTH BEND, IN 46634 | 3279 | 6/23/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 1,093.38 | $ -<br>$ -<br>$ -<br>$ -<br>$ 1,052.67 | Claim 3279 includes certain overcharges which the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 3279 by the amount of such overcharges. |
| SWISS VALLEY FARMS COOPERATIVE<br>ATTN: BARB BURKEN, DIRECTOR OF FINANCE<br>PO BOX 4493<br>DAVENPORT, IA 52808 | 3498 | 6/26/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 1,334.63 | $ -<br>$ -<br>$ -<br>$ -<br>$ 1,318.15 | Claim 3498 includes certain overcharges which the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 3498 by the amount of such overcharges. |
| TANNNOLOGY INC | 434 | 3/9/2009 | Secured | $ - | $ - | The Debtors seek to adjust Claim 434 because such Claim: (a) includes amounts for which CFI |

1/22/2010

# Flying J Inc.
## Exhibit A-1
### Claims to be Adjusted

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | | Claim Amount | Modified Claim Amount | Reason For Modification |
|---|---|---|---|---|---|---|
| 8501 N. MOPAC #400 AUSTIN, TX 78759 | | 08-13384 | 20 Day Admin<br>Admin<br>Priority<br>Unsecured | $<br>$<br>$<br>$ 65,001.19 | $<br>$<br>$ 27,344.87<br>$ | Properties, a non-Debtor, is exclusively liable; (b) attaches documentation supporting a lesser amount than due than amount of such Claim; and (c) includes certain overpayments that the Debtors' books and records indicate are not legitimate. |
| TAX EXECUTIVES INSTITUTE C/O WILFORD SMITH, 3838 W. PARKWAY BLVD. SALT LAKE CITY, UT 84102 | 925 | 4/30/2009 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $<br>$<br>$<br>$<br>$ 175.00 | $<br>$<br>$<br>$<br>$ 105.00 | Claim 925 includes certain amounts that arose postpetition and have been paid by the Debtors in the ordinary course of business. The "Modified Claim Amount" reflects the reduction of Claim 925 by such amounts arising postpetition. |
| TREASURE VALLEY BEVERAGES INC. C.O DR. PEPPER SEVEN-UP, BOTTLING COMPANY OF THE WEST RENO, NV 89510-7200 | 1547 | 9/18/2009 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ 876.36<br>$<br>$<br>$<br>$ 466.68 | $ 700.80<br>$<br>$<br>$<br>$ 630.24 | Claim 1547 includes certain overpayments which the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 1547 by the amount of such overpayments. |
| TRUCKLOAD MANAGEMENT INC. C/O MICELLE E. SEBIRO, ESQ. SINGER & LEVICK, P.C. 16200 ADDISON RD #140 ADDISON, TX 75001 | 3911 | 6/30/2009 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ 17,876.00<br>$<br>$<br>$<br>$ 47,996.64 | $ 17,876.00<br>$<br>$<br>$<br>$ 42,450.75 | Claim 3911 includes certain overpayments which the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 3911 by the amount of such overpayments. |
| U.S. FOODSERVICE, INC. 832 WEST HINCKLEY DR OGDEN, UT 84401 | 3112 | 6/16/2009 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $<br>$<br>$<br>$ 793.56<br>$ | $<br>$<br>$<br>$ 639.81<br>$ | Claim 3112 includes amounts arising prepetition that were paid in the ordinary course of business prior to the filing of these chapter 11 cases (with ID # 008019, paid on 12/10/08). Moreover, Claim 3112 includes amounts on account of postpetition interest not allowable against the Debtors' estates (See 11 U.S.C. §502(b)(2)) and certain penalties not allowed against the Debtors' estates. The "Modified Claim Amount" reflects the adjustment of Claim 3112 by such previously-filed amounts, interest and penalties. |
| ULTRACON INC RR 1 BOX 166A-I MONTROSE, PA 18801 | 388 | 3/5/2009 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $<br>$<br>$<br>$<br>$ 10,461.06 | $<br>$<br>$<br>$<br>$ 9,177.21 | Claim 388 includes certain amounts that arose postpetition and have been paid by the Debtors in the ordinary course of business. The "Modified Claim Amount" reflects the reduction of Claim 388 by such amounts arising postpetition. |
| UNITED SOUVENIR & APPAREL, INC. 1207 BELMAR DR. BELCAMP, MD 21017 | 4144 | 7/15/2009 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $<br>$<br>$<br>$<br>$ 1,590.30 | $<br>$<br>$<br>$<br>$ 1,361.40 | CFI Properties, a non-Debtor, in these chapter 11 cases, is exclusively liable for certain amounts included within Claim 4144. The "Modified Claim Amount" reflects the reduction of Claim 4144 by amounts for which CFI Properties is exclusively liable. |
| UNITED TELEPHONE COMPANY OF OHIO D/B/A EMBARQ PO BOX 7971 SHAWNEE MISSION, KS 66207-0971 | 571 | 3/24/2009 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $<br>$<br>$<br>$<br>$ 1,289.57 | $<br>$<br>$<br>$<br>$ 1,124.08 | Claim 571 includes; (a) amounts on account of postpetition interest not allowable against the Debtors' estates (See 11 U.S.C. §502(b)(2)); and (b) penalties not allowable against the Debtors' estates. The "Modified Claim Amount" reflects the adjustment of Claim 571 by such interest and penalties. |
| VIVA DISTRIBUTING LLC 2000 BERING DR, STE 400 HOUSTON, TX 77057 | 176 | 2/5/2009 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $<br>$<br>$<br>$<br>$ 3,845.00 | $<br>$<br>$<br>$<br>$ 3,682.00 | Claim 176 includes certain overpayments which the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 176 by the amount of such overpayments. |
| W.W. GRAINGER INC. 7300 N. MELVINA NILES, IL 60714 | 409 | 3/5/2009 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $<br>$<br>$<br>$<br>$ 41,345.00 | $<br>$<br>$<br>$<br>$ 40,557.97 | The Debtors seek to adjust Claim 409 because such Claim: (a) includes amounts for which CFI Properties, a non-Debtor, is exclusively liable; and (b) includes certain overpayments that the Debtors' books and records indicate are not legitimate. |
| WASH PRO ENTERPRISES, INC. 7186 W. GATES AVE. WEST VALLEY CITY, UT 84128 | 3554 | 6/29/2009 08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $<br>$<br>$<br>$<br>$ 6,285.75 | $<br>$<br>$<br>$<br>$ 5,798.98 | The Debtors seek to adjust Claim 3554 because such Claim: (a) includes certain amounts arising prepetition that were paid in the ordinary course of business prior to the filing of these chapter 11 proceeding that were paid in the ordinary course of business prior to the filing of these chapter 11 proceeding (with ID #137637, paid on 6/25/08; #137217, paid on 6/3/08; and costs (with ID #139537), paid on 6/23/08; #124703, paid on 6/2/08); (b) includes amounts on account of postpetition interest not allowable against the Debtors' estates (See 11 U.S.C. §502(b)(2)); (c) includes amounts on account of penalties not allowed against the Debtors' estates |

