# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| Debtor: | Flying J Inc., et al., | | |
| Case Number: | 08-13384-MFW | Chapter: | 11 |
| Date / Time / Room: | TUESDAY, JANUARY 26, 2010 11:30 AM   CRT#4, 5TH FL. | | |
| Bankruptcy Judge: | MARY F. WALRATH | | |
| Courtroom Clerk: | LAURIE CAPP | | |
| Reporter / ECR: | BRANDON MCCARTHY | | |

## Matter:

Omnibus
**R / M #:**   2,609 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
 Items 1 and 2 - Continued to 2/23/10
 Item 3 - Resolved
 Item 4 - Resolved and Continued to 2/23/10
 Item 5 - Resolved and Continued to 2/23/10
 Items 6 and 7 - Continued to 2/23/10
 Item  8 - Order entered under CNO
 Item 9 - Order entered
 Item 10 - Order due under Certification of Counsel
 Item 11 - Order due under Certification of Counsel