IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., et al.,[1] | ) | Case No. 08-13384 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DEBTORS' REPORT OF ASSET SALES
FROM JULY 1, 2009 THROUGH SEPTEMBER 30, 2009 IN
ACCORDANCE WITH THE AMENDED ORDER APPROVING PROCEDURES
FOR THE SALE, TRANSFER OR ABANDONMENT OF DE MINIMIS ASSETS**

PLEASE TAKE NOTICE that pursuant to the *Amended Order Approving Procedures for the Sale, Transfer or Abandonment of De Minimis Assets* dated February 19, 2009 [Docket No. 551] (the "De Minimis Asset Sale Order"), the Debtors hereby file this notice regarding certain de minimis asset sales (the "Sales") made by the Debtors for the period of July 1, 2009 through September 30, 2009 (the "Sale Period"), which lists the Sales of the Debtors' assets outside of the ordinary course of business for consideration of less than or equal to $5,000,000, in any individual transaction or in the aggregate for a related series of transactions. Pursuant to the De Minimis Asset Sale Order, the chart of all such Sales made during the Sale Period is attached hereto as **Exhibit A**, which, for each Sale, includes the name of the purchaser, a description of the property and the aggregate amount of the Sale.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608), Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226), Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

PLEASE TAKE FURTHER NOTICE that <u>Exhibit A</u> to this Report does not list any Sales made during the Sale Period that have previously been the subject of filings with the Court, other than notices of de minimis asset sales.

Dated: February 1, 2010
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

    /s/ Ryan M. Bartley
Pauline K. Morgan (Bar No. 3650)
Edmon L. Morton (Bar No. 3865)
Donald J. Bowman, Jr. (Bar No. 4383)
Ryan M. Bartley (Bar No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: 302-571-6637
Facsimile: 302-576-3320

- and -

**KIRKLAND & ELLIS LLP**
David L. Eaton (admitted *pro hac vice*)
Adam C. Paul (admitted *pro hac vice*)
Jeffrey W. Gettleman (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200
Counsel for the Debtors and Debtors in Possession

# EXHIBIT A

## *DE MINIMIS* ASSET SALES FROM JULY 1, 2009 THROUGH SEPTEMBER 30, 2009

| Name of Purchaser | Description of Property | Aggregate Amount of Sale |
|---|---|---|
| CPI Pipe & Steel, Inc. | Line pipe and rock shield pipe guard located in Monahans, Texas | $24,680 |
| Various employees of the Debtors and miscellaneous warehouse liquidators | Miscellaneous office equipment and office furniture located in the Houston office of Longhorn Partners Pipeline, L.P. | $50,000 |
| John Deaver and Kyle Deaver | 5 acres of land adjacent to the Debtors' Waco, Texas retail facility | $1,437,480 |
| Robison Holdings, L.P. | 1.42 acres of land adjacent to the Debtors' Waco, Texas retail facility | $795,000 |