**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FLYING J INC., et al.,[1] | ) | Case No. 08-13384 (MFW) |
| Debtors. | ) | Jointly Administered |
| | ) | **Bidding Procedures Hearing Date: February 23, 2010 at 2:00 p.m. (EST)** |
| | ) | **Bidding Procedure Objection Deadline: February 16, 2010 at 4:00 p.m. (EST)** |
| | ) | **Sale Hearing Date: March 23, 2010 at 11:30 a.m. (EST)** |
| | ) | **Sale Objection Deadline: March 16, 2010 at 4:00 p.m.(EST)** |

**NOTICE OF MOTION**

TO: (A) ALL PARTIES ENTITLED TO RECEIVE NOTICE AS OF THE DATE HEREOF PURSUANT TO BANKRUPTCY RULE 2002(A)(2); (B) ALL PERSONS KNOWN OR REASONABLY BELIEVED TO HAVE EXPRESSED AN INTEREST IN ACQUIRING THE ACQUIRED ASSETS; (C) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (D) COUNSEL FOR THE CREDITORS' COMMITTEE; (E) COUNSEL FOR THE AGENTS FOR THE DEBTORS' PREPETITION SECURED AND UNSECURED LENDERS; (F) COUNSEL FOR THE BUYER AND (G) COUNSEL FOR THE GUARANTOR

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") have filed the *Motion to Approve Bid Procedures, Break-Up Fee and Sale of Substantially All Assets of Debtor Big West of California, LLC Pursuant to Section 363(b) of the Bankruptcy Code*, (the "Sale Order") (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that responses to the relief requested in the Motion **SOLELY WITH RESPECT TO THE BIDDING PROCEDURES ORDER**, if any, be filed on or before **February 16, 2010 at 4:00 p.m. (EST)** (the "Bidding Procedures Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608), Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226), Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

upon the Debtors' proposed undersigned counsel so as to be received on or before the Bidding Procedures Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION, **BUT SOLELY WITH RESPECT TO THE BIDDING PROCEDURES ORDER,** BE HELD ON **FEBRUARY 23, 2010 AT 2:00 P.M. (ET)**, BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4 WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that responses to the relief requested in the Motion **SOLELY WITH RESPECT TO THE SALE ORDER**, if any, are required to be filed on or before **March 16, 2010 at 4:00 p.m. (EST)** (the "Sale Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the Debtors' proposed undersigned counsel so as to be received on or before the Sale Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION, **BUT SOLELY WITH RESPECT TO THE SALE ORDER,** WILL BE HELD ON **MARCH 23, 2010 AT 11:30 A.M. (ET)**, BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4 WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 2, 2010
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Donald J. Bowman, Jr.*

Pauline K. Morgan (Bar No. 3650)
Edmon L. Morton (Bar No. 3865)
Donald J. Bowman, Jr. (Bar No. 4383)
Ryan M. Bartley (Bar No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571–6637
Facsimile: (302) 576–3320

- and -

KIRKLAND & ELLIS LLP
David L. Eaton (admitted *pro hac vice*)
Adam C. Paul (admitted *pro hac vice*)
Jeffrey W. Gettleman (admitted *pro hac vice)*
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Counsel for the Debtors and Debtors in Possession