## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that, on February 16, 2010, I caused one copy of the foregoing to be served upon the persons on the attached list as indicated.

William P. Bowden (#2553)

Flying J, Inc., et al.
Case No. 08-13384 (MFW)
2002 Service List

Steven M. Abramowitz, Esq.
Alexandra Kelly, Esq.
Vinson & Elkins, LLP
666 Fifth Avenue, 27th Floor
New York, NY 10103
***First Class Mail***

William Adams, Esq.
Dickie McCamey & Chilcote
300 Delaware Avenue, Suite 1630
Wilmington, DE 19801
***Hand Delivery***

David G. Aelvoet, Esq.
Linebarger Goggan Blair & Sampson LLP
711 Navarro, Suite 300
Travis Building
San Antonio, TX 78205
***First Class Mail***

Daniel K. Astin, Esq., Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
Ciardi Ciardi & Astin, P.C.
Citizens Bank Center
919 North Market Street, Suite 700
Wilmington, DE 19801
***Hand Delivery***

John Banks, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
3301 Northland Drive, Suite 505
Austin, TX 78731
***First Class Mail***

B.C. Barmann
Attn: Jerri S. Bradley
Office or the County Counsel for County of Kern
1115 Truxtun Ave., 4th Fl.
Bakersfield, CA 93301
***First Class Mail***

Edward Barron, Esq.
Barron & Asso.
1600 South Main Plaza, Suite 195
Walnut Creek, CA 94596
***First Class Mail***

Lawrence Bass, Esq.
3200 Wells Fargo Center
Faegre & Benson LLP
1700 Lincoln Street
Denver, CO 80203
***First Class Mail***

Thomas Bean
Peter Acton, Jr.
McDermott Will & Emery
28 State Street, 34th Fl.
Boston, MA 02109
***First Class Mail***

Lawrence E. Behning, Esq
K&L Gates LLP
214 North Tyron Street, Hearst Tower, 47th Floor
Charlotte, NC 28202
***First Class Mail***

Berry Petroleum Company
Attn: David D. Wolfe
1999 Broadway
Suite 3700
Denver, CO 80202
***First Class Mail***

Ian C. Bifferato, Esq.
Bifferato LLC
800 North King Street - Plaza Level
Wilmington, DE 19801
***Hand Delivery***

Karen C. Bifferato, Esq, Marc Phillips, Esq.
Connolly Bove Lodge & Hutz LLp
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899
***Hand Delivery***

Anna M. Boelitz, Esq
Jeremy Ryan, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
***First Class Mail***

Robert W. Bollar, Esq.
Southern Counties Oil Co.
1800 W. Katella Avenue, Suite 400
P.O. Box 4159
Orange, CA 92863
***First Class Mail***

Kimberly Bose
Nathan J. Davis, Sr.,
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
***First Class Mail***

David Boyle, Esq
Airgas
259 Radnor Chester Rd., Ste 100
P.O. Box 6675
Radnor, PA 19087
***First Class Mail***

Jerri S. Bradley
Kern County Counsel
1115 Truxtun Ave., 4th Fl.
Bakersfield, CA 93301
***First Class Mail***

Jason Bramlett, Esq.
Friday Eldredge & Clark LLP
3425 North Futrall Drive, Suite 103
Fayetteville, Arkansas 72703
***First Class Mail***

Amy Brown, Esq
Margolis Edelstein
750 Shipyard Drive, Ste. 102
Wilmington, DE 19801
***First Class Mail***

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
***Hand Delivery***

James C. Carignan, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street,
Wilmington, DE 19899-1709
***Hand Delivery***

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(BP Products North America)
***First Class Mail***

Ashely M. Chan, Esq.
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103
***First Class Mail***

D. Craig Christensen, Esq.
AMRESCO Commercial Finance, LLC
412 E. Parkcenter Blvd., Suite 300
Boise, ID 83706
***First Class Mail***

Quincy Chumley
BNSF Railway Co.
2400 Western Center Blvd.
Fort Worth, TX 76131
***First Class Mail***

