# EXHIBIT 1

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., et al.,[1] | ) | Case No. 08-13384 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## ORDER DISALLOWING CERTAIN (A) DUPLICATE CLAIMS, (B) AMENDED AND SUPERSEDED CLAIMS AND (C) WRONG CASE CLAIMS AS SET FORTH IN THE DEBTORS' THIRTEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE)

Upon the objection, dated February 19, 2010 (the "Objection"), of Flying J Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for the entry of an order (the "Order") disallowing certain (a) Duplicate Claims, (b) Amended and Superseded Claims and (c) Wrong Case Claims;[2] and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue in these cases and the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Debtors having provided appropriate notice under the circumstances of the Objection and the opportunity for a hearing on the Objection, and that no other or further notice is required; and the Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608), Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226); and Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

[2] Capitalized terms used herein and not otherwise defined shall have those meanings ascribed to them in the Objection.

having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, the Court finds that:[3]

    A.    The Objection is a core proceeding under 28 U.S.C. § 157(b)(2).

    B.    Each holder of a claim (as to each, a "Claim") listed on **Exhibits A-1** through **C-3** attached hereto was properly and timely served with a copy of the Objection, this Order and the accompanying exhibits.

    C.    Any entity known to have an interest in the Claims subject to the Objection has been afforded a reasonable opportunity to respond to, or to be heard regarding, the relief requested in the Objection.

    D.    The Duplicate Claims listed on **Exhibits A-1** through **A-2** hereto are Claims that duplicate other Claims set forth in Proofs of Claim constituting the Duplicate Remaining Claims, which were filed: (a) on the same basis; (b) against the same Debtor; (c) for the same amount; and (d) in the same priority as the Duplicate Claims.

    E.    The Amended and Superseded Claims listed on **Exhibits B-1** through **B-2** hereto are Claims that have been amended and superseded by other Claims set forth in Proofs of Claim constituting the Superseding Remaining Claims.

---

[3] The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052. To the extent any of the following findings of fact are determined to be conclusions of law, they are adopted, and shall be construed and deemed, conclusions of law. To the extent any of the following conclusions of law are determined to be findings of fact, they are adopted, and shall be construed and deemed, as findings of fact.

F.     The Wrong Case Claims listed on **Exhibits C-1** through **C-3** hereto are Claims: (a) filed against a Debtor that has no liability for the Claims asserted, according to the Debtors' Books and Records; and (b) are properly asserted against a different Debtor.

The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; therefore, it is HEREBY ORDERED:

1.     The Objection is sustained in its entirety.

2.     The Duplicate Claims listed on **Exhibits A-1** through **A-2** hereto under the heading labeled "Duplicate Claim to be Disallowed" be, and hereby are, disallowed in their entirety.

3.     The Claims the claim numbers of which are set forth on **Exhibits A-1** through **A-2** hereto under the headings labeled "Remaining Claim" shall remain in the Claims Register in these chapter 11 cases, and, unless such Duplicate Remaining Claims are both otherwise amended or replaced by a Proof of Claim later filed by a Claimant, or subject to an objection set forth herein or subsequently filed by the Debtors or any other party in interest, such Duplicate Remaining Claims shall be deemed asserted against the Debtor in the case in which each such Duplicate Remaining Claim was filed.

4.     The Amended and Superseded Claims listed on **Exhibits B-1** through **B-2** under the heading labeled "Amended Claim to be Disallowed" be, and hereby are, disallowed in their entirety.

5.     The Claims whose claim numbers are set forth on **Exhibits B-1** through **B-2** under the headings labeled "Remaining Claim" shall remain in the Claims Register in these chapter 11 cases, and unless such Superseding Remaining Claims are both otherwise amended or superseded by a Proof of Claim later filed by a creditor, or subject to an objection set forth herein or subsequently filed by the Debtors or any other party in interest, such Superseding Remaining

Claims shall be deemed asserted against the Debtor in the case in which each such Superseding Remaining Claim was filed.

6.      The Wrong Case Claims listed on **Exhibits C-1** through **C-3** are hereby transferred from the "Current Case" to the "Correct Case" on **Exhibits C-1** through **C-3**.

7.      The Debtors' rights to amend, modify or supplement the Objection, to file additional objections to the Disallowed Claims or any other claims (filed or not) which may be asserted against the Debtors and to seek further reduction of any Disallowed Claim to the extent such Disallowed Claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Debtors' rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these chapter 11 cases are fully preserved.

