# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., <u>et al.</u>,[1] | ) | Case No. 08-13384 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## NOTICE OF <u>SECOND AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED <u>FOR HEARING ON FEBRUARY 23, 2010 AT 2:00 P.M. (ET)</u>

### ADJOURNED/RESOLVED MATTERS

1.  Motion of Pacific Pipeline, LLC for Relief from the Stay Under Section 362 of the Bankruptcy Code [D.I. 1441, 6/29/09]

    Objection Deadline:   July 20, 2009 at 4:00 p.m.

    Objections Filed:

    a)  Objection of the Debtors to the Motion of Pacific Pipeline for Relief from the Automatic Stay to Foreclose on Certain Crude Oil [D.I. 1528, 7/20/09]

    b)  Exhibits A and B to Objection of the Debtors to the Motion of Pacific Pipeline for Relief from the Automatic Stay to Foreclose on Certain Crude Oil [D.I. 1643, 8/3/09]

    Related Documents:

    c)  Scheduling Order [D.I. 1582, 7/27/09]

    d)  Brief in Support of Pacific Pipeline LLC's Motion for Relief from the Automatic Stay [D.I. 1691, 8/7/09]

    e)  Sur-Reply of the Debtors [D.I. 1766, 8/19/09]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Flying J Inc. (3458); Big West of California, LLC (1608), Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226),; Longhorn Pipeline Inc. (0654).  The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

[2] **Amendments appear in bold.**

Status: The parties are negotiating the terms of a stipulation resolving this matter. This matter is adjourned to March 23, 2010 at 11:30 a.m. by agreement of the parties.

2. Motion of the United States for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 1561, 7/23/09]

   Objection Deadline: August 17, 2009 at 4:00 p.m., extended for the Debtors to October 20, 2009 at 4:00 p.m.

   Related Documents:

   a) Stipulation Narrowing the Scope of Argument [DI. 2384, 12/17/09]

   b) Memorandum Opinion [D.I. 2451, 12/28/09]

   c) Order [D.I. 2452, 12/28/09]

   Objections Filed:

   d) Objection of the Debtors [D.I. 2128, 10/20/09]

   Status: By agreement between the parties, this matter will be adjourned to March 23, 2010 at 11:30 a.m.

3. Debtors' Sixth Omnibus Objection to Certain Claims Requiring Adjustment (Substantive) [D.I. 2146, 10/23/09]

   Response Deadline: November 16, 2009 at 4:00 p.m.

   Related Documents:

   a) Declaration of John Boken in Support of Debtors' Sixth Omnibus Objection to Certain Claims Requiring Adjustment (Substantive) [D.I. 2147, 10/23/09]

   b) Amended Declaration of John Boken in Support of Debtors' Sixth Omnibus Objection to Certain Claims Requiring Adjustment (Substantive) [D.I. 2360, 12/15/09]

   c) Certification of Counsel [D.I. 2385, 12/18/09]

   Responses Filed: See **Exhibit A**, attached

   Status: In light of the Court's comments regarding the level of detail in the exhibits to the objection, the Debtors are revising such exhibits and, upon completion of such revision, will file an amended declaration in support of the objection, attaching the revised exhibits. By agreement between the parties, the informal response of

Chevron Pipeline Company, Chevron Products Company and Northwest Terminalling Co. is adjourned to March 23, 2010 at 11:30 a.m.

4. Debtors' Eighth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims Requiring Reclassification and (C) No Liability Claims (Substantive) [D.I. 2262, 11/20/09]

    Response Deadline: December 15, 2009 at 4:00 p.m.

    Related Documents:

    a) Declaration of John Boken in Support of Debtors' Eighth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims Requiring Reclassification and (C) No Liability Claims (Substantive) [D.I. 2387, 12/18/09]

    b) Notice of Amended Form of Order with Respect to the Debtors' Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims Requiring Reclassification and (C) No Liability Claims (Substantive) [D.I. 2396, 12/18/09]

    Responses Filed: See **Exhibit B**, attached.

    Status: In light of the Court's comments regarding the level of detail in the exhibits to the objection, the Debtors are revising such exhibits and, upon completion of such revision, will file an amended declaration in support of the objection, attaching the revised exhibits. The Debtors' objection to the claims of the Internal Revenue Service and Petro West Inc. have been withdrawn without prejudice. The Debtors' objection to the claims of Newfield Production, Southern California Gas Company and Magellan Pipeline Company are adjourned to March 23, 2010 at 11:30 a.m.

