IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLYING J INC., *et al.*, [1] | ) | Case No. 08-13384 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket Nos.: 2694, 2802 & 2831** |

**Hearing Date: February 23, 2010 at 2:00 p.m. (prevailing Eastern Time)**

**ORDER APPROVING MOTION FOR LEAVE TO FILE REPLY OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO LIMITED OBJECTION OF WILMINGTON TRUST FSB, AS SUCCESSOR ADMINISTRATIVE AGENT AND COLLATERAL AGENT, TO THE DEBTORS' MOTION TO APPROVE BIDDING PROCEDURES, BREAK-UP FEE AND SALE OF SUBSTANTIALLY ALL ASSETS OF BIG WEST OF CALIFORNIA, LLC**

Upon consideration of the motion of the Official Committee of Unsecured Creditors (the "Committee") of Flying J Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for leave, pursuant to Del. Bankr. L.R. 9006-1(d), to file a reply (the "Reply") to (Docket No. 2802) With Respect to the Bidding Procedures Motion (the "Motion for Leave"); it is hereby

**ORDERED** that the Motion for Leave is granted; and it is further

---

[1] The Debtors in these chapter 11 cases, along wit the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608); Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226); Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

**ORDERED** that leave is granted for the Committee to file the Reply with the Court on Monday, February 22, 2010.

Dated: February 23, 2010

HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE