# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Flying J Inc., et al., |
| **Case Number:** | 08-13384-MFW       **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 23, 2010 02:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Omnibus

**R / M #:**   2,834 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Items 1 through 6 - Continued
- Item 7 - Bridge Order entered
- Item 8 - Order entered
- Item 9 - Order entered
- Item 10 - Order due under Certification of Counsel
- Item 11 - Order entered