**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **FLYING J INC., et al.** | ) | **Chapter 11** |
| | ) | **Bk. No. 08-13384 (MFW)** |
| **Debtors.** | ) | **Jointly Administered** |

**CERTIFICATE OF SERVICE**

I, Susan E. Kaufman, Esquire certify that I caused one true and correct copy of the within **Objection of the United Steelworkers to Debtors' Motion to Sell Substantially all Assets of Debtor Big West of California Pursuant to Section 363(b) of the Bankruptcy Code** to be sent on March 16, 2010 in the manner indicated to the following:

**VIA HAND DELIVERY**
Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor
Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 North Market Street
Wilmington, DE 19801

T. Patrick Tinker, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

**VIA E-MAIL**

Adam C. Paul, Esquire
Richard J. Campbell, Esquire
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654-6636
adam.paul@kirkland.com
richard.campbell@kirkland.com

Debra Grassgreen, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street
San Francisco, CA 94111
dgrassgreen@pszjlaw.com

Greg Gordon, Esquire
Jones Day
2727 North Harwood Street
Dallas, TX 75201
gmgordon@jonesday.com

**VIA REGULAR MAIL**

Attn: General Counsel
Flying J Inc.,
1104 Country Hills Drive
Ogden, UT 84403

Attn: Peter Bennett
Deutsche Bank Securities, Inc.
60 Wall Street, 45th Floor
New York, NY 10005

Attn: General Counsel
Paramount Petroleum Corporation
C/o Alon USA Energy, Inc.
7616 LBJ Freeway, Suite300
Dallas, TX 75251

COOCH AND TAYLOR, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB#3381)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19899
(302) 984-3893 / (302) 984-3939 Fax
skaufman@coochtaylor.com

Dated: March 16, 2010