# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Flying J Inc., *et al.* | Case No. 08-13384 (MFW) |
| Debtors. | |
| | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Ira D. Kharasch, a partner in Pachulski Stang Ziehl & Jones LLP, to represent the Official Committee of Unsecured Creditors in the above-captioned cases.

Dated: March 23, 2010

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: joneill@pszjlaw.com
Counsel for the Official Committee of Unsecured Creditors

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Ira D. Kharasch (CA Bar No. 109084)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4100

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge