# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### ***Hearing Information:***

**Debtor:** Flying J Inc., et al.,
**Case Number:** 08-13384-MFW **Chapter:** 11

**Date / Time / Room:** TUESDAY, MARCH 23, 2010 11:30 AM CRT#4, 5TH FL.

**Bankruptcy Judge:** MARY F. WALRATH
**Courtroom Clerk:** LAURIE CAPP
**Reporter / ECR:** BRANDON MCCARTHY

### ***Matter:***

Omnibus
**R / M #:** 3,076 / 0

### ***Appearances:***

See attached sign-in sheet

### ***Proceedings:***

Agenda Matters:
- Items 1 through 8 - Continued
- Items 9 through 11 - Orders entered under CNOs
- Items 12 through 17 - Continued
- Item 18 - Order entered
- Item 19 - Order due under Certification of Counsel
- Item 20 - Order entered
- Items 21 and 22 - Continued