## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FLYING J INC. et al., | ) | Case No. 08-13384 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: D.I. 2974** |

### ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9024 MODIFYING PTC SALE ORDER

Upon the motion of James Graham, dated March 5, 2010 (the "Motion"), pursuant to Federal Rule of Bankruptcy Procedure 9024, for an order modifying the Court's Order approving a sale of equity interests and other assets to Pilot Travel Centers LLC, dated January 27, 2010 (the "Sale Order"); and notice of the Motion was due and proper under the circumstances; and based on the record of these chapter 11 cases; and finding that, for the reasons set forth in the Motion, the last sentence of Paragraph 14 of the Sale Order (the "Objectionable Sentence") should be vacated and modified; and finding that the relief set forth in the Objectionable Sentence should not apply to any claims pending in or related to the "Hot Fuel Litigation," as such term is defined in the Motion; after due deliberation and sufficient cause appearing therefor;

It is hereby ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Sale Order is vacated and modified solely with respect to the Objectionable Sentence so that it does not apply to and has no effect on any claims pending in or related to the "Hot Fuel Litigation" that have been asserted against the Debtors or their estates.

Dated: April 26, 2010

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

2536306.1