IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 08-13384 |
| FLYING J, INC., et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |

## OBJECTION TO CONFIRMATION OF JOINT PLAN OF REORGANIZATION

The Iowa Department of Revenue (IDR) objects to confirmation of the Debtors' Plan of Reorganization for the reasons stated below:

1. The IDR has filed a proof of claim for pre-petition fuel taxes in the amount of $6,277.95 that is entitled to priority under 11 U.S.C. § 507(a)(8)(C) and (E).

2. The Debtors filed Joint Plan of Reorganization (the Plan) on May 28, 2010.

3. The Plan does not comply with 11 U.S.C. § 1129(a)(9)(C)(iii), which requires that priority tax creditors be treated at least as favorably as general unsecured creditors. In Paragraph II(B) at page 9, the Plan says that priority tax creditors will be paid in installments with interest computed from the effective date of the Plan. In Paragraph III(B)(2) at page 13, the Plan provides that general unsecured creditors will be paid in full on the effective date with interest computed from the petition date. Thus, the treatment accorded general unsecured creditors is more favorable in two respects: (1) general unsecured creditors will receive interest from the petition date to the effective date and (2) general unsecured creditors will be paid in full on the effective date, rather than in installments.

4. In Paragraph XII(S) at page 37, the Plan requires administrative expense claimants to file a request for payment within 30 days after the effective date. The definition of

"Administrative Claims" in Paragraph I(A)(8) at page 1, contains the same requirement. Application of these provisions to tax claims is inconsistent with the Bankruptcy Code. Specifically, 11 U.S.C. § 503(b)(1)(D) states that a governmental unit cannot be required to file a request for payment in order to have an allowed administrative claim.

        THEREFORE, the IDR requests that the Court deny confirmation of the Plan.

                IOWA DEPARTMENT OF REVENUE

                By:    /s/ John Waters-Monday, June 21, 2010
                         JOHN WATERS
                         Attorney At Law
                         Iowa Department of Revenue
                         Collections Section
                         P.O. Box 10457
                         Des Moines, Iowa 50306
                         (515) 281-6427
                         Fax: (515) 281-0763

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached document was mailed to the persons listed below at the addresses indicated, stamped with the appropriate postage for ordinary mail and deposited on the 21st day of June, 2010, in a United States Post Office mail receptacle in Des Moines, Iowa.

/S/ John Waters - Monday, June 21, 2010
JOHN WATERS

Copy To:

Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
Attn: Adam Paul and Jeffrey Gettleman

Young Conaway Stargatt & Taylor. LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Attn: Edmon L. Morton and Pauline K. Morgan

Pachulski Stang Ziehl & Jones LLP
150 California Street
San Francisco, California 94111
Attn: Debra Grassgreen

Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Attn: Alan W. Pope

Brown Rudnick
City Place 185 Asylum Street
Hartford, Connecticut 06103
Attn: Howard Siegel

Ashby & Geddes
500 Delaware Avenue
8th Floor, P.O. Box 1150
Wilmington, Delaware 19899
Attn: William P. Bowden and Amanda M. Winfree
White & Case
1155 Avenue of the Americas
New York, New York 10036
Attn; Scott Greissman

Office of the U.S. Trustee for the District of Delaware
844 King Street, Suite 2207
Wilmington, Delaware 19801