UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CASE NO. 08-13384 |
| | § | |
| FLYING J, INC., et al. | § | Chapter 01 |
| | § | |
| Debtors | § | Jointly Administered |

**OBJECTION OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS TO CONFIRMATION OF DEBTORS' JOINT PLAN OF REORGANIZATION**

The Texas Comptroller of Public Accounts ("Texas Comptroller"), through the Texas Attorney General's Office, objects to the confirmation of the Debtors' Joint Plan of Reorganization (the "Plan").

1. The Plan contains language that purports to preclude rights of setoff. See Plan Article X.F.5, p. 32. Pursuant to 11 U.S.C. § 553, setoff rights survive bankruptcy and are not affected by other sections of the Bankruptcy Code, including § 1141. IRS v. Luongo (In re Luongo), 259 F.3d 323 (5th Cir. 2001); Carolco Television, Inc. v. National Broadcasting Co. (In re De Laurentis Entertainment Group, Inc.), 963 F.2d 1269, 1276-78 (9th Cir. 1992), cert. denied, 506 U.S. 918, 113 S. Ct. 330, 121 L.Ed.2d 249 (1992); Davidovich v. Welton (In re Davidovich), 901 F.2d 1533, 1537 (10th Cir. 1990); Pettibone Corp. v. United States (In re Pettibone Corp.), 151 B.R. 960, 964 (N.D. Ill. 1993); Womack v. United States (In re Womack), 188 B.R. 259 (Bankr. E.D. Ark. 1995). . The Third Circuit has emphasized the importance of raising this issue prior to confirmation in order to avoid an adverse or unintended consequence. United States of America v. Continental Airlines (In re Continental Airlines), 134 F.3d 536 (3d Cir. 1998), cert. denied, 525 U.S. 929, 119 S.Ct. 336, 142 L.Ed.2d 277 (1998). See, In re Alta+Cast, LLC, 2004 WL 484881 (Bankr. D. Del. 2004). The Plan's prohibitions against setoff do not comply with the provisions of § 553, and the Plan cannot be confirmed, pursuant to 11 U.S.C. § 1129(a)(1).

2. The Plan contains broad and expansive releases of non-debtors. The Court should not confirm a Plan requiring state and local taxing authorities to release non-debtor parties. Texas law provides third party liability in certain circumstances for "responsible persons" and other potential parties in regard to the tax liabilities of a taxpayer. See, e.g., Texas Tax Code §111.016. The release provisions in the Plans are contrary to the discharge limitations set forth in 11 U.S.C. § 524(e). In re Applewood Chair Co., 203 F.3d 914 (5th Cir., 2000); Feld v Zale Corp. (In re Zale Corp.), 62 F.3d 746 (5th Cir. 1995). Furthermore, specific federal law prohibits such provisions in the context of state tax claims. Under the Tax Injunction Act, 28 U.S. C. § 1341:

> The District Courts shall not enjoin, suspend or restrain the assessment, levy or collection of any tax under State law where a plain, speedy and efficient remedy may be had in the courts of such State.

An attempt to prevent the Texas Comptroller from pursuing a non-debtor is in violation of the Tax Injunction Act. McCrory Corp. v. Texas Comptroller of Public Accounts, 212 B.R. 229, 231 S.D.N.Y. 1997). See, also, the following cases construing the similarly worded federal statute, the Tax Anti-Injunction Act, 26 U.S.C. § 7421(a). In re: LaSalle Rolling Mills, Inc., 832 F.2d 390 (7th Cir. 1987); In re: American Bicycle Association, 895 F.2d 1277 (9th Cir. 1990); In re: Heritage Village Church and Missionary Fellowship, Inc., 851 F.2d 104 (4th Cir. 1988); A to Z Welding & Mfg. Co. v. I.R.S., 803 F.2d 932 (8th Cir. 1986). Further, the Bankruptcy Code does not confer jurisdiction to enjoin taxing authorities from pursuing third parties. United States v. Prescription Home Health Care, Inc. (In re Prescription Home Health Care, Inc.), 316 F.3d 542 (5th Cir. 2002).

