IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FLYING J INC., et al.,[1] | ) Case No. 08-13384 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**DEBTORS' REPORT OF ASSET SALES
FROM APRIL 1, 2010 THROUGH JUNE 30, 2010 IN ACCORDANCE WITH THE
AMENDED ORDER APPROVING PROCEDURES FOR THE SALE, TRANSFER OR
ABANDONMENT OF DE MINIMIS ASSETS**

PLEASE TAKE NOTICE that pursuant to the *Amended Order Approving Procedures for the Sale, Transfer or Abandonment of De Minimis Assets* dated February 19, 2009 [Docket No. 551] (the "De Minimis Asset Sale Order"), the Debtors hereby file this notice regarding certain de minimis asset sales (the "Sales") made by the Debtors for the period of April 1, 2010 through June 30, 2010 (the "Sale Period"), outside of the ordinary course of business for consideration of less than or equal to $5,000,000, in any individual transaction or in the aggregate for a related series of transactions. Pursuant to the De Minimis Asset Sale Order, the chart of all such Sales made during the Sale Period is attached hereto as **Exhibit A**, which, for each sale, includes the name of the purchaser, a description of the property and the aggregate amount of the Sale.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Flying J Inc. (3458); Big West of California, LLC (1608); Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226); and Longhorn Pipeline Inc. (0654). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

PLEASE TAKE FURTHER NOTICE that **Exhibit A** to this Report does not list any Sales made during the Sale Period that have previously been the subject of filings with the Court, other than notices of de minimis asset sales.

| | |
|---|---|
| Dated: June 30, 2010<br>Wilmington, Delaware | **YOUNG CONAWAY<br>STARGATT & TAYLOR, LLP**<br><br>/s/ Donald J. Bowman, Jr.<br>Pauline K. Morgan (Bar No. 3650)<br>Edmon L. Morton (Bar No. 3865)<br>Donald J. Bowman, Jr. (Bar No. 4383)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: 302-571-6637<br>Facsimile: 302-576-3320<br><br>- and -<br><br>**KIRKLAND & ELLIS LLP**<br>David L. Eaton (admitted *pro hac vice*)<br>Adam C. Paul (admitted *pro hac vice*)<br>Jeffrey W. Gettleman (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: 312-862-2000<br>Facsimile: 312-862-2200<br><br>Counsel for the Debtors and Debtors in Possession |

# EXHIBIT A

## DE MINIMIS ASSET SALES FROM APRIL 1, 2010 THROUGH JUNE 30, 2010

| Name of Purchaser | Description of Property | Aggregate Amount of Sale |
|---|---|---|
| Cobble Creek Farm, LLC | 5.33 acres of land located in Farmington, Utah | $135,064.24 |
| John Lavender and Mitchell Hill | 9.75 acres of land located in Brunswick, Georgia | $644,623.99 |