IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 08-13384 |
| FLYING J, INC., et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION
## OF JOINT PLAN OF REORGANIZATION

The Iowa Department of Revenue (IDR) states as follows for its Withdrawal of Objection to Joint Plan of Reorganization:

1. The Debtors filed Joint Plan of Reorganization (the Plan) on May 28, 2010.

2. The IDR filed its Objection to Confirmation of Joint Plan of Reorganization (Document No. 3490) on June 21, 2010.

3. The Debtors have agreed to include certain language in the confirmation order and amend the Plan.

4. The proposed changes resolve the IDR's Objection.

THEREFORE, the IDR withdraws its Objection.

IOWA DEPARTMENT OF REVENUE

By: /S/ John Waters – Thursday, July 1, 2010
JOHN WATERS
Attorney At Law
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306
(515) 281-6427
Fax: (515) 281-0763

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 1, 2010, the attached document was filed electronically and served on parties who receive electronic notices in this case.

/S/ John Waters – Thursday, July 1, 2010
JOHN WATERS
