## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FLYING J INC., et al.,[1] | ) Case No. 08-13384 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

## NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 6, 2010 AT 2:00 P.M. (ET)

### ADJOURNED/RESOLVED/WITHDRAWN MATTERS

1.      Motion of the United States for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 1561, 7/23/09]

  Objection Deadline:   August 17, 2009 at 4:00 p.m., extended for the Debtors to October 20, 2009 at 4:00 p.m. (ET)

  Related Documents:

> a)     Stipulation Narrowing the Scope of Argument [DI. 2384, 12/17/09]

> b)     Memorandum Opinion [D.I. 2451, 12/28/09]

> c)     Order [D.I. 2452, 12/28/09]

  Objections Filed:

> d)     Objection of the Debtors [D.I. 2128, 10/20/09]

  Status: By agreement between the parties, this matter is adjourned to July 26, 2010 at 10:30 a.m. (ET).

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Flying J Inc. (3458); Big West of California, LLC (1608); Big West Oil, LLC (6982); Big West Transportation, LLC (6984); Longhorn Partners Pipeline, L.P. (0554); Longhorn Pipeline Holdings, LLC (0226); and Longhorn Pipeline Inc. (0654).  The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1104 Country Hills Drive, Ogden, UT 84403.

[2]   **Amendments appear in bold.**

2.	Debtors' Sixth Omnibus Objection to Certain Claims Requiring Adjustment (Substantive) [D.I. 2146, 10/23/09]

Response Deadline:	November 16, 2009 at 4:00 p.m. (ET)

Related Documents:

a)	Declaration of John Boken in Support of Debtors' Sixth Omnibus Objection to Certain Claims Requiring Adjustment (Substantive) [D.I. 2147, 10/23/09]

b)	Amended Declaration of John Boken in Support of Debtors' Sixth Omnibus Objection to Certain Claims Requiring Adjustment (Substantive) [D.I. 2360, 12/15/09]

c)	Agreed Order Resolving Response of Plains Marketing, L.P. to Debtors' Sixth Omnibus Claims Objection (Substantive) [D.I. 2674, 2/1/10]

d)	Agreed Order Resolving Informal Response of Solutions-II, Inc. to Debtors' Sixth Omnibus Claims Objection (Substantive) [D.I. 2675, 2/1/10]

e)	Amended Declaration of John Boken in Support of Debtors' Sixth Omnibus Objection to Certain Claims to be Adjusted (Substantive) [D.I. 2995, 3/9/10]

f)	Order Adjusting Certain Claims as Set Forth in the Debtors' Sixth Omnibus Objection to Certain Claims to be Adjusted (Substantive) [D.I. 3143, 3/31/10]

g)	Revised Order Adjusting Certain Claims as Set Forth in the Debtors' Sixth Omnibus Objection to Certain Claims to be Adjusted (Substantive) [D.I. 3260, 4/27/10]

Responses Filed:	See Exhibit A, attached.

Status: The Debtors are continuing to review certain claims included in the Objection but excluded from the Amended Declaration. Orders have been entered partially sustaining the Objection. The responses of Chevron Pipeline Company, Chevron Products Company and Northwest Teminalling Co are resolved pending documentation. The remainder of the matter is adjourned to July 26, 2010 at 10:30 a.m. (ET).

3.      Debtors' Tenth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims Requiring Reclassification and (C) No Liability Claims (Substantive) [D.I. 2436, 12/23/09]

Response Deadline:    January 15, 2010 at 4:00 p.m. (ET).

Related Document:

    a)    Declaration of John Boken in Support of Debtors' Tenth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims Requiring Reclassification and (C) No Liability Claims (Substantive) [D.I. 2437, 12/23/09]

    b)    Agreed Order Resolving Response of Murex N.A., Ltd. to Debtors' Ninth and Tenth Omnibus Claims Objection [D.I. 2676, 2/1/10]

    c)    Amended Declaration of John Boken in Support of Debtors' Tenth Omnibus Objection to Certain (A) Claims to be Adjusted, (B) Claims to be Reclassified and (C) No Liability Claims (Substantive) [D.I. 2997, 3/9/10]

    d)    Order Adjusting, Reclassifying or Disallowing Certain Claims as Set Forth in the Debtors' Tenth Omnibus Claims Objection (Substantive) [D.I. 3145, 3/31/10]

    e)    Revised Order Adjusting, Reclassifying or Disallowing Certain Claims Set Forth in the Debtors' Tenth Omnibus Claims Objection (Substantive) [D.I. 3261, 4/27/10]

Responses Filed:    See Exhibit C, attached.

Status: Orders have been entered sustaining the Objection except for the response of Constellation Newenegry, Inc. which has been resolved pending documentation. This matter will be adjourned to July 26, 2010 at 10:30 a.m. (ET).

