# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Flying J Inc., et al., |
| **Case Number:** | 08-13384-MFW  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JULY 06, 2010 02:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Omnibus - Moved from 6/25 at Court's request

**R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Items 1 through 12 - Continued
- Items 13 and 14 - Orders entered under CNOs
- Item 15 -
- Item 16 - Order entered, Unredacted Gibson Dunn applications to be sent to chambers for review
- Item 17 - Order entered
- Item 18 - Order entered
- Item 19 - Order entered
- Item 20 - Order due under Certification of Counsel
- Item 21 - Order entered
- Item 22 - Order due under Certification of Counsel