**SIGN-IN SHEET**

**CASE NAME:** Flying J
**CASE NUMBER:** 08-13384 (MFW)
**COURTROOM NUMBER:** 4
**DATE:** 7/6/10 at 2:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Debra Grassgreen | PSZJ | Committee |
| James O'Neill | " | " |
| Edmon Morton | YCST | Debtors |
| Donald Bowman | " | " |
| David Eaton | Kirkland & Ellis | " |
| Adam Paul | " | " |
| Jeffrey Goettle | " | " |
| Samuel Gross | " | " |
| Jeffrey Schlerf | Fox Rothschild | " |
| Rick Kuebel | Locke Lord | Magellan |
| Steve Kortanek | Womble Carlyle | Conoco Phillips |
| Marc Phillips | Connolly Bove Lodge & Hutz | Plains Marketing |
| Mark D. Oliver | Lewis, Rath etc. | TA & Travel Centers |
| Kathleen Murphy | Reed Smith | GE Commercial Finance |

# SIGN-IN SHEET

**CASE NAME:** Flying J
**CASE NUMBER:** 08-13384 (MFW)
**COURTROOM NUMBER:** 4
**DATE:** 7/6/10 at 2:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| W Kenythel | Gordon Feinerris | T.A.B. |
| Zuke Allison | Sullivan Hazeltine Allison LLC | Total Western, Inc.; Tesoro Inc.; Pacific; Enterprises Oil Company-Western; Gold Coast Energy Marketing, LLC; Nyflex Section 27 Partners L.P.; Southern California Gas Company; Vaquero Energy Inc.; and Vaquero Partners I L.P. |
| Howard Siegel | Brown Rudnick | BiJWest Term lending |
| Bill Bowden | Ashby; Geddes |  |
| Thomas Macauley | Zuckerman Spaeder | James Graham |

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Mary F. Walrath

Calendar Date: 07/06/2010
Calendar Time: 02:00 PM ET

#4

Amended Calendar 07/06/2010 11:16 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Flying J Inc., et al | 08-13384 | Hearing | 3594997 | Anthony E. Berrett | (210) 270-1605 ext. 00 | KPMG, LLP (ALL OFFICES) | Interested Party, KPMG, LLP / LIVE |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3609175 | Peg Brickley | 215-462-0953 | Dow Jones & Co. | Interested Party, Dow Jones / LISTEN ONLY |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3581717 | Jonathan A. Dibble | (801) 532-1500 | Ray Quinney & Nebeker | Debtor, Flying J, Inc. / LIVE |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3540425 | Amish Doshi | 212-297-5828 | Day Pitney, LLP | Creditor, Oracle America Inc. / LIVE |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3609917 | Robert Feinstein | 212-561-7710 | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3609259 | John Ginsberg | 202-326-4020 ext. 3714 | Pension Benefit Guaranty Corporation | Debtor, Flying J, Inc. / LIVE |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3609180 | Elizabeth Goodrich | 212-300-1305 | York Capital Management, (U.S. | Creditor, York Capital Management / LISTEN ONLY |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3593677 | Ivan L. Kallick | (310) 312-4152 | Manatt, Phelps & Phillips LLP | Applicant, Manatt, Phelps & Phillips, LLP by Jack Yeh / LIVE |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3608493 | Gregory J. Kerwin | (303) 298-5700 | Gibson Dunn & Crutcher | Debtor, Flying J Inc. / LIVE |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3602563 | Laura McAvoy | (805) 418-3115 | Musick Peeler & Garrett | Creditor, Berry Petroleum / LISTEN ONLY |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3600465 | Mark A. Mintz | (504) 582-8000 | Jones Walker | Interested Party, Jones Walker / LIVE |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3605855 | Vince Murchison | (214) 259-1866 | Sonnenschein Nath & Rosenthal | Other Prof, Vince Murchison / LIVE |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3607778 | Thomas Rice | (210) 554-5272 | Cox Smith Matthews Incorporated | Creditor, Valaro Energy, Tesoro & Newfield / LISTEN ONLY |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3602542 | Todd C. Ringstad | 949-851-7450 | Ringstad & Sanders, LLP | Creditor, Berry Petroleum / LIVE |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3582877 | Todd L. Solomon | 212-303-9497 | Halcyon Asset Management | Interested Party, Todd Solomon / LISTEN ONLY |
| | | Flying J Inc., et al | 08-13384 | Hearing | 3593684 | Jack S. Yeh | 310-312-4000 ext. 6187 | Manatt, Phelps & Phillips LLP | Applicant, Manatt, Phelps & Phillips, LLP / LIVE |