ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

IN RE:

FLYING J, INC., et al.

Debtors.

Chapter 11

Case No. 08-13384 (MFW)

## MOTION TO LIFT BANKRUPTCY STAY AS TO LIABILITY INSURANCE

I.

Creditor, Adena Penford by and through the undersigned counsel, files this Motion To Lift Bankruptcy Stay as to Liability Insurance Proceeds. On July 17, 2007, Ms. Adena Penford became an unsecured creditor to Flying J, Inc. due to an injury she alleges she received as a result of the negligence of the Debtor.

II.

On July 13, 2009, Creditor, Adena Penford, filed a premises liability cause of action in the Superior Court of Butts County, Georgia. Since that time, Creditor was notified of the current Chapter 11 Bankruptcy of Flying J, Inc. The case has been stayed in accordance with 11 U.S.C. §362.

III.

Creditor Penford has filed a Proof of Claim with the United States Bankruptcy Court in Delaware. Counsel for Creditor has spoken with Counsel for Debtor and requested an agreed order lifting the automatic stay as to the liability insurance proceeds that exist on Debtor's behalf.

IV.

Debtor's Counsel agreed that upon filing of this Motion, they would sign an agreed order to that end.

V.

Liability insurance is in place with Zurich American Insurance Company in the amount of $250,000.00 per incident. Creditor Penford's Cause of Action would not affect the current bankruptcy filing. Creditor Penford is not seeking any assets of the Bankruptcy Estate. The interest of Creditor Penford and Debtor to bring her matter to a resolution should be considered.

WHEREFORE, PREMISES CONSIDERED, Creditor Adena Penford asks the Court to lift the Automatic Stay as to Liability Insurance proceeds to allow her premises liability cause of action to move forward in Superior Court of Butts County Georgia. Creditor further seeks any relief to which she may be entitled.

Respectfully Submitted,

Shaun R. Cade
GA Bar No. 101209

The McAleer Law Firm, P.C.
121 Church Street
Decatur, GA 30030
404.816.7374 – phone
404.816.7375 – fax