Flying J Inc.
Exhibit A-1
Claims to be Adjusted

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Modified Claim Amount | | Reason For Modification |
|---|---|---|---|---|---|---|---|
| WENDY'S PHOENIX ADVERTISING, INC. C/O ALAN R. DIEHL, CPA PC 1010 S. JOLIET ST., # 109 AURORA, CO 80012 | 10 | 1/6/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 642.93 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 609.93 | Claim 10 includes certain overcharges which the Debtors' books and records indicate are not legitimate. The "Modified Claim Amount" reflects the adjustment of Claim 10 by the amount of such overcharges. |
| WYATT ELECTRICAL SERVICES, INC. P.O. BOX 5795 ABILENE, TX 79608 | 3491 | 6/26/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 1,320.31 $ - $ - $ - | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 294.44 $ - $ - $ - | The Debtors seek to adjust Claim 3491 because such Claim: (a) attached documentation supporting a lesser amount than the face amount of such Claim; and (b) includes certain overcharges that the Debtors' books and records indicate are not legitimate. |
| YELLOW TRANSPORTATION C/O RMS BANKRUPTCY RECOVERY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 555 | 3/17/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 2,258.94 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 1,657.56 | The documentation attached to Claim 555 supports a lesser amount than the face amount of such Claim. The "Modified Claim Amount" adjusts the amount of Claim 555 to that amount supported by the documentation attached to Claim 555. |