Walter Cicack, Esq.
Seyfarth Shaw LLP
700 Louisiana Street, Suite 3700
Houston, TX 77002
***First Class Mail***

Elaine Z. Cole, Esq.
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604
***First Class Mail***

Colm Connolly, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
***First Class Mail***

Richard Cromer
Leech Tishman Fuscaldo & Lampl
525 Willaim Penn Place, 30th Floor
Pittsburgh, PA 15219
***First Class Mail***

Julius O. Curling, Esq.
Assistant Attorney General
State of Michigan, Department of Treasury
3030 W. Grand Boulevard, Cadillac Place, Suite 10-200
Detroit, MI 48202
***First Class Mail***

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19801
***Hand Delivery***

Tobey M. Daluz, Esq.
Leslie Heilman, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801
***(Hand Delivery)***

Scott Davenport, Esq.
Lewis Davenport & Hildebrand
1500 McGowen Street, Suite 200
Houston, TX 77004
***First Class Mail***

Bart Davis
1075 S. Utah, Suite 322
Idaho Falls, ID 83402
***First Class Mail***

Heather Deaton
Mississippi State Tax Commission
PO Box 22828
Jackson, MS 39225
***First Class Mail***

Robert J. Dehney
Gergory Werkheiser, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
***Hand Delivery***

John D. Demmy, Esq.
Stevens & Lee, P.A.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
***Hand Delivery***

Bradford Dempsey, Esq.
Holme Roberts & Owen
1700 Lincoln, Suite 4100
Denver, CO 80203
***First Class Mail***

Christine E. Devine, Esq.
Joseph H. Baldiga, Esq.
Mirick O'Connell Demallie & Lougee LLP
100 Front Street
Worcester, MA 01608
***First Class Mail***

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
***First Class Mail***

Carl Dore, Jr.
Dore & Associates
17171 Park Row, Suite 350
Houston, TX 77084
***First Class Mail***

J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010
***First Class Mail***

Dennis F. Dunne, Esq.
Dennis C. O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
***First Class Mail***

David L. Eaton, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
***First Class Mail***

Sally E. Edison, Esq., Nicolas Meriwether, Esq.
McGuireWoods LLP
Dominion Tower, 23rd Floor
625 Liberty Avenue
Pittsburgh, PA 15222
***First Class Mail***

Richard L. Epling, Esq
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
***First Class Mail***

Ms. Christine R. Etheridge
Bankruptcy Administration
IKON Office Solutions
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
***First Class Mail***

Thomas R. Fawkes, Esq.
Edward J. Hannon, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606-6677
***First Class Mail***

Robert Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Fl
New York, NY 10017
***First Class Mail***

Charles J. Filardi, Jr
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510
***First Class Mail***

W. Wallace Finlator
N.C. Department of Justice
9001 Mail Service Center
Raleigh, NC 27699
***First Class Mail***

Roger Formanek, Esq.
State of CA- Dept of Transportation
1120 N Street, M.S. 57
Sacramento, CA 95812
***First Class Mail***

Heather M. Forrest, Esq
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
***First Class Mail***

Thomas J. Francella, Jr
Whiteford Taylor Preston LLC
1220 N. Market Street, Suite 608
Wilmington, DE 19801
***Hand Delivery***

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812
***First Class Mail***

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610
***First Class Mail***

Robert Franke, Esq.
Strasburger & Price
901 Main Street, Suite 4400
Dallas, TX 75202
***First Class Mail***

Scott Friedberg
The Seaport Group
360 Madison Ave., 22nd Fl.
New York, NY 10017
***First Class Mail***

Susan R. Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032
(Aldine Independent School District)
***First Class Mail***

Yonatan Gelblum, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th Street NW, Room 6110
Washington, DC 20001
***First Class Mail***

Stephen B. Gerald, Esq.
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, MD 21202
***First Class Mail***

John Ginsberg, Esq.
Pension Benefit Guaranty Corp.
1200 K. Street, N.W.
Washington, D.C. 20005
***First Class Mail***

R. Dale Ginter, Esq.
Downey Brand LLP
621 Capitol Mall, 18th Fl.
Sacramento, CA 95814
***First Class Mail***

Grace Glavin
1340 Tuskawilla Road
Winter Springs, FL 32708
***First Class Mail***