8.      Each Disallowed Claim and the objections by the Debtors to such Disallowed Claim, as addressed in the Objection and as set forth on **Exhibits A-1** through **C-3** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate order with respect to each Disallowed Claim. Any stay of this Order granted pending appeal by any Claimants whose Disallowed Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

9.      All time periods set forth in this Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure.

10.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

    

11.    Notwithstanding the possible applicability of Rules 6004(h), 7062 and 9014 of the Federal Rules of Bankruptcy Procedure or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2010
      Wilmington, Delaware

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

# Exhibit A-1

## Flying J, Inc.
## Exhibit A-1
## Duplicate Claims

| Name and Address of Claimant | Duplicate Claim to be Expunged | | | Remaining Claim | | | Proposed Reason For Disallowance |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed/ Case Number | Amount | Claim Number | Date Filed/ Case Number | Amount | |
| CITGO PETROLEUM CORPORATION C/O BRENT C. STRICKLAND, ESQ & STEPHEN B GERLAD ESQ, WHITEFORD, TAYLOR & PRESTON 7 SAINT PAUL STREET BALTIMORE, MD 21202 | 3379 | 6/25/2009 08-13384 | Secured $ 1,952,834.59<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ -<br>Unsecured $ - | 4289 | 10/23/2009 08-13384 | Secured $ 1,952,834.59<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ -<br>Unsecured $ - | Duplicate of Claim 4289 |
| ALLIED ENERGY LLC PO BOX 5742 SCOTTSDALE, AZ 85261 | 4284 | 6/30/2009 08-13384 | Secured $ -<br>20 Day Admin $ 502,149.28<br>Admin $ -<br>Priority $ -<br>Unsecured $ 16,844.75 | 4262 | 9/23/2009 08-13384 | Secured $ -<br>20 Day Admin $ 502,149.28<br>Admin $ -<br>Priority $ -<br>Unsecured $ 16,844.75 | Duplicate of Claim 4262 |
| SQ GLOBAL SOLUTIONS, LLC C/O QUISLEX, INC. 757 THIRD AVE, STE 2115 NEW YORK, NY 10017 | 3668 | 6/29/2009 08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ -<br>Unsecured $ 130,841.00 | 4286 | 10/15/2009 08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ -<br>Unsecured $ 130,841.00 | Duplicate of Claim 4286 |
| ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES ROBERT J. RUSSELL, GENERAL COUNSEL P.O. BOX 3336 MONTGOMERY, AL 36109-0336 | 2232 | 6/1/2009 08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ 37,133.80<br>Unsecured $ 37,133.80 | 2329 | 6/2/2009 08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ 37,133.80<br>Unsecured $ 37,133.80 | Duplicate of Claim 2329 |
| MULTNOMAH COUNTY FINANCE - TREASURY 501 SE HAWTHORNE BLVD PORTLAND, OR 97214 | 655 | 4/7/2009 08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ 19,544.04<br>Unsecured $ - | 4177 | 7/24/2009 08-13384 | Secured $ -<br>20 Day Admin $ -<br>Admin $ -<br>Priority $ 19,544.04<br>Unsecured $ - | Duplicate of Claim 4177 |

**Exhibit A-2**

## Longhorn Partners Pipeline, L.P.
### Exhibit A-2
### Duplicate Claims

| Name and Address of Claimant | Duplicate Claim to be Expunged | | | | Remaining Claim | | | | Proposed Reason For Disallowance |
| | Claim Number | Date Filed/ Case Number | Amount | | Claim Number | Date Filed/ Case Number | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| CYPRESS - FAIRBANKS ISD | 4357 | 1/19/2010 | $ - | Secured | 4354 | 1/19/2010 | $ - | Secured | Claim 4357 is a Duplicate Claim to Claim 4354. |
| JOHN P. DILLMAN | | 08-13380 | $ - | 20 Day Admin | | 08-13380 | $ - | 20 Day Admin | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | | | $ 22,590.39 | Admin | | | $ 22,590.39 | Admin | |
| PO BOX 3064 | | | $ - | Priority | | | $ - | Priority | |
| HOUSTON, TX 77253-3064 | | | $ - | Unsecured | | | $ - | Unsecured | |
| HARRIS COUNTY, ET AL | 4358 | 1/19/2010 | $ - | Secured | 4353 | 1/19/2010 | $ - | Secured | Claim 4358 is a Duplicate Claim to Claim 4353. |
| JOHN P. DILLMAN | | 08-13380 | $ - | 20 Day Admin | | 08-13380 | $ - | 20 Day Admin | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | | | $ 48,236.89 | Admin | | | $ 48,236.89 | Admin | |
| PO BOX 3064 | | | $ - | Priority | | | $ - | Priority | |
| HOUSTON, TX 77253-3064 | | | $ - | Unsecured | | | $ - | Unsecured | |