5. Debtors' Tenth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims Requiring Reclassification and (C) No Liability Claims (Substantive) [D.I. 2436, 12/23/09]

    Response Deadline: January 15, 2010 at 4:00 p.m.

    Related Document:

    a) Declaration of John Boken in Support of Debtors' Tenth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims Requiring Reclassification and (C) No Liability Claims (Substantive) [D.I. 2437, 12/23/09]

    b) Agreed Order Resolving Response of Murex N.A., Ltd to Debtors' Ninth and Tenth Omnibus Claims Objection [D.I. 2676, 2/1/10]

3

Responses Filed: See **Exhibit C**, attached

Status: In light of the Court's comments regarding the level of detail in the exhibits to the objection, the Debtors are revising such exhibits and, upon completion of such revision, will file an amended declaration in support of the objection, attaching the revised exhibits. The Debtors' objections to the claims of Samson Resources Company and Affiliates and Mettler-Toledo, Inc. are adjourned to March 23, 2010 at 11:30 a.m.

6. Motion of Federal Insurance Company for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 2522, 1/13/10]

    Objection Deadline: January 19, 2010 at 4:00 p.m., extended for the Debtors to February 16, 2010 at 4:00 p.m.

    Objections Filed: None

    Status: By agreement between the parties, this matter has been adjourned to March 23, 2010 at 11:30 a.m.

**UNCONTESTED MATTER GOING FORWARD**

7. Debtors' Fifth Motion for Entry of an Order Further Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 2712, 2/5/10]

    Objection Deadline: February 16, 2010 at 4:00 p.m.

    Related Document:

    a) Declaration of John Boken in Support of the Motions Scheduled to be Heard Before the Court on February 23, 2010 [D.I. 2821, 2/18/10]

    Responses/Objections Filed:

    b) Reservation of Rights of Wilmington Trust FSB, as Successor Administrative Agent and Collateral Agent [D.I. 2801, 2/16/10]

    **c) Objection of Wilmington Trust FSB, as Successor Administrative Agent and Collateral Agent [D.I. 2830, 2/22/10]**

    Status: This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

8. Debtors' Eleventh Omnibus Objection to Certain (A) Duplicate Claims, (B) Amended and Superseded Claims and (C) Wrong Case Claims (Non-Substantive) [D.I. 2601, 1/22/10]

Response Deadline: February 15, 2010 at 4:00 p.m.

Related Document:

    a)     Declaration of John Boken [D.I. 2602, 1/22/10]

Responses Filed:

    b)     Response of Baldwin Filters, Inc. [D.I. 2767, 2/16/10]

    c)     Objection of BNSF Railway Company [D.I. 2804, 2/17/10]

Status: The Debtors anticipate submitting a revised order at the hearing resolving items (b) and (c). This matter will be going forward.

9. Debtors' Twelfth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims to be Reclassified and (C) No Liability Claims (Substantive) [D.I. 2603, 1/22/10]

Response Deadline: February 15, 2010 at 4:00 p.m.

Related Document:

    a)     Declaration of John Boken [D.I. 2604, 1/22/10]

Responses Filed:

    b)     Growmark, Inc.'s Response [D.I. 2707, 2/5/10]

    c)     Consumers Energy Company's Response [D.I. 2757, 2/12/10]

    d)     Informal Response of San Joaquin Refining Co.

    e)     Informal Response of Truckload Management, Inc.

    f)     Objection of BNSF Railway Company [D.I. 2804, 2/17/10]

Status: Items (b), (c) and (f) have been resolved and will be reflected in a revised order to be presented at the hearing. In light of the Court's comments regarding the level of detail in the exhibits to the objection, the Debtors are in the process of revising such exhibits and, upon completion of such revision, will file an amended declaration in support of the objection, attaching the revised exhibits. Until such time, all other matters, including items (d) and (e) are adjourned to March 23, 2010 at 11:30 a.m. **This matter will be going forward solely with respect to items (b), (c) and (f).**