WHEREFORE, the Texas Comptroller respectfully requests that the Court deny confirmation and provide such other and further relief to which the Comptroller may be entitled.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID MORALES
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Jay W. Hurst*
JAY W. HURST
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4861
jay.hurst@oag.state.tx.us

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

I certify that on June 23, 2010, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Flying J Inc.
1104 Country Hills Drive
Ogden, UT 84403

By Electronic Means as listed on the Court's ECF Noticing System:

Peter M Acton, Jr. pacton@mwe.com, kjose@mwe.com
William R. Adams wadams@dmclaw.com
David G. Aelvoet davida@publicans.com
Justin R. Alberto jalberto@bayardlaw.com,
bankserve@bayardlaw.com,unorman@bayardlaw.com,tmatthews@bayardlaw.com

Elihu Ezekiel Allinson, III ZAllinson@SHA-LLC.com,
ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
Mary E. Augustine maugustine@bglawde.com
Mary E. Augustine maugustine@bglawde.com
Matthew P. Austria maustria@werbsullivan.com
Allison R Axenrod allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com
Cynthia Moh Baldwin cbaldwin@eapdlaw.com
John T Banks jbanks@pbfcm.com
Ryan M. Bartley bankfilings@ycst.com
David M. Bass dbass@coleschotz.com
Lawrence Bass lbass@faegre.com, kris.lundstrom@hro.com
Ronald S. Beacher rbeacher@daypitney.com
Lawrence E. Behning larry.behning@klgates.com
Don A. Beskrone dbeskrone@ashby-geddes.com
Ian Connor Bifferato cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com
Karen C Bifferato kbifferato@cblh.com
Danielle S. Blount dblount@foxrothschild.com, dkemp@foxrothschild.com
William Pierce Bowden wbowden@ashby-geddes.com
Donald J. Bowman bankfilings@ycst.com
Jerri Sue Bradley jbradley@co.kern.ca.us,
ngeorges@co.kern.ca.us;ysalazar@co.kern.ca.us
Amy D. Brown abrown@margolisedelstein.com, jhuggett@margolisedelstein.com
Charles J. Brown cbrown@archerlaw.com, dabernathy@archerlaw.com
Stuart M. Brown sbrown@eapdlaw.com, DEbankruptcy@eapdlaw.com
Noel C. Burnham nburnham@burnhamlawassociates.com
Michael G Busenkell mbusenkell@wcsr.com, hsasso@wcsr.com;pgroff@wcsr.com
Daniel B. Butz dbutz@mnat.com, aconway@mnat.com;rfusco@mnat.com
Mary Caloway mary.caloway@bipc.com
James C. Carignan carignaj@pepperlaw.com,
wlbank@pepperlaw.com,lanoc@pepperlaw.com
James S. Carr KDWBankruptcyDepartment@kelleydrye.com
Daniel J. Carragher djcarragher@daypitney.com
Marc Stephen Casarino casarinom@whiteandwilliams.com,
debankruptcy@whiteandwilliams.com
Ashely M. Chan achan@hangley.com
William E. Chipman chipman@lrclaw.com,
dero@lrclaw.com,adams@lrclaw.com,rogers@lrclaw.com,panchak@lrclaw.com;dellose@lrclaw.com
Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com
Legrand L. Clark, III legrand.clark@atg.in.gov, james.green@atg.in.gov
Elaine Z. Cole elaine_cole@tax.state.ny.us
Kevin G. Collins kcollins@bifferato.com
Bernard George Conaway bconaway@camlev.com, bconaway@camlev.com