4.      Motion of the Debtors for Entry of an Order Approving (A) Debtors' Notice of Contribution and Notice Procedures, (B) Debtors' Assumption and Cure Procedures, (C) Sale of Substantially All the Retail Assets of Flying J Inc., (D) Debtors' Entry into a Contribution Agreement and All Ancillary Documents Relating to the Contribution, (E) Debtors' Entry into the ConocoPhillips Agreement and (F) Transfer of Substantially All the Retail Assets of Flying J Inc. as Contemplated by the Contribution Agreement Free and Clear of All Liens, Claims, Interests, Liabilities, and Encumbrances [D.I. 2473, 12/30/09]

Related Documents:

    a)    Declaration of Paul P. Huffard in Support of the Motion [D.I. 2596, 1/22/10]

b)   Declaration of Crystal C. Maggelet in Support of the Motion [D.I. 2597, 1/22/10]

c)   Statement of the Official Committee of Unsecured Creditors in Support of the Motion [D.I. 2599, 1/22/10]

d)   Declaration of Mitchell D. Steenrod in Support of the Motion [D.I. 2608, 1/25/10]

e)   Notice of Filing of Revised Assumption Schedule [D.I. 2623, 1/26/10]

f)   Order (I) Authorizing Sale of Target Holdings Free and Clear of Liens, Claims, Encumbrances and Other Interests, (II) Approving Assumption and Assignments of Certain Agreement, (III) Approving Contribution Agreement and Transactions Contemplated Therein, (IV) Approving the ConocoPhillips Agreement, and (V) Granting Related Relief [D.I. 2637, 1/27/10]

g)   Notice of Filing of Revised Assumption Schedule with Respect to the Motion of the Debtors for Entry of an Order Approving (A) Debtors' Notice of Contribution and Notice Procedures, (B) Debtors' Assumption and Cure Procedures, (C) Sale of Substantially All the Retail Assets of Flying J Inc., (D) Debtors' Entry into a Contribution Agreement and All Ancillary Documents Relating to the Contribution, (E) Debtors' Entry into the ConocoPhillips Agreement, and (F) Transfer of Substantially All the Retail Assets of Flying J Inc. as Contemplated by the Contribution Agreement Free and Clear of All Liens, Claims, Interests, Liabilities, and Encumbrances [D.I. 2803, 2/16/10]

h)   Notice of Filing of Final Assumption Schedule with Respect to the Motion of the Debtors for Entry of an Order Approving (A) Debtors' Notice of Contribution and Notice Procedures, (B) Debtors' Assumption and Cure Procedures, (C) Sale of Substantially All the Retail Assets of Flying J Inc., (D) Debtors' Entry into a Contribution Agreement and All Ancillary Documents Relating to the Contribution, (E) Debtors' Entry into the ConocoPhillips Agreement, and (F) Transfer of Substantially All the Retail Assets of Flying J Inc. as Contemplated by the Contribution Agreement Free and Clear of All Liens, Claims, Interests, Liabilities, and Encumbrances [D.I. 3545, 6/25/10]

i)      Notice of Filing of Amended Final Assumption Schedule with Respect to the Motion of the Debtors for Entry of an Order Approving (A) Debtors' Notice of Contribution and Notice Procedures, (B) Debtors' Assumption and Cure Procedures, (C) Sale of Substantially All the Retail Assets of Flying J Inc., (D) Debtors' Entry into a Contribution Agreement and All Ancillary Documents Relating to the Contribution, (E) Debtors' Entry into the ConocoPhillips Agreement, and (F) Transfer of Substantially All the Retail Assets of Flying J Inc. as Contemplated by the Contribution Agreement Free and Clear of All Liens, Claims, Interests, Liabilities, and Encumbrances [D.I. 3562, 6/28/10]

j)      Notice of (I) Debtors' Amendments to Assumption Schedule and (II) Filing of Blackline of Final Assumption Schedule [D.I. 3563, 6/28/10]

Objection Deadline:    January 19, 2010 at 4:00 p.m., extended for Mettler-Toledo, Inc., Bottling Group LLC d/b/a The Pepsi Bottling Group, and Chevron Pipeline Company to January 20, 2010 at 4:00 p.m.; extended for Ecolab to January 21, 2010 at 4:00 p.m.. extended for GE Commercial Finance Business Property Corporation to January 22, 2010 at 12:00 p.m.

Objections Filed:

k)      Limited Objection of Bottling Group LLC d/b/a The Pepsi Bottling Group to Assumption of Certain Agreement with the Debtors [D.I. 2549, 1/18/10]

l)      Limited Objection of Zurich American Insurance Company, its Subsidiaries and Affiliates [D.I. 2559, 1/19/10]

m)      Joint Limited Objection of Ecolab Inc. and its Wholly Owned Subsidiary GCS Service, Inc. [D.I. 2593, 1/22/10]

n)      Oracle USA, Inc.'s Opposition and Rights Reservation [D.I. 2618, 1/25/10]

Status: An order was entered on January 27, 2010 approving the Motion.  The Debtors have reached a consensual resolution with respect to the outstanding objections and will submit an order under certification of counsel.  This matter is adjourned to July 26, 2010 at 10:30 a.m.