1/22/2010

**Exhibit A-2**

# Big West Oil, LLC.
## Exhibit A-2
## Claims to be Adjusted

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Classification | Claim Amount | Modified Claim Amount | Reason For Modification |
|---|---|---|---|---|---|---|
| CHAMPION INDUSTRIAL SERVICES<br>P.O. BOX 25713<br>SALT LAKE CITY, UT 84125-0713 | 1768 | 5/22/2009<br>08-13381 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ 10,950.00<br>$ -<br>$ -<br>$ -<br>$ 137,287.96 | $ -<br>$ -<br>$ -<br>$ -<br>$ 128,211.73 | The Debtors and claimant have agreed to do business according to "Net 33" accounting principles. Given this fact, Claim 1768 overstates the amount of prepetition interest owed to claimant. The "Modified Claim Amount" reflects the adjustment of Claim 1768 by such interest overstatements. |
| ENWEST MARKETING LLC<br>C/O JOHN C/ ARNDTS, ESQ.<br>GRAND RAPIDS, MI 49503 | 3645 | 6/29/2009<br>08-13381 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 628,616.58 | $ -<br>$ -<br>$ -<br>$ -<br>$ 494,819.40 | The documentation attached to Claim 3645 reflects a lesser amount than the face amount of such Claim. The "Modified Claim Amount" reflects the adjustment of Claim 3645 to that amount reflected in the documentation attached thereto. |
| MUREX N.A. LTD.<br>H. JOSEPH ACOSTA, ESQ.<br>LOOPER REED & McGRAW, PC<br>DALLAS, TX 75201 | 3839 | 6/30/2009<br>08-13381 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ 1,014,336.78<br>$ -<br>$ -<br>$ 1,400,105.36 | $ -<br>$ -<br>$ -<br>$ -<br>$ 82,648.21 | The Documentation attached to Claim 3839 reflects an amount less than the face amount of such Claim. Moreover, the face amount of Claim 3839 fails to reflect credit invoice g68725 in the amount of $21,280.82. The "Modified Claim Amount" reflects the adjustment of Claim 3839 to that amount reflected in the documentation attached to such Claim and the subtraction of the credit invoice from the total Claim amount. |
| PROINDUSTRIAL, INC.<br>PO BOX 901465<br>SANDY, UT 84090 | 146 | 1/29/2009<br>08-13381 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 269,397.68 | $ -<br>$ -<br>$ -<br>$ -<br>$ 216,001.71 | Claim 146 includes certain amounts that arose postpetition and have been paid by the Debtors in the ordinary course of business. The "Modified Claim Amount" reflects the reduction of Claim 146 by such amounts arising postpetition. |
| PACIFICORP (DBA ROCKY MOUNTAIN POWER)<br>ATTN: CREDIT DEPARTMENT<br>825 NE MULTNOMAH, SUITE 700<br>PORTLAND, OR 97232 | 743 | 4/16/2009<br>08-13381 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 520,416.80 | $ -<br>$ -<br>$ -<br>$ -<br>$ 511,536.70 | The documentation attached to Claim 743 reflects a lesser amount than the face amount of such Claim. The "Modified Claim Amount" reflects the adjustment of Claim 743 to that amount reflected in the documentation attached thereto. |
| QUESTAR ENERGY TRADING<br>ATTN: RISA LYNN WOLF-SMITH<br>DENVER, CO 80202 | 3958 | 6/10/2009<br>08-13381 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 1,287,665.13 | $ -<br>$ -<br>$ -<br>$ -<br>$ 893,347.80 | Claim 3958 includes $394,317.33 already included in Claim 771 filed by claimant. The "Modified Claim Amount" reflects the adjustment of Claim 3958 by such amounts included in Claim 771. |