Terry Goddard
Arizona Attorney General
Christina Harper
Robert Hall
1275 W. Washington Street
Phoenix, AZ 85007
***First Class Mail***

Wanda Gomes
U.S. Dept. of Labor
1999 Broadway, Suite 1600
Denver, CO 80202
***First Class Mail***

Martin Greenbaum
Greenbaum Law
840 Newport Center Drive, Suite 720
Newport Beach, CA 92660
***First Class Mail***

Scott Greissman, Esq.
White & Case
1155 Avenue of the Americas
New York, NY 10036
***First Class Mail***

Jonathan P. Guy, Esq.
Kathleen Orr, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.A.
Washington, DC 20005
***First Class Mail***

Robert A. Guy, Jr., Esq.
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
***First Class Mail***

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
***Hand Delivery***

Chris Hagge
Merit Energy
13727 Noewl Road, Suite 500
Dallas, TX 75240
***First Class Mail***

Clinton P. Hansen, Esq.
Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, IL 60603
***First Class Mail***

William A. Hazeltine, Esq.
Sullivan - Hazaltine - Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
***Hand Delivery***

Gregory G. Hesse, Esq.
Hunton & WIlliams LLP
1445 Ross Avenue, Suite 3200
Dallas, TX 75202
***First Class Mail***

Samuel Hodson, Esq.
Ethel Hong Badawi. Esq.
Barns & Thornburg
11 South Meridian Street
Indianapolis, IN 46204
***First Class Mail***

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
***First Class Mail***

James J. Holman, Esq
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103-4196
***First Class Mail***

James E. Huggett, Esq., Herbert Mondros, Esq.,
Lucian B. Murley, Esq., Sally A. Sobezyk, Esq.
Margolis Edelstein
750 Shipyard Dr, Suite 102
Wilmington, DE 19801
***Hand Delivery***

Mark T. Hurford, Esq., Kenneth L. Dorsney, Esq.
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801
***Hand Delivery***

Jay W. Hurst, Esq.
Assistant Attorney General
Texas Comptroller of Public Accounts
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711
***First Class Mail***

Allan H Ickowitz, Esq.
Nossaman LLP
445 South Figueroa Street, 31st Fl.
Los Angeles, CA 90071
***First Class Mail***

Internal Revenue Service
Insolvency Section
11601 Roosevelt Blvd., Mail Drop N781
PO Box 21126
Philadelphia, PA 19114
***First Class Mail***

Henry Jaffe, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street,
Wilmington, DE 19899-1709
***Hand Delivery***

David Jones, Esq.
Sprouse Shrader Smith
701 S. Taylor, SUite 500
P.O. Box 15008
Amarillo, TX 79105
***First Class Mail***

David Jury, Esq.
United Steelworkers of America
Five Gateway Center, Room 807
Pittsburgh, PA 15222
***First Class Mail***

Ori Katz, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
***First Class Mail***

Robert Katz, Esq.
Manatt Phelps & Phillips, LLP
1001 Page Mill Road, Building 2
Pala Alto, CA 94304
***First Class Mail***

Susan E. Kaufman, Esq.
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
***Hand Delivery***

Ms. Carmella P. Keener, Esq.
Edward Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19801
***Hand Delivery***

William M. Kelleher, Esq.
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801
***Hand Delivery***

Charles S. Kelley, Esq.
Mayer, Brown, Rowe & Maw LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-6410
***First Class Mail***

Howard B. Kleinberg, Esq.
Meyer, Suozzi, English & Klein, PC
990 Stewart Ave., Suite 300
PO Box 9194
Garden City, NY 11530
***First Class Mail***

Lawrence J. Kotler, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
***Hand Delivery***

Lauri Krepto, Esq.
Montgomery McCracken Walker & Rhoads LLP
1105 N. Market Street, Suite 1500
Wilmington, DE 19801
***Hand Delivery***

Omer F. Kuebel, III, Esquire
Locke Liddell & Sapp, LLP
601 Poydras Street, Suite 2400
New Orleans, LA 70130
***First Class Mail***