**Exhibit B-1**

13th Omnibus

## Flying J, Inc.
## Exhibit B-1
## Amended and Superseded Claims

| Name and Address of Claimant | Amended Claim to be Expunged | | | | Remaining Claim | | | | Proposed Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed/ Case Number | Class | Amount | Claim Number | Date Filed/ Case Number | Class | Amount | |
| HARTNEY OIL COMPANY<br>4801 S. HARLEM AVENUE<br>FOREST VIEW, IL 26040 | 2361 | 6/1/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ 364,284.63<br>$ 364,284.63<br>$ -<br>$ -<br>$ - | 3884 | 6/30/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ 364,284.63<br>$ -<br>$ -<br>$ - | Amended and Superseded by Claim 3884 |
| GAINEY TRANSPORTATION SERVICES, INC.<br>C/O DORON YITZCHAKI<br>DICKINSON WRIGHT PLLC<br>C/O DORON YITZCHAKI<br>301 EAST LIBERTY, SUITE 500<br>ANN ARBOR, MI 48104 | 1246 | 5/11/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 101,167.77 | 1593 | 5/18/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 169,653.72 | Amended and Superseded by Claim 1593 |
| GAINEY TRANSPORTATION SERVICES, INC.<br>C/O DORON YITZCHAKI<br>DICKINSON WRIGHT PLLC<br>C/O DORON YITZCHAKI<br>301 EAST LIBERTY, SUITE 500<br>ANN ARBOR, MI 48104 | 1036 | 5/4/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 101,167.77 | 1593 | 5/18/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 169,653.72 | Amended and Superseded by Claim 1593 |
| LESTER COGGINS TRUCKING, INC.<br>C/O DORON YITZCHAKI<br>301 EAST LIBERTY, SUITE 500<br>ANN ARBOR, MI 48104 | 1245 | 5/11/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 27,646.39 | 1593 | 5/18/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 169,653.72 | Amended and Superseded by Claim 1593 |
| LESTER COGGINS TRUCKING, INC.<br>C/O DORON YITZCHAKI<br>301 EAST LIBERTY, SUITE 500<br>ANN ARBOR, MI 48104 | 1039 | 5/4/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 27,646.39 | 1593 | 5/18/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 169,653.72 | Amended and Superseded by Claim 1593 |
| SUPER SERVICE, INC.<br>C/O DORON YITZCHAKI<br>301 EAST LIBERTY, SUITE 500<br>ANN ARBOR, MI 48104 | 1009 | 5/4/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 40,839.56 | 1593 | 5/18/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 169,653.72 | Amended and Superseded by Claim 1593 |
| SUPER SERVICE, INC.<br>C/O DORON YITZCHAKI<br>301 EAST LIBERTY, SUITE 500<br>ANN ARBOR, MI 48104 | 1251 | 5/11/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 40,839.56 | 1593 | 5/18/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 169,653.72 | Amended and Superseded by Claim 1593 |
| FLYING J INSURANCE COMPANY<br>C/O JEFFREY WESTON SHIELDS<br>JONES WALDO HOLBROOK & MCDONOUGH, PC<br>170 SOUTH MAIN STREET, SUITE 1500<br>SALT LAKE CITY, UT 84101 | 3143 | 6/19/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 6,966,142.84 | 3457 | 6/26/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ -<br>$ 6,965,379.51 | Amended and Superseded by Claim 3457 |
| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | 3849 | 6/30/2009<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ 402,073.92<br>$ 34,510.88 | 4333 | 1/4/2010<br>08-13384 | Secured<br>20 Day Admin<br>Admin<br>Priority<br>Unsecured | $ -<br>$ -<br>$ -<br>$ 423,602.84<br>$ 76,083.75 | Amended and Superseded by Claim 4333 |