10. Motion of the Debtors for Entry of an Order Approving (A) Debtors' Notice of Contribution and Notice Procedures; (B) Debtors' Assumption and Cure Procedures; (C) Sale of Substantially All the Retail Assets of Flying J Inc.; (D) Debtors' Entry into a Contribution Agreement and All Ancillary Documents Relating to the Contribution; (E) Debtors' Entry into the ConocoPhillips Agreement, and (F) Transfer of Substantially All the Retail Assets of Flying J Inc. as Contemplated by the Contribution Agreement Free and Clear of All Liens, Claims, Interests, Liabilities, and Encumbrances [D.I. 2473, 12/30/09]

    Related Documents:

    a) Declaration of Paul P. Huffard in Support of the Motion [D.I. 2596, 1/22/10]

    b) Declaration of Crystal C. Maggelet in Support of the Motion [D.I. 2597, 1/22/10]

    c) Statement of the Official Committee of Unsecured Creditors in Support of the Motion [D.I. 2599, 1/22/10]

    d) Declaration of Mitchell D. Steenrod in Support of the Motion [D.I. 2608, 1/25/10]

    e) Notice of Filing of Revised Assumption Schedule [D.I. 2623, 1/26/10]

    f) Order (I) Authorizing Sale of Target Holdings Free and Clear of Liens, Claims, Encumbrances and Other Interests, (II) Approving Assumption and Assignment of Certain Agreement, (III) Approving Contribution Agreement and Transactions Contemplated Therein, (IV) Approving the ConocoPhillips Agreement, and (V) Granting Related Relief [D.I. 2637, 1/27/10]

    g) Notice of Filing of Revised Assumption Schedule with Respect to the Motion of the Debtors for Entry of an Order Approving (A) Debtors' Notice of Contribution and Notice Procedures; (B) Debtors' Assumption and Cure Procedures; (C) Sale of Substantially All the Retail Assets of Flying J Inc.; (D) Debtors' Entry into a Contribution Agreement and All Ancillary Documents Relating to the Contribution; (E) Debtors' Entry into the ConocoPhillips Agreement, and (F) Transfer of Substantially All the Retail Assets of Flying J Inc. as Contemplated by the Contribution Agreement Free and Clear of All Liens, Claims, Interests, Liabilities, and Encumbrances [D.I. 2803, 2/16/10]

    Objection Deadline:  January 19, 2010 at 4:00 p.m., extended for Mettler-Toledo, Inc., Bottling Group LLC d/b/a The Pepsi Bottling Group, and Chevron Pipeline Company to January 20, 2010 at 4:00 p.m.; extended for Ecolab to January 21, 2010 at 4:00 p.m. extended for GE

Commercial Finance Business Property Corporation to January 22, 2010 at 12:00 p.m.

Objections Filed:

- a) Limited Objection of Jones & Frank Corporation [D.I. 2548, 1/18/10]

- b) Limited Objection of Bottling Group LLC d/b/a The Pepsi Bottling Group to Assumption of Certain Agreement with the Debtors [D.I. 2549, 1/18/10]

- c) Aramark Uniform & Career Apparel, LLC's Limited Objection [D.I. 2551, 1/19/10]

- d) Limited Objection of ExxonMobil Oil Corporation to Assumption and Assignment of Executory Contracts and Proposed Cure Amounts [D.I. 2552, 1/19/10]

- e) Limited Objection of Northville Product Services, L.P. [D.I. 2553, 1/19/10]

- f) Limited Objection of Zurich American Insurance Company, its Subsidiaries and Affiliates [D.I. 2559, 1/19/10]

- g) Limited Objection of Sensormatic Electronics Corporation to Notice of Proposed Cure Obligations, if any, With Respect to Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 2560, 1/19/10]

- h) Objection of Montana Department of Environmental Quality [D.I. 2561, 1/19/10 and D.I. 2571, 1/20/10]

- i) Limited Objection of Plains Products Terminals, LLC f/k/a Pacific Atlantic Terminals, LLC [D.I. 2563, 1/19/10]

- j) Limited Objection of Plains West Coast Terminals, LLC [D.I. 2564, 1/19/10]

- k) Limited Objection of Pacific Energy Group LLC [D.I. 2565, 1/19/10]

- l) Limited Objection of Plains Pipeline, L.P. [D.I. 2566, 1/19/10]