Kelly M. Conlan kconlan@cblh.com
Rebecca Hopper Cozart rcozart@bbcjustice.com, ccohen@bbcjustice.com
Richard J. Cromer rcromer@leechtishman.com, bankruptcy@leechtishman.com
Julius O. Curling curlingj@michigan.gov
Teresa K.D. Currier tcurrier@saul.com, tercurrier@aol.com
Tobey M. Daluz daluzt@ballardspahr.com
John D. Demmy jdd@stevenslee.com
Bradford E. Dempsey bdempsey@faegre.com, cwilds@faegre.com
Christine E. Devine cedevine@modl.com, bankrupt@modl.com
John P. Dillman houston_bankruptcy@publicans.com
Carl Dore, Jr. carldore@doreassociates.com, wendy@doreassociates.com
Thomas F. Driscoll tdriscoll@bifferato.com
Justin K. Edelson jedelson@polsinelli.com, LSuprum@Polsinelli.com
Sally E. Edison sedison@mcguirewoods.com, tcollins@mcguirewoods.com
Michael E. Emrich notice@regencap.com
William W. Erhart erhart@erhartlaw.com
Brett Fallon bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
Bonnie Glantz Fatell fatell@blankrome.com, senese@blankrome.com;moody@blankrome.com
Charles J. Filardi, Jr. charles@filardi-law.com, abothwell@filardi-law.com
David L. Finger dfinger@delawgroup.com
Roger A. Formanek roger_formanek@dot.ca.gov, brenda_mccutcheon@dot.ca.gov
Heather Marie Fossen Forrest hforrest@jw.com
David M. Fournier fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
Thomas Joseph Francella tfrancella@wtplaw.com, sroberts@wtplaw.com;choshall@wtplaw.com
Joseph D. Frank jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com;rheiligman@fgllp.com
Elizabeth C. Freeman efreeman@porterhedges.com
Leon Friedberg lfriedberg@cpmlaw.com, rswoager@cpmlaw.com
Susan R. Fuertes bnkatty@aldine.k12.tx.us
Yonatan Gelblum yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov
John H. Ginsberg ginsberg.john@pbgc.gov, efile@pbgc.gov
Robert Dale Ginter dginter@downeybrand.com
Matthew A. Gold courts@argopartners.net
Martin B Greenbaum pcadigan@collectionlaw.com
Joseph Grey jgrey@crosslaw.com
Robert A. Guy bguy@fbtlaw.com, mkroplin@fbtlaw.com
Kurt F. Gwynne kgwynne@reedsmith.com, llankford@reedsmith.com
Robert R. Hall Robert.hall@azag.gov
Clinton P Hansen chansen@fagelhaber.com

Katherine M. Haque-Hausrath khaquehausrath@mt.gov
Jason W. Harbour jharbour@hunton.com
Christina Marie Harper christina.harper@azag.gov
William A. Hazeltine Bankruptcy001@sha-llc.com
Reed A. Heiligman rheiligman@fgllp.com, ccarpenter@fgllp.com
Gregory G. Hesse ghesse@hunton.com, jmoore@hunton.com
Luke Phillip Hodgin luke.hodgin@atg.in.gov, james.green@atg.in.gov
Daniel K. Hogan dkhogan@dkhogan.com, keharvey@dkhogan.com
Jennifer R. Hoover jhoover@beneschlaw.com, ehein@beneschlaw.com;rlemisch@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com
James E. Huggett jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
Joseph H. Huston jhh@stevenslee.com
Henry Jon Jaffe jaffeh@pepperlaw.com
Ericka Fredricks Johnson erjohnson@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com
Laura Davis Jones ljones@pszjlaw.com, efile1@pszyjw.com
Nathan Jones nate@usdrllc.com
Michael Joseph Joyce mjoyce@crosslaw.com
Ivan Lerer Kallick ikallick@manatt.com
Lee E. Kaufman kaufman@rlf.com, rbgroup@rlf.com
Susan E. Kaufman skaufman@coochtaylor.com
Carmella P. Keener ckeener@rmgglaw.com
Joan Kehlhof jkehlhof@whkllp.com, wistholland@whkllp.com
Brya M. Keilson delawarebankruptcy@eckertseamans.com, bkeilson@eckertseamans.com
William M. Kelleher wkelleher@gfmlaw.com
Robert F. Kidd rkidd@srcm-law.com
Lawrence Joel Kotler ljkotler@duanemorris.com
Laurie A. Krepto lkrepto@mmwr.com, jperri@mmwr.com;rweiss@mmwr.com
Marcy E. Kurtz marcy.kurtz@bgllp.com, gale.gattis@bgllp.com
Adam G. Landis landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
Francis J. Lawall lawallf@pepperlaw.com, kistlerb@pepperlaw.com
Robin J. Leigh rleigh@law.ga.gov
Raymond Howard Lemisch rlemisch@beneschlaw.com, jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
Scott J. Leonhardt sleonhardt@mrs-law.com
Malcolm C. Lindquist lindquistm@lanepowell.com, stephensont@lanepowell.com
Gaston Plantiff Loomis gloomis@eckertseamans.com, delawarebankruptcy@eckertseamans.com
Thomas G. Macauley bankr@zuckerman.com