YCST01:9767614.2                                                                    067990.1001

5.   Motion of Federal Insurance Company for Relief from Stay Under Section 362 of the Bankruptcy Code  [D.I. 2522, 1/13/10]

Objection Deadline:   January 19, 2010 at 4:00 p.m., extended for the Debtors to May 18, 2010 at 4:00 p.m. (ET).

Objections Filed:      None

Status: This matter is adjourned to July 26, 2010 at 10:30 a.m. (ET).

6.   Debtors' Twelfth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims to be Reclassified and (C) No Liability Claims (Substantive) [D.I. 2603, 1/22/10]

Response Deadline:   February 15, 2010 at 4:00 p.m. (ET).

Related Documents:

   a)   Declaration of John Boken [D.I. 2604, 1/22/10]

   b)   Order Resolving Certain Objections to Claims as Set Forth in the Debtors' Twelfth Omnibus Claims Objection (Substantive) [D.I. 2895, 2/23/10]

   c)   Amended Declaration of John Boken in Support of Debtors' Twelfth Omnibus Objection to Certain (A) Claims to be Adjusted, (B) Claims to be Reclassified and (C) No Liability Claims (Substantive) [D.I. 2998, 3/9/10]

   d)   Order Adjusting, Reclassifying or Disallowing Certain Claims Set Forth in the Debtors' Twelfth Omnibus Claims Objection (Substantive) [D.I. 3144, 3/31/10]

   e)   Revised Order Adjusting, Reclassifying or Disallowing Certain Claims Set Forth in the Debtors' Twelfth Omnibus Claims Objection (Substantive) [D.I. 3262, 4/27/10]

Responses Filed:      See Exhibit D, attached.

Status: The Debtors are continuing to review certain claims included in the Objection but excluded from the Amended Declaration.  Orders have been entered partially sustaining the Objection.  The remainder of this matter is adjourned to July 26, 2010 at 10:30 a.m. (ET).

7.      Debtors' Motion to Approve Bid Procedures, Break-Up Fee and Sale of Substantially All Assets of Debtor Big West of California, LLC Pursuant to Section 363(b) of the Bankruptcy Code [D.I. 2694, 2/2/10] - Sale Hearing

Objection Deadline:    March 16, 2010 at 4:00 p.m. (ET)

Related Documents:

    a)      Declaration of John Boken in Support of the Motions Scheduled to be Heard Before the Court on February 23, 2010 [D.I. 2821, 2/18/10]

    b)      Amended Order (A) Approving Bidding Procedures and Bid Protections and (B) Approving the Form and Manner of Notices Thereof [D.I. 2901, 2/26/10]

    c)      Notice of (A) Bid Deadline, Auction and Sale Hearing in Connection with the Sale of Substantially all of the Assets of Big West California, LLC and (B) the Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases in Connection with the Proposed Sale [D.I. 2936, 3/1/10]

    d)      Notice of Filing of Exhibits and Schedules to Asset Purchase Agreement by and Between Big West of California, LLC, Paramount Petroleum Corporation and Alon USA Energy, Inc. [D.I. 2979, 3/8/10]

    e)      Reply of the Debtors to the Objection of the United Steelworkers to the Debtors' Motion for Entry of an Order Approving Bidding Procedures, Break-Up Fee and Sale of Substantially All Assets of Big West of California, LLC [D.I. 3053, 3/18/10]

    f)      Order (A)Authorizing the Sale of Substantially All of the Assets of Big West of California, LLC, Free and Clear of all Liens, Claims, Encumbrances and Interests Except for Certain Assumed Liabilities; (B)Authorizing and Approving the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C)Granting Related Relief [D.I. 3100, 3/24/10]

    f)      Notice of Filing Amended Cure Schedule of Contracts Assigned Pursuant to Agreement to Sell Substantially All the Assets of Big West California, LLC [D.I. 3353, 5/20/10]

Objections Filed:

    g)      Oracle America, Inc.'s Rights Reservation to Debtors' Motion to Approve Bidding Procedures, Break-Up Fee and Sale of Substantially All Assets of Big West of California, LLC [D.I. 3024, 3/16/10]

Status: With respect to the response of Oracle America, Inc., this matter will be adjourned to July 26, 2010 at 10:30 a.m. (ET)

8.  Debtors' Fourteenth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims to be Reclassified and (C) No Liability Claims (Substantive) [D.I. 2827, 2/19/10]

Response Deadline:  March 15, 2010 at 4:00 p.m. (ET)

Related Documents:

> a)  Declaration of John Boken [D.I. 2828, 2/19/10]
>
> b)  Reply of the Debtors to the Response of Juan J. Guerra to Debtors' Fourteenth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims to be Reclassified and (C) No Liability Claims (Substantive) [D.I. 3050, 3/18/10]
>
> c)  Declaration of John Boken in Support of the Reply of the Debtors to the Response of Juan J. Guerra to the Debtors' Fourteenth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims to be Reclassified and (C) No Liability Claims [D.I. 3222, 4/21/10]
>
> d)  Order Adjusting, Reclassifying or Disallowing Certain Claims as Set Forth in the Debtors' Fourteenth Omnibus Claims Objection (Substantive) [D.I. 3269, 4/26/10]

Responses Filed:  See Exhibit E, attached.