**Exhibit A-3**

Big West of California, LLC
Exhibit A-3
Claims to be Adjusted

12th Omnibus

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Modified Claim Amount | | Reason For Modification |
|---|---|---|---|---|---|---|---|
| CRIMSON PARTNERS C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. GARDEN CITY, NY 11530 | 2799 | 6/9/2009 08-13381 | $ - $ - $ - $ - $ 1,069,218.00 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 848,306.68 | Secured 20 Day Admin Admin Priority Unsecured | The documentation attached to Claim 2799 reflects a lesser amount than the face amount of such Claim. The "Modified Claim Amount" reflects the adjustment of Claim 2799 to that amount reflected in the documentation attached thereto. |
| MUREX N.A. LTD. H. JOSEPH ACOSTA, ESQ. DALLAS, TX 75201 | 3840-01 | 6/30/2009 08-13383 | $ - $ - $ - $ - $ 1,400,105.36 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 1,346,906.65 | Secured 20 Day Admin Admin Priority Unsecured | The Debtors seek to adjust Claim 3840-01 because such Claim: (a) includes amounts arising postpetition that have been paid by the Debtors in the ordinary course of business; and (b) includes certain overcharges which the Debtors' books and records indicate are not legitimate. |
| REDMAN EQUIPMENT & MFG. CO. 19800 NORMANDIE AVENUE TORRANCE, CA 90502 | 732 | 4/15/2009 08-13383 | $ - $ - $ - $ - $ 235,671.39 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 65,054.65 | Secured 20 Day Admin Admin Priority Unsecured | The documentation attached to Claim 732 reflects a lesser amount than the face amount of such Claim. The "Modified Claim Amount" reflects the adjustment of Claim 732 to that amount reflected in the documentation attached thereto. |
| SAN JOAQUIN REFINING CO., INC. C/O FREDERICK B. ROSNER, ESQ. WILMINGTON, DE 19801 | 2839 | 6/11/2009 08-13383 | $ - $ - $ - $ - $ 3,823,420.97 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 2,303,535.97 | Secured 20 Day Admin Admin Priority Unsecured | Claim 2839 includes certain alleged contractual damages and sales to the Debtors without attaching sufficient documentation of such liability to constitute prima facie validity as contemplated by Fed. R. Bankr. P. 3001(f). The "Modified Claim Amount" reflects the adjustment of Claim 2839 by the amount of such alleged and unsupported damages and sales. |

**Exhibit A-4**

## Longhorn Partners Pipeline, L.P.
### Exhibit A-4
### Claims to be Adjusted

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Modified Claim Amount | | Reason For Modification |
|---|---|---|---|---|---|---|---|
| HARDESTY, CAREY L., P.E. | 40 | 1/13/2009 | $ - | Secured | $ - | Secured | Claim 40 includes certain amounts paid by the Debtors as cure pursuant to the order authorizing the sale of the Debtors' pipeline business [Docket No. 1578]. The "Modified Claim Amount" reflects the adjustment of Claim 40 by such previously-paid amounts. |
| PO BOX 8 | | 08-13380 | $ - | 20 Day Admin | $ - | 20 Day Admin | |
| ALLEN, TX 75013 | | | $ - | Admin | $ - | Admin | |
| | | | $ - | Priority | $ - | Priority | |
| | | | $ 18,842.81 | Unsecured | $ 2,850.00 | Unsecured | |
| | | | $ 18,842.81 | | $ 2,850.00 | | |