Carl N. Kunz, III, Esq.
Micahel Custer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19801
***Hand Delivery***

David W. Lampl
Leech Tishman Fuscaldo & Lampl
525 Willaim Penn Place, 30th Floor
Pittsburgh, PA 15219
***First Class Mail***

Adam Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
***Hand Delivery***

Francis J. Lawall, Esquire
Bonnie MacDougal Kistler, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103
***First Class Mail***

Angelica Leon
Kern County Treasurer and Tax Collector's Office
Bankruptcy Division
P.O. Box 579
Bakersfield, CA 93302
***First Class Mail***

Malcolm Lindquist, Esq.
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
***First Class Mail***

Walter Loeffler
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002
***First Class Mail***

John H. Maddock, III
One James Center
McGuirewoods LLLP
901 East Cary Street
Richmond, VA 23219
***First Class Mail***

Kevin Mangan, Esq
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
P.O. Box 2031
Wilmington, DE 19899
***Hand Delivery***

Joe E. Marshall, Esq.
3800 Lincoln Plaza
Munsch Hardt Kopf & Harr, P.C.
500 North Akard Street
Dallas, TX 75201
***First Class Mail***

John D. Mashburn, Esq
Garvin, Agee, Carlton & Mashburn, P.C.
Heritage Plaza, Suite 105, 13800 Benson Road
Edmond, OK 73013
***First Class Mail***

Katharine L. Mayer, Esq.
Daniel M. Silver, Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
***Hand Delivery***

Laura McAvoy, Esq.
Musick Peeler & Garrett
2801 Townsgate Road, Suite 200
Westlake Village, CA 91361
***First Class Mail***

Laura L. McCloud, Esq.
Tennessee Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
***First Class Mail***

Michael J. McGinnis, Esquire
1001 Louisiana, Suite N1823A
Houston, TX 77002
***First Class Mail***

Michael G. Menkowitz, Esq.
Fox Rotschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
***First Class Mail***

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
***Hand Delivery***

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
***Hand Delivery***

Trey Monsour, Esq.
Jason Binford, Esq.
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
***First Class Mail***

Robert Morgan, Esq.
1940 Highway 1 North
Port Allen, LA 70767
***First Class Mail***

Michael B. Mukasey, Esq
Commercial Litigation Branch
Department of Justice- U. S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
***First Class Mail***

Patricia P. McGonigle, Esq.
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
***Hand Delivery***

Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
***Hand Delivery***

Stephen M. Miller, Esq
Thomas Horan, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
***Hand Delivery***

Norman M. Monhait, Esq.
Rosenthal Monhait & Goddess, P.A.
919 Market Street, Suite 1401 - Citizens Bank Ctr
P.O. Box 1070
Wilmington, DE 19899
***Hand Delivery***

Sheryl L. Moreau, Esq.
Office of the Attorney General
Missouri Department of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105
***First Class Mail***

Pauline K. Morgan, Esq., Donald J. Bowman, Esq.
Ryan M. Bartley Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
***Hand Delivery***

Vicky Namken
IBM Corporation
13800 Diplomat
Dallas, TX 75234
***First Class Mail***

Seth A. Niederman, Esq
Fox Rotschild LLP
919 N. Market Street
Suite 1300
Wilmington, DE 19801
***Hand Delivery***

Bobbitt Noel
Vinson & Elkins
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
***First Class Mail***

James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
***Hand Delivery***

Jerry C. Oldshue, Jr.
Rosen Harwood
PO Box 2727
Tuscaloosa, AL 35403
***First Class Mail***

Lee Overton
Asst. Attorney General
State of Washington
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504
***First Class Mail***

DeAnn Owen
Rocky Mountain Region
Office of Solicitor
755 Parfet Street, Suite 151
Lakewood, CO 80215
***First Class Mail***

Raymond M. Patella, Esq.
Midtown Building, Suite 400
Fox Rothschild
1301 Atlantic Avenue
Atlantic City, NJ 08401
***First Class Mail***

Amy Paul
BakerCorp
3020 Old Ranch Parkway, Suite 220
Seal Beach, CA 90740
***First Class Mail***