# Flying J, Inc.
## Exhibit B-1
### Amended and Superseded Claims

| Name and Address of Claimant | Amended Claim to be Expunged | | | | Remaining Claim | | | | Proposed Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed/ Case Number | | Amount | Claim Number | Date Filed/ Case Number | | Amount | |
| INDIANA DEPARTMENT OF REVENUE CAROL LUSHELL BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 4254 | 9/17/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 270,121.72 $ - $ 415,893.73 $ 35,805.52 | 4314 | 1/4/2010 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 212,834.75 $ - $ 423,602.84 $ 76,083.75 | Amended and Superseded by Claim 4314 |
| INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 4292 | 10/30/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ 2,132,951.82 $ 182,930.02 | 4333 | 1/4/2010 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ 423,602.84 $ 76,083.75 | Amended and Superseded by Claim 4333 |
| INDIANA DEPARTMENT OF REVENUE CAROL LUSHELL BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 4293 | 10/30/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 317,963.02 $ - $ - $ - | 4314 | 1/4/2010 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ 212,834.75 $ - $ - $ - | Amended and Superseded by Claim 4314 |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 361 | 2/23/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ 168,023.00 $ - $ - $ 2,132,951.82 $ 182,930.02 | 4346 | 1/11/2010 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ 168,023.00 $ - $ - $ 425,858.54 $ 24,956.89 | Amended and Superseded by Claim 4346 |
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19411 | 393 | 3/6/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ 4,367,407.68 $ 929,755.43 | 1782 | 5/22/2009 08-13384 | Secured 20 Day Admin Admin Priority Unsecured | $ - $ - $ - $ 4,373,652.60 $ 1,188,699.50 | Amended and Superseded by Claim 1782 |

**Exhibit B-2**

Big West Oil, LLC
Exhibit B-2
Amended and Superseded Claims

| Name and Address of Claimant | Amended Claim to be Expunged | | | | Remaining Claim | | | | Proposed Reason For Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed/ Case Number | Amount | | Claim Number | Date Filed/ Case Number | Amount | | |
| APCO, INC.<br>2120 NORTH REDWOOD ROAD<br><br>SALT LAKE CITY, UT 84116 | 3173 | 6/19/2009<br>08-13381 | $ -<br>$ -<br>$ -<br>$ 38,714.55 | Secured<br>20 day Admin<br>Admin<br>Priority<br>Unsecured | 4123 | 7/13/2009<br>08-13381 | $ -<br>$ -<br>$ -<br>$ 38,714.55 | Secured<br>20 day Admin<br>Admin<br>Priority<br>Unsecured | Amended and superseded by claim 4123 |
| PROINDUSTRIAL INC.<br>PO BOX 901465<br><br>SANDY, UT 84090 | 146 | 1/29/2009<br>08-13381 | $ -<br>$ -<br>$ -<br>$ 269,397.68 | Secured<br>20 day Admin<br>Admin<br>Priority<br>Unsecured | 1703 | 5/20/2009<br>08-13381 | $ -<br>$ -<br>$ -<br>$ 216,001.71 | Secured<br>20 day Admin<br>Admin<br>Priority<br>Unsecured | Amended and superseded by claim 1703 |

**Exhibit C-1**

Flying J, Inc.
Exhibit C-1
Wrong Case Claims

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Current Case | Current Case | Reason For Transfer |
|---|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY LLC TRANSFEROR: AIRGAS INTERMOUNTAIN INC 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE, NV 89451 | 430 | 3/9/2009 08-13384 | $ - $ - $ - 29,715.75 $ - | Secured 20 Day Admin Admin Priority Unsecured | Flying J Inc. | Big West Oil, LLC | Claim is Filed Against Incorrect Debtor Entity |

**Exhibit C-2**

# Big West Oil, LLC
## Exhibit C-2
## Wrong Debtor Claims

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Current Debtor | New Debtor | Reason For Transfer |
|---|---|---|---|---|---|---|---|
| FEDEX OFFICE | 365 | 2/24/2009 | $ - | Secured | Big West Oil LLC | Flying J Inc. | Claim is filed against incorrect Debtor entity |
| P.O. BOX 262682 | | 08-13381 | | 20 day Admin | | | |
| | | | $ - | Admin | | | |
| PLANO, TX 75026 | | | $ - | Priority | | | |
| | | | $ 1,935.94 | Unsecured | | | |

**Exhibit C-3**

Big West of California, LLC
Exhibit C-3
Wrong Debtor Claims

| Name and Address of Claimant | Claim Number | Date Filed/ Case Number | Claim Amount | | Current Debtor | New Debtor | Reason For Transfer |
|---|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: FORCE 1 ONE TRANSPORT, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 7601 | 2503 | 6/3/2009 08-13383 | $ | 13,552.76 | Secured | Big West of California LLC | Flying J Inc. | Claim is filed against incorrect Debtor entity |
| | | | | | 20 Day Admin | | | |
| | | | $ | - | Admin | | | |
| | | | $ | - | Priority | | | |
| | | | $ | - | Unsecured | | | |

2/18/2010