- m) Limited Objection of General Electric Capital Corporation, General Electric Business Asset Funding Corporation of Connecticut, GE Business Financial Services, Inc., Bank of America, N.A., as Indenture Trustee [D.I. 2567, 1/19/10]

- n) Limited Objection of Plains Marketing, L.P. [D.I. 2568, 1/19/10]

o) Objection of MassMutual Asset Finance LLC [D.I. 2575, 1/20/10]

p) Limited Objection of Shell Canada Products [D.I. 2577, 1/20/10]

q) Limited Objection of Motiva Enterprises LLC [D.I. 2578, 1/20/10]

r) Limited Objection of Equilon Enterprises LLC d/b/a Shell Oil Products US [D.I. 2579, 1/20/10]

s) Limited Objection of A & B Valve & Piping, LLC [D.I. 2590, 1/21/10]

t) Joint Limited Objection of Ecolab Inc. and its Wholly Owned Subsidiary GCS Service, Inc. [D.I. 2593, 1/22/10]

u) Limited Objection of AIG Commercial Equipment Finance, Inc. [D.I. 2600, 1/22/10]

v) Limited Objection of Mettler-Toledo, Inc. [D.I. 2691, 2/2/10]

w) Letter from Concept Technologies Inc.

x) Response from Kerntec Industries

Status: An order was entered on January 27, 2010 authorizing the Sale. However, cure objections (a) through (x) were continued. Since the January 26, 2010 omnibus hearing the Debtors have been negotiating in earnest with those parties that objected to the motion. Objections (a) through (v) are either resolved or adjourned. Objections (w) and (x) will be going forward.

11. Debtors' Motion to Approve Bid Procedures, Break-Up Fee and Sale of Substantially All Assets of Debtor Big West of California, LLC Pursuant to Section 363(b) of the Bankruptcy Code [D.I. 2694, 2/2/10]

Objection Deadline: February 16, 2010 at 4:00 p.m.

Related Document:

a) Declaration of John Boken in Support of the Motions Scheduled to be Heard Before the Court on February 23, 2010 [D.I. 2821, 2/18/10]

Objections Filed:

b) Limited Objection of Wilmington Trust FSB, as Successor Administrative Agent and Collateral Agent [D.I. 2802, 2/16/10]

**Additional Document:**

c)     Motion for Leave to File Reply of Official Committee of Unsecured Creditors to Limited Objection of Wilmington Trust FSB, as Successor Administrative Agent and Collateral Agent [D.I. 2831, 2/22/10]

Status: This matter will be going forward.

| | |
|---|---|
| Dated: February 22, 2010<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ Donald J. Bowman, Jr.<br>Pauline K. Morgan (Bar No. 3650)<br>Edmon L. Morton (Bar No. 3856)<br>Donald J. Bowman, Jr. (Bar No. 4383)<br>Ryan M. Bartley (Bar No. 4985)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone:   (302) 571-6637<br>Facsimile:   (302) 576-3320<br><br>- and -<br><br>**KIRKLAND & ELLIS LLP**<br>David L. Eaton (admitted *pro hac vice*)<br>Adam C. Paul (admitted *pro hac vice*)<br>Jeffrey W. Gettleman (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:   (312) 862-2200<br><br>Counsel for the Debtors and Debtors in Possession |

## 6TH OMNIBUS OBJECTION - EXHIBIT A

| Claimant | Docket No. of Response, Date Filed | Status |
|---|---|---|
| Chevron Pipeline Company, Chevron Products Company and Northwest Terminalling Co. | | Adjourned |

## 8TH OMNIBUS OBJECTION - EXHIBIT B

| Claimant | Docket No. of Response, Date Filed | Status |
|---|---|---|
| Southern California Gas Company | 2345, 12/14/09 | Adjourned |
| Newfield Production Company | 2361, 12/15/09 | Adjourned |
| Petro West, Inc. | 2362, 12/15/09 | Withdrawn |
| Internal Revenue Service | 2372, 12/15/09 | Withdrawn |
| Magellan Pipeline Company | | Adjourned |

## 10TH OMNIBUS OBJECTION - EXHIBIT C

| Claimant | Docket No. of Response, Date Filed | Status |
|---|---|---|
| Samson Resources Company and Affiliates | 2539, 1/14/10 | Resolved |
| Mettler-Toledo, Inc. | 2692, 2/2/10 | Adjourned |

DB02:9239312.4      067990.1001