Jason M. Madron madron@rlf.com, rbgroup@rlf.com
Kevin J Mangan kmangan@wcsr.com, hsasso@wcsr.com
John D. Mashburn jmashburn@attysatlaw.com
J. Thomas Mason mason@barrowgrimm.com, dcampbell@barrowgrimm.com
Katharine L. Mayer kmayer@mccarter.com
Laura L. McCloud agbankdelaware@ag.tn.gov
Bruce W. McCullough bmccullough@bodellbove.com
Patricia P. McGonigle pmcgonigle@svglaw.com, dclack@svglaw.com
Matthew B. McGuire mcguire@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Michael G. Menkowitz mmenkowitz@frof.com
Rachel B. Mersky rmersky@monlaw.com
James Halstead Millar james.millar@wilmerhale.com
Kathleen M. Miller kmiller@skfdelaware.com, dlm@skfdelaware.com
Stephen M. Miller smiller@morrisjames.com, wweller@morrisjames.com
Robert K. Minkoff rminkoff@jefferies.com, mrichards@jefferies.com
Mark Minuti mminuti@saul.com, rwarren@saul.com
Chris Momjian crmomjian@attorneygeneral.gov
Francis A. Monaco Jr. fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com
Norman M. Monhait nmonhait@rmgglaw.com
Sheryl L. Moreau deecf@dor.mo.gov
Pauline K. Morgan bankfilings@ycst.com
Edmon L. Morton bankfilings@ycst.com
Adam Scott Moskowitz asmcapital@aol.com
Zachary Mosner washbcu@atg.wa.gov
Lucian Borders Murley , lmurley@saul.com;rwarren@saul.com;saulbankruptcy@saul.com
Kathleen A. Murphy kmurphy@reedsmith.com
Carl D. Neff cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com;gpatel@ciardilaw.com
Seth A. Niederman sniederman@foxrothschild.com, dkemp@foxrothschild.com
Daniel A. O'Brien dobrien@bayardlaw.com;bankserve@bayardlaw.com, tmatthews@bayardlaw.com
James E. O'Neill jo'neill@pszjlaw.com, efile1@pszyj.com
Jerry C Oldshue oldshue@rcslaw.com
Jonathan L. Parshall jonp@msllaw.com
Marc J. Phillips mphillips@cblh.com
Christopher J Piasecki cpiasecki@davidsonmeaux.com
Clyde A. Pine, Jr. pine@mgmsg.com
Richard G. Placey rplacey@mmwr.com, plorenz@mmwr.com;bfabik@mmwr.com
Patricia Williams Prewitt pwp@pattiprewittlaw.com
David P. Primack david.primack@dbr.com, amy.kinslow@dbr.com
Robert S. Prince rprince@kmclaw.com