Status: An Order has been entered which partially sustains the Objection.  By agreement of the parties, this matter is adjourned with respect to the response of Din/Cal to July 26, 2010 at 10:30 a.m. (ET).  By agreement of the parties, this matter is adjourned with respect to the response of Juan J. Guerra until a date to be determined.

9.  Debtors' Sixteenth Omnibus Objection to Certain (A) Claims Requiring Adjustment and (B) No Liability Claims (Substantive) [D.I. 3112, 3/26/10]

Response Deadline:  April 19, 2010 at 4:00 p.m.

Related Documents:

> a)  Declaration of John Boken [D.I. 3113, 3/26/10]

Responses Filed:  See Exhibit F, attached

Status: An Order has been entered partially sustaining the Objection. This matter is adjourned to July 26, 2010 at 10:30 a.m. (ET) with respect to the response of the United Steel Workers.

10. Motion of Ada Jackson for Relief from the Automatic Stay Under Bankruptcy Code Section 362 [D.I. 3240, 4/23/10]

Objection Deadline: May 18, 2010 at 4:00 p.m. (ET)

Objections Filed: None

Status: This matter is adjourned to July 26, 2010 at 10:30 a.m. (ET).

11. Debtors' Eighteenth Omnibus Objection to Certain (A) Claims Requiring Adjustment and (B) No Liability Claims (Substantive) [D.I. 3253, 4/23/10]

Response Deadline: May 18, 2010 at 4:00 p.m. (ET)

Related Documents:

    a) Declaration of John Boken in Support of the Debtors' Eighteenth Omnibus Objection to Certain Amended and Superseded Claims [D.I. 3254, 4/23/10]

    b) Order Adjusting or Disallowing Certain Claims as Set Forth in the Debtors' Eighteenth Omnibus Claims Objection (Substantive) [D.I. 3378, 5/25/10]

Responses Filed:

    c) Informal Response of Petroleum Traders Corporation

Status: An Order has been entered partially sustaining the Objection. Item (c) is resolved pending documentation. The matter is adjourned to July 26, 2010 at 10:30 a.m. (ET).

12. Angel Hernandez's Motion for Relief from Stay [D.I. 3275, 4/28/10]

Objection Deadline: May 18, 2010 at 4:00 p.m. (ET)

Objections Filed: None

Status: This matter is adjourned to July 26, 2010 at 10:30 a.m. (ET).

                    

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

13.     Motion of the Debtors for an Order Approving Entry into Litigation Settlement with Comdata [D.I. 3455, 6/14/10]

Objection Deadline:   June 28, 2010 at 4:00 p.m. (ET)

Objections Filed:     None

Related Documents:

      a)     Certificate of No Objection [D.I. 3580, 7/1/10]

      b)     Proposed Order

Status: A Certificate of No Objection has been filed.  No hearing is required.

14.     Motion of the Debtors for Entry of an Order Approving the Stipulation with Plains Marketing, L.P., Plains Pipeline, L.P., Pacific Pipeline LLC, Rocky Mountain Pipeline System LLC and Plains West Coast Terminals [D.I. 3463, 6/15/10]

Objection Deadline:   June 28, 2010 at 4:00 p.m. (ET)

Objections Filed:     None

Related Documents:

      a)     Certificate of No Objection [D.I. 3581, 7/1/10]

      b)     Proposed Order

Status: A Certificate of No Objection has been filed.  No hearing is required.

15.     Motion of the Debtors for Entry of an Order Dismissing the Chapter 11 Cases of Longhorn Pipeline Inc. and Longhorn Pipeline Holdings LLC [D.I. 3464, 6/15/10]

Objection Deadline:   June 28, 2010 at 4:00 p.m. (ET)

Objections Filed:     None

Related Documents:

      a)     Certificate of No Objection [D.I. 3582, 7/1/10]

      b)     Proposed Order

Status: A Certificate of No Objection has been filed.  No hearing is required.

YCST01:9767614.2                                                          067990.1001

**UNCONTESTED MATTERS GOING FORWARD**

16.     Interim Fee Requests

        Related Documents:   See Schedule 1, attached

        Objections Filed:       None

        Status: This matter will be going forward.