**Exhibit B-1**

Flying J Inc.
Exhibit B-1
Claims to be Reclassified

12th Omnibus

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Proposed Reclassification | Filed Amount | | Reclassify Amount | | Reason For Reclassification |
|---|---|---|---|---|---|---|---|---|
| BAKEMARK USA ATTN: JOHN SIROIS N92 W14401 ANTHONY AVE MENOMONEE FALLS, WI 53051 | 1278 | 5/11/2009 08-13384 | Unsecured | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 1,269.08 $ - $ - $ - | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 512.06 $ - $ - $ 757.02 | The Debtors seek to reclassify Claim 1278 with respect to those amounts for which the claimant provides no basis to support the administrative expense status asserted in such claim. |
| BMJ ASSOCIATES 475 NORTH 300 WEST, SUITE 5 KAYSVILLE, UT 84037 | 665 | 4/9/2009 08-13384 | Unsecured | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 7,060.07 $ - $ - $ - | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 110.81 $ - $ - $ 6,949.26 | The Debtors seek to reclassify Claim 665 with respect to those amounts for which the claimant provides no basis to support the administrative expense status asserted in such claim. |
| BUTTE GLASS 840 S UTAH BUTTE, MT 59701 | 591 | 3/30/2009 08-13384 | Unsecured | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 347.00 $ - $ - $ - | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 347.00 | Claim 591 does not provide a basis to support the administrative expense status asserted in such claim. |
| CHRISTENSENS ELECTRICAL SVCS 1901 FM 41 LUBBOCK, TX 79423 | 497 | 3/23/2009 08-13384 | Unsecured | Secured 20 Day Admin Admin Priority Unsecured | $ 1,236.24 $ - $ - $ - $ - | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 1,236.24 | Claim 497 does not provide a basis to support the administrative expense status asserted in such Claim. |
| COMER WELDING PO BOX 1621 TWIN FALLS, ID 83303-1621 | 2251 | 6/1/2009 08-13384 | Unsecured | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 2,744.76 $ - $ - $ - | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 2,744.76 | Claim 2251 does not provide a basis to support the administrative expense status asserted in such Claim. |
| EVERGREEN PLANT DESIGN 3161 NORTH 800 EAST OGDEN, UT 84414-7380 | 3632 | 6/29/2009 08-13384 | Unsecured | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ 2,245.20 $ - | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 2,245.20 | Claim 3632 does not provide a basis to support the priority status asserted in such Claim. |
| EXTREME CLEANING SERVICE 2401 CASCADE PL, W #4 UNIVERSITY PLACE, WA 98466 | 162 | 2/2/2009 08-13384 | Unsecured | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ 525.00 $ - $ - | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 525.00 | Claim 162 does not provide a basis to support the priority status asserted in such Claim. |
| GOODYEAR CLEANING SERVICES 139 CLEAR CREEK DRIVE LAVONIA, GA 30553 | 1804 | 5/22/2009 08-13384 | Unsecured | Secured 20 Day Admin Admin Priority Unsecured | $ 250.00 $ - $ - $ - $ - | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 250.00 | Claim 1804 does not provide a basis to support the administrative expense status asserted in such Claim. |
| GREAT LAKES INTERNATIONAL TRUCKS COFACE COLLECTIONS NORTH AMERICA 3001 SIVISION STREET METAIRE, LA 70002 | 3183 | 6/12/2009 08-13384 | Unsecured | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ 5,803.42 $ - | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 5,803.42 | Claim 3183 does not provide a basis to support the priority status asserted in such Claim. |
| INNOVATIVE INDUSTRIAL SOLUTIONS, LLC 705 NORTH 1000 WEST #9 CENTERVILLE, UT 84104 | 799 | 4/17/2009 08-13384 | Unsecured | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 9,280.00 $ - $ - $ - | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ - $ 9,280.00 | Claim 799 does not provide a basis to support the administrative expense status asserted in such Claim. |