Andrew Petrie, Esq.
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202
***First Class Mail***

Clyde A Pine, Esq
Mounce, Green Myers, Safi Paxson& Galatzan
P.O. Drawer 1977
El Paso, TX 79950
***First Class Mail***

Richard G. Placey, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
1105 N. Market Street, 15th Floor
Wilmington, DE 19801
***Hand Delivery***

Alan W. Pope
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
***First Class Mail***

Ronald S. Pretekin, Esq
Coolidge Wall Co., L.P.A.
33 West First Street, Suite 600
Dayton, OH 45402
***First Class Mail***

Patricia W. Prewitt
Locke Lord Bissell & Liddell LLP
3400 JPMorgan Chase Tower, 600 Travis Street
Houston, TX 77002
***First Class Mail***

David P. Primack, Esq
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
***Hand Delivery***

Robert Prince, Esq.
1800 Eagle Gate Tower
Kirton & McConkie
60 East South Temple
Salt Lake City, UT 84111
***First Class Mail***

Dennis E. Quaid, Esq
Thompson Coburn Fagel Haber
55 East Monroe, 40th Fl
Chicago, IL 60603
***First Class Mail***

Hugh Ray
Basil Umari, Esq.
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002
***First Class Mail***

Michael Reed, Esq
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680
***First Class Mail***

Patrick J. Reilley, Esq
Cole, Shotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
***Hand Delivery***

Steven J. Reisman, Esq
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
***First Class Mail***

Jeremy L. Retherford, Esq.
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
P.O. Box 306
Birmingham, AL 35203
***First Class Mail***

Richard J. Reynolds, Esq.
Turner, Reynolds, Greco & O'Hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618
***First Class Mail***

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
***Hand Delivery***

Todd C. Ringstad, Esq.
Ringstad & Sanders, LLP
2030 Main Street, Suite 1200
Irvine, CA 92614
***First Class Mail***

Stephen A. Roberts
Duane Brescia, Esq.
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin, TX 78701
***First Class Mail***

Frederick B. Rosner, Esq
Messana Rosner & Stern LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
***Hand Delivery***

Shelley D. Rucker, Esquire
Miller & Martin, LLP
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402
***First Class Mail***

Katrina Rumph
Recovery & Bankruptcy Group
IKON Office Solutions
3920 Arkwright Road, Suite 400
Macon, GA 31210
***First Class Mail***

Bill Russell
CL Thomas Inc.
PO Box 1876
Victoria, TX 77902
***First Class Mail***

Bruce J. Ruzinsky, Esq
D. Elain Conway, Esq.
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
***First Class Mail***

Fred Sainick, Esq.
Sainick & Whitney
190 Newport Center Drive, 2nd Fl.
Newport Beach, CA 92660
***First Class Mail***

San Joaquin Air Valley Control District
Attn: Katherine Redmond, General Counsel
1990 E. Gettyburg Ave.
Fresno, CA 93726
***First Class Mail***

San Joaquin Air Valley Control District
Attn: Officer, General or Managing Agent
34946 Flyover Court
Bakersfield, CA 93308
***First Class Mail***

San Joaquin Air Valley Control District
Attn: Officer, General or Managing Agent
4800 Enterprise Way
Modesto, CA 95356
***First Class Mail***

Diane W. Sanders, Esq.
Linnebarger Googan Blair & Sampson, LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX 78760
***First Class Mail***

Michael Schein, Esq.
Vedder Price P.C.
1633 Broadway, 47th Fl.
New York, NY 10019
***First Class Mail***

Jeffrey M. Schlerf, Esq
Eric Sutty, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 1600
Wilmington, DE 19801
***Hand Delivery***

Mary Schmergel
Trial Attorney
U.S. Department of Justice
1100 L St., NW, Room 10022
Washington, DC 20005
***First Class Mail***

Mark Schonfeld
Regional Director
Securities and Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279
***First Class Mail***

Kristin Seabrook, Esq.
General Counsel
Pilot Travel Centers LLC
5508 Lonas Drive
Knoxville, TN 37909
***First Class Mail***