Eric T. Ray eray@balch.com
Michael Reed decourts@mvbalaw.com
Patrick J. Reilley preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com;kstahl@coleschotz.com
Steven J. Reisman sreisman@curtis.com, arusso@curtis.com;mchiu@curtis.com;jdrew@curtis.com;athau@curtis.com;kparker@curtis.com;ceilbott@curtis.com;cmanthei@curtis.com;tbarnes@curtis.com;vhodeau@curtis.com;lsheikh@curtis.com;njames@curtis.com;mgallagher@curtis.com
Jeremy L. Retherford jretherford@balch.com
Richard J. Reynolds rreynolds@trlawyers.com, glatimer@trlawyers.com
Richard W. Riley rwriley@duanemorris.com
Todd C. Ringstad becky@ringstadlaw.com, becky@ringstadlaw.com
Stephen Anthony Roberts stephen.roberts@strasburger.com, angela.dunn@strasburger.com;donna.krupa@strasburger.com;kathy.garber@strasburger.com;bkrtcynotices@strasburger.com;strasburger@igotnotices.com
Frederick Brian Rosner frosner@mrs-law.com, frosner@mrs-law.com
Diane W. Sanders austin.bankruptcy@publicans.com
Michael Schein mschein@vedderprice.com, ecfnydocket@vedderprice.com
John C. Scherbarth scherbathj@michigan.gov
Jeffrey M. Schlerf jschlerf@foxrothschild.com
Michael C Seamands mseamands@lashlybaer.com, kvoss@lashlybaer.com
Gary F. Seitz gseitz@rawle.com, DE11@ecfcbis.com
Jeffrey L. Shields jlshields@cnmlaw.com, njpotter@cnmlaw.com
Michelle E. Shriro mshriro@singerlevick.com, croote@singerlevick.com,ckirkland@singerlevick.com
Laurie Selber Silverstein bankruptcy@potteranderson.com
Christopher Page Simon csimon@crosslaw.com
James E. Sorenson jsorenson@wggdlaw.com, bk@wggdlaw.com
Brian A. Sullivan bsullivan@werbsullivan.com, abrown@werbsullivan.com
Karen V. Sullivan karen.sullivan@dbr.com
William David Sullivan bsullivan@sha-llc.com, ECF@williamdsullivanllc.com;kdavis@sha-llc.com;hcoleman@sha-llc.com
Michelle Therese Sutter msutter@ag.state.oh.us
Peter M Sweeney psweeney@gfmlaw.com
Theodore J. Tacconelli ttacconelli@ferryjoseph.com
William F. Taylor bankruptcydel@mccarter.com
Thomas Patrick Tinker thomas.p.tinker@usdoj.gov
Andrew R. Turner aturner@cwlaw.com, rlove@cwlaw.com;jtaylor@cwlaw.com;thaynie@cwlaw.com;cdcopeland@cwlaw.com;ttrump@cwlaw.com;dmessner@cwlaw.com
Karen Lee Turner delawarebankruptcy@eckertseamans.com
United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV

Christopher A. Ward cward@polsinelli.com, LSuprum@Polsinelli.com
Matthew P. Ward maward@wcsr.com, pgroff@wcsr.com
John Edward Waters idrbankruptcy@iowa.gov
Helen Elizabeth Weller dallas.bankruptcy@publicans.com
Duane David Werb maustria@werbsullivan.com;riorii@werbsullivan.com
Gregory W. Werkheiser gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com
Michael G. Wilson mgwilson@cmsenergy.com, bankruptcyfilings@cmsenergy.com
Amanda Marie Winfree awinfree@ashby-geddes.com
Jeffrey C. Wisler jwisler@cblh.com
Samuel C. Wisotzkey swisotzkey@kmksc.com, kmksc@kmksc.com
Risa Lynn Wolf-Smith rwolf@hollandhart.com, dcochran@hollandhart.com
Etta Ren Wolfe ewolfe@potteranderson.com, bankruptcy@potteranderson.com
Karon Y. Wright karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
Eugene K. Yamamoto GeneY63@aol.com, GeneY3@aol.com
Michael W. Yurkewicz myurkewicz@klehr.com
Joshua E. Zugerman zugermanj@ballardspahr.com

*/s/ Jay Hurst*
JAY HURST