17.     Debtors' Eighth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims Requiring Reclassification and (C) No Liability Claims (Substantive) [D.I. 2262, 11/20/09]

        Response Deadline:    December 15, 2009 at 4:00 p.m. (ET)

        Related Documents:

        a)      Declaration of John Boken in Support of Debtors' Eighth Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims Requiring Reclassification and (C) No Liability Claims (Substantive) [D.I. 2387, 12/18/09]

        b)      Notice of Amended Form of Order with Respect to the Debtors' Omnibus Objection to Certain (A) Claims Requiring Adjustment, (B) Claims Requiring Reclassification and (C) No Liability Claims (Substantive) [D.I. 2396, 12/18/09]

        c)      Amended Declaration of John Boken in Support of Debtors' Eighth Omnibus Objection to Certain (A) Claims to be Adjusted, (B) Claims to be Reclassified and (C) No Liability Claims (Substantive) [D.I. 2996, 3/9/10]

        d)      Certification of Counsel Related to the Eighth Omnibus Objection to Certain (A) Claims to be Adjusted, (B) Claims to be Reclassified and (C) No Liability Claims (Substantive) [D.I. 3028, 2/16/10]

        e)      Order Adjusting, Reclassifying or Expunging Certain Claims as Set Forth in the Debtors' Eighth Omnibus Objection (Substantive) [D,I, 3147, 3/31/10]

        f)      Limited Reply of the Debtors to Southern California Gas Company's Response to Debtors' Eighth Omnibus Objection to Certain (A) Claims to be Adjusted, (B) Claims to be Reclassified and (C) No Liability Claims (Substantive) Regarding Southern California Gas Claim No. 3425 [D.I. 3223, 4/21/10]

g)    Revised Order Adjusting, Reclassifying or Expunging Certain Claims as Set Forth in the Debtors' Eighth Omnibus Objection (Substantive) [D.I. 3268, 4/26/10]

h)    Agreed Order Resolving Response of Newfield Production Company to Debtors' Eighth Omnibus Claims Objection (Substantive) [D.I. 3356, 5/20/10]

Responses Filed:    See Exhibit B, attached.

Status: The Debtors are continuing to review certain claims included in the Objection but excluded from the Amended Declaration. Orders have been entered which partially sustain the Objection. The parties anticipate reaching an agreement regarding the response of Magellan Pipeline Company and presenting an order approving the stipulation at the hearing. This matter will be going forward.

18.    Motion of the Debtors for an Order Approving Entry into the Stipulation Memorializing the Settlement Agreement with Berry Petroleum Company [D.I. 3542, 6/25/10]

Objection Deadline:    July 2, 2010 at 4:00 p.m. (ET)

Related Documents:

a)    Order Shortening Notice [D.I. 3564, 6/29/10]

Objections Filed:    None as of the filing of this Agenda.

Status: This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

19.    Debtors' Motion for Entry of Order (A) Approving the Combined Hearing on the Adequacy of the Disclosure Statement and Plan Confirmation, (B) Approving Form and Manner of Notice of Confirmation Hearing and Notice of Non-Voting Status and Opt-Out-Election, (C) Approving Deadline and Procedures for Filing Objections to the Plan and Disclosure Statement, and (D) Granting Related Relief [D.I. 3398, 5/28/10]

Objection Deadline:    June 28, 2010 at 4:00 p.m. (ET)

Objections Filed:

a)    Limited Objection of James Graham [D.I. 3525, 6/25/10]

Status: This matter will be going forward.

YCST01:9767614.2                                                    067990.1001

20. Combined Disclosure Statement and Confirmation Hearing – Joint Plan of Reorganization of the of the Debtors Under Chapter 11 of the Bankruptcy Code; Disclosure Statement for the Plan of Reorganization of Flying J Inc., Big West of California, LLC, Big West Oil, LLC, Big West Transportation, LLC and Longhorn Partners Pipeline, L.P. Under Chapter 11 of the Bankruptcy Code

Objection Deadline: June 28, 2010 at 4:00 p.m., extended for Big West Lenders to July 2, 2010 at 4:00 p.m.

Related Documents:

a) Joint Plan of Reorganization of the Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 3396, 5/28/10]

b) Disclosure Statement for the Joint Plan of Reorganization of Flying J Inc., Big West of California, LLC, Big West Oil, LLC, Big West Transportation, LLC and Longhorn Partners Pipeline, L.P. Under Chapter 11 of the Bankruptcy Code [D.I. 3397, 5/28/10]

c) Notice of Combined Hearing on (A) Disclosure Statement and (B) Confirmation of Plan of Reorganization and Related Matters [D.I. 3399, 5/28/10]

d) Plan Supplement in Support of the Plan of Reorganization [D.I. 3519, 6/23/10]

Objections Filed:

e) Objection to Confirmation of Joint Plan or Reorganization by Iowa Department of Revenue [D.I. 3490, 6/21/10]

f) Objection of the Texas Comptroller of Public Accounts to Confirmation of Debtors' Joint Plan of Reorganization [D.I. 3514, 6/23/10]

g) Objection of James Graham to the Joint Plan of Reorganization of the Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 3526, 6/25/10]

h) Response of Mary C. Williams Plummer [D.I. 3530, 6/25/10]

i) Objection of Missouri Department of Revenue to Confirmation of Debtors' Joint Plan of Reorganization [D.I. 3532, 6/25/10]

j) Objection of Certain Texas Taxing Authorities to Confirmation of the Joint Plan of Reorganization Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 3537, 6/25/10]