Flying J Inc.
Exhibit B-1
Claims to be Reclassified

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Proposed Reclassification | Filed Amount | | | | | Reclassify Amount | | | | | Reason For Reclassification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | 20 Day Admin | Admin | Priority | Unsecured | Secured | 20 Day Admin | Admin | Priority | Unsecured | |
| J.C. CURTIS CONSTRUCTION, LLC<br>P.O. BOX 5127<br>CHATTANOOGA, TN 37406 | 3355 | 6/24/2009<br>08-13384 | Unsecured | $  -<br>$  -<br>$  -<br>$  -<br>$ 50,532.37 | | | | | $  -<br>$  -<br>$  -<br>$  -<br>$ 50,532.37 | | | | | Claim 3355 does not provide a basis to support the administrative expense status asserted in such Claim. |
| KING LANDCARE<br>728 S CLANCY DR<br>DALZELL, IL 61320 | 717 | 4/13/2009<br>08-13384 | Unsecured | $  -<br>$ 930.00<br>$  -<br>$  -<br>$  - | | | | | $  -<br>$  -<br>$  -<br>$  -<br>$ 930.00 | | | | | Claim 717 does not provide a basis to support the administrative expense status asserted in such Claim. |
| LEONARD PETROLEUM EQUIPMENT CARWASI<br>CO. OF BOISE, LLC<br>P.O. BOX 170219<br>BOISE, ID 83717 | 232 | 2/9/2009<br>08-13384 | Unsecured | $  -<br>$ 8.96<br>$  -<br>$  -<br>$ 309.80 | | | | | $  -<br>$  -<br>$  -<br>$  -<br>$ 318.76 | | | | | Claim 232 does not provide a basis to support the administrative expense status asserted in such Claim. |
| MG LIQUID LOGISTICS TRANSPORT<br>8608 SAN LUIS AVE<br>SOUTH GATE, CA 90280 | 1151 | 5/7/2009<br>08-13384 | Unsecured | $ 4,230.65<br>$  -<br>$  -<br>$  -<br>$  - | | | | | $  -<br>$  -<br>$  -<br>$  -<br>$ 4,230.65 | | | | | Claim 1151 does not provide a basis to support the administrative expense status asserted in such Claim. |
| MUSKET CORPORATION<br>GARY W. MORGAN<br>PO BOX 26210<br>OKLAHOMA CITY, OK 73120 | 482 | 3/20/2009<br>08-13384 | Administrative | $ 189,522.68<br>$  -<br>$  -<br>$  -<br>$ 102,653.98 | | | | | $ 189,522.68<br>$  -<br>$  -<br>$  -<br>$ 102,653.98 | | | | | Claim 482 does not provide a basis to support the secured status asserted in such Claim. The Debtors books and records, however, indicate that such Claim is entitled to administrative expense status under section 503(b)(9) of the Bankruptcy Code. |
| NAGEL BEVERAGE<br>8925 BIRCH LANE EAST<br>NAMPA, ID 83687 | 2095 | 5/26/2009<br>08-13384 | Unsecured | $ 5,753.82<br>$  -<br>$  -<br>$  -<br>$  - | | | | | $ 1,598.19<br>$  -<br>$  -<br>$  -<br>$ 4,155.63 | | | | | The Debtors seek to reclassify Claim 2095 with respect to those amounts for which the claimant provides no basis to support administrative expense status. |
| POZZO TRUCK CENTER, INC.<br>3001 E. 15TH PLACE<br>GARY, IN 46403 | 3482 | 6/26/2009<br>08-13384 | Unsecured | $ 285.23<br>$  -<br>$  -<br>$  -<br>$  - | | | | | $  -<br>$  -<br>$  -<br>$  -<br>$ 285.23 | | | | | Claim 3482 does not provide a basis to support the administrative expense status asserted in such Claim. |
| REDDY ICE CORPORATION<br>ATTN: DEBBIE MURPHY<br>8750 N CENTRAL EXPRESSWAY STE 1800<br>DALLAS, TX 75231 | 3875 | 6/30/2009<br>08-13384 | | $ 2,647.81<br>$  -<br>$  -<br>$  -<br>$  - | | | | | $ 1,892.19<br>$  -<br>$  -<br>$  -<br>$ 755.62 | | | | | The Debtors seek to reclassify Claim 3875 with respect to those amounts for which the claimant provides no basis to support administrative expense status. |
| SKY BLUE INDUSTRIES, INC.<br>PO BOX 187<br>OGDEN, UT 84402-0187 | 956 | 5/1/2009<br>08-13384 | Unsecured | $ 1,925.14<br>$  -<br>$  -<br>$  -<br>$ 1,712.22 | | | | | $ 1,186.49<br>$  -<br>$  -<br>$  -<br>$ 2,450.87 | | | | | The Debtors seek to reclassify Claim 956 with respect to those amounts for which the claimant provides no basis to support administrative expense status. |
| SPECS REFRIGERATION, INC.<br>PO BOX 53199<br>LUBBOCK, TX 79453 | 1133 | 5/7/2009<br>08-13384 | Unsecured | $ 339.04<br>$  -<br>$  - | | | | | $ 339.04<br>$  -<br>$  - | | | | | Claim 1133 does not provide a basis to support the administrative expense status asserted in such Claim. |