Michael Seamands, Esq.
Lashly & Baer
714 Locust Street
St. Louis, MS 63101
***First Class Mail***

Gary F. Seitz, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19801
***Hand Delivery***

Mark D. Sherrill, Esq
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
***First Class Mail***

Jeffrey L Shields
Gateway Tower East Suite 900
Callister Nebeker & McCullough
10 East South Temple
Salt Lake City, UT 84133
***First Class Mail***

Jeffrey Shields, Esq.
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
PO Box 45444
Salt Lake City, UT 84145
***First Class Mail***

Howard Siegel, Esq.
City Place 1
Brown Rudnick
185 Asylum Street
Hartford, CT 06103
***First Class Mail***

Laurie S. Silverstein, Esq
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Fl.
P.O. Box 951
Wilmington, DE 19899
***Hand Delivery***

Christopher P. Simon, Esq.
Cross & Simon, LLC
913 North Market Street, Suite 1001
Wilmington, DE 19801
***Hand Delivery***

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046
***Hand Delivery***

Nick Sorensen, Esq.
Porter & Hedges
1000 Main Street, 36th Fl.
Houston, TX 77002
***First Class Mail***

James Sorenson, Esq.
D. Tyler Van Leuven, Esq.
Chad Heckman, Esq.
Williams Gautier Gwynn DeLoach & Sorenson
PO Box 4128
Tallahassee, FL 32315
***First Class Mail***

Robert Stark, Esq.
Brown Rudnick
Seven Times Square
New York, NY 10036
***First Class Mail***

Stein Rudser Cohen & Magid, Esq.
Attn: Officer, General or Managing Agent
825 Washington Street, 2nd Fl.
Oakland, CA 94607
***First Class Mail***

Ashley B. Stitzer, Esq.
Daniel A. O'Brien, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19801
***Hand Delivery***

Sabrina L. Streusand, Esquire
G. James Landon, Esq.
Streusand & Landon
515 Congress, Suite 2523
Austin, TX 78701
***First Class Mail***

Brent C. Strickland, Esq
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, MD 21202
***First Class Mail***

William D. Sullivan
William A. Hazeltine
Elihu E. Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
***Hand Delivery***

Sunoco, Inc., Esq.
Attn: Credit Operations Manager
1735 Market Street, Suite LL
Philadelphia, PA 19103
***First Class Mail***

Peter Sweeney, Esq.
Gordon Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806
***First Class Mail***

Lauren L. Taylor, Esq
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103-4196
***First Class Mail***

Cliff Taylor, Esq.
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201
***First Class Mail***

Patrick Tinker
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
***Hand Delivery***

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellot, LLC
50 S. 16th St., 22n Fl
Philadelphia, PA 19102
***First Class Mail***

Paul A. Turner, Esq
Sutherland Asbill & Brennan LLP
Two Houston Center, 919 Fannin, Suite 2200
Houston, TX 77010
***First Class Mail***

Donnita A. Wald, Esq.
Office of State Tax Commissioner
600 East Boulevard Avenue
Bismarck, ND 58505
***First Class Mail***

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street, Euite 1600
Dallas, TX 75201
***First Class Mail***

Deborah Williamson, Esq.
Cox & Smith Matthews Incorporated
112 East Pecan, Suite 1800
San Antonio, TX 78205
***First Class Mail***

Rebecca Winthrop
Ballard Spahr Andrews & Ingersoll
2029 Century Park East, Suite 800
Los Angeles, CA 90067
***First Class Mail***

Jeffrey C. Wisler, Esq, Marc Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Bldg., 1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
***Hand Delivery***

Samuel C. Wisotzkey, Esq
Samuel Wisotzkey, Esq.
Jeremy Guth, Esq.
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, WI 53212
***First Class Mail***

Risa Lynn Wolf-Smith, Esq.
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO 80201
***First Class Mail***

Jack Yeh, Esq.
Manatt, Phelps & Phillips LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064
***First Class Mail***

Theresa Zabawa, Esq.
Sunoco, Inc.
1735 Market Street, Suite LL
Philadelphia, PA 19103
***First Class Mail***