YCST01:9767614.2                                                                                    067990.1001

k)   Limited Objection of ExxonMobil Research & Engineering Company and ExxonMobil Catalyst Technologies LLC to the Assumption of Executory Contracts Set Forth in the Plan Supplement in Support of Plan of Reorganization [D.I. 3553, 6/28/10]

l)   Limited Objection of Encana Oil & Gas (USA) Inc. to the Assumption of Executory Contracts Set Forth in the Plan Supplement in Support of Plan of Reorganization [D.I. 3554, 6/28/10]

m)   Limited Objection of the State of Montana Department of Environmental Quality to the Joint Plan of Reorganization of the Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 3555, 6/28/10]

n)   Objection of MassMutual Asset Finance LLC to Proposed Finding in Confirmation Order that Consummation of the Plan Does Not Result in a Change of Control Under the Debtors' Contracts [D.I. 3556, 6/28/10]

o)   Limited Objection of Zurich American Insurance Company, its Subsidiaries and Affiliates, to the Assumption of Executory Contracts Set Forth in the Plan Supplement [D.I. 3557, 6/28/10]

p)   Limited Objection of Total-Western, Inc. to Confirmation of the Joint Plan of Reorganization of the Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 3558, 6/28/10]

q)   Informal Response of Georgia Department of Revenue

**r)   Joinder of Southern California Gas Company; Pacific Enterprises Oil Company-Westtern; Vaquero Energy, Inc.; Vaquero Partners I, LP; Naftex Section 27 Partners, L.P.; Gold Coast Energy Marketing, LLC; and Tenby Inc. to Limited Objection to Confirmation of the Joint Plan of Reorganization of the Debtors Under Chapter 11 of the Bankruptcy Code filed by Total-Western, Inc. [D.I. 3619, 7/2/10]**

**Additional Related Documents:**

**a)   Withdrawal of Objection to Confirmation filed by Missouri Department of Revenue [D.I. 3584, 7/1/10]**

**b)   Withdrawal of Objection to Confirmation of Joint Plan of Reorganization filed by Iowa Department of Revenue [D.I. 3586, 7/1/10]**

**c)   Certification of Publication [D.I. 3593, 7/2/10]**

**d)   Certification of Publication [D.I. 3594, 7/2/10]**

**e)   Certification of Publication [D.I. 3595, 7/2/10]**

YCST01:9767614.2                                                                 067990.1001

f)       **Certification of Publication [D.I. 3596, 7/2/10]**

g)       **Official Committee of Unsecured Creditors' Statement in Support of Joint Plan of Reorganization of the Debtors Under Chapter 11 of the Bankruptcy Code (with Technical Amendments) [D.I. 3598, 7/2/10]**

h)       **Withdrawal of Objection of Certain Texas Taxing Authorities to Confirmation of the Joint Plan of Reorganization Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 3599, 7/2/10]**

i)       **Debtors' Motion for Order Granting Leave to File Debtors' Memorandum of Law in Support of Entry of an Order (A) Approving the Debtors' Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code and (B) Confirming the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code [D.I. 3602, 7/2/10]**

j)       **Disclosure Statement for the Joint Plan of Reorganization of Flying J Inc., Big West of California, LLC, Big West Oil, LLC, Big West Transportation, LLC and Longhorn Partners Pipeline, L.P. Under Chapter 11 of the Bankruptcy Code [D.I. 3603, 7/2/10]**

k)       **The Joint Plan of Reorganization of the Debtors Under Chapter 11 of the Bankruptcy Code (with Technical Amendments) [D.I. 3604, 7/2/10]**

l)       **Notice of Filing of Blacklined Versions of the Amended (I) Joint Plan of Reorganization of the Debtors Under Chapter 11 of the Bankruptcy Code and (II) Disclosure Statement for the Amended Joint Plan of Reorganization of the Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 3605, 7/2/10]**

m)      **Notice of Filing of Proposed Confirmation Order [D.I. 3606, 7/2/10]**

n)       **Declaration of John Boken, Chief Restructuring Officer of Flying J Inc., in Support of the Joint Plan of Reorganization of the Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 3607, 7/2/10]**

o)       **Declaration and Expert Report of Paul P. Huffard in Support of Confirmation of the Joint Plan of Reorganization of the Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 3608, 7/2/10]**

p)       **Declaration of Crystal C. Maggelet in Support of the Joint Plan of Reorganization of the Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 3609, 7/2/10]**

Status: This matter will be going forward.

21. Debtors' Nineteenth Omnibus Objection to Certain (A) Duplicate Claims, (B) Amended and Superseded Claims and (C) Wrong Case Claims (Non-Substantive) [D.I. 3414, 6/4/10]

Response Deadline:    June 28, 2010 at 4:00 p.m. (ET)

Related Document:

a) Declaration of John Boken In Support of Nineteenth Omnibus Objection to Certain (A) Duplicate Claims, (B) Amended and Superseded Claims and (C) Wrong Case Claims [D.I. 3415, 6/4/10]

Responses Filed:

b) Response of David Kelley and Gina Kelley [D.I. 3579, 7/1/10]

c) Informal Response of Paramount Petroleum Corp./ALON USA, LP

Status: This matter will be adjourned with respect to items (b) and (c). The remainder of this matter will be going forward.