**Flying J Inc.**
**Exhibit B-1**
**Claims to be Reclassified**

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Proposed Reclassification | Filed Amount | | Reclassify Amount | | Reason For Reclassification |
|---|---|---|---|---|---|---|---|---|
| THORNSBERRY CARPET CLEANING TIMOTHY THORNSBERRY 546 CLARKSBURG RD VANCEBURG, KY 41179 | 2485 | 6/2/2009 08-13384 | Unsecured | $ -<br>$ - | Priority<br>Unsecured | $ 339.04 | Priority<br>Unsecured | Claim 2485 does not provide a basis to support the administrative expense status asserted in such Claim. |
| | | | | $ -<br>$ 400.00<br>$ -<br>$ -<br>$ - | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ 400.00<br>$ - | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | |
| TIM TROWBRIDGE AND SON HOME BUILDERS 2795 HOCHBERGER ROAD EAU CLAIRE, MI 49111 | 718 | 4/13/2009 08-13384 | Unsecured | $ 1,685.18<br>$ -<br>$ -<br>$ - | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 1,685.18 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | Claim 718 does not provide a basis to support the administrative expense status asserted in such Claim. |
| TOMS HVAC, LLC PO BOX 924 EVANSTON, WY 82931 | 3075 | 6/17/2009 08-13384 | Unsecured | $ -<br>$ 2,855.02<br>$ -<br>$ -<br>$ - | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ 948.28<br>$ -<br>$ -<br>$ 1,906.74 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | The Debtors seek to reclassify Claim 3075 with respect to those amounts for which the claimant provides no basis to support administrative expense status. |
| UNITED PETROLEUM TRANSPORT 4102 S. GEORGIA PLACE OKLAHOMA CITY, OK 73129 | 1063 | 5/4/2009 08-13384 | Unsecured | $ 3,004.03<br>$ -<br>$ -<br>$ - | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 3,004.03 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | Claim 1063 does not provide a basis to support the administrative expense status asserted in such Claim. |
| WEBSTERS ELECTRIC COMPANY 271 PERIDOT LANE AUSTINVILLE, VA 24312 | 3747 | 6/29/2009 08-13384 | Unsecured | $ -<br>$ 1,400.00<br>$ -<br>$ -<br>$ - | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 1,400.00 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | Claim 3747 does not provide a basis to support the administrative expense status asserted in such Claim. |

**Exhibit B-2**

Big West of California, LLC
Exhibit B-2
Claims To Be Reclassified

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Proposed Reclassification | Filed Amount | | Reclassify Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|
| PACIFIC ENTERPRISES OIL COMPANY- WESTERN | 3514 | 6/26/2009 08-13383 | Unsecured | $ - | Secured | $ - | Secured | The Debtors seek to reclassify $9,604.40 of Claim 3514 because such Claim does not provide a basis to support the administrative expense status asserted with respect to such amounts in such Claim. |
| | | | | $ - | 20 Day Admin | $ - | 20 Day Admin | |
| | | | | $ 207,672.03 | Admin | $ 198,067.63 | Admin | |
| NOSSAMAN, LLP | | | | $ - | Priority | $ - | Priority | |
| LOS ANGELES, CA 90071-1602 | | | | $ 163,390.39 | Unsecured | $ 172,994.79 | Unsecured | |

**Exhibit C-1**

Flying J Inc.
Exhibit C-1
No Liability

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Reason For Disallowance |
|---|---|---|---|---|---|
| HFSE, INC.<br>ATTN: BRIAN REED<br>5130 EXECUTIVE BLVD.<br>FORT WAYNE, IN 46808 | 26 | 1/12/2009<br>08-13384 | $ -<br>$ -<br>$ -<br>$ -<br>$ 4,579.15 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | CFJ Properties, a non-Debtor in these chapter 11 cases, is exclusively liable for those amounts included in Claim 26. Such amounts do not give rise to a right to payment against any of the Debtors. |
| SHELTERING WINGS CORP<br>VERLYN GILLILAND, DIRECTOR<br>721 E HOBSONWAY<br>BLYTHE, CA 92225 | 1728 | 5/26/2009<br>08-13384 | $ -<br>$ -<br>$ -<br>$ -<br>$ 1,161.04 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | TFJ, a non-Debtor in these chapter 11 cases, is exclusively liable for those amounts included in Claim 1728. Such amounts do not give rise to a right to payment against any of the Debtors. |
| SOUTHERN FOODS GROUP, LLC<br>D/B/A SCHEPPS DAIRY<br>C/O MARK H. RALSTON, ESQ.<br>2603 OAK LAWN AVE., STE. 200<br>DALLAS, TX 75219 | 856 | 4/20/2009<br>08-13384 | $ -<br>$ 5,114.93<br>$ -<br>$ -<br>$ - | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | CFJ Properties, a non-Debtor in these chapter 11 cases, is exclusively liable for those amounts included in Claim 856. Such amounts do not give rise to a right to payment against any of the Debtors. |
| TD INDUSTRIES, LTD<br>PO BOX 30008<br>DALLAS, TX 75303 | 1348 | 5/14/2009<br>08-13384 | $ -<br>$ 17,092.47<br>$ -<br>$ -<br>$ - | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | CFJ Properties, a non-Debtor in these chapter 11 cases, is exclusively liable for those amounts included in Claim 1348. Such amounts do not give rise to a right to payment against any of the Debtors. |
| W.S. NEWELL & SONS, INC.<br>P.O. BOX 241327<br>MONTGOMERY, AL 36124-1327 | 310 | 2/20/2009<br>08-13384 | $ -<br>$ -<br>$ -<br>$ -<br>$ 35,590.00 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | PDG, a non-Debtor in these chapter 11 cases, is exclusively liable for those amounts included in Claim 310. Such amounts do not give rise to a right to payment against any of the Debtors. |