22. Debtors' Twentieth Omnibus Objection to Certain (A) Claims Requiring Adjustment and (B) No Liability Claims (Substantive) [D.I. 3416, 6/4/10]

Response Deadline:    June 28, 2010 at 4:00 p.m. (ET)

Related Document:

a) Declaration of John Boken In Support of Debtors' Twentieth Omnibus Objection to Certain (A) Claims Requiring Adjustment and (B) No Liability Claims [D.I. 3417, 6/4/10]

Responses Filed:

b) Response of Hagemeyer North America, Inc. [D.I. 3502, 6/22/10]

c) Response of Lummus Technology [D.I. 3520, 6/24/10]

d) Informal Response of Questar Energy Trading

e) Informal Response of Buddy Ruff Construction Inc.

Status: This matter will be adjourned with respect to items (b), (c), (d) and (e). The remainder of the matter will be going forward.

Dated: July 2, 2010
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Donald J. Bowman, Jr.
Pauline K. Morgan (Bar No. 3650)
Edmon L. Morton (Bar No. 3856)
Donald J. Bowman, Jr. (Bar No. 4383)
Ryan M. Bartley (Bar No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone:    (302) 571-6637
Facsimile:    (302) 576-3320

    - and -

**KIRKLAND & ELLIS LLP**
David L. Eaton (admitted *pro hac vice*)
Adam C. Paul (admitted *pro hac vice*)
Jeffrey W. Gettleman (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

Counsel for the Debtors and Debtors in Possession

YCST01:9767614.2    067990.1001

## 6TH OMNIBUS OBJECTION - EXHIBIT A

| Claimant | Docket No. of Response, Date Filed | Status |
|---|---|---|
| Chevron Pipeline Company, Chevron Products Company and Northwest Terminalling Co. | | Resolved pending documentation |

## 8TH OMNIBUS OBJECTION - EXHIBIT B

| Claimant | Docket No. of Response, Date Filed | Status |
|---|---|---|
| Magellan Pipeline Company | | Resolved |

## 10TH OMNIBUS OBJECTION - EXHIBIT C

| Claimant | Docket No. of Response, Date Filed | Status |
|---|---|---|
| Constellation Newenergy, Inc. | 2542, 1/15/10 | Resolved pending documentation |

## 12TH OMNIBUS OBJECTION - EXHIBIT D

| Claimant | Docket No. of Response, Date Filed | Status |
|---|---|---|
| San Joaquin Refining Co. | 3572, 6/30/10 | Adjourned |

## 14TH OMNIBUS OBJECTION - EXHIBIT E

| Claimant | Docket No. of Response, Date Filed | Status |
|---|---|---|
| Din/Cal Office L.P. | 3013, 3/15/10 | Adjourned |
| Juan J. Guerra | 3046, 3/18/10 | Adjourned |

## 16TH OMNIBUS OBJECTION - EXHIBIT F

| Claimant | Docket No. of Response, Date Filed | Status |
|---|---|---|
| Informal Response of USW | | Adjourned |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FLYING J INC., et al., | ) Case No. 08-13384 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

SCHEDULE 1

INTERIM FEE APPLICATION INDEX

A.      Fifth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, counsel for Debtors and Debtors in Possession for the Period January 1, 2010 through March 31, 2010 [D.I. 3306, 4/30/10]

      1.      Fourteenth Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 2992, 3/9/10]

      2.      Certificate of No Objection [D.I. 3136, 3/31/10]

      3.      Fifteenth Fee Application for the Period February 1, 2010 through February 28, 2010 [D.I. 3141, 3/31/10]

      4.      Certificate of No Objection [D.I. 3212, 4/20/10]

      5.      Sixteenth Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 3282, 4/28/10]

      6.      Certificate of No Objection [D.I. 3344, 5/17/10]

B.      Fifth Interim Fee Request of Kirkland & Ellis LLP, counsel for Debtors and Debtors in Possession for the Period January 1, 2010 through March 31, 2010 [D.I. 3306, 4/30/10]

      1.      Thirteenth Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 2932, 2/26/10]

      2.      Certificate of No Objection [D.I. 3054, 3/18/10]

      3.      Fourteenth Fee Application for the Period February 1, 2010 through February 28, 2010 [D.I. 3146, 3/31/10]

      4.      Certificate of No Objection [D.I. 3210, 4/20/10]

      5.      Fifteenth Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 3305, 4/30/10]

6.       Certificate of No Objection [D.I. 3358, 5/20/10]

C.       Fifth Interim Fee Request of Jones, Walker, Waecheter, Poitevent, Carrere & Denegre, LLP for the Period January 1, 2010 through March 31, 2010 [D.I. 3306, 4/30/10]