1/22/2010

**Exhibit C-2**

12th Omnibus

Big West Oil, LLC
Exhibit C-2
No Liability Claims

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Reason For Disallowance |
|---|---|---|---|---|---|
| HELLER FINANCIAL, INC. | 1347 | 5/14/2009 | $ | - | Secured | The Debtors have no record of this liability in their books and records. |
| C/O KURT F. GWYNNE | | 08-13381 | | | 20 Day Admin | Moreover, the documentation attached to Claim 1347 fails to provide |
| REED SMITH LLP | | | $ | - | Admin | sufficient documentation of any liability of Debtor Big West Oil, LLC to |
| 1201 N MARKET STREET SUITE 1500 | | | $ | 628,936.62 | Priority | constitute *prima facie* validity as contemplated by Fed. R. Bankr. P. 3001(f). |
| WILMINGTON, DE 19801 | | | $ | - | Unsecured | |

**Exhibit C-3**

Big West of California, LLC
Exhibit C-3
No Liability Claims

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Reason For Disallowance |
|---|---|---|---|---|---|
| CATALYTIC DISTILLATION TECHNOLOGIES C/O SHARON M. BEAUSOLEIL | 3727 | 6/29/2009 08-13383 | $ | Secured | The Debtors seek to disallow Claim 3727 because: (a) the Debtors have no record of this liability in their books and records; and (b) such Claim attaches insufficient documentation to constitute *prima facie* validity of such liability as contemplated by Fed. R. Bankr. P. 3007(f). |
| | | | $ - | 20 day Admin | |
| | | | $ - | Admin | |
| | | | $ - | Priority | |
| HOUSTON, TX 77010 | | | $ 508,800.00 | Unsecured | |
| UNION TANK CAR COMPANY CLINTON P. HANSEN, ESQ. THOMPSON COBURN LLP 55 E. MONROE ST, 37TH FL CHICAGO, IL 60603 | 3317 | 6/23/2009 08-13383 | $ | Secured | Debtors have not defaulted on their contract with Claimant, and are current with all lease payments and obligations associated with their contract. Given that Claim 3317 relies on an alleged breach by the Debtors, it should be disallowed. |
| | | | $ - | 20 day Admin | |
| | | | $ - | Admin | |
| | | | $ - | Priority | |
| | | | $ 1,130,160.00 | Unsecured | |

**Exhibit C-4**

In re Flying J Inc.
Case No. 80-13380

## Longhorn Partners Pipeline, L.P.
### Exhibit C-4
### No Liability Claims

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Reason For Disallowance |
|---|---|---|---|---|---|
| EZ PIPELINE PADDING<br>C/0 JEFFREY F. THOMASON<br>3800 EAST 42ND STREET, SUITE 409<br>ODESSA, TX 79762 | 1858 | 5/13/2009<br>08-13380 | $ 319,209.42<br>$ -<br>$ -<br>$ -<br>$ - | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | Tanner Pipeline, LLC, a non-Debtor, is exclusively liable for those amounts included in Claim 1858. |

1/22/2010