1.       Thirteenth Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 3179, 4/9/10]

2.       Certificate of No Objection [D.I. 3291, 4/29/10]

3.       Fourteenth Fee Application for the Period February 1, 2010 through February 28, 2010 [D.I. 3180, 4/9/10]

4.       Certificate of No Objection [D.I. 3292, 4/29/10]

5.       Fifteenth Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 3286, 4/28/10]

6.       Certificate of No Objection [D.I. 3419, 6/7/10]]

D.       Fifth Interim Fee Request of Ray Quinney & Nebeker P.C. for the Period January 1, 2010 through March 31, 2010 [D.I. 3306, 4/30/10]

1.       Thirteenth Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 2874, 2/23/10]

2.       Certificate of No Objection [D.I. 3017, 3/15/10]

3.       Fourteenth Fee Application for the Period February 1, 2010 through February 28, 2010 [D.I. 3127, 3/30/10]

4.       Certificate of No Objection [D.I. 3203, 4/19/10]

5.       Fifteenth Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 3213, 4/20/10]

6.       Certificate of No Objection [D.I. 3330, 5/12/10]

E.       Fifth Interim Fee Request of Gibson Dunn & Crutcher LLP for the Period October 1, 2009 through December 31, 2009 [D.I. 3306, 4/30/10]

1.       Thirteenth Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 2938, 3/2/10]

2.       Certificate of No Objection [D.I. 3089, 3/23/10]

3.       Fourteenth Fee Application for the Period February 1, 2010 through February 28, 2010 [D.I. 3139, 3/31/10]

4.       Certificate of No Objection [D.I. 3211, 4/20/10]

5. Fifteenth Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 3281, 4/28/10]

6. Certificate of No Objection [D.I. 3345, 5/17/10]

F. Fifth Interim Fee Request of Manatt, Phelps & Phillips, LLP for the Period January 1, 2010 through March 31, 2010 [D.I. 3306, 4/30/10]

1. Thirteenth Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 2927, 2/26/10]

2. Certificate of No Objection [D.I. 3051, 3/18/10]

3. Fourteenth Fee Application for the Period February 1, 2010 through February 28, 2010 [D.I. 3090, 3/23/10]

4. Certificate of No Objection [D.I. 3183, 4/12/10]]

5. Fifteenth Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 3271, 4/27/10]

6. Certificate of No Objection [D.I. 3340, 5/17/10]

G. Fifth Interim Fee Request of KPMG LLP for the Period January 1, 2010 through March 31, 2010 [D.I. 3306, 4/30/10]

1. Twelfth Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 3285, 4/28/10]

2. Certificate of No Objection [D.I. 3343, 5/17/10]

H. Fourth Interim Fee Request of Blackstone Advisory Services L.P. for the Period November 1, 2009 through December 31, 2009 [D.I. 3306, 4/30/10]

1. Ninth Fee Application for the Period November 1, 2009 through November 30, 2009 [D.I. 2991, 3/9/10]

2. Certificate of No Objection [D.I. 3137, 3/31/10]

3. Tenth Fee Application for the Period December 1, 2009 through December 31, 2009

4. Certificate of No Objection [D.I. 3185, 4/12/10]

I. Fourth Interim Fee Request of Sonnenschein Nath & Rosenthal LLP, for the Period January 1, 2010 through March 31, 2010 [D.I. 3306, 4/30/10]

1. Thirteenth Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 3003, 3/10/10]

2.  Certificate of No Objection [D.I. 3138, 3/31/10]

3.  Fourteenth Fee Application for the Period February 1, 2010 through February 28, 2010 [D.I. 3272, 4/27/10]

4.  Certificate of No Objection [D.I. 3341, 5/17/10]

5.  Fifteenth Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 3273, 4/27/10]

6.  Certificate of No Objection [D.I. 3342, 5/17/10]

J.  Fourth Quarterly Application for Compensation and Reimbursement of Expenses of Grant Thornton LLP as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 1, 2009 through December 31, 2009 [D.I. 3163, 4/5/10]

1.  Fee Application for the Period October 1, 2009 through October 31, 2009 [D.I. 2678, 2/2/10]

2.  Certificate of No Objection [D.I. 2886, 2/24/10]

3.  Fee Application for the Period November 1, 2009 through November 30, 2009 [D.I. 2690, 2/2/10]

4.  Certificate of No Objection [D.I. 2885, 2/24/10]

5.  Fee Application for the Period December 1, 2009 through December 31, 2009 [D.I. 3117, 3/29/10]

6.  Certificate of No Objection [D.I. 3220, 4/21/10]

K.  Fifth Quarterly Application for Compensation and Reimbursement of Expenses of Grant Thornton LLP as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from January 1, 2010 through March 31, 2010 [D.I. 3239, 4/22/10]

1.  Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 3131, 3/31/10]

2.  Certificate of No Objection [D.I. 3236, 4/22/10]

3.  Fee Application for the Period February 1, 2010 through February 28, 2010 [D.I. 3161, 4/5/10]

4.  Certificate of No Objection [D.I. 3283, 4/28/10]

5.  Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 3219, 4/21/10]

6.  Certificate of No Objection [D.I. 3334, 